# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-NYW

Colorado Montana Wyoming State Area Conference of the NAACP,
League of Women Voters of Colorado, and Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## DECLARATION OF CASEY BREESE

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an attorney employed by Lathrop GPM, LLP. I am one of the attorneys representing the Plaintiffs in this action.

2. On December 8, 2021, I directed a Research Librarian employed by Lathrop GPM, LLP to contact the Colorado Secretary of State's office for purposes of obtaining the identity of individuals who had purchased voter rolls at some point during 2021 through the Colorado Secretary of State's Election Cycle Subscription service list.

3. The Research Librarian referenced above in Paragraph No. 2 made such request via email correspondence to the Colorado Secretary of State's office that same day.

4. On December 9, 2021, Kerry Colburn, a Legal and Policy Analyst employed by the Colorado Secretary of State's office, provided by email correspondence a list of individuals who

1

2

had purchased voter rolls as requested (the "Subscription List"). A true and accurate copy of the Subscription List is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 9th day of March, 2022

/s/Casey Breese<br>Casey Breese

2

48372627v1