| Group/Organization Name | Contact Name | Phone number and/or email | File Requested | Month/ Year |
|---|---|---|---|---|
| DT Client Services, LLC (Data Trust) 1101 14th St. NW, Ste. 650 Washington, DC 20005 | Matthew Lakin & Judson Gates | 202-793-4035 | Election Cycle Subscription Service | 2021-2022 |
| L2 Political (Labels & Lists) 18912 North Creek Pkwy #201 Bothell, WA 98011 | Andrew Early-Griffith | 206-491-5500 | Election Cycle Subscription Service | 2021-2022 |
| Vault Information Services, LLC 15936 Backwoods Ct. Colorado Springs, CO 80921 | Craig Steiner | 303-304-1420 | Election Cycle Subscription Service | 2021-2022 |
| America Votes 1155 Connecticut Ave NW, Ste. 600 Washington, DC 20036 | Nadia Belkin | 303-619-7974 | Election Cycle Subscription Service | 2021-2022 |
| Colorado Republican Committee 5950 S. Willow Dr., Ste. 210 Greenwood Village, CO 80111 | Shana Banberger | 303-758-3333 | Election Cycle Subscription Service | 2021-2022 |
| Catalist, LLC 1310 L St. NW, Ste. 500 Washington, DC 20005 | Marguerite ten Houten Dan Buttrey | 202-962-7227 | Election Cycle Subscription Service | 2021-2022 |
| Michael McDonald P.O. Box 117325 Gainesville, FL 32611 | Michael McDonald | 352-273-2371 | Election Cycle Subscription Service | 2021-2022 |
| CO Civic Engagement Roundtable PO Box 1620 Denver, CO 80201 | Melanie Herrera Bortz as of 12/10/19 | 720-608-4629 | Election Cycle Subscription Service | 2021-2022 |
| Aristotle International 86 N University Ave., Ste. 400 Provo, UT 84601 | Abigail Robinson | 385-685-9056 | Election Cycle Subscription Service | 2021-2022 |
| Magellan Strategies 1685 Boxelder Street Louisville, CO 80027 | Ryan Winger Jennifer Flaherty | 303-861-8585 | Election Cycle Subscription Service | 2021-2022 |
| Colorado Democratic Party 789 Sherman St., #110 Denver, CO 80203 | Noma Thayer | 303-623-4762 | Election Cycle Subscription Service | 2021-2022 |
| i360, LLC 2300 Clarendon Blvd, #800 Arlington, VA 22201 | Evan Logan | 571-267-2810 | Election Cycle Subscription Service | 2021-2022 |
| Quinn Raymond 2020 Pennsylvania Ave. NW Washington, DC 20006 | Quinn Raymond & Dagny Crepeau | 917-650-2134 | Election Cycle Subscription Service | 2021-2022 |
| Andrew Ogan 1061 Hummingbird Ct. Colorado Springs, CO 80921 | Andrew Ogan | 719-481-1199 | Election Cycle Subscription Service | 2021-2022 |
| Community Resource Services (CRS) 7995 E. Prentice Ave., Ste. 103E Greenwood Village, CO 80111 | Sue Blair | 303-381-4977 | Election Cycle Subscription Service | 2021-2022 |
| Humanities and Social Sciences Caltech 1200 E. California Blvd., MC 228-77 Pasadena, CA 91125 | R. Michael Alvarez | 626-395-4422 | Election Cycle Subscription Service | 2021-2022 |
| Labor Neighbor P.O. Box 3942 New Orleans, LA 70177 | Wade Rathke | 504-628-8050 | Election Cycle Subscription Service | 2021-2022 |
| Shawn Smith 2870 Richmond Dr. Colorado Springs, CO 80922 | Shawn Smith | 805-315-5852 | Election Cycle Subscription Service | 2021-2022 |
| University of Kansas 1450 Jayhawk Blvd., Snow Hall Lawrence, KS 66045 | David Slusky | 785-864-1954 | Election Cycle Subscription Service | 2021-2022 |