IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:22-cv-00581-NYW

Colorado Montana Wyoming State Area Conference of the NAACP,
League of Women Voters of Colorado, and Mi Familia Vota,

    Plaintiff,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## DECLARATION OF BETH HENDRIX

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I am the Executive Director of League of Women Voters of Colorado ("LWVCO").

**League of Women Voters of Colorado**

2.     Founded in 1920, the League of Women Voters is a non-profit civic engagement organization with the mission to encourage informed and active participation in government, increase understanding of major public policy issues, and influence public policy through education and advocacy. LWVCO, the League of Women Voters' Colorado chapter, works with Coloradans to conduct state and local advocacy, voter engagement, civic education, and member enrichment programs.  LWVCO is non-partisan, neither supporting nor opposing candidates or political parties at any level of government. It has 18 local leagues around the state, and approximately 2200 members throughout Colorado.

1

3. Our program to support our mission to empower voters, defend democracy, and provide fair access to the ballot has included: registering voters; organizing and leading local and state ballot issue education programs; organizing non-partisan candidate forums; working with United States Citizenship and Immigration Services to register newly naturalized citizens; assisting eligible incarcerated individuals with the the registration and process of voting; educating our state's citizenry on the checks and balances and overall security of Colorado's gold standard elections systems; and providing nonpartisan Get Out theVote (GOTV) messaging.

4. Through our work with newly naturalized citizens, we help register more than 400 people every year. Through our work with incarcerated citizens, we assist more than 150 people every year. Through our overall voter education work, we reached more than 379,000 people last year and between 8-12% of our state's voters each election.

**USEIP Voter Intimidation**

5. In August 2021, LWVCO learned that U.S. Election Integrity Plan ("USEIP") was sending its members door-to-door in the group's attempt to find evidence of voter fraud. USEIP agents wear badges identifying themselves with official-sounding names, such as "Voter Integrity Committee." LWVCO's members have reported that these USEIP agents are holding themselves out as part of an official government organization or audit. I understand that some of these USEIP agents are even armed.

6. Our colleagues at other voting rights organizations share our concerns that USEIP's actions will intimidate individuals from voting in the next election to avoid further visits from USEIP agents. Stories of visits to voters by USEIP have spread among the voting rights community in Colorado, which has raised serious concerns about voter intimidation.

7. LWVCO's members are civically active and highly-informed about voter issues. That LWVCO members have reported concerns based on their own experience with visits from USEIP agents is significant, since many voters who are less active or aware of their rights are likely to find these visits even more intimidating.

8. USEIP's activities are a direct assault on our organization's foundational mission to help new, young, and/or vulnerable voters exercise their rights to participate in democracy. We have a duty to ensure that the thousands of voters we have registered and educated to vote are able and willing to confidently and safely participate in democracy on and around Election Day.

9. Intimidating voters at their doorstep about their voting history will have deleterious impacts on voter participation. In particular, new voters (such as young people, new citizens, and others who have just become eligible to vote) who are especially vulnerable may opt to disengage from the voting process rather than face intimidating visits from USEIP agents.

10. USEIP's activities also jeopardize voter confidence that their vote will be counted, and raise suspicions about elections generally. As a result of USEIP's activities, voters may question the validity of the political process. This directly harms LWVCO's mission, which is to increase voter engagement and confidence.

11. USEIP's activities also materially damage LWVCO's mission by forcing LWVCO to divert resources away from its core functions and toward activities that combat disinformation disseiminated and voter intimidation caused by USEIP.

12. At this time in the election cycle, LWVCO's priority is voter education on current legislative issues and the upcoming primary and general election processes to encourage high voter turnout. With USEIP's recent voter intimidation efforts, LWVCO is concerned that voters will be

disinterested or disinclined to participate in voting at all and that the damage created by USEIP's efforts will be long-lasting and extremely detrimental to LWVCO's voter turnout efforts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

*Beth Hendrix*

8D8F0AFA6F2248A...

Beth Hendrix

Executed on March 2, 2022 in Denver, Colorado.

47985652v2