IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __1:22-cv-00581-NYW__

Colorado Montana Wyoming State Area Conference of the NAACP,
League of Women Voters of Colorado, and Mi Familia Vota,

    Plaintiff,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## DECLARATION OF PORTIA PRESCOTT

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.    I am the State President of the NAACP Colorado Montana Wyoming State-Area Conference of the NAACP ("NAACP Colorado").

**NAACP**

2.    Founded in 1909, the NAACP is a civic engagement organization that has worked for more than a century to ensure political, educational, social, and economic equality of rights of all persons and to eliminate race-based discrimination. The NAACP's vision is a society in which all individuals have equal rights without discrimination based on race.

3.    NAACP Colorado coordinates the civil rights activities of freedom fighters and game-changing activists in Colorado, Montana, and Wyoming and helps move forward the policies and initiatives of the NAACP National Board of Directors and National Office Staff.

4.    NAACP Colorado's work focuses on six major areas of inequality facing Black Americans: (1) economic stability; (2) education; (3) health; (4) public safety and criminal justice;

(5) voting rights and political representation; and (6) expanding youth and young adult engagement.

5.  In regard to voting rights and political representation, NAACP Colorado seeks to ensure that every American in the geographic regions covered by NAACP Colorado will have free, open, equal, and protected access to the vote and fair representation at all levels of the political process—all rights which have historically been denied to Black Americans.  To achieve these goals, NAACP Colorado engages in efforts—including voter outreach—aimed at protecting democracy, enhancing equity, and increasing democratic participation and civic engagement.

6.  By way of example, in the September 2020, the NAACP launched the "Power of 5 – Community Voter Outreach Program" for National Black Voter Day and National Voter Registration Day.  Through the program, NAACP volunteers distributed literature on voting in public areas, such as shopping centers and neighborhoods with high concentrations of Black residents.  The literature featured information on voter registration, key dates, and the 2020 census deadline. Likewise, in October 2020, the Aurora/Denver Chapter of the NAACP hosted a Get Out the Vote ("GOTV") event in the Denver Metro Area aimed at turning out Black voters to the polls.

**USEIP Voter Intimidation**

7.  Recently, NAACP Colorado learned that U.S. Election Integrity Plan ("USEIP"), and other individuals connected to USEIP, were engaging in intimidating home visits to Colorado voters.  More specifically, NAACP Colorado learned that the group was going door-to-door in Colorado "looking for fraud" that the group alleged occurred in connection with the November 2020 election.

8. Because of the long history of racial discrimination aimed at Black Americans—including in connection with the exercise of their right to vote—this door-to-door intimidation campaign is extremely threatening to Black Coloradans, including NAACP members.

9. Black Americans have continually been subject to efforts by White supremacists and others seeking to suppress the Black vote through, among other things, Jim Crow laws. To this day, threats and acts of violence are used to actively dissuade Black voters from exercising their Constitutional right to vote. USEIP's door-to-door campaign is unquestionably a continuation of these voter suppression tactics plaguing Black Americans.

10. In addition, while the NAACP has previously raised concerns about voter intimidation taking place at or near polling places, USEIP's actions are even more drastic and alarming in that they are showing up at the *homes* of Black and other voters—at times with visible weapons. It is, indeed, a return to the depths to which those who seek to thwart democracy are willing to sink in order to intimidate Black voters. USEIP's message is clear – Black voters are not safe from harassment and potential violence even in their own homes. This makes USEIP's visits particularly intimidating and traumatic for Black Americans.

11. USEIP's door-to-door campaign directly harms the NAACP's ability to carry out its mission of ensuring that every American has access to free, open, equal, and protected elections. By intimidating and threatening voters at their doorsteps, USEIP's activities make it less likely that Black Americans will turn out to vote in Colorado.

**Diversion of Resources and Frustration of Mission**

12. As a consequence of USEIP's activities, the NAACP will now be forced to redirect resources that could have been used elsewhere to further the NAACP's mission to instead address the voter intimidation being carried out by USEIP and related parties.

13. The NAACP/NAACP Colorado has already exhausted resources actively monitoring voter intimidation efforts in Colorado by speaking to organizational partners in the voting rights advocacy community to understand the scope of USEIP's activities, strategizing about how to combat USEIP's efforts, and monitoring safety concerns expressed by the Black community.

14. Further, in response to USEIP's activities, the NAACP anticipates having to shift both personnel and financial resources towards combatting USEIP's voter intimidation efforts. This involves time and money that would otherwise be spent on activities central to the NAACP's mission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this _____ day of March, 2022
3/2/2022

*Portia Prescott*
DEC709207EAF49E...
Portia Prescott