**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. __1:22-cv-00581-NYW__

Colorado Montana Wyoming State Area Conference of the NAACP,
League of Women Voters of Colorado, and Mi Familia Vota,

    Plaintiff,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

---

**DECLARATION OF SALVADOR HERNANDEZ**

---

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Colorado State Director of Mi Familia Vota ("MFV").

**Mi Familia Vota**

2. MFV is a civic engagement organization that unites Latino, immigrant, and allied communities to promote social and economic justice through citizenship workshops, voter registration, and voter participation. Its mission is to build Latino political power by expanding the electorate, strengthening local infrastructures, and conducting year-round voter engagement.

3. MFV works with Coloradans to conduct civic engagement, voter engagement, and voter education programs through activities such as voter registration, phone banking, and door-to-door canvassing. During our door-to-door canvassing efforts, we share information about how to vote, where voters can find their closest Voter Service and Polling Center (VSPC), and the hours that the polls are open. We encourage potential voters to participate in elections by voting.

1

4. MFV also engages in regular meetings with organizational partners, research groups, and community organizations to discuss issues relevant to the community and determine goals for the next election cycle.

5. In addition to its direct outreach efforts, MFV engages with the Colorado State Legislature to advocate for laws that increase voter accessibility for Latinos.

6. MFV is non-partisan, and does not support or oppose particular candidates or political parties at any level of government.

**USEIP Voter Intimidation**

7. In the Fall of 2021, MFV learned that U.S. Election Integrity Plan ("USEIP"), and individuals connected to USEIP, were engaging in intimidating home visits to Colorado voters. This voter intimidation campaign is extremely threatening to the population MVF serves, many of whom are new citizens.

8. In MFV's experience, many Latino, immigrant, and other voters have difficulty differentiating between government officials and USEIP agents. This can cause confusion for many of MFV's members and incorrectly lead them to believe USEIP's agents are associated with the government. This can make USEIP's visits particularly intimidating.

9. USEIP's voter intimidation campaign directly harms MFV's ability to carry out our mission of voter engagement, which depends on door-to-door canvassing. By intimidating voters at their doorsteps, USEIP's activities make it less likely that Latino voters will answer the door for anyone – including for MFV staff and volunteers. MFV is concerned that this will reduce our voter contact rate, which prevents us from accomplishing our mission.

10. USEIP's campaign also will make voters—particularly new or interimittent voters—hesitant to vote in the future and fearful of intimidation and retaliation if they do decide

to cast a ballot. While USEIP is sending potentially armed agents to visit people based on their voting history or voting record, MFV will not be able to focus on voter drives and voter education. Instead, MFV will be faced with the task of meaningfully addressing voters' fears and must now balance its voter engagement goals with its strong concern with keeping people in their community safe.

### Diversion of Resources and Frustration of Mission

11. As a consequence of USEIP's activities, MFV is now redirecting its resources to address voter intimidation that could have been used elsewhere to further our mission.

12. MFV has been actively monitoring voter intimidation efforts in Colorado by speaking to organizational partners in the voting rights advocacy community to understand the scope of USEIP's activities, strategizing about how to combat USEIP's efforts, and monitoring safety concerns expressed by the Latino community. The time that MFV staff has and will continue to spend responding to USEIP's activities is time that otherwise would have been spent on activities central to our core mission.

13. In response to USEIP's voter intimidation campaign, MFV will have to mobilize to disperse accurate information and respond to community concerns about voter safety. Responding to voter intimidation has impacted and will continue to impact MFV's operations and its 2022 strategic plan. This annual strategic plan considers what issues are salient to the Colorado Latino community, describes how MFV's resources will be allocated in response, and sets forth goals for voter engagement. Ordinarily, this strategic plan is focused on ballot-level issues, how to build voter confidence and engagement, and spreading awareness about upcoming elections and candidates. Now, MFV has to divert resources away from these core issues to combat USEIP voter intimidation.

14. In terms of the strategic planning, these diverted resources come in the form of the hours spent by MFV staff members reaching out to organizational partners and members of the community to understand the scope of the issue, in strategizing how to respond in the upcoming year, and in revising the strategic plan to cover these updates. The resources diverted are not just the hours spent on strategizing how to address and mitigate the effect of USEIP's efforts—the resources diverted include the hours lost on the issues central to MFV's core mission.

15. But it is not just the time lost on strategic planning around combating USEIP's efforts. MFV staff members will also lose time in several other areas as well. First, MFV must revise the scripts used by volunteers during voter outreach to include responses to community concerns about voter safety and must train volunteers on these new scripts. Second, MFV must revise voter engagement literature to explain what to do if a voter experiences voter intimidation. The time spent revising these materials and training volunteers is time that would have otherwise been spent advancing MFV's core mission.

16. Door-to-door canvassing is an important way in which we are able to share information about how to vote with people in our community. But now voters have reason to be afraid to speak with door-to-door canvassers because of the voter intimidation being carried out by USEIP, which will undermine our voter education outreach. In addition, we are adding new training for our canvassing team so that they are equipped to respond to voters' fears and hesitation about voting due to their knowledge of the USEIP intimidation campaign.

17. But more damaging than the time MFV staff and volunteers have diverted is the time *voters* have and will continue to divert towards responding to USEIP intimidation. This is time that otherwise may have been spent learning about issues relevant to their community, about

the candidates who do and do not support the issues relevant to their community, and about how to engage in the election process generally. Because MFV's core mission includes enhancing voter education, the diversion of voters' time away from education is a direct assault on MFV's core mission.

18. When knocking on voter doors as part of MFV's voter engagement and education efforts, MFV focuses its script on no more than four issues relevant to the community. Rather than spending that time focusing on ordinary voter issues, however, MFV will now have to spend time addressing voter safety concerns. When responding to concerns about voter safety occupies the top rung on the ladder of voter engagement, every other voter issue gets bumped down. In the context of door-knocking, this means that at least one other issue relevant to the Latino community falls off MFV's script altogether.

19. USEIP's activities have unfortunately elevated voter safety to the top of the Latino community's priority list, and therefore to the top of MFV's priority list, at the expense of the issues that are central to MFV's core mission. More specfiically, due to our work responding to and mitigating the harms caused by USEIP's voter intimidation, together with planning for post-election scenarios, and responding and serving the increased demands on our services, we are unable to execute our core work of helping new citizens and the large immigrant community to get out and vote.

20. In fact, MFV anticipates that as much as 20% of its civic engagement budget will be spent responding to USEIP's voter intimidation—money that would otherwise be spent on advancing MFV's core mission.

21. The damage from the USEIP's efforts to undermine voter participation and confidence in the electoral process is an attack on the right to vote that is at the core of MFV's mission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this _____ day of March, 2022
3/4/2022

DocuSigned by:
*Salvador Hernandez*
F0DA80B80CFE408...
Salvador Hernandez