# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __1:22-cv-00581-NYW__

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## PROPOSED ORDER

The above-captioned matter came before this Court on _____ 2022 on Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP ("Plaintiffs") Motion for Temporary Restraining Order and Preliminary Injunction to enjoin Defendants United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun.

_____ of _____ appeared for and on behalf of the Plaintiffs.

_____ of _____ appeared for and on behalf of the Defendants.

The Court finds that a temporary restraining order is warranted and will, therefore, grant Plaintiffs' motion in part and temporarily enjoin Defendants.

1

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, IT IS HEREBY ORDERED that Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED IN PART as follows:

1. All parties shall appear before this Court in Room ___ at ___a/pm, on the ___ day of _____ for a hearing on Plaintiff's Motion for a Preliminary Injunction.

2. Papers in opposition to Plaintiff's Motion for a Preliminary Injunction, if any, shall be filed and served via ECF on or before _____.

3. Reply papers on Plaintiff's Motion for a Preliminary Injunction, if any, shall be filed and served via ECF on or before _____.

4. Pending the outcome of the hearing on Plaintiff's Motion for a Preliminary Injunction, a temporary restraining order is hereby entered against Defendants, as follows:

   a. Defendants shall be ENJOINED from: (a) going uninvited to voters' homes in order to question voters or household members about mail-in-ballots, alleged voter fraud, or to intimidate voters from voting (including by mail); (b) coordinating or organizing visits to voters' homes in order to question voters or household members about mail-in ballots, alleged voter fraud, or to intimidate voters from voting (including voting by mail); (c) taking photographs and maintaining databases of voters, their residences, or their vehicles; (d) carrying weapons when going to voters' homes to speak with voters or household members; (e) instructing or encouraging anyone to carry weapons during USEIP-related interactions with voters; and (e) engaging in other actions that threaten voters for having voted in 2020 or threaten or intimidate voters from voting in future elections.

   b. Defendants shall make no attempt to access or use their copies of existing photographs or databases of voters, their residences, or their vehicles and shall delete their copies of existing photographs or databases of voters, their residences, or their vehicles. Defendants shall submit to the Court an affidavit attesting to the deletion of any photographs and/or databases and shall provide the Court their original existing photographs and databases of voters, their residences, and their vehicles. Access to the original existing photographs and databases of voters, their residences, and their vehicles shall be restricted to the parties and the Court (Level 1) pursuant to D.C. Colo. L. Civ. R. 7.2.

5.      At this time, a bond is not required pursuant to Federal Rule of Civil Procedure 65(c).

IT IS SO ORDERED.

Dated this \_\_\_\_ day of March, 2022

_____
Judge _____