## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00581-NYW

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF COLORADO, and
MI FAMILIA VOTA,

      Plaintiffs,

v.

UNITED STATES ELECTION INTEGRITY PLAN,
SHAWN SMITH,
ASHLEY EPP, and
HOLLY KASUN,

      Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

      Upon review of all the documents filed in this case, the court concludes that this matter should be directly assigned to a District Judge pursuant to D.C.COLO.LCivR 40.1. Plaintiffs request injunctive relief in the form of a temporary restraining order and/or preliminary injunction. *See* [Doc. 5]. Pursuant to the Local Rules, civil actions "in which a motion for injunctive relief is filed" shall not be directly assigned to a magistrate judge. *See* D.C.COLO.LCivR 40.1(c)(2)(a).

      Accordingly**, IT IS ORDERED** that:

(1)    The Clerk of the Court shall **REDRAW** this action to a District Judge for further proceedings.

DATED:  March 9, 2022