| ☐ County Court  ☒ District Court  County, Colorado | |
|---|---|
| United States District Court<br>Colorado | |
| **Plaintiff**: Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota<br>v.<br>**Defendant**: United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun | ▲ **COURT USE ONLY** ▲ |
| Attorney or Party Without Attorney:<br>Lathrop GPM LLP<br>1515 Wynkoop Street Suite 600<br>Denver, CO 80202<br>Phone Number: (720) 931-3246  E-mail:<br>FAX Number: (720) 931-3201  Atty. Reg. #: | Case Number: 1:22-CV-00581-NYW<br><br>Division_____ Courtroom_____ |
| **RETURN OF SERVICE** | |

Received by Professional Process Servers, LLC to be served on **Ashley Epp/United States Election Integrity Plan, 1132 Koa Court, Castle Rock, CO 80104**.

I, Michael LeJon, do hereby affirm that on the **14th day of March, 2022** at **4:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Issued Summons; Complaint; Civil Cover Sheet; Motion for TRO and Preliminary Injunction; Memo in Support of TRO and Preliminary Injunction; Declaration of Casey Breese with Ex. A; Declaration of Beth Hendrix; Declaration of Portia Prescott; Declaration of Salvador Hernandez; Proposed Order; and Consent form** to: **Matthew Epp** at the address of: **1132 Koa Court, Castle Rock, CO 80104**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/14/2022  4:30 pm  Served Ashley Epp's Husband, Matthew Epp. Approximately 45-year-old white male 6-ft tall on 180 lb brown hair

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_Michael LeJon_ (signature)
Signature of Process Server

**Michael LeJon**
Process Server

Professional Process Servers, LLC
998 East Davies Avenue
Centennial, CO 80122
(303) 515-7250

Reference: 1:22-cv-00581-NYW     RETURN OF SERVICE     Page 1 of 1
Job Number: LSK-2022000982