IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581 - PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## ENTRY OF APPEARANCE

To: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Amy Erickson, of the law firm Lathrop GPM, LLC, hereby enters her appearance in this case as counsel of record for Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

Dated this 23th day of March, 2022.

    Amy Erickson
    Name of Attorney

    Lathrop GPM, LLP
    Firm Name

    1515 Wynkoop Street, Suite 600
    Office Address

    Denver, CO 80202

48470023v1

2

City, State, ZIP Code

720-931-3200
Telephone Number

amy.erickson@lathropgpm.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (U.S. Mail) indicated by the non-participant's name:

Ashley Epp, 1132 Koa Court, Castle Rock, CO 80104

Shawn Smith, 2870 Richmond Drive, Colorado Springs, CO 80922

Holly Kasun, 64 Snake River Road, Unite 39 Dillon, CO 80435

*s/Claudia Neal*

2

48470023v1