**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581 - PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    PLEASE TAKE NOTICE that Brian Dillon, of the law firm Lathrop GPM, LLC, hereby enters his appearance in this case as counsel of record for Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

    DATED at Denver, Colorado this 23rd day of March, 2022.

                                                          Brian Dillon
                                                          Name of Attorney

                                                          Lathrop GPM LLP
                                                          Firm Name

                                                          1515 Wynkoop Street, Suite 600
                                                          Office Address

1

Denver, CO 80202
City, State, ZIP Code

720-931-3200
Telephone Number

brian.dillon@lathropgpm.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (U.S. Mail) indicated by the non-participant's name:

Ashley Epp, 1132 Koa Court, Castle Rock, CO 80104

Shawn Smith, 2870 Richmond Drive, Colorado Springs, CO 80922

Holly Kasun, 64 Snake River Road, Unite 39 Dillon, CO 80435

*s/Claudia Neal*