# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581 - PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    PLEASE TAKE NOTICE that Jean Paul Bradshaw II, of the law firm Lathrop GPM LLP, hereby enters his appearance in this case as counsel of record for Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

DATED:  March 23, 2022

    *s/ Jean Paul Bradshaw II*
    Jean Paul Bradshaw II (MO # 31800)
    Lathrop GPM LLP
    2345 Grand Blvd., Ste. 2200
    Kansas City, MO 64108
    Telephone: 816.292.2000
    Email: jeanpaul.bradshaw@lathropgpm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document to the following non-CM/ECF participants via U.S. Mail, postage prepaid:

    Ashley Epp, 1132 Koa Court, Castle Rock, CO 80104

    Shawn Smith, 2870 Richmond Drive, Colorado Springs, CO 80922

    Holly Kasun, 64 Snake River Road, Unite 39 Dillon, CO 80435

                                     *s/Jean Paul Bradshaw II*
                                     An Attorney for Plaintiffs

48470221v1