**JAIME FITZSIMONS**
SHERIFF



**PETER HAYNES**
UNDERSHERIFF

## OFFICE OF THE SUMMIT COUNTY SHERIFF

501 North Park Avenue ▪ PO Box 210 ▪ Breckenridge, Colorado 80424
Office: (970) 453-2232 ▪ Fax: (970) 453-7329 ▪ www.SummitSheriffCO.com

### RETURN OF SERVICE

**SHERIFF'S CASE NUMBER**: 22-1000335
COURT #: 1:22-CV-00581
COURT: UNITED STATES DISTRICT COURT
VENUE:
COURT DATE: N/A

> This ORIGINAL Return of
> Service needs to be filed
> with the appropriate court

**COLORADO MONTANA WYOMING STATE AREA CONFERENCE**
**V.**
**UNITED STATES ELECTIONINTEGRITY PLAN,**
**SHAWN SMITH, ASHLEY EPP, AND HOLLY KASUN**

AS AN OFFICER OF THE SUMMIT COUNTY SHERIFF'S OFFICE, BEING FIRST DULY SWORN, AND A PERSON OVER EIGHTEEN (18) YEARS OF AGE, AND NOT A PARTY TO THE ABOVE-MENTIONED ACTION; I DO HEREBY CERTIFY THAT I HAVE DULY SERVED THE FOLLOWING PAPERS:

*Summons; Complaint; Civil Cover Sheet; Motion for TRO and Preliminary Injunction; Memo in Support of TRO and Preliminary Injunction; Declaration of Casey Breese with Ex. A; Declaration of Beth Hendrix; Declaration of Portia Prescott; Declaration of Salvador Hernandez; Proposed Order; and Consent form*

IN THE WITHIN ACTION, ON ____3/23/22____, AT ____11:15____ HOURS.

BY HANDING TO AND LEAVING WITH THE FOLLOWING: __HOLLY KASUN__

AT __RESIDENCE: 64 SNAKE RIVER ROAD, UNIT 39, DILLON, CO 80435__

-------------------------------------------------------------------------------

### ATTEMPTS

**1ST ATTEMPT:** RESIDENCE: 64 SNAKE RIVER ROAD, UNIT 39, DILLON, CO 80435
DATE: 3/23/22                    TIME: 11:15 HRS
NOTES: SERVED HOLLY KASUN.

-------------------------------------------------------------------------------

**DATE:** ___3/23/22_____          **SERVER:** _____

DEPUTY WU/SO91