# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581 - PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    PLEASE TAKE NOTICE that Casey Breese, of the law firm Lathrop GPM, LLC, hereby enters his appearance in this case as counsel of record for Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

    DATED at Denver, Colorado this 23rd day of March, 2022.

                                           Casey Breese
                                           Name of Attorney

                                           Lathrop GPM LLP
                                           Firm Name

                                           1515 Wynkoop Street, Suite 600
                                           Office Address

48470241v1

Denver, CO 80202
City, State, ZIP Code

720-931-3200
Telephone Number

casey.breese@lathropgpm.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (U.S. Mail) indicated by the non-participant's name:

Ashley Epp, 1132 Koa Court, Castle Rock, CO 80104

Shawn Smith, 2870 Richmond Drive, Colorado Springs, CO 80922

Holly Kasun, 64 Snake River Road, Unite 39 Dillon, CO 80435


*s/Claudia Neal*

Case No. 1:22-cv-00581-CNS-NRN   Document 24   filed 03/25/22   USDC Colorado
pg 2 of 2

2