IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581 - PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## ENTRY OF APPEARANCE

To: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Courtney Hostetler, of the non-profit organization Free Speech For People, hereby enters her appearance in this case as counsel of record for Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

Dated this 28th day of March, 2022.

<u>Courtney Hostetler</u>
Name of Attorney

<u>Free Speech For People</u>
Firm Name

<u>1320 Centre St. #405</u>
Office Address

1

48470023v1

<u>Newton MA 02459</u>
City, State, ZIP Code

<u>617-249-3015</u>
Telephone Number

<u>chostetler@freespeechforpeople.org</u>
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (U.S. Mail) indicated by the non-participant's name:

Ashley Epp, 1132 Koa Court, Castle Rock, CO 80104

Shawn Smith, 2870 Richmond Drive, Colorado Springs, CO 80922

Holly Kasun, 64 Snake River Road, Unite 39 Dillon, CO 80435

<u>s/ Courtney Hostetler</u>

48470023v1