UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA<br><br>Plaintiffs,<br><br>   -v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | )<br>)<br>)<br>) Civil Action No. 1:22-cv-00581-PAB<br>)<br>)<br>)<br>)<br>) BENCH TRIAL<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

COMES NOW, THE REISCH LAW FIRM, LLC, by and through counsel, Jessica Hays, and hereby enters her appearance as co-counsel of record for the above-named Defendants.

Dated this 6th day of April, 2022.

        Respectfully submitted,

        s/ Jessica Hays
        **Jessica Hays, #53905**
        The Reisch Law Firm, LLC
        1490 West 121st Ave., Suite 202
        Denver, CO 80234
        Telephone: (303) 291-0555
        FAX: (720) 904-5797
        E-mail: jessica@reischlawfirm.com
        cassandra@reischlawfirm.com
        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system to all counsel of record.

s/ Jessica Hays
**Jessica Hays, #53905**
The Reisch Law Firm, LLC
1490 West 121st Ave., Suite 202
Denver, CO 80234
Telephone: (303) 291-0555
FAX: (720) 904-5797
E-mail: jessica@reischlawfirm.com
cassandra@reischlawfirm.com
Attorney for Defendants