# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

      Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

      Defendants.

---

## MOTION FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS

---

Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs") move the Court for an expedited hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss and in support thereof state as follows:

### Certificate of Conferral Pursuant to D. Colo. L. Civ. R. 7.1

Undersigned counsel certifies that she has conferred with opposing counsel regarding this motion. Counsel for Defendants states that it is Defendants' position that the Motion to Dismiss be heard prior to the Motion for Preliminary Injunction.

1.    Plaintiffs filed the Complaint in the above-captioned action on March 9, 2022.

48555730v1

2.  Thereafter, Plaintiffs moved this Court for a Temporary Restraining Order and Preliminary Injunction, seeking to restrain Defendants from engaging in ongoing illegal voter intimidation in violation of the Voting Rights Act of 1965 and the Ku Klux Klan Act.

3.  On April 4, 2022, Defendants filed a Motion to Dismiss Plaintiffs' Complaint for lack of standing.

4.  Given that the 2022 elections are fast-approaching, Plaintiffs seek an expedited hearing on Plaintiffs' Motion for Temporary Restraining Order and Defendants' Motion to Dismiss. More specifically, Plaintiffs seek an Order from the Court:

   a.  Setting an expedited hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss;

   b.  Setting an expedited briefing schedule for Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss; and

   c.  Ordering such other and further relief as the Court deems just and equitable.

Dated:  April 7, 2022

LATHROP GPM LLP

By /s/Amy Erickson
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Dion Farganis (Admission Pending)
Dion.farganis@lathropgpm.com
Reid Day
Reid.day@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

48555730v1

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Ron Fein
rfein@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

3

48555730v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Amy Elizabeth Erickson | amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com |
| Ben Clements | bclements@freespeechforpeople.org |
| Brian Andrew Dillon | brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com |
| Casey Carlton Breese | casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com, cheyenne.serrano@lathropgpm.com |
| Courtney Marie Hostetler | chostetler@freespeechforpeople.org |
| Jean Paul Bradshaw | jeanpaul.bradshaw@lathropgpm.com |
| Jessica Lynn Hays | jessica@reischlawfirm.com |
| R. Scott Reisch | scott@reischlawfirm.com, cassandra@reischlawfirm.com, Matthew@reischlawfirm.com, Rob@reischlawfirm.com |
| Reid Kelly Day | reid.day@lathropgpm.com, kirsten.hollstrom@lathropgpm.com |
| Ronald Andrew Fein | rfein@freespeechforpeople.org |

s/Claudia Neal

48555730v1