IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

---

**PROPOSED ORDER ON PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**

---

The above-captioned matter came before this Court on Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs") Motion for Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, the Court finds there to be good cause for an expedited hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss. IT IS HEREBY ORDERED that Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss is GRANTED as follows:

1

2

      1.      All parties shall appear before this Court in Room ___ at ___a/pm, on the ___ day of _____ for a hearing on Plaintiff's Motion for a Preliminary Injunction and Defendants' Motion to Dismiss.

      2.      Papers in opposition to Plaintiffs' Motion for Preliminary Injunction, if any, shall be filed and served via ECF on or before _____.

      3.      Reply papers in support of Plaintiffs' Motion for Preliminary Injunction, if any, shall be filed and served via ECF on or before _____.

      4.      Papers in opposition to Defendants' Motion to Dismiss, if any, shall be filed and served via ECF on or before _____.

      5.      Reply papers in support of Defendants' Motion to Dismiss, if any, shall be filed and served via ECF on or before _____.

IT IS SO ORDERED.

Dated this ____ day of April, 2022

                                                  _____
                                                    Judge Philip A. Brimmer