IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00581-PAB

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF COLORADO, and
MI FAMILIA VOTA,

      Plaintiffs,

v.

UNITED STATES ELECTION INTEGRITY PLAN,
SHAWN SMITH,
ASHLEY EPP, and
HOLLY KASUN,

      Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

This matter is before the Court on the portion of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 5] that requests issuance of a preliminary injunction and the portion of plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss [Docket No. 29] that requests an expedited hearing and expedited briefing on plaintiffs' preliminary injunction motion and defendants' motion to dismiss.

In order for the Court to determine the appropriate length of the preliminary injunction hearing, it is

**ORDERED** that plaintiffs shall file a witness list by **April 20, 2022** using the form found at http://www.cod.uscourts.gov/JudicialOfficers/Active/ArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses it intends to call at the preliminary injunction hearing and the length of its direct examinations. It is further

**ORDERED** that defendants shall file by **April 27, 2022**, a witness list for the preliminary injunction hearing, using the same form, which shall include estimates of the time required for cross-examining plaintiffs' witnesses and estimates of time for conducting the direct examinations of defendants' witnesses. It is further

**ORDERED** that counsel shall jointly contact Chambers via conference call (303-

335-2794) on **April 29, 2022** to schedule a preliminary injunction hearing.  It is further

**ORDERED** that defendants shall respond to the portion of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 5] requesting a preliminary injunction on or before **April 20, 2022**, and plaintiffs may reply on or before **April 25, 2022**.  It is further

**ORDERED** that plaintiffs shall respond to defendants' Motion to Dismiss [Docket No. 27] on or before **April 18, 2022**, and defendants may reply on or before **April 22, 2022**.

DATED April 8, 2022.