**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

      Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

      Defendants.

---

**PLAINTIFFS' PROPOSED ORDER REGARDING DEFENDANTS' MOTION TO DISMISS (ECF NO. 27)**

---

The above-captioned matter came before this Court on April __, 2022 on Defendants United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun's, motion to dismiss.

_____ of _____ appeared for and on behalf of the Plaintiffs.

_____ of _____ appeared for and on behalf of the Defendants.

Based on the all the files, records, and proceedings herein, IT IS HEREBY ORDERED that Defendants' motion to dismiss is denied.

1

IT IS SO ORDERED.

    Dated this \_\_\_\_ day of April, 2022

                                                _____
                                                Chief Judge Philip A. Brimmer

48607902v1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Amy Elizabeth Erickson | amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com |
| Ben Clements | bclements@freespeechforpeople.org |
| Brian Andrew Dillon | brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com |
| Casey Carlton Breese | casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com, cheyenne.serrano@lathropgpm.com |
| Courtney Marie Hostetler | chostetler@freespeechforpeople.org |
| Jean Paul Bradshaw | jeanpaul.bradshaw@lathropgpm.com |
| Jessica Lynn Hays | jessica@reischlawfirm.com |
| R. Scott Reisch | scott@reischlawfirm.com, cassandra@reischlawfirm.com, Matthew@reischlawfirm.com, Rob@reischlawfirm.com |
| Reid Kelly Day | reid.day@lathropgpm.com, kirsten.hollstrom@lathropgpm.com |
| Ronald Andrew Fein | rfein@freespeechforpeople.org |

s/Claudia Neal

3

48607902v1