IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No.  22-cv-00581-PAB                                      Date: April 20, 2022

Case Title:  *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota, Plaintiffs v. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun, Defendants*

## PLAINTIFFS' WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Portia Prescott<br>State President, Colorado Montana Wyoming State-Area Conference of the NAACP | 1 hour |
| Beth Hendrix<br>Executive Director, League of Women Voters of Colorado | 1 hour |
| Salvador Hernandez<br>Colorado State Director, Mi Familia Vota | 1 hour |
| Representative from Office of the Colorado Secretary of State | 1 hour |
| Shawn Smith<br>United States Election Integrity Plan | 1-2 hours |
| Ashley Epp<br>United States Election Integrity Plan | 1-2 hours |
| Holly Kasun<br>United States Election Integrity Plan | 1-2 hours |

Plaintiffs reserve the right to amend this Witness List to add additional witnesses identified during discovery, and to call additional witnesses at the Preliminary Injunction Hearing as necessary and

48650111v1

appropriate to respond to and/or rebut the evidence presented at the Hearing.

Dated:  April 20, 2022                    LATHROP GPM LLP

By /s/Amy Erickson
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Dion Farganis
Dion.farganis@lathropgpm.com
Reid Day
Reid.day@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Ron Fein
rfein@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Amy Elizabeth Erickson | amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com |
| Ben Clements | bclements@freespeechforpeople.org |
| Brian Andrew Dillon | brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com |
| Casey Carlton Breese | casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com, cheyenne.serrano@lathropgpm.com |
| Courtney Marie Hostetler | chostetler@freespeechforpeople.org |
| Jean Paul Bradshaw | jeanpaul.bradshaw@lathropgpm.com |
| Jessica Lynn Hays | jessica@reischlawfirm.com |
| R. Scott Reisch | scott@reischlawfirm.com, cassandra@reischlawfirm.com, Matthew@reischlawfirm.com, Rob@reischlawfirm.com |
| Reid Kelly Day | reid.day@lathropgpm.com, kirsten.hollstrom@lathropgpm.com |
| Ronald Andrew Fein | rfein@freespeechforpeople.org |

s/Brandi Pruett

48650111v1