# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 22-cv-00581-PAB                Date: April 27, 2022

Case Title: Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota v. United States Integrity Plan, Shawn Smith, Ashely Epp, and Holly Kasun

### DEFENDANTS' WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Shawn Smith | Direct Examination: 30 minutes; Cross-Examination 15 minutes |
| Ashley Epp | Direct Examination: 30 minutes; Cross-Examination 15 minutes |
| Holly Kasun | Direct Examination: 30 minutes; Cross-Examination 15 minutes |
| Portia Prescott | Cross-Examination 15 minutes |
| Beth Hendrix | Cross-Examination 15 minutes |
| Salvador Hernandez | Cross-Examination 15 minutes |
| Representative from Office of the Colorado Secretary of State for | Cross-Examination 15 minutes |

Defendants reserve the right to amend and/or supplement this Witness List as information becomes available or to respond to evidence presented.

Respectfully submitted this 27th day of April, 2022.

*s/ Jessica L. Hays*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
THE REISCH LAW FIRM, LLC
1490 W. 121st Avenue, #202
Denver, CO 80234
(303) 291-0555
Email: scott@reischlawfirm.com
jessica@reischlawfirm.com
cassandra@reischlawfirm.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANTS' WITNESS LIST** has been electronically served through ECF this 27th day of April, 2022, to all counsel of record.

*s/ Jessica L. Hays*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
THE REISCH LAW FIRM, LLC
1490 W. 121st Avenue, #202
Denver, CO 80234
(303) 291-0555
Email: scott@reischlawfirm.com
Email: jessica@reischlawfirm.com
*Attorneys for Defendants*
