IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

**PROPOSED ORDER ON MOTION FOR LIMITED EXPEDITED DISCOVERY**

The above-captioned matter came before this Court on Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota's ("Plaintiffs") Motion for Limited Expedited Discovery.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, the Court finds there to be good cause for Plaintiffs' Motion for Limited Expedited Discovery. IT IS HEREBY ORDERED that Plaintiffs' Motion for Limited Expedited Discovery be GRANTED as follows:

Plaintiffs are granted leave to serve the following Requests for Production on Defendants, which shall be answered on or before May _____, 2022:

1.    Any corporate registrations/corporate records for Defendant USEIP.

2. Copies of any database created by Defendants or any of their agents containing individualized information about voters.

3. Copies of any photographs taken by Defendants or any of their agents of voters' residences, or voters' vehicles.

4. Copies of any canvassing plan, including but not limited to documents sufficient to identify the counties, neighborhoods, and/or individual voters targeted by Defendants and to demonstrate Defendants' implementation of the plan.

5. Copies of any canvassing script or talking points utilized by Defendant USEIP and its agents when going door-to-door.

6. A list of all voters with whom Defendant USEIP or any agent of Defendant USEIP has had contact, including for each voter their name, address, phone number, and email address.

7. Any statements Defendant USEIP or its agents collected from voters.

8. Any other records kept by Defendant USEIP or its agents regarding its canvassing activity.

9. Documents identifying all persons who are employed by Defendant USEIP or otherwise acting as agents of Defendant USEIP.

10. Documents related to or reflecting any complaints received by Defendant USEIP regarding its canvassing activity.

IT IS SO ORDERED.

Dated this ____ day of April, 2022

_____
Chief Judge Philip A. Brimmer

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Amy Elizabeth Erickson | amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com |
| Ben Clements | bclements@freespeechforpeople.org |
| Brian Andrew Dillon | brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com |
| Casey Carlton Breese | casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com, cheyenne.serrano@lathropgpm.com |
| Courtney Marie Hostetler | chostetler@freespeechforpeople.org |
| Jean Paul Bradshaw | jeanpaul.bradshaw@lathropgpm.com |
| Jessica Lynn Hays | jessica@reischlawfirm.com |
| R. Scott Reisch | scott@reischlawfirm.com, cassandra@reischlawfirm.com, Matthew@reischlawfirm.com, Rob@reischlawfirm.com |
| Reid Kelly Day | reid.day@lathropgpm.com, kirsten.hollstrom@lathropgpm.com |
| Ronald Andrew Fein | rfein@freespeechforpeople.org |
| John C. Bonifaz | jbonifaz@freespeechforpeople.org |

                                              s/Claudia Neal

48690084v1