IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00581-PAB

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF COLORADO, and
MI FAMILIA VOTA,

    Plaintiffs,

v.

UNITED STATES ELECTION INTEGRITY PLAN,
SHAWN SMITH,
ASHLEY EPP, and
HOLLY KASUN,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on that portion of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 5] that requests a preliminary injunction.

    The preliminary injunction hearing will be set for a full day on June 2, 2022, beginning at 8:30 a.m. There will be a 15-minute break at approximately 10:15 a.m. and 3:00 p.m. A lunch break will be taken from 12:00 p.m. until 1:00 p.m. Each side will be given two hours and 30 minutes cumulatively to conduct both its direct examinations and cross-examinations. The Court will keep track of each side's time. If, for instance, one side uses two hours and 30 minutes to conduct its direct examinations, it will have no time left to cross-examine the opposing side's witnesses. Two hours will be reserved at the end of the hearing for arguments on the motion and the Court's ruling. It is

    **ORDERED** that the Court will hold a full-day preliminary injunction hearing on **June 2, 2022** at **8:30 a.m.** It is further

    **ORDERED** that the parties shall exchange exhibits, and submit to the Court electronically, on or before **May 23, 2022 at 5:00 p.m.**

    DATED April 29, 2022.