# LATHROP GPM

## EXHIBIT A

### ESI TECHNICAL PRODUCTION SPECIFICATIONS

**Production Format**

Documents stored in electronic or hard copy formats in the ordinary course of business shall be submitted in the following electronic format, provided that such copies are true, correct, and complete copies of the original. Documents should be uniquely and sequentially Bates Numbered with both the Bates number and any other necessary endorsement (Confidential, etc.) burned into each image.  To the extent possible, production should be without duplication.

1. **IMAGES** (Single Page Group 4 TIFF Files, Color Pages as JPG files)
   a. TIFF and JPG files named the same as the Image Load File – .OPT format.

2. **DATA LOAD FILE** (DATABASE)
   a. Provide a .DAT file with full metadata extraction for a minimum of the metadata fields listed in chart below.

3. **TEXT FILES** (DOCUMENT LEVEL)
   a. Provide extracted FULLTEXT for native electronic documents.
   b. Provide OCRTEXT for hard copy or image documents, with the exception of native file placeholder pages.
   c. The text file should be named the same as the first page of the corresponding record.

4. **NATIVE FILES**
   a. Provide NATIVE files for Microsoft Access, Microsoft Excel, Microsoft PowerPoint, audio, video, presentation files, database, and CAD-type file formats.
   b. The file names should be the same as the first page of the corresponding record. Provide extracted FULLTEXT of the Native Files according to the standard listed above (item#3).
   c. If the use of a native file requires proprietary software, inform us of that fact with your production.
   d. Passwords for documents, files, compressed archives, and encrypted media must be provided separately either via email or in a separate cover letter.
   e. All productions should be produced free of computer viruses and malware.

5. **PRIVILEGE LOG**
   a. A privileged log shall be submitted as a Microsoft Excel.
   b. For each document withheld, masked, or redacted, the log shall list the following:
      i. Specific grounds for claim of privilege
      ii. Type of document
      iii. Title
      iv. Authors
      v. Date
      vi. Recipient, from, cc'd or blind cc'd
      vii. Description of subject matter

1

viii.    For redacted documents include the bates number(s)

**Metadata Fields Requested (Minimum)**

| Field Name | Description | Example |
|---|---|---|
| Bates Begin | Beginning Document/Control Number | ABC0000001 |
| Bates End | Ending Document/Control Number | ABC0000007 |
| Bates Beg Attach | Beginning Document/Control number of family unit | ABC0000001 |
| Bates End Attach | Ending Document/Control number of family unit | ABC0000007 |
| Pages | Number of pages in a documents (image record) | 7 |
| Custodian | Individual from whom the document originated | John Smith |
| Duplicate Custodian | Other custodians with same document prior to deduplication | Jane Smith |
| Document Title | Title of native file extracted from file properties | ABC Board Meeting Minutes |
| Confidentiality Designation | Document designation | Confidential  or Attorney's Eyes Only |
| Author | Author field extracted from the metadata of a native file | Jane Smith |
| Email From | Sender of the e-mail message | John.Smith@abccompany |
| Email To | Recipient(s) of the e-mail message | Mary.Smith@abccompany |
| Email CC | Recipient(s) of "Carbon Copies" of the e-mail message. | |
| Email BCC | Recipient(s) of "Blind Carbon Copies" of the e-mail message. | |
| Email Subject | E-mail Subject | Re: Meeting tomorrow |
| Date Sent* | Sent Date | 01/01/2016 |
| Time Sent* | Time Sent | 12:16 |
| Date Received* | Received Date | 01/01/2016 |
| Time Received* | Time Received | 08:15 |
| Date Created* | Date original file was created | 09/09/1999 |
| Time Created* | Time created of original file | 09:15 |
| Date Last Modified* | Date the original file was last modified | 01/01/2016 |
| Time Last Modified* | Time original file was modified | 22:00 |
| File Name | File Name of Native/Original File | ABCBoardminutes.doc |
| File Extension | File extension of Native/Original file | docx |
| File Size | Size of the Native/Original File in KB | 5000 |
| MD5 Hash | Identifying value of an electronic record assigned using | FB37F9D46364DE549671667489BF5999 |

| | algorithm | |
|---|---|---|
| SHA1 Hash | Identifying value of an electronic record assigned using algorithm | F0FA38AE8D726C9172F954C130DD37A19BF17054 |
| File Path | Path to produced Native File for delivery | D:\NATIVES\001\ABC00001.docx |
| Text Path | Path to produced text (.txt) file | D:\TEXT\001\ABC00001.txt |
| Has Redactions | Yes/No if document has been redacted | Y/N or Yes/No |
| Email Message ID | Microsoft Outlook or similar number in other message systems | 49ecbdd.00000111ddddt@abc.com |
| Internal File Path | Original location of email including original file name | Personal Folders\Deleted Items\Board Meeting Minutes.msg |
| Time Zone Processed | Which time zone was the data processed in? | Central Time/CST |

*date and times must be stored in separate fields; times should be without time zone and in 24 hours format.  For example 18:30 is acceptable.  06:30 PM EST is not acceptable. Time zone should be included in a separate field as shown above.*

**Submitting Your Production**

1. Encryption
   a. Encryption of production is encouraged.
   b. Passwords should always be emailed or sent under separate correspondence.
   c. If encrypted, please include information on the method of encryption.
2. Recommended Media
   a. File Secure Transfer
   b. CD-R/CD-ROM
   c. DVD-Rom for Windows compatible personal computers
   d. USB flash drives
   e. Hard disk drives formatted to Window-compatible

**Unacceptable Production Formats**

1.  Large compilation of PDF files of documents with or without document breaks (or bookmarks).
2.  PDF files named according to their original filename.  Every record should be named according to the bates number on the first page and should be in TIFF or JPG format with accompanying load files.
3.  Combining an email and its attachments to make a single document (unless specifically agreed upon ahead of time).
4.  Spreadsheets and PowerPoint ESI should be produced as native ESI.  If the item has confidentiality designation, please DO NOT append it to the bates numbered file name.  The designation should be provided as a value in the Confidentiality Designation field.
5.  Do not include in the .DAT file the actual OCR/extracted  text.  Only include path link to the OCR/extracted text file.