IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00581-CNS-NRN | Date: September 13, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA Vota,  Plaintiff, v. | Courtney Hostetler John Bonifaz Ronald Fein Amy Erickson |
| UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHLEY EPP, and HOLLY KASUN,  Defendants. | Jessica Hays |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**9:29 a.m.    Court in session.**

Court calls case. Appearances of counsel. Preliminary remarks by the Court.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures have already been made.

Joinder of Parties/Amendment to Pleadings: August 15, 2022

Discovery Cut-off: December 2, 2022
Dispositive Motions Deadline: December 16, 2022

Each side shall be limited to 7 depositions, excluding experts.
Depositions shall not exceed 7 hours.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: October 28, 2022
Disclosure of Rebuttal Experts: November 18, 2022
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Discovery Conference** is set for September 22, 2022 at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.The parties are directed to prepare and email to Chambers (Neureiter_chambers@cod.uscourts.gov) by 12:00 PM on September 21, 2022 a short (no longer than five pages each, ten pages total) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record. If the parties resolve the dispute, then they shall jointly contact Judge Neureiter's Chambers to vacate the hearing. The Court will also set a Status Conference at that time.

**Final Pretrial Conference/Trial Preparation/Trial Dates:** Counsel shall contact Judge Sweeney's chambers by email (Sweeney_Chambers@cod.uscourts.gov)  within two business days of the Scheduling Conference to obtain dates for a final pretrial/trial preparation conference and trial.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:03 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.