**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-CNS - NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

      Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

      Defendants.

---

**CERTIFICATE OF SERVICE**

---

The undersigned certifies that a copy of Plaintiffs' Expert Witness Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) was served on Defendants' counsel of record via electronic mail on the 11th day of November, 2022.

Dated: November 11, 2022          LATHROP GPM LLP

                                            By s/Amy Erickson
                                            Casey Breese (#51448)
                                            Casey.breese@lathropgpm.com
                                            Jean Paul Bradshaw
                                            Jeanpaul.bradshaw@lathropgpm.com
                                            Dion Farganis
                                            Dion.farganis@lathropgpm.com
                                            Reid Day
                                            Reid.day@lathropgpm.com
                                            Brian A. Dillon
                                            Brian.dillon@lathropgpm.com
                                            Amy Erickson (#54710)

1

Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Ronald Fein
rfein@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

2