# EXHIBIT 3

Hernandez Deposition Excerpts

```
 1             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2

     Civil Action No. 1:22-cv-00581-CNS-NRN
 3

     _____
 4

 5   Colorado Montana Wyoming
     State Area Conference of the
 6   NAACP, League of Women Voters
     of Colorado, and Mi Familia
 7   Vota,
 8          Plaintiffs,
 9   v.
10   United States Election Integrity
     Plan, Shawn Smith, Ashley Epp,
11   and Holly Kasun,
12          Defendants.
13
     _____
14
15          REMOTE DEPOSITION OF SALVADOR HERNANDEZ
16                    November 21, 2022
17   _____
18
19
20
21
22
23
24
25

                                                         Page 1
```

```
 1   participate in these meetings?
 2        A.    They are varied throughout the year.  It
 3   just depends on what other organizations are doing, but
 4   maybe, like, once a month we meet with them.
 5        Q.    Was there a meeting last month -- so
 6   October?
 7        A.    Yeah, there was one.
 8        Q.    And can you remember which issues were
 9   discussed in that meeting?
10        A.    Whatever they are talking about -- you
11   know, the upcoming election, if you are talking about
12   October -- so just getting people out to vote, that
13   kind of thing.
14        Q.    Sure.  Did any of these meetings that
15   we're talking about discuss USEIP canvassing efforts?
16        A.    No.
17        Q.    Okay.  All right.  And let's go back to
18   this document under number 7, under that bold that was,
19   "USEIP voter intimidation."
20              Do you see that?
21        A.    Still on page 2.  Right?
22        Q.    Yes, we are.
23        A.    Yes.
24        Q.    Okay.  So it looks like it says:
25              "In the fall of 2021, MFV learned
```

Page 21

```
 1                that U.S. Election Integrity Plan and
 2                individuals connected to USEIP were
 3                engaging in intimidating home visits to
 4                Colorado voters."
 5                     Is that correct?
 6         A.    Yeah, that's what it says.  Uh-huh.
 7         Q.    Okay.  How did MFV learn of what's
 8   referenced in paragraph 7?
 9         A.    We first learned about it through the
10   League of Women Voters.
11         Q.    How did you learn about it through the
12   League of Women Voters?
13         A.    That's who called me -- Beth called me
14   and told me about the this group that was going door to
15   door, and that's basically how I learned about it.
16         Q.    And when you say Beth, are you
17   referencing Beth Hendrix?
18         A.    Yes.
19         Q.    Okay.  And were there any other sources
20   that you learned of USEIP's canvassing efforts?
21         A.    No.
22         Q.    And this conversation with Beth
23   Hendrix -- you said it was just a phone call?
24               Is that right?
25         A.    Yeah.  The initial how I learned about
```

Page 22

```
 1   it was through a phone call.
 2           Q.    And what exactly did Beth tell you
 3   during this phone call?
 4           A.    She informed me about -- you know, that
 5   there was a group, you know, going door to door with,
 6   you know, people -- you know, potentially armed, you
 7   know, going -- asking people, you know, how they had
 8   voted -- basically, like, intimidating voters, and, I
 9   mean, that was basically it.
10           Q.    And do you know where Beth learned of
11   this information that she relayed to you?
12           A.    I don't recall where she learned.
13           Q.    Did you do anything to verify the
14   information that Beth told you?
15           A.    What do you mean by that?
16           Q.    Did you do any research into USEIP after
17   Beth had this call with you?
18           A.    Yeah.  I mean, I go on to one of their
19   website to see what they were about.
20           Q.    And were there any other conversations
21   with Beth regarding USEIP?
22           A.    Yeah.  That she mentioned, you know, the
23   potential for a lawsuit.
24           Q.    And what exactly did she say about this
25   potential for a lawsuit?
```

Page 23

1        A.    That -- if Mi Familia Vota would be
2   interested in participating in the lawsuit.
3        Q.    And did you then agree to participate in
4   the lawsuit?
5        A.    Not -- not in the beginning.  I had to
6   obviously talk to, you know, my organization to see if
7   this is something that -- you know, that we wanted to
8   do and --
9        Q.    Okay.  Let's go back to the document,
10  same page number 2, but move on to the paragraph
11  numbered 8.  Do you see where it says:
12              "In MFV's experience, many Latino
13         immigrant and other voters have difficulty
14         differentiating between government officials
15         and USEIP agents."
16              Do you see that?
17       A.    Uh-huh.
18       Q.    What do you mean, "In MFV's experience,"
19  in this paragraph?
20       A.    From what we've heard.  You know, there
21  were -- you know, the groups that were going out there,
22  or the people that were going door to door, have, like,
23  the official-sounding names, like voter committee or
24  stuff like that, making it, I guess, like, hard for
25  people, like, voters, to distinguish -- right? -- if

Page 24

```
 1    they are government officials or a separate
 2    organization who was asking them questions.
 3           Q.    So did any member of MFV state that to
 4    you?
 5           A.    No.
 6           Q.    Are you just assuming that they have a
 7    difficulty differentiating between USEIP and a
 8    government official?
 9           A.    That's what we've heard.  Right?  We've
10    heard about this group going door to door.
11           Q.    But not from personal knowledge from
12    your -- your members.
13           A.    Yes.
14           Q.    Okay.  Let's go ahead and move to the
15    next paragraph, paragraph number 9, still on page 2.
16                 Do you see where it says:
17                 "By intimidating voters at their
18           doorsteps, USEIP's activities make it less
19           likely that Latino voters will answer the
20           door for anyone, including MFV's staff and
21           volunteers."
22                 Do you see that?
23           A.    Yes, I do.
24           Q.    Okay.  Has anyone not answered their
25    door for MFV staff after USEIP's canvassing efforts?
```

Page 25

```
 1            Q.    Okay.  So I know you've referenced in
 2   your testimony today the possibility of USEIP having
 3   armed agents going door to door.
 4            A.    Yes.
 5            Q.    How are you aware of USEIP having armed
 6   agents?
 7            A.    That's what we've heard -- right? --
 8   when we first learned about it, that there were
 9   potentially armed folks going door to door, and that's
10   basically how they learned.
11            Q.    Is that from Beth Hendrix?
12            A.    Yes.  From the -- yeah, the League of
13   Women Voters.
14            Q.    Have you received any information from
15   MFV members that a USEIP volunteer was armed during
16   their visit?
17            A.    No.  No.
18            Q.    Okay.  All right.  And then so the next
19   section on your declaration, Exhibit Number 1,
20   discusses the diversion of resources and frustration of
21   mission.
22                  Do you see that?
23            A.    Yes.  On page 3?
24            Q.    Yep.  That's right.
25                  So on paragraph number 12, it says that:
```

Page 27

```
 1                  MS. HAYS:  Okay.  You know, let's go
 2   ahead and take a five-minute break, if that's okay with
 3   you, Mr. Hernandez.
 4                  MR. BREESE:  Can we just start again at
 5   10:00?
 6                  MS. HAYS:  That sounds good.
 7                  THE DEPONENT:  That works.
 8                  MS. HAYS:  Okay.
 9                  (Recess taken.)
10        Q.    (By Ms. Hays)  Okay.  Let's discuss a
11   little bit more about your conversation with Beth
12   regarding USEIP's activities.
13                  Did you or MFV do anything to verify the
14   information that Beth stated to you?
15                  And you're muted, by the way.
16        A.    Can you hear me?
17        Q.    Yes.  Okay.  So did you or MFV do
18   anything to verify the allegations that Beth stated to
19   you regarding USEIP's canvassing?
20        A.    What do you mean by "verify"?
21        Q.    Sure.  Did you ask Beth where she
22   received this information?
23        A.    I don't recall that.
24        Q.    Do you know --
25        A.    It was a long time ago.
```

Page 31

```
 1           Q.    Do you know whether Beth spoke with an
 2   actual voter who claimed they were intimidated?
 3           A.    I don't recall if she said she actually
 4   spoke to a voter.  I'm not sure about that.
 5           Q.    Did she send you any sort of
 6   documentation regarding USEIP's canvassing?
 7           A.    What do you mean by that?
 8           Q.    Were there any police reports filed?
 9           A.    If they -- like, if she's sending police
10   reports?
11                 Is that what you mean?
12           Q.    Sure.  Did Beth send you any police
13   reports regarding USEIP?
14           A.    No.  No.
15           Q.    Did she send you any articles from the
16   internet regarding USEIP?
17           A.    No, not -- no.
18           Q.    Did she send you any complaints by
19   members of League of Women Voters regarding USEIP?
20           A.    No.
21           Q.    So the only information you got
22   regarding USEIP was Beth's claims?
23                 Is that true?
24           A.    Well, that's what we heard, like, how we
25   found out about it -- right? -- but we didn't hear from
```

Page 32

```
 1   anyone else, I guess.
 2           Q.    And from what Beth told you, you did
 3   nothing to confirm whether what she said was true?
 4           A.    Well, I try to, you know, do some
 5   research.  Right?  I went to the website of USEIP.  I
 6   think I Googled to see if I could find anything.
 7                 I didn't find, like, much, and so I --
 8   you know, I just looked at their website.  That was
 9   about it.
10           Q.    And what did -- what did you find on the
11   website?
12           A.    Just, like, the mission -- I don't think
13   there was much in there that I saw, what they're doing.
14           Q.    And based on what Beth informed you, you
15   decided to join this lawsuit?
16                 MR. BREESE:  Objection to form.
17                 Also instruct the witness to not reveal
18   any attorney-client communications.
19                 THE DEPONENT:  So I spoke to, you know,
20   the Mi Familia Vota team, and we decided that, you
21   know, if we wanted to join this lawsuit, and we did --
22   we did.
23           Q.    (By Ms. Hays)  Who is the team that you
24   are discussing?
25           A.    My national team, Carlos Duarte.
```

Page 33

```
 1   difficult to track, you know, that particular --
 2   exactly how you spend your time.
 3               Most of those budgets are spent on
 4   staff, on, you know, training, hiring staff, and then
 5   as part of the time that -- you know, that the staff
 6   use to talk to voters.
 7               Other parts are spent on, you know,
 8   training the staff to talk to voters, and because, you
 9   know, we have to take additional time with our staff
10   talking to them about, you know, hey, there's that --
11   if you are hearing about this group, let us know.  Keep
12   an eye out in the community.
13               Then that time, then, is spent doing
14   that, because, you know, we have the -- we just use
15   that to focus on making sure that, you know, people go
16   out and vote; that, you know, people know -- or our
17   staff know and train them, you know, letting people
18   know that there's an election coming, making sure that
19   the voters are confident about where they are going to
20   vote, meaning if they are going to go to a polling
21   location or they are going to drop off their ballot, do
22   they know where the drop boxes are -- those kinds of
23   things.
24          Q.    Okay.  So on number 20 on that -- on
25   your declaration, you can't say for certain that 20
```

Page 43

```
 1   percent of your civic engagement budget had been
 2   sent -- spent as a result of USEIP.
 3              Is that true?
 4        A.    It's an estimation.  Right?
 5              We don't -- there's not, like, an exact
 6   science of how to, you know, calculate that, I guess.
 7        Q.    So how did you come to that number -- or
 8   how did you come to that estimate before you signed
 9   your declaration for this lawsuit?
10        A.    Well, I guess it's an estimate.  Right?
11              We think about, like, you know, the --
12   what we need to do in terms of spending time with the
13   staff, training them, those kinds of things; so, you
14   know, we make our best educated guess -- right? -- how
15   much time are we going to take every day to talk about
16   this with our staff and, you know, ongoing
17   conversations that we're having with them.
18              The nature of these kinds of campaigns
19   is that you are constantly training staff, you know, as
20   people, you know, join the campaign, that, you know,
21   train their staff as people go -- you know, retraining
22   takes place.
23              MR. BREESE:  To the extent that the new
24   clients are coming in, or if it's people from your
25   side, can you introduce them for the purpose of the
```

Page 44

1    Exhibit Number 3, page 4, you testified today that you
2    have not spoken with members of MFV who are concerned
3    of Defendants' past and potential future actions.
4                So is your answer to interrogatory
5    number 2 -- has it changed?
6                MR. BREESE:  Objection to form.
7                THE DEPONENT:  Yep.  I'm not sure, like,
8    though -- what do you mean by that?
9                I mean, we've spoken to other groups --
10   right? -- the League of Women Voters being one of them.
11   They heard about, you know, the USEIP going to doors.
12               We haven't heard directly from community
13   members about experiencing this on a firsthand basis,
14   if that's -- I don't know if that's clear.
15               MS. HAYS:  Sure.  Okay.
16               I have no further questions.
17               Mr. Breese may have some questions for
18   you, so I'll pass you over to him.
19               MR. BREESE:  Yeah.  Thank you,
20   Ms. Hayes.  Just a few follow-up questions.
21                         EXAMINATION
22   BY MR. BREESE:
23       Q.    Do you have -- Mr. Hernandez, do you
24   have this Exhibit 3 in front of you, your discovery
25   responses?

Page 55