# EXHIBIT 2

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
    Civil Action Number 1:22-cv-00581-PAB
 3

    Colorado Montana Wyoming
 4  State Area Conference of the NAACP,
    League of Women Voters of Colorado, and
 5  Mi Familia Vota,
 6        Plaintiffs,
 7  vs.
 8  United States Election Integrity Plan, Shawn Smith,
    Ashley Epp, and Holly Kasun,
 9
          Defendants.
10  ------------------------------------------------------
             VIDEOCONFERENCED DEPOSITION OF SHAWN SMITH
11                       August 15, 2022
    ------------------------------------------------------
12  VIDEOCONFERENCED APPEARANCES:
13  ON BEHALF OF THE PLAINTIFFS:
          DION FARGANIS, ESQ.
14        Lathrop GPM LLP
          80 South Eighth Street
15        500 IDS Center
          Minneapolis, Minnesota 55402
16        Phone: 612-632-3471
          Email: dion.farganis@lathropgpm.com
17
    ON BEHALF OF THE DEFENDANTS:
18        JESSICA LYNN HAYS, ESQ.
          The Reisch Law Firm
19        1490 West 121st Avenue
          Suite 202
20        Denver, Colorado 80234
          Phone: 303-291-0555
21        Email: jessica@reischlawfirm.com
22
23
24
25

                                                    Page 1
```

```
 1   they would use, like, a stick-on, Hello, my name is.
 2   I, at one point, had gone to, like, OfficeMax and
 3   bought some of the sort of name tag holders, like a
 4   lanyard, so you could put a little name card in there
 5   with your name and the volunteer ID number.  And the
 6   idea was the county captain was supposed to know which
 7   volunteer ID number correlated to each individual.  So,
 8   for example, in El Paso County, mine was 1776.
 9            Q.   Are you aware of anybody that deviated
10   from that and wore something that looked more like a
11   badge?
12            A.   No.  You mean like an official badge
13   of --
14            Q.   Yeah.
15            A.   No.  Not that I ever saw.
16            Q.   Did you carry a firearm with you when
17   you went?
18            A.   I don't remember exactly if I did, but I
19   probably did.  I have a concealed carry permit.  So I
20   most likely carry everywhere I go.  So I probably did
21   have a firearm on me, although I can't say with
22   certainty that I did.  I for sure never pulled a
23   firearm out.  I mean, it would have been -- it would
24   have been undetectable to anybody else around me
25   because I carry it concealed.
```

Page 218