# E<small>XHIBIT</small> A
## <small>TO</small>
# P<small>LAINTIFFS</small>' R<small>ESPONSE TO</small> D<small>EFENDANTS</small>' M<small>OTION FOR</small> S<small>UMMARY</small> J<small>UDGMENT</small>



# COUNTY & LOCAL ORGANIZING PLAYBOOK

AUGUST 2021

U.S. ELECTION INTEGRITY PLAN
COPYRIGHT 2020-2021, USEIP. All Rights Reserved.

**Exhibit**
0002

Dedication

*In April 2021, Dr. Douglas G. Frank came to Colorado and told us that Super Moms are going to save the world. Challenge accepted.*

*This resource guide is dedicated to Dr. Frank, Mike Lindell, Professor David Clements, COL Phil Waldren, Col Shawn Smith, and all the incredible Patriots that are risking Lives, Fortunes and Sacred Honor in the name of truth. Thank you for inspiring us and leading the way.*

-    The Super Moms of Colorado

# WE ARE THE PLAN

## It s Going to Take Every Single One of Us

The U.S. Integrity Plan began in response to the November 2020 fraudulent election. A group of three like-minded patriots started off as strangers at the Colorado State Capitol on November 7th, 2020. By November 21st, we were no longer strangers, we realized that we had an incredible wealth of skills, experiences, and expertise, and we began organizing with a dozen volunteers from diverse political and professional backgrounds.



We knew then that this is the fight. Like you, we had watched as politicians and special interests drove our country into the ground and ensured the rise of our current communist nightmare. But in November 2020, they crossed a line. When they stole our election, they stole our Republic.

If we allow the fraud to stand, we become complicit in the destruction of the greatest nation in the history of earth. We become complicit in their crime. No. No one is coming to save us. It's time to stand up.

The mission and vision of this association of patriots is, and has always been, to organize our friends, neighbors, and newfound compatriots to stand in the wake of November 2020 and say, "Enough." Until the truth of November 2020 comes to light, and the consequences felt those complicit realized, we can have no confidence in the government installed by them. And we do not consent to be governed by those elected through fraud.

**Fraud corrupts everything.**

## About This Guide

Since we began organizing in November 2020, we have documented our efforts, on all fronts, to be able to ensure that we don t continually recreate the wheel, and so that we can provide resources (and a lot of lessons learned) for patriots in other states, counties, and localities. The resources provided here are free of charge. USEIP is an association of like-minded people working together to affect change locally. We don t raise funds, and we don t accept donations for any of the work we are doing. No one owns USEIP, and we don t want your money either. We want YOU.

No, not to join USEIP. I mean, we re awesome, but that s not our goal. We want you to bring your skills, talents, and God-given passions to the movement to restore our Republic. Gather, understand what resources you have collectively – what skills, talents, and passions everyone brings to the table – and get to work. It s going to take every single one of us.

We are scientists, mathematicians, cyber security experts, community organizers, writers, artists, former politicians, current and former military, corporate strategists, digital experts, super moms, pastors, prayer warriors, and so much more. We are young and we are old. We are black, white, and brown.

We are the American People. AND, WE ARE THE PLAN.

## Contents

Just Get Started .................................................................................................................................. 5
Building Your Team ............................................................................................................................ 6
　Focusing Your Efforts ..................................................................................................................... 6
　Organizing for Connection .............................................................................................................. 7
　Engaging the People ...................................................................................................................... 8
　　Recruiting ..................................................................................................................................... 8
　　Volunteer Vetting .......................................................................................................................... 9
　　Volunteer Onboarding ................................................................................................................. 10
　Stay Organized & Grow Your Trusted Team .................................................................................. 11
　　　Everyone Has a Job – Roles for Your County .......................................................................... 11
Relationship Management ............................................................................................................... 12
Knowledge Management ................................................................................................................. 12
Meetings & Events .......................................................................................................................... 12
Calendar Management .................................................................................................................... 12
Voter Verification Canvassing ......................................................................................................... 12
Walker Training ............................................................................................................................... 12
Walk Scheduling ............................................................................................................................. 12
Walklist & Data Coordination .......................................................................................................... 12
Artifact Organization ....................................................................................................................... 12

3

Volunteer Coordination ........................................................................................................... 12

Vetting Phone Calls ............................................................................................................... 12

Volunteer Onboarding ............................................................................................................ 12

    Communicating & Collaborating – Meetings & Events ...................................................... 12

    Communicating & collaborating – The In-Between Time .................................................... 14

References ............................................................................................................................. 15

  Appendix A: Documentation, Templates, and Guidance ....................................................... 15

  Appendix B: Sample Resources ........................................................................................... 16

    Volunteer Vetting – Call Script ......................................................................................... 16

USEIP Voter Verification Guide ............................................................................................. 17

  About This Guide ............................................................................................................... 17

Why Voter Verification? ......................................................................................................... 19

Voter Verification Roles ......................................................................................................... 19

Overview of Voter Verification Process ................................................................................... 20

  Step One: Train Your Leaders ............................................................................................. 20

  Step Two: Prepare County Data Files ................................................................................... 21

  Step Three: Review County Data Files .................................................................................. 21

  Step Four: Prepare Walk Kits .............................................................................................. 21

  Step Five: Train Volunteers & Complete First Walk ............................................................... 22

  Step Six: Transcribe Data to Logbooks ................................................................................ 22

  Step Seven: Notify Analytics of Incoming Data ..................................................................... 22

  Step Eight: Retro to Continuously Improve ........................................................................... 22

  Step Nine: Repeat with Next Precinct .................................................................................. 22

Resources Available to You .................................................................................................... 23

  Connect with Us! ................................................................................................................ 23

References ............................................................................................................................. 24

  Appendix A: Documentation, Templates, and Guidance ....................................................... 24

  Appendix B: Volunteer Recruiting ........................................................................................ 25

## Just Get Started

Please don t become overwhelmed by this guide. It s simply a resource, and it s based on months and months of experimenting, adjusting, abandoning, and finding success. **The most important thing is that you just get started.**



During the American Revolution, patriots planned and organized in churches and pubs. Today, our tendency is to organize online, especially since Coronavirus has radically changed our standard of living. But you cannot save America from behind a keyboard. While some of the patriots who join you locally will have limitations on how they can participate, if you re stepping up to lead in your county or in your state, you re going to have to go outside. This work is in real life. It s local and collaborative and challenging and messy.

You can t save your state and our country alone. So, we recommend starting with building your team.

## Building Your Team

Don t over engineer it. Just schedule a meeting. The first thing is to find other patriots concerned about election fraud – or, frankly, all the communism, and start talking. If you use socials, check Next Door, Telegram, Gab, or (grr) Facebook and find the conversation. Then say,  Hey, who wants to grab coffee?"

In December and January, when we weren t protesting at the Capitol on Saturdays – every Saturday between November 07, 2021, and January 16, 2021 – we were holding local coffee meet ups and happy hours in our respective areas of the Colorado Front Range.

We also attended everyone s events. GOP, Libertarians, FEC United, Women s Groups, Tea Party Groups, and any other groups where we might find some common ground. The key is meet people, talk to other leaders, collaborate, share ideas, share intel, and row in the same direction. The power of our collective scale is formidable.

## Focusing Your Efforts

Once you have your core group of trusted compatriots, you re going to want to set your immediate focus areas. These are flexible and will change with the growth and evolution of your effort. But the important goal is to be intentional about them. There are so many distractions, laser focus is critical to forward progress.

*It was raining when four strangers met in the Lost Coffee Shop in Castle Rock. I posted the event on our message board and three other people showed up. Weather can be a real killer. Interestingly, the people who did show up represented the four main communities of Douglas County: Castle Rock, Highlands Ranch, Parker, and Roxborough. After getting to know each other and sharing intel (and speculation), we got down to what needed to be done. By the end of the meeting, we had all agreed to be Douglas County Captains and each one of us took a specific focus area."*

- Douglas County, Colorado

We have stories like this in almost half the counties in Colorado, including the 12 largest. Each county looks different because each county is different. Focus areas will vary based on the current county landscape, the nature and patriotism of the elected officials there, and your priorities for the county. That said, there are priorities that are important to laying the foundation to grow and scale. Here are the focus areas that we have in pretty much every county.

6

## Organizing for Connection

This is your  air traffic control" for the county. The objective is to **build your county coalition** and grow your team. Coalitions are very important to us. You see, communists are very good at marching in the same direction because their meals depend on it. With Act Blue, if you fall in line, you get a cut. You get fed (until you don t).

reedom loving people are, by nature, independent. We are entrepreneurial and opinionated and critical thinkers. So, in times of peace, we are much keener to disagree and debate and ideate and innovate – and compete. And most of us love every minute of it.

*"In Weld County, we focused initially on connecting all the conservative groups to collectively fight for election integrity. After pooling our volunteer lists together, our captains team began organizing, training, establishing talents, and best fits. Staying connected, while dividing and conquering on our priorities, has helped us to rapidly scale our efforts. Accountability and ownership are critical, as are open communication and ongoing, real-time collaboration. The mission demands these attributes – and when we all organize and work together, we are unstoppable."*

- Weld County Colorado

But we are not in a time of peace. And everyone who values freedom and is committed to the fight for our Republic is now needed. If we can agree on the Bill of Rights, we can debate everything else later. The secret our enemy doesn t want you to know is that pretty much everyone agrees on the Bill of Rights.



### Top Tips

1. Be intentional about relationship management.
   People are your most important asset and it's going to take every one of us.
2. Work with people you disagree with and find common ground. But beware of infiltrators.
3. Get to know your local elected officials. Watch them and take notes. Find out where they line up; and don't forget.
4. Communicate with your County Clerk and Recorder regularly. They should know you.
5. Attend your Board of County Commissioner Meetings and testify on election-related topics.
6. Communicate with the leaders of other groups in your county and compare notes.
7. Use a shared calendar to track all the patriot events, public meetings, etc. Someone on your team should be accountable for this calendar.

8. Define clear accountabilities for yourself and your fellow captains. This should be collaborative.
9. Track your work – bonus points for not collaborating on social media (stay off their radar if you can).
10. Stay focused on election integrity!

## Engaging the People

This is where you want your extroverts. Like we said, this work is in real life and self-governance is the overall goal here! This focus area includes Volunteer Recruiting, bringing new volunteers into the team, and setting them up for success. We connect and collaborate to optimize our scale and build a formidable, local, reliable team!

*"In El Paso County, we have lots of like-minded organizations and everyone spun up an election integrity committee after November 3. Connecting these efforts for maximum scale was our goal. By connecting in the community, enlisting the diverse leadership that already existed, and giving motivated individuals immediate actions where they could impact change, we quickly pulled together an engaged, powerhouse team. Connect with your local GOP, retirees, conservative churches, business owners and community leaders for further word of mouth recruiting. We ask volunteers to enlist passionate friends and partners to continue growing our ranks. And that works. The people are out there and want to get involved. They need someone to show them the way."*

– El Paso County, Colorado

This focus area also includes vetting these volunteers and getting them immediately plugged in to help you as part of your team. Let s break this down a bit more.

*Recruiting*

You can recruit anywhere. We initially recruited, for our first two months, almost exclusively at in-person rallies, using a notepad and collecting emails and phone numbers. But as you grow and scale, you should be mindful of security and vetting while also remaining vigilant to not make your process so cumbersome that it inhibits people joining you. Many of those who have attempted to get involved with USEIP in recent months can testify to the fact that this is a lesson learned for us. More on that below in the  Volunteer Vetting" section.

**Social media** is useful for recruiting as long as you have additional controls in place to validate that you are not inadvertently admitting Antifa and Act Blue into your core group (your brain trust). A great example of online organizing is the  America First Audit" groups on Telegram. There are groups in all 50 states. In Colorado, there are over three thousand people in that specific Telegram room, and every day more and more people join and ask,  What can we do?" There are many answers to that question, but we generally, respond,

What is that thing for you? That thing that, when you re doing it, time flies by and you re in the zone and you feel like you are doing what you were born to do? Because that is what we want you to bring to this movement."

We work closely with AFA s Colorado team, to get people who want to do more in real time plugged into their County Coalition. We have recently asked all our County Captains to join the AFA Telegram group to limit the gap and lag time between people saying, I want to help!" and us getting them plugged in to help. It s an agile process, and we intentionally revisit how it s going each month to evolve our processes and understand, and manage, points of scale.

In-Person Events are great for recruiting. Like we said, since election day, there have been Election Integrity Committees pop up all over the place. Go to these events, talk about your plans and specific actions that you want to recruit people to help complete, and engage people in real life.

The bottom line is that you can recruit new volunteers from everywhere: social media, in-person events, flyers, message boards, wherever. But the next step of vetting volunteers as you bring them into the fold is critical to keeping your effort secure and on track.

*Volunteer Vetting*

This area has been a journey for us. We always wanted to be careful of who we let into the fold of what we are doing. So, we began with a social media check, looking for a history of freedom-posting before bringing someone into the team. This worked well for a while, until social media companies began banning people.

Our second attempt was to add a verification phone call to the social media checks. So, when a person signed up, we would check their social media and call them to do a gut check" on the person. This process was in place for many months, until we learned (roundaboutly) that there were a couple of people in our group, who were volunteering for our events, who had a criminal history of sexual misconduct. Since our events are always open for people to bring their kids, we couldn t continue to be so relaxed in our approach.

We finally landed on a process that incorporates the social review, the phone call, and a background check. We aren t going to detail all our processes and tools for security reasons, but the principle here is to know who you re working with. It s unfortunate that we must check volunteers for pedophilic leanings, but welcome to 2021.

9

*Volunteer Onboarding*

Another lesson learned for us was with the experience of our new volunteers. We put a lot of effort into vetting them and getting them into our project management tool, but there was an experience gap between getting them approved and getting them plugged in. When we were small (<50 volunteers), we used a survey tool to understand people s passion areas and core skill sets, and we allocated people to functional teams based on that survey output. But as we grew, this became unmanageable.

To scale this, and try to address the experience gap, we did two very intentional things. First, we created county-specific rooms in our project management tool, and all new volunteers were put into their county room by default.

- Whenever someone is added, we post a welcome message into the county room, and engage the new volunteer in discussion. "Tell us a little bit about yourself."
- Because this happens in the county room, right away they are getting plugged into the local team that is working near them.
- Because we are asking them about themselves, we get insight into where they can help with our priorities for the county – and new priorities they might raise!

The second thing we did was to create a **Welcome Guide** for all new volunteers that orients them to our purpose and mission. This guide (which is really a folder of documents) includes:

- **Welcome Message**: Welcomes them and guides them through Onboarding
- **Getting Started Checklist**: Activities to bring them up to speed
- **Project Management Tool Tutorial**: Orientation to our project management tool
- **How to Get Plugged in**: Links to county rooms, captains, and other helpful resources

So, our Onboarding approach is really a combination of high-touch engagement activities and self-guided resources. We are continuously evolving this process and improving our approach based on feedback. Of course, onboarding is just the first step, and you need to manage your team of volunteers with similar focus and nuance as you would manage a group of paid professionals – but as a rule, treat volunteers better. They aren t getting paid!



Top Tips

1. The bottom line is that you can recruit new volunteers from everywhere: social media, in-person events, flyers, message boards, wherever.

2. Vetting volunteers as you bring them into the fold is critical to keeping your effort secure and on track.

3. Evolve your vetting process as necessary, as your team grows, to keep it efficient. If you have a long lead time between contact and engagement, it's probably time to upgrade your approach.

4. Onboard new volunteers with a combination of high-touch engagement activities and self-guided resources to bring them in and keep them engaged.

5. Manage your team of volunteers with similar focus and nuance as you would manage a group of paid professionals.

6. Treat your volunteers better than your employees. They aren't getting paid!

## Stay Organized & Grow Your Trusted Team

There is so much to do. As you can tell from the first couple focus areas, no one person can save the country alone. So, as a captain, finding passionate self-starters to help share the load is critical to setting up for success and ensuring that YOU don t burn out.

### *Everyone Has a Job – Roles for Your County*

When you first start out in your county, you will very likely be overwhelmed. We all were. So, understanding where to focus – and the people and skillsets you need to be successful – is a good first start for new captains. Consider these three buckets:

"Build the coalition. Get everyone you know to bring their skills, talents, and passions to this movement. Together, we are formidable. In Mesa County, we have defined areas of responsibilities and accountabilities. As the guide says, everyone has a job. And in Colorado, Mesa is a target because we are so effective. We stand united and we hold each other accountable – which is why we have been so successful in exposing the fraud in our elections."

- Mesa County, Colorado

When you get started, you might just have two to three people trying to execute on all of this – but as you grow and bring people into your team, having a long view of how you want to organize is important. Here are the roles we recommend you start bringing in:



- **Lead Captain**: This is probably you. But you need someone who can look across the county – and all the activities for election integrity – and think strategically about where to go and how to get there.

- **Relationship Lead**: For many of our counties, the Lead Captain is also the Relationship Lead, and for some counties it's not – so do what works for you. This person will be the first point of contact for your relationship to other organizations and building the relationships that allow you to partner within the county.

- **County Admin**: The county admin should make sure the County Calendar has all the county government meetings, grassroots events, and other important meetings and events up to date. The county admin will also help with new member phone calls and process management.

*Communicating & Collaborating – Meetings & Events*

Ideally, you re setting up your county in the context of setting up your state. Real-time communication and cross-county collaboration are your friends! Colorado is a diverse state of 64 counties, including progressive cities and towns like Denver, Boulder and Vail as well as rural areas that comprise most of our landmass. Our efforts from one county to the next look differently as the priorities for those counties are different – but it is all election integrity.

For example, in a few Colorado counties, the elected officials and bureaucrats were concerned about election fraud. They were friendly to calls for transparency and allowed some audit activities. In other (most) counties, these people were obstructive and repeated the excuses and lies of the Secretary of State. Our strategies, approaches and tactics vary due to the landscape and priorities for the county.

That said, you will likely have several counties with the same challenges and priorities, so communicating across counties can be a real accelerator. We host two recurring video call cadences in Colorado:

- **Weekly Captains Meeting:** All county captains are invited to attend to learn about what is happening in Colorado and USEIP, share what is happening in their counties, and share ideas and resources across counties.

12

Agenda
- o   State Updates
- o   New Tools and Processes
- o   County Roundtable

- **Monthly New Captains Call:** All new captains are invited to attend to get an overview of the role of a captain and the resources available, to meet members of our core team and other county captains, and to ask their questions.
  Agenda
  - o   Ice breaker
  - o   Overview of our efforts, the role of captains, and core responsibilities
  - o   Overview of our Project Management Tool
  - o   County-specific stories (rotates depending on which captains are on the call)
  - o   Q&A

We also recommend that you hold county-specific calls with your core captain team and your volunteers. We have different flavors of these, but recommend:

- **Weekly County Captains Call (Specific to County):** This is more of a strategy and planning call, as opposed to the cross-county call which is more collaborative and knowledge sharing. This call is where you plan your activities and divide and conquer among the leads within your county. Use an agenda (sample below), keep a record of the meeting (including discussion points and action items), and track all activities and actions through to completion.

  Agenda
  - o   Action Item Review
  - o   Roundtable Updates
  - o   Review Targets (Dashboard)
  - o   Status (Recruiting, Voter Verification, etc.)
  - o   Specific Planning Activities (Trainings, Booth Events, Meetings with Electeds, etc.)

- **Regular County Meetups:** These can be virtually via video chat or locally at a coffee shop. You should invite all your volunteers and use the in-person time to build relationships, understand what skills you have in your county team, and recruit more people to be hands on with activities.

13

Agenda
- o Introductions & Ice Breaker (We like, "What first woke you up?")
- o Overview Mission and Purpose
- o Share Ways to Get Involved
- o Open Discussion (This is important – when people show up, they want to talk!)

*Communicating & collaborating – The In-Between Time*

In addition to these scheduled meetings, you should try to build collaboration into your team at the start, as a part of the culture. Phone calls, video chats, text messages, in person gatherings are essential. What is just as essential but less intuitive is the in-between time collaboration. We use a project management tool for this, and as soon as people have been through our vetting process, they get added to that tool. We have our tool organized by both functional area (voter canvassing, data analysis, content, and media, etc.) and by geography (county and state). All volunteers are added to their county room by default. The tool has capabilities beyond the social media platforms, such as a shared calendar, document library, task management, automation, and more. Also, it s not social media which is a bonus.

The county rooms are very important. They are the drop zone for our new volunteers, and they are the primary communication space for communicating, collaborating, and organizing the people in the county! In between calls and meetings, you should get in the regular rhythm of spending time in your county room each day and engaging with your volunteers. Being intentional with your communication and collaboration – how you are interacting with all your audiences and partners – will connect your team in a deeper way and help build trusting relationships!

Tips
1. Be intentional with your communication and collaboration.
2. Build your team to ensure that you don't burn out. No one person can save the country!
3. Look across your county to understand what you want to build and prioritize your efforts.
4. Don't be afraid to change course and evolve your process to stay effective.
5. Consider using a project management tool (Asana, Slack, Basecamp, Teams, etc.) to bring capabilities that social media lacks.
6. Hold regular meetings and touch points in your county.
7. Model the behaviors you want the team to adopt – demonstrate for them!
8. Never forget that The People are your most important resource and your greatest asset.

# References

## Appendix A: Documentation, Templates, and Guidance

This is the boring and painful part. But it is critically important. By keeping a record of your journey, you have resources to go back to and reference. That means you don t solve problems over and over again. Through a LOT of mishaps and pitfalls, we have learned this lesson: Solve the problem once and document it.

Here is an example of what we have some answers, or at least some clarity, for:

The following appendix provides a sample of what we have to offer. Reach out if you d like to go deeper into any of this – we d love to help!

### Data & Analytics
- Canvassing Algorithms
- Homemade Optical Scanning Software
- Analytical Tools
- Guidance for Election Integrity Data & Analytics

### Voter Verification
- Leader's Guide
- Process Flow and Journey
- Detailed Procedures from Start to Finish
- Targeting Your Canvassing
- Walk List Creation
- Voter Verification – Lead Training
- Voter Verification – Walker Training
- Walk Kits
- Guide to Your First Walk
- All About Paper (Records of Your Walk)
- Data & Record Management

### Meetings & Events
- Event Planning Tips
- Engaging Your Elected Officials
- Media 101
- Running a Booth

And more!

## Appendix B: Sample Resources
*Volunteer Vetting – Call Script*

This is a sample of the Volunteer Vetting call script that we use for USEIP.

#BEGIN#

Hello, this is <NAME> from <GROUP>. I got your information from our website so I'm calling you to get you more involved. How did you hear about us?

*They list how they heard about us on the website so you can also prompt them from that, "I see you heard about us from when Ashe spoke at the Tea Party. What got your attention about Election Integrity?"*

Tell me about you.

*Get them talking about themselves, and their concerns with election integrity. They will typically have a lot to say. If they mention another group, ask follow-up questions – maybe they are an election integrity committee to connect with! Keep it conversational and authentic to you, and consider these prompts if you need help:*

*What do you do for a living? And how about for fun?*

*What are your passions or skills?*

*What are your biggest concerns?*

How do you want to plug in?

*This is where you find out what skills and expertise they bring to the team. From here, propose some options of how they could plug in. So, you sound pretty data-oriented, would you be interested in getting involved with our data and analytics team?" Or, Oh, you're a writer! We definitely need help with messaging and other writing. Would you like to help out with that?"*

OK, here are our next steps!

*If you made agreements on the call to connect them, summarize those actions. Make sure that you connect them to their county room, invite them to any county specific activities on the schedule, and have a tangible next step for what THEY need to do next. As a default, point them to the Welcome Guide orientation.*

Thanks so much for your time! We are so excited to have you on the team. Please be on the lookout for that email invitation and feel free to DM or call me with any questions!

#END#

16

# USEIP Voter Verification Guide

## About This Guide

In Colorado, we won't get a forensic audit without hard evidence. In December 2020, the grassroots movement forced a hearing in the Colorado General Assembly's Legislative Audit Committee. The hearing was scheduled for two hours and went for eight. For the first six, the state brought their witnesses, including two former Republican Secretaries of State, to gush and rave about the "Gold Standard of Elections."

We had our own experts as well, but we didn't have the opportunity to fully present our side. Some of our experts were thrown out of the hearing for "Covid concerns." Others were bumped due to "lack of time." Remember, they scheduled two hours and took six to pontificate and filibuster. Colonel Shawn Smith was able to testify at the very end of the day, when the media and many of the legislators had left, and the measure to forensically audit the Colorado election failed on a party line vote.

If we are going to get an audit in Colorado, we need to bring evidence. In Colorado, we have been canvassing to verify the November 2020 election for months. As many other states begin this effort, we decided to write down our approach so others can learn from our experience.

Please connect with us to go deeper. We are happy to share our resources and experiences with the entire country.

We are the American People. AND, WE ARE THE PLAN.

# Contents

USEIP Voter Verification Guide .................................................................................................................17

  About This Guide .....................................................................................................................................17

Why Voter Verification? .............................................................................................................................19

Voter Verification Roles .............................................................................................................................19

Overview of Voter Verification Process .....................................................................................................20

  Step One: Train Your Leaders...................................................................................................................20

  Step Two: Prepare County Data Files .......................................................................................................21

  Step Three: Review County Data Files ......................................................................................................21

  Step Four: Prepare Walk Kits ...................................................................................................................21

  Step Five: Train Volunteers & Complete First Walk..................................................................................22

  Step Six: Transcribe Data to Logbooks ....................................................................................................22

  Step Seven: Notify Analytics of Incoming Data ........................................................................................22

  Step Eight: Retro to Continuously Improve ..............................................................................................22

  Step Nine: Repeat with Next Precinct .......................................................................................................22

Resources Available to You .......................................................................................................................23

  Connect with Us! ......................................................................................................................................23

References .................................................................................................................................................24

  Appendix A: Documentation, Templates, and Guidance .........................................................................24

  Appendix B: Volunteer Recruiting ...........................................................................................................25

## Why Voter Verification?

To ensure free and fair elections and to restore The People's confidence in our election system, we must undertake citizen audit activities to either refute or confirm serious allegations of election malfeasance.

Voter Verification efforts are structured and executed to support future legal action, should that action be necessary. Additionally, voter verification results – regardless of outcome – are valuable in ensuring The People's trust in future election cycles.



## Voter Verification Roles

**County Captain**: Leader and "air traffic controller" for all election integrity activities in the county. Serves as a point of escalation for voter verification teams.

**Training Lead**: Responsible for training all County Captains and other leaders on voter verification activities. This is a train-the-trainer activity, and the Training Lead will, in turn, train your volunteers.

**County Data Lead**: Serves as county liaison to the Data & Analytics Team; the County Data Lead is responsible for preparing walk lists, supporting walk teams from a data standpoint, and shepherding the data from the county into the voter verification database.

**Walk Lead(s)**: Responsible for organizing and scheduling walks, preparing walk kits, recruiting volunteer and all other "on-the-ground" activities for voter verification.

**Analytics**: Team responsible for data strategy and execution statewide; servant leader to County Data Lead to support and enable county canvassing efforts.

## Overview of Voter Verification Process



Figure 1.0: Voter Verification Process

## Step One: Train Your Leaders

As a County Captain, you need leverage. Overseeing the voter verification efforts in your county is a huge undertaking. Before you begin any voter verification activities, please take the time to ensure you have people trained up to complete the Voter Verification Roles, above.

This training is a train-the-trainer activity. You have two goals in this training:

1. Help your leaders understand the purpose, process, and execution of voter verification and canvassing activities.
2. Prepare your leaders to train volunteers to complete voter verification.

USEIP has training materials that we use for this activity in Colorado. Please connect with us to learn more.

## Step Two: Prepare County Data Files

Your County Data Lead will work the Analytics team to determine where to walk, and they will create precinct-level walk lists for your volunteers. Specific details on the data step are included in the Data & Analytics Guide.

## Step Three: Review County Data Files

Once you have the walk lists, you will need to review this with your County Data Lead assure the quality of these lists prior to your first walk. You will want to examine the details; for example, are the apartment numbers in order and is the walk list manageable to complete within a two-hour walk?

**Bonus!** It is extremely helpful for ALL members of your county leadership to complete a walk prior to scaling your process. There is not replacement for firsthand experience.

## Step Four: Prepare Walk Kits

Once your lists are created, you are almost ready to walk! Your Walk Leads should begin creating Walk Kits for your first walk. Walk Kits should include:

- Walk Lists
- Blank Affidavits (Spanish and English)
- Volunteer Script (Spanish and English)
- Procedure Overview (One Pager)
- Clipboard
- Black or Blue Pens
- Lanyard
- Name Tag
    - First Name
    - Volunteer ID Number
    - Organization Name

### Step Five: Train Volunteers & Complete First Walk

Now that you have created your Walk Kit, you are now ready to recruit and train your volunteers! Your Training Lead and Walk Leads will work together to get this scheduled. Training is generally one hour in the classroom, then transitioning immediately to walking to put the learning into practice!

For information on recruiting volunteers for voter verification, refer to *Appendix B: Recruiting Volunteers.*

### Step Six: Transcribe Data to Logbooks

Once your walk is complete, you need to submit the data and records from your walk back to your County Data Lead and Analytics. Details about data and records management is available upon request. This is not something that we will broadly publish; however, we are happy to meet with you and share our process and resources.

### Step Seven: Notify Analytics of Incoming Data

Once the data has been logged, you need to give your Analytics team a heads up that new data is coming into the database. This process could likely be automation via notifications, but we haven't gotten there yet. Realtime, open communication is critical to ensuring your process is undisrupted as your volunteers continuously submit the data from their walks!

### Step Eight: Retro to Continuously Improve

After each walk, gather feedback. What works well? What parts of the process are becoming bottlenecks or other barriers to the efficient completion of voter verification canvassing? Keep in constant communication with your entire team to ensure you are evolving and scaling your process in a way that will serve your county – and your team – as you continue to grow in numbers and experience.

### Step Nine: Repeat with Next Precinct

Once the volunteer is trained in person and has completed their first supervised walk, we let them loose! We require that all volunteers walk in teams of at least two for volunteer safety and data security. You can assign pairs of walkers or let the volunteers select their own partners.

## Resources Available to You

We are so happy to share our experiences and resources with you, and we hope to hear from you soon. We have documentation, ideas, solutions for lots of the challenges and problems that you are going to face as you organize in your state. We will share these freely and enthusiastically. We will not, however, publish all our inner workings and strategies for our enemies to pour over. That would be dumb.

## Connect with Us!

Instead of publishing the ingredients of the sausage, we encourage you to connect with us on Telegram (@useip) or on our website at useip.org. We would love to connect with you, answer questions, collaborate on solutions, and share resources! Telegram is probably the quickest way, as we are growing so fast and making tons of phone calls to vet new volunteers!

The following appendices provide a sample of what we have to offer. Reach out if you d like to go deeper into any of this – we d love to help! This is our country, and our founding principles hold.

We are the American People. And we are The Plan!

Thank you!

# References

## Appendix A: Documentation, Templates, and Guidance

By keeping a record of your journey, you have resources to go back to and reference. That means you don t solve problems over and over again. Through a LOT of mishaps and pitfalls, we have learned this lesson: Solve the problem once and document it.

Here is an example of what we have some answers, or at least some clarity, for:

The following appendix provides a sample of what we have to offer. Reach out if you d like to go deeper into any of this – we d love to help!

### Data & Analytics

- Canvassing Algorithms
- Homemade Optical Scanning Software
- Analytical Tools
- Guidance for Election Integrity Data & Analytics

### Voter Verification

- Voter Verification – Leader Training
- Voter Verification – Volunteer Training
- Walk Kit Templates
- Data & Record Management

### Meetings & Events

- Event Planning Tips
- Engaging Your Elected Officials
- Media 101
- Running a Booth

### And more!

24

## Appendix B: Volunteer Recruiting
*Where do we get all these volunteers?*

This is where we go back to Build Your Team from the County & Local Organization Playbook. There are several ways to communicate your goals and recruit your fellow Americans to help complete the task.

Here are a few of our recommended approaches to recruit volunteers.

1. **Start with what you've got.** Try to fill the Voter Verification roles with people you know and trust. Be explicit in the requirements and expectations of the role.

2. **Attend lots of events.** The best way to recruit is in-person, face-to-face. And it's very likely that local conservative (or other) groups are holding events. Go! Get on the agenda, if you can, and have a clear call to action for people to get involved.

3. **Consider running a booth.** County fairs and other local events are a great opportunity to meet potential volunteers! Our "Running a Booth" guide is available upon request.