# EXHIBIT C
## TO
## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2

     Civil Action No. 1:22-cv-00581-CNS-NRN
 3

     _____
 4

 5   Colorado Montana Wyoming
     State Area Conference of the
 6   NAACP, League of Women Voters
     of Colorado, and Mi Familia
 7   Vota,
 8            Plaintiffs,
 9   v.
10   United States Election Integrity
     Plan, Shawn Smith, Ashley Epp,
11   and Holly Kasun,
12            Defendants.
13
     _____
14
15         REMOTE DEPOSITION OF SALVADOR HERNANDEZ
16                    November 21, 2022
17   _____
18
19
20
21
22
23
24
25

                                                    Page 1
```

```
 1                  MS. HAYS:  Okay.  You know, let's go
 2   ahead and take a five-minute break, if that's okay with
 3   you, Mr. Hernandez.
 4                  MR. BREESE:  Can we just start again at
 5   10:00?
 6                  MS. HAYS:  That sounds good.
 7                  THE DEPONENT:  That works.
 8                  MS. HAYS:  Okay.
 9                  (Recess taken.)
10        Q.    (By Ms. Hays)  Okay.  Let's discuss a
11   little bit more about your conversation with Beth
12   regarding USEIP's activities.
13                  Did you or MFV do anything to verify the
14   information that Beth stated to you?
15                  And you're muted, by the way.
16        A.    Can you hear me?
17        Q.    Yes.  Okay.  So did you or MFV do
18   anything to verify the allegations that Beth stated to
19   you regarding USEIP's canvassing?
20        A.    What do you mean by "verify"?
21        Q.    Sure.  Did you ask Beth where she
22   received this information?
23        A.    I don't recall that.
24        Q.    Do you know --
25        A.    It was a long time ago.
```

Page 31