# EXHIBIT D
## TO
## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2

     Civil Action No. 1:22-cv-00581-CNS-NRN
 3

     _____
 4

 5   Colorado Montana Wyoming
     State Area Conference of the
 6   NAACP, League of Women Voters
     of Colorado, and Mi Familia
 7   Vota,
 8         Plaintiffs,
 9   v.
10   United States Election Integrity
     Plan, Shawn Smith, Ashley Epp,
11   and Holly Kasun,
12         Defendants.
13
     _____
14
15          REMOTE DEPOSITION OF PORTIA PRESCOTT
16                   November 22, 2022
17   _____
18
19
20
21
22
23
24
25

                                                    Page 1
```

Veritext Legal Solutions
303-988-8470

```
 1            being carried out by USEIP and related
 2            parties."
 3                 Do you see that?
 4       A.   Yes.
 5       Q.   Do you recall reading that before you
 6  signed this document?
 7       A.   Yes.
 8       Q.   Okay.  What resources were redirected?
 9       A.   Everything.
10       Q.   Well, like, for what?
11       A.   Programming, money, marketing, people --
12  everything.
13       Q.   Okay.  Let's talk about programming.
14            What changed?
15       A.   Voter intimidation education, how --
16  simply what's the -- what -- what the Colorado laws
17  are, clarifying, meetings, traveling the state -- you
18  name it.  Can I --
19       Q.   Do you --
20       A.   You name it.  You name it.
21       Q.   Okay.
22       A.   I mean, just name it.  Pick one.
23       Q.   Okay.  Well, let's talk about
24  programming.  What changed?
25            Did you produce some documents?
```

Page 42

```
 1          A.    Yes.
 2          Q.    Okay.  Do you still have that document?
 3          A.    I produced documents.  We produced video
 4   content, we produced marketing, digital media,
 5   advertising -- those sort of -- yes.
 6          Q.    And you still have all that?
 7          A.    We -- I don't know if I have it all
 8   because I don't save stuff like that, but you can go to
 9   our website and go to our Facebook, Twitter, Instagram
10   and -- you can go anywhere and find it.
11          Q.    Okay.
12          A.    I don't -- I can't load my computer up
13   with everything.
14          Q.    Okay.  And so what other area was then
15   deprived because of these -- these changes in
16   marketing, programming, et cetera?
17          A.    Gun violence, health, education, LGBT
18   protections.  We had other programs that we focused on,
19   and that was in the Colorado Springs LGBT community
20   that suffered because of this -- because of this voter
21   intimidation; so there's a lot.
22          Q.    Are you saying that the shooting that
23   took place at Club Q is the result of alleged voter
24   intimidation?
25                MS. STOCK:  Objection.
```

Page 43