# EXHIBIT E

## TO

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO

2

     Civil Action No. 1:22-cv-00581-CNS-NRN

3

     _____

4

5    Colorado Montana Wyoming
     State Area Conference of the

6    NAACP, League of Women Voters
     of Colorado, and Mi Familia

7    Vota,

8            Plaintiffs,

9    v.

10   United States Election Integrity
     Plan, Shawn Smith, Ashley Epp,

11   and Holly Kasun,

12           Defendants.

13

     _____

14

15          REMOTE DEPOSITION OF BETH HENDRIX NIELAND

16                   November 23, 2022

17   _____

18

19

20

21

22

23

24

25

                                                          Page 1

```
 1              A.      Yes.

 2              Q.      What did you learn from Karen Sheek?

 3              A.      That the member was in her front yard

 4    gardening when she received -- when two members of the

 5    USEIP approached her.  They were wearing lanyards with

 6    laminated nametags that she felt were trying to look

 7    governmental.

 8                      When they began questioning her, she

 9    questioned them, and they became uncomfortable and

10    left.  I believe they took a picture of her home first.

11              Q.      Okay.  So she started questioning them.

12                      Do you know what she said to these

13    individuals?

14              A.      I do not.  I -- I believe something

15    along the lines of, "Why are you asking me these

16    questions?"

17                      League members tend to have a pretty

18    strong knowledge of our election systems and election

19    procedures, and she knew that this was not a normal

20    activity, a typical activity, and so she questioned it.

21              Q.      Okay.  So she wasn't intimidated; in

22    fact, she intimidated them, because they left.

23                      Is that right?

24                      MS. ERICKSON:  Objection to form.

25    Mischaracterizes the witness's testimony.
```

Page 13

```
 1              Q.      Whinery.  Did you speak to her about the

 2    allegations of Ms. Armijo?

 3              A.      Yes.

 4              Q.      And what --

 5              A.      I believe so.

 6              Q.      -- did Barbara Whinery tell you?

 7              A.      The same things that I already told you;

 8    that she was out gardening, she was approached by two

 9    people wearing official-looking badges, and they began

10    questioning her about her voting record, especially in

11    the 2020 election, and when she questioned their

12    authority, they left.

13              Q.      Okay.  And what are the names of the

14    people that -- that were in favor of what USEIP was

15    doing?

16              A.      I don't know.  They're in the emails,

17    but those are not members -- I'm not sure they're

18    members.  I am not familiar with those people.

19              Q.      Okay.  But you sent this email request

20    looking for USEIP contacts to your members list; so did

21    you have --

22              A.      To our members and non-members as well.

23              Q.      Okay.  So other than this one woman,

24    Ms. Armijo, what -- what other complaints did you

25    receive in regards to USEIP?
```

Page 15

1          Q.      Now, it sounds like what you're relying

2    upon in that paragraph is a newspaper article.

3                  Is that correct?

4          A.      More than one newspaper article, but

5    yes.

6          Q.      Okay.  Just the newspaper article or

7    articles.

8          A.      As well as the corroboration of our

9    member, who stated that she felt such visits could be

10   intimidating to voters who don't understand their

11   rights.

12         Q.      But fortunately, she was a member of the

13   League of Women Voters, she understood rights, and she

14   was not intimidated.  Correct?

15                 MS. ERICKSON:  Object to form.

16   Misstates prior testimony.

17         Q.      (By Mr. Reisch)  She was not

18   intimidated.  Correct, ma'am?

19         A.      Yes.  She thought it was odd and wrong.

20         Q.      Okay.  Paragraph 42 -- let's just

21   clarify -- but she didn't say she was intimidated.

22         A.      I believe she was uncomfortable with the

23   actions, as they could be seen as intimidating by

24   people who don't know their voting rights.

25         Q.      Okay.  Just while we're on the subject,

Page 38