# EXHIBIT H
## TO
## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
       Civil Action Number 1:22-cv-00581-PAB
 3
 4     Colorado Montana Wyoming
       State Area Conference of the NAACP,
 5     League of Women Voters of Colorado, and
       Mi Familia Vota,
 6
             Plaintiffs,
 7
       vs.
 8
       United States Election Integrity Plan, Shawn Smith,
 9     Ashley Epp, and Holly Kasun,
10           Defendants.
11     ----------------------------------------------------
             VIDEOCONFERENCED DEPOSITION OF HOLLY KASUN
12                        August 16, 2022
       ----------------------------------------------------
13     VIDEOCONFERENCED APPEARANCES:
14     ON BEHALF OF THE PLAINTIFFS:
             AMY ERICKSON, ESQ.
15           Lathrop Gpm LLP
             80 South Eighth Street
16           500 IDS Center
             Minneapolis, Minnesota 55402
17           Phone: 612-632-3471
             Email: amy.erickson@lathropgpm.com
18
       ON BEHALF OF THE DEFENDANTS:
19           JESSICA LYNN HAYS, ESQ.
             The Reisch Law Firm
20           1490 West 121st Avenue
             Suite 202
21           Denver, Colorado 80234
             Phone: 303-291-0555
22           Email: jessica@reischlawfirm.com
23
24
25
                                                     Page 1
```

1  trainer.  She's no longer with USEIP.  Her name was
2  Tamara.  I can't remember her last name.  Tamara, she
3  was part of that.  And Shawn did part of the training,
4  and then I believe he turned that over mostly to
5  Tamara.
6          Q.   Who is currently doing the training?
7          A.   Well, the counties -- if training is
8  going on at all, which I don't know if it is, I don't
9  believe it is, but it would be -- the counties
10 themselves would be leveraging the training materials
11 if they wanted to organize and canvass in their
12 counties.
13         Q.   Are there any current leaders of USEIP?
14         A.   Leaders.  I guess -- I guess you could
15 say I'm a leader of some sort.  I mean, but I really am
16 not directing the whole -- again, it's a free
17 association of people.  It's kind of a -- you know,
18 it's very organic and conversational.  So, you know,
19 I'm a founder, so I guess I would be seen as a leader.
20 And Ashe would be the same thing.  Shawn and Jeff.  I
21 mean, we were all probably the most involved.
22         Q.   How about at the county level?  Is
23 there -- with the way USEIP is sort of structured, are
24 there county-level leaders as well?
25         A.   Yes.  From my understanding, yes, there

Page 72