# EXHIBIT I

## TO

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
     Civil Action Number 1:22-cv-00581-PAB
 3
     Colorado Montana Wyoming
 4   State Area Conference of the NAACP,
     League of Women Voters of Colorado, and
 5   Mi Familia Vota,
 6        Plaintiffs,
 7   vs.
 8   United States Election Integrity Plan, Shawn Smith,
     Ashley Epp, and Holly Kasun,
 9
          Defendants.
10   ----------------------------------------------------
            VIDEOCONFERENCED DEPOSITION OF SHAWN SMITH
11                     August 15, 2022
     ----------------------------------------------------
12   VIDEOCONFERENCED APPEARANCES:
13   ON BEHALF OF THE PLAINTIFFS:
          DION FARGANIS, ESQ.
14        Lathrop GPM LLP
          80 South Eighth Street
15        500 IDS Center
          Minneapolis, Minnesota 55402
16        Phone: 612-632-3471
          Email: dion.farganis@lathropgpm.com
17
     ON BEHALF OF THE DEFENDANTS:
18        JESSICA LYNN HAYS, ESQ.
          The Reisch Law Firm
19        1490 West 121st Avenue
          Suite 202
20        Denver, Colorado 80234
          Phone: 303-291-0555
21        Email: jessica@reischlawfirm.com
22
23
24
25

                                           Page  1
```

1    appointee who oversees the conduct of operational

2    testing and the reporting of operational testing within

3    the Department of Defense for all weapon systems being

4    developed during modification, and my job was to

5    execute that oversight for him over space systems that

6    were being acquired or modified within the Department

7    of Defense, with the exception of satellite

8    communications.

9            Q.   And which presidential administration

10   was that during?  Sorry.

11           A.   It was from 2013 to 2017.  So it bridged

12   President Obama and President Trump.

13           Q.   And then from '17 until your -- sorry.

14   Did you retire in '17, then?

15           A.   That's correct.  I retired in August of

16   2017, really 1 September.  And then that fall, I think

17   the first time I actually did any work was either late

18   October or November.

19               My former office, the three star

20   equivalent civilian, had asked me to stay on and help

21   them with some work.  The only way I could do that for

22   them was as a contractor, because there has to be a

23   mechanism by which your clearance is held.  So as a

24   retiree, you don't have an active clearance.  You have

25   to be under some sort of program.

Veritext Legal Solutions
303-988-8470

```
 1                    So they recommended me to this
 2    corporation and that provides -- as a subsidiary
 3    provides expertise back to the department, and so I
 4    worked for them for about a year helping the Director
 5    of Operational Test and Evaluation with what is called
 6    adversarial assessment.  So you are looking at all
 7    manner of evidence.
 8                    In this case, it was -- it was technical
 9    data for the most part that had been exfiltrated by our
10    adversaries from U.S. national security and defense
11    organizations, including our defense industrial base
12    contractors.  So you look at that information and then
13    draw conclusions about what the adversary knows and
14    what changes they're making in their own technological
15    development and military planning programs to adjust to
16    what they've learned and then also what's possible that
17    they have compromised within our own weapon systems by
18    means of that access.
19            Q.    And was that the position you held
20    until, as you described it, you had a -- I think a bit
21    of an issue with the vaccine mandate?
22            A.    Correct.  Yeah.  Although I didn't do
23    any work for -- under that contract, I did no paid work
24    after fall of '18, I think.  We had had -- the Director
25    of Operational Test and Evaluation, while I was on
```

Veritext Legal Solutions
303-988-8470

1    right to receive under conditions of absolute

2    transparency, they have the right to demand that

3    information.  That was your word, I believe.  We can

4    have the court reporter confirm that, if you would

5    like, but I think you used the word "demand."  What

6    form or forms would that demand take in your mind?

7    What would be ways in which citizens could demand that

8    information?  What would that look like?

9            A.   Well, it's right in the Constitution,

10   right, in the First Amendment.  Citizens have a

11   constitutional right to peaceably assemble and to

12   redress grievances; right?  So in all the ways that

13   people can peaceably assemble and redress grievances.

14   So written form, verbal form, through, you know,

15   surrogates or proxies or representatives, having

16   assembled in larger groups of their own free will,

17   having formed organizations that are legal

18   incorporations, in all the methods that are legal.

19           Q.   So getting back to January 6th, you had

20   indicated that you went to -- you had described it as

21   the rally in Washington, D.C., on January 6th.  What

22   did you actually do there?  So you got to the rally and

23   then what?  What was the rest of that afternoon?

24           A.   Well, a lot of walking.  So I took the

25   metro in and so you -- there were kind of corridors set

Page 50

1    up with barricades and things like that to proceed down

2    to the mall.  And there were already -- it was early in

3    the morning.  I can't remember the exact time, but it

4    was early, probably 7:00, 7:30, something like that.

5    It was very cold.  So it was, you know, trying to stay

6    warm.  It was a mass of people on the mall -- or not in

7    the mall but really kind of in between the Washington

8    Monument and the White House.  I can't remember what

9    that area is called, but -- so walking in there, just

10   kind of walking among people, observing the people.

11   And then there were speakers, but there was so much

12   noise and it was so cold that it was hard sometimes to

13   understand what the speakers were saying, like, there

14   were a lot of reverberations from the echo.

15             I was back -- I forget what that area is

16   called where it was kind of barricaded up in front of

17   the White House.  There's a name for that area.  But I

18   was sort of in between that demarcated area where the

19   porta potties were along the road and the Washington

20   Monument.  And so I was just standing there.

21             I had met up with Representative Hanks,

22   who I knew was going, but he had proceeded -- I can't

23   remember how -- I think maybe he drove, but I had flown

24   in.  So I met up with him.  And we stood near each

25   other, and he had a couple other people with him.  We

                                              Page 51

1    stood near each other for hours, just talking to other

2    people around us.

3                    There was a big contingent of people who

4    had come from Poland to meet up with -- like, I think

5    it was Polish for Trump out of, like, the Chicago area,

6    and then there were people -- there was a woman and her

7    friend I had seen on the plane on the way in.  She was

8    dressed like -- head to toe like Uncle Sam kind of a

9    thing with all red, white, and blue stuff.  So just

10   talking to people and then listening to speakers and

11   trying to stay warm.  That was most of it.

12                   And then after President Trump finished

13   speaking, which is -- you know, you probably know was

14   quite late.  I think it was an hour late or something

15   like that.  Then people started to move, but it was so

16   many people that -- you know, it was like the -- after

17   a concert trying to get back out to your car.  And so

18   because I was already familiar with Washington, D.C., I

19   suggested to Representative Hanks and to his two

20   friends that had come with him that we proceed not down

21   Pennsylvania Avenue, where a lot of people were, but

22   over on the mall where I knew there would be more open

23   space because of the lawn areas.

24                   So, you know, we walked as best as we

25   could, sort of towards the National Museum of African

                                                    Page 52

1    American History, which was sort of the end point to

2    enter the mall area and then along the mall, that long

3    walk down to the Capitol.  And then as we approached

4    the Capitol, we started to see sort of where people

5    were organized.  You know, you're quite far away when

6    you get to the road there and the grass area, and my

7    distance vision is not that great.  I wasn't wearing

8    glasses, plus it was cold.  You know, there was just a

9    lot going on.

10                   So we walked down and talked along the

11   way.  When we got there, a couple of us decided to walk

12   around the side of the Capitol to go to the other side

13   and see what's happening there, because on the side we

14   were on, on the east side, there was scaffolding, and

15   it looked like -- I don't know, I guess they were

16   preparing for inauguration, but I wasn't sure what was

17   happening up there.

18                   So we walked around sort of the road

19   perimeter and sidewalk area, walked past a number of

20   law enforcement officers that were just kind of

21   standing around talking to other people along the way,

22   walked around the south side of the Capitol, and then

23   on the west side, which faces like Library of Congress

24   and then on the north end -- but we came around the

25   south end, but on the north end it faces the Supreme

Page 53

1    Court.  And so we walked around there where you have

2    the glass ceiling over the atrium and there were people

3    going up on the steps and coming down off the steps,

4    and a lot of people milling around.

5              Then at one point there was what sounded

6    like a flash-bang device go off up on the stairs, and

7    some people came down, and so they -- they -- one of

8    them -- they were, like, trying to put water on their

9    face, like they had sort of either thermal/chemical

10   burns happening, were kind of disoriented.  I had a

11   bunch of first aid stuff in my backpack, and so I

12   started rendering first aid to them.

13             We -- and then I decided to go up on the

14   stairs to see what was going on.  I wanted to see what

15   was happening.  So I went up on the stairs, walked past

16   some people.  There were a couple people in a fistfight

17   to the -- on one of the pediments to the left of me as

18   I walked up the stairs.  It was somebody who looked to

19   me like they had been at the rally and was kind of

20   dressed, you know, like me, and then they were fighting

21   with someone who I assumed was, you know, some kind of

22   Antifa or leftist provocateur, just because of the way

23   they were dressed and the way they were talking.  It

24   was a fistfight over -- the person who was at the rally

25   was trying to keep the person in the -- it wasn't quite

Page 54

1   a trench coat, but it was like a long raincoat.  Kind

2   of all black kind of, you know, attire.  And what I

3   would call college long hair, not biker long hair.

4             So the guy with the -- who hadn't been

5   at the rally was apparently trying to break a window,

6   and they had got in a fight about it, because the guy

7   from the rally was telling him, you know, don't

8   vandalize the Capitol, that kind of thing.  So I saw

9   those kind of things on the way, disputes.  And then

10  when I got to the top of the stairs, the door was open.

11  There was nobody there.  There were no -- I mean, there

12  was no, like, law enforcement or public officers of any

13  kind.  There was no sign, but I didn't have any

14  original or developed intent to go inside the Capitol.

15  I didn't have anything that I wanted to do inside the

16  Capitol.  My thought had been that we would be sort of

17  around the Capitol, you know, I don't know, singing the

18  National Anthem like we had been on the way over to it

19  from the rally.  I thought that our presence there was

20  going to be compelling to Congress, that they would see

21  that Americans cared about the issue, had shown up and

22  were asking them to look at the available evidence.

23            So anyway, so up at the top of the

24  stairs I could see at one end -- it's quite wide.  At

25  one end I could see somebody had broken a window.  I

```
1    don't know if it was broken from the inside or outside,

2    and then the door was open, and I walked down to the

3    other end to the -- what would be the south end of that

4    sort of platform adjacent to the Capitol at the top of

5    the stairs, and I was just watching the people going in

6    and out, watching the people who came up on the stairs.

7              At one point I didn't -- I never heard a

8    gunshot, but you could hear sort of detonations.  I

9    don't know if they were flash-bangs or whatever.

10   Distantly I assumed they were from the other side.  At

11   one point someone came up -- out of the building,

12   saying that they just murdered that girl, they shot

13   her, they murdered her.  And the guy who was saying

14   this was like a younger guy with curly red hair, longer

15   hair.  And he just kept repeating it over and over

16   again, like he was trying to instigate people around

17   him, like he was trying to kind of emotionally charge

18   them, and the guy looked off to me.

19              So I started paying attention, and there

20   were a number of people whose attire and whose behavior

21   looked off to me.  In other words, they didn't look

22   like people who had been at the rally.  They weren't

23   cold.  They weren't dressed for the cold.  If they had

24   any sort of like pro-America gear on, they -- you know,

25   it was brand-new.  And then they had other things on
```

Page 56

```
 1    which just didn't look like the people at the rally
 2    to me.
 3              So then at some point police assembled,
 4    like Capitol police, I assume, in, like, riot gear
 5    assembled.  I never heard any -- on that side of the
 6    Capitol, I never heard any public official or police
 7    give any kind of direction at all, but they had
 8    assembled at one end.  If I remember correctly, it was
 9    at the north end of those steps.
10              And then at some point I went over to
11    talk to them, just to say, "Hey, you know, don't push
12    citizens off the people's house, right, this is
13    literally the people's house, this is our Capitol.
14    We're here, you know, as citizens doing what citizens
15    are authorized to do.  Don't, you know, push us off the
16    Capitol steps."
17              In the meantime, you know, the crowd had
18    kind of packed up close behind me.  So I ended up sort
19    of stuck between the crowd behind me and the Capitol
20    police, and the Capitol police weren't responding.  I
21    was trying to talk to them kind of, you know,
22    rationally, gently.  And then at some point somebody
23    came up behind me with a mega phone and was just
24    screaming stupid things at the -- at the police while I
25    was trying to talk to them.  And I finally told them --
```

Page 57

1    I believe my exact words were "Shut the fuck up.
2    You're just going to scare them." Because my
3    perspective about the police is that, you know, they
4    were there because they were directed to be there by
5    somebody. You know, I didn't know anything about what
6    was going on inside the Capitol or on the other side of
7    the Capitol. I didn't know, you know, who had gone
8    inside or under what circumstances.
9              So I was at that point trying to talk to
10   the police, and the guy did stop when I told him to
11   shut the fuck up. He did stop screaming at least for a
12   moment. And then it wasn't very long after that before
13   something happened and the Capitol police started
14   moving forward, and now I'm in front of them with a
15   crowd behind, there's no way for me to go. So I kind
16   of turned around trying to move that way, and at some
17   point I was hit in the back of a head with a baton. At
18   some point I lost my -- I had a hat with a flag on it.
19   At some point I lost that hat, and I had a shemagh,
20   like a scarf, and at some point I lost that scarf.
21             But while I was still facing them, I
22   looked down and somebody from behind me -- and I never
23   saw who it was. There was -- you know, the police had
24   shields, like plexiglass shields, and there was -- one
25   of the Capitol police officers, not a shield bearer,

Page 58

1     who was kind of jabbing with their baton in between the

2     shields down sort of at shin or knee level and somebody

3     behind me had -- had grabbed ahold of that baton and

4     was pulling it, like trying to get it out of the

5     officer's hands.  And I could see that it was sort of

6     slipping forward.  So I just reached down and pulled

7     whoever's hand that was off of the baton so they

8     wouldn't get ahold of the officer's baton.

9               So then I just proceeded off the stairs.

10    I walked around the north side.  There were -- it was

11    much less dense in terms of people on the north side.

12    So I walked up on the stairs there.  I don't remember

13    seeing any windows broken or anything like that.  I

14    just wanted to see what was going on.  And from up on

15    the steps you could see sort of what was happening.  It

16    was mostly the same flags from the rally that were out

17    in the grass area.

18              I could hear and I could see smoke and

19    hear flash-bangs or something going off over on the

20    west side, but I couldn't really see it from where I

21    was.  I was mostly looking at the lawn area and then

22    that area right in front of the stairs.  And then at

23    some point the police came and assembled there.  I did

24    hear there an officer, you know, direct people to clear

25    the stairs.  And so then I cleared the stairs there.

Page 59

```
 1                 Then I walked sort of around to the sort
 2      of grass area on the west side, and I was just watching
 3      what was happening.  At that point there was smoke,
 4      thick -- it was because of the temperature, I guess,
 5      temperature aversion.  It was getting colder, and the
 6      smoke just was sort of stuck into that west side.  So
 7      it was hard to even see what was happening.
 8                 By that point it was maybe 5:00 p.m.,
 9      somewhere around 5:00, 4:45, 5:00, and I -- and it just
10      looked like chaos, and I thought, okay, there's nothing
11      for me to do here.  It's not organized.  There's no --
12      you know, I didn't know what was going on inside the
13      Capitol.  There's no rally really happening.  It's just
14      chaotic.
15                 You know, we had been -- based on what
16      had happened in Denver and what had happened in
17      Portland and numerous other places, you know, I had
18      talked with Representative Hanks and with, I think,
19      his -- I can't remember the name of his two friends,
20      but one of them we had talked about the prospect of
21      being attacked and particularly after dark by, you
22      know, leftists, rioters like Antifa had done before,
23      that there had been a lot of violence before, and that
24      tended to be when they came out.  And I thought, you
25      know, there's not -- if I stick around here, I'm just
```

Page 60

```
 1    going to be exposing myself to that, and I don't see
 2    the purpose, because there's no longer really an
 3    organized rally.
 4                   So at that point I left.  Got back on
 5    the metro and left D.C.  So that was my January 6th.
 6            Q.   So it sounds like you during the time
 7    were not aware necessarily of all the activities inside
 8    the Capitol.  Without going into details, are you
 9    generally aware just from news coverage or from talking
10    to people about what happened inside the Capitol now?
11            A.   Well, I haven't said I'm generally
12    aware.  I've read a lot of different reports and
13    watched quite a bit of video.  So I've seen, you know,
14    everything from the interaction with Ashli Babbitt at
15    that door to the -- you know, copious video of, you
16    know, people walking inside the stanchions on the
17    carpet, you know, taking selfies all over the Capitol.
18    I've seen the video of John Earle Sullivan celebrating
19    that, you know, he was able to get what he wanted with
20    inciting people to go inside.  I've seen the video of
21    Ray Epps.  I've seen lots of video, but I wouldn't say
22    I have a complete picture.
23            Q.   I didn't say "complete."  I just meant a
24    general awareness of -- and it sounds like you do, that
25    there were activities inside the Capitol on that day.
```

Page 61

```
 1                    Do you have -- is it your understanding
 2     that at least some of the folks inside the Capitol, the
 3     protesters or whoever you want to characterize them,
 4     were supporters of Mr. Trump?
 5              A.   You're asking me to speculate about what
 6     people's support was.  I don't know.  I don't know
 7     anybody who was inside; so . . .
 8              Q.   Okay.
 9              A.   And I haven't spoken to anybody who was
10     inside; so . . .
11              Q.   Based on your reading -- it sounds like
12     you do a lot of reading, based on your reading, do you
13     believe that any of the folks inside the Capitol were
14     supporters of Mr. Trump?
15              A.   I think some have stated they were, but
16     I don't know if that means that they were.  I mean, so,
17     for example, like John Earle Sullivan, was he a
18     supporter of Mr. Trump?  I don't -- I don't know.  It
19     doesn't seem likely from his -- you know, from his
20     other activities, but I'm sure -- I mean, some people
21     carried, you know, Trump flags inside.  So it's
22     possible that they were, but, again, like I don't --
23     are you -- and I don't know if you're a supporter of
24     Mr. Trump.
25              Q.   Well, the fun thing about a deposition
```

Page 62

1    is I ask the questions.

2              A.    Sure.

3              Q.    Yeah.  So are you aware that there have

4    been individuals who have been charged criminally and

5    convicted for activities in the Capitol on January 6th?

6    I'm not asking if you know any of them personally.  Are

7    you aware that some people have --

8              A.    I am.

9              Q.    Okay.  If a person were a supporter of

10   Mr. Trump hypothetically, and they had forced entry

11   into the Capitol on January 6th, does that fall into

12   the category of conduct that you think could have been

13   justified if that person believed that the election had

14   been stolen from Mr. Trump?

15             A.    Well, first of all, I don't know what

16   supporter of Mr. Trump has to do with forcible entry.

17   So one of those is clearly not an illegal act, and one

18   of those clearly is an illegal act.

19                   If you're asking me if there are

20   conditions under which someone might forcibly enter

21   into something in violation of the law in which that

22   would be justified, of course, right?  So if someone is

23   being illegally held, if the legal conduct is underway,

24   of course.  But I think, also, there's a difference

25   between, you know, an individual in their perspective

Page 63

1    and we the people; right?  So individuals are members

2    of we the people, if they're citizens, but that doesn't

3    mean that they get to have their own country or their

4    own way, but I think in circumstances where you can see

5    clearly, that, for example, you know, the Constitution

6    has been violated.  So the Constitution prescribes that

7    states will determine the time, manner, and place for

8    the conduct of elections.  And so if you have an

9    election that is conducted in a manner that violates

10   the legislative prescription in a state -- in other

11   words, if there's been either a judicial or an

12   executive decision that modifies the prescription of

13   the legislature -- then you have violation of our

14   constitution.  And to fail to recognize that and to

15   pretend that the election results that come from that

16   violation are somehow still constitutional or still

17   legitimate, I think, you know, it defies logic.  I

18   think you really have to explain what the Constitution

19   says and why you think it's okay to do that.

20          Q.    So what I'm asking is if a person -- put

21   aside whether they were a supporter of Mr. Trump or

22   not.  I don't want to be distracted by that.

23          A.    Okay.

24          Q.    If a person believed and had evidence

25   that the election had been compromised or not carried

Page 64

```
 1   out constitutionally in the ways that you just

 2   described, would they be justified in forcing entry

 3   into the U.S. Capitol?

 4              A.    By themselves you mean or sort of --

 5              Q.    No.  As part of a large group.

 6              A.    Like the Boston Tea Party?  So if they

 7   thought that their --

 8              Q.    No.  Like the group that's often

 9   described as a mob on January 6th, was that group

10   justified in its efforts to gain access to the Capitol

11   based on their belief that the election had been

12   stolen?  It's a yes-or-no question.

13              A.    Well, it's a pretty complicated

14   yes-or-no question.  You're asking me to speculate

15   about whether people I don't know being described as a

16   mob by people I don't know would be justified under

17   hypothetical circumstances.  Maybe you could clarify

18   who you're talking about.

19              Q.    Okay.  Well, I don't want to get into

20   names here, because that's going to only complicate it

21   further.  You had said that you were generally aware

22   that there were some people that had gained access to

23   the Capitol forcibly on January 6th; is that correct?

24              A.    Correct.

25              Q.    I'm asking if those people believed that
```

Page 65

1   the election, the 2020 presidential election, had been

2   unconstitutional in the ways that you've described

3   previously, would those people, who you've acknowledged

4   exist, be justified in trying to gain access to the

5   Capitol on January 6th, even if that access was

6   forcible?

7          A.   That's a really complicated question

8   with a lot of speculation in it and hypotheticals.  So

9   if I had thought that there was a legitimate purpose

10  to, you know -- breaching the Capitol and entering the

11  Capitol I would have done it.

12         Q.   Okay.  So does that mean that you don't

13  think there was a legitimate purpose for those who did

14  it?

15         A.   No, because I don't know what they knew.

16  I don't know what information -- so at that time on the

17  6th of January, there was a lot of information I didn't

18  have that I have now.  So, for example, you know, the

19  Supreme Court of Wisconsin ruling that the use of the

20  ballot drop boxes were illegal, right, unconstitutional

21  because they were not prescribed by the legislature.

22              So all the votes that were cast in that

23  method are not legal to count.  Now, that has nothing

24  to do with the electors.  Every one of those may have

25  been cast by an eligible elector.  We don't know

Page 66

1  because of their chain of custody and signature

2  verification practices, many of which were also

3  violated in Wisconsin.

4           But as an example, I didn't have that

5  information.  So if someone else had information -- and

6  I can't speculate about who those people are or what

7  information they had, they may have come to the

8  conclusion that it was justified that they interfere in

9  a process of certification of electors which were

10  obtained or decided by an unconstitutional process.

11           Q.   So knowing what you know now -- I

12  understand your response to say that you now have

13  information that was -- comes in an example that you've

14  gained -- that you have -- you've had 18 months to

15  learn more information, knowing what you know now about

16  what happened in the 2020 election, do you feel that if

17  you had known then what you know now that it would have

18  been justifiable for you to -- using your word --

19  breach the U.S. Capitol on January 6th.

20           A.   Well, I think I would not even have been

21  at the Capitol on January 6th knowing what I know now

22  about sort of the plans that were made by organizations

23  to false flag, right, to create circumstances under

24  which they could claim that it was somehow an

25  insurgency.  I mean, the idea that over 100,000

Page 67

1    Americans, including from the most heavily armed

2    demographic in the world, showed up at the Capitol

3    unarmed and that that was an insurgency is, of course,

4    ludicrous.

5                    But the presence of individuals like

6    Ray Epps and their activity, right, the placement of

7    the pipe bombs with the 20-minute timer, all that, if I

8    had known that that was going to happen, if I knew

9    now -- or if I knew then what I know now, I would never

10   have stepped off the sidewalk onto Capitol grounds, and

11   I would have done more -- you know, I didn't understand

12   when I went out.  I thought that it was going to be

13   more of an organized rally effort.

14                   My understanding was that, you know,

15   people were going to rally near the Capitol and kind

16   of, you know, join hands or whatever around the

17   Capitol.  It was disorganized when I got there.  And so

18   if I had known it was going to be disorganized like

19   that, where it would be sort of chaotic and there would

20   be these people trying to instigate violence that I

21   would -- I would probably not have gone.  You know, I'm

22   a lawful, law seeking person.  Not that I will uphold

23   or defend something that is immoral or

24   unconstitutional, but barring those kind of, you know,

25   flaws, I -- you know, I tend to obey the law.  I mean,

Page 68

1    I'm, you know --

2           Q.   But you do think that the Biden victory

3    was -- I thought you had said that you thought that the

4    2020 election was unconstitutional?

5           A.   It's not a thought.  If you had -- if

6    you --

7           Q.   Have you concluded that the 2020

8    election was unconstitutional?

9           A.   I've concluded that many votes were cast

10   and counted unconstitutionally in the United States,

11   including in Wisconsin.  I mean, that's the most

12   glaring example.

13          Q.   Yeah.  It just seems like if your

14   philosophy is that you have an obligation to protest

15   and disobey or take whatever measures are necessary

16   against unconstitutional actions by -- and you've

17   concluded that there were unconstitutional actions, it

18   seems like you would have been justified in

19   breaching --

20          A.   Well, I didn't say --

21          Q.   Okay.  The question was -- as I

22   understood Mr. Smith's testimony, he had testified that

23   certain elements of the 2020 election were

24   unconstitutional, and his philosophy is that

25   unconstitutional actions -- that an individual can be

                                          Page 69

1    justified in protesting, taking action against

2    unconstitutional government actions.  I was asking

3    given that, wouldn't it make sense for you to feel

4    justified in looking back now at least breaching the

5    U.S. Capitol on January 6th?

6              A.   No.  I think you're speculating a lot.

7    So first of all, I never said whatever means necessary

8    or by any means necessary.  I never said that.  Second,

9    it's not a thought or a conclusion.  I mean, it's just

10   a fact.  So the Supreme Court of Wisconsin has ruled

11   that those drop boxes, for example, were never legal

12   for them to use.  It's just a fact that the election in

13   2020 included the counting of votes which were

14   unconstitutionally counted.

15             So then the question is, you know, what

16   is justifiable.  It's also -- you know, I said before

17   that I didn't have any plan to do anything inside the

18   Capitol.  I don't think -- I don't think you can -- you

19   can -- I don't think you could, like, bring a large

20   crowd of people into the Capitol and then have a

21   rational discussion with the people inside the Capitol

22   for lots of reasons.

23             For one thing the people weren't

24   particularly organized as far as I can see from the

25   video.  You know, you had some people who went in there

Page 70

```
 1   and walked around in the chamber, right, with -- the

 2   guy with the viking hat on or whatever.  I mean, just

 3   sort of a circus; right?  There were some people there

 4   for the circus.  There were other people who were

 5   clearly there like -- you know, like when I approached

 6   the doors on the east side and the doors were open,

 7   there was no sign, there was no public officer.  I've

 8   been to the Capitol before.  You know, I had lived near

 9   D.C.; so I knew that it was unusual for those doors to

10   be open.  But people who were just there for the first

11   time might not know.  And so those people who went

12   inside the Capitol, I suspect many of them did not know

13   that they were doing anything wrong by walking into the

14   Capitol.

15              So then back to the question of, you

16   know, would I think anything was justified?  No, I

17   think you have to still, you know -- whenever you

18   choose a course of action, you have to choose a course

19   of action that does the least harm.  It's sort of like

20   the government strict scrutiny test.  Like, you have to

21   have a compelling purpose or interest, it has to be

22   narrowly tailored and has to be the least restrictive.

23              So if you can support constitutional

24   conduct by the government by protesting and redressing

25   grievance verbally to the Congress members, if you have
```

Page 71

```
 1   an ability to contact them, you know, if you have the
 2   ability to speak to them or to make your voice heard,
 3   then you're not really justified in, like, throwing
 4   rocks for the same purpose.  Do you know what I mean?
 5   As a citizen, you have that same obligation that the
 6   government has.  You just have rights the government
 7   does not have.
 8                  MR. FARGANIS:  We've been at it for
 9   about 90 minutes.  It's earlier for you.  It's not
10   lunchtime.  I am a little concerned about my
11   connection.  I don't want it to give the court reporter
12   trouble.  So I was going to propose, Jessica, if it's
13   okay with you, just a 10-minute pause so I can try to
14   fix the connection issue and then we can regroup?
15                  MS. HAYS:  Sure.  That sounds great.
16                  MR. FARGANIS:  Okay.  So I have it at 32
17   after.  So we'll aim for 42 after?
18                  MS. HAYS:  Perfect.
19                  MR. FARGANIS:  Okay.  Thank you.  We can
20   go off the record.  Thanks.
21                  (Break from 10:32 a.m. to 10:44 a.m.)
22           Q.    (By Mr. Farganis)  So, Mr. Smith, do you
23   believe that anyone involved in voter fraud should be
24   executed?
25           A.    So I think you're referring to the
```

Page 72

```
 1    evidence in a court; right?  That's why I said I
 2    believe in due process.  I don't believe --
 3                 (Parties speaking simultaneously.)
 4          Q.   What you said is you believe in due
 5    process and "If you're involved in election fraud, you
 6    deserve to hang."  That sounds very different from
 7    saying if a court found you guilty of a coup, you
 8    deserve to hang.  That's not what you said.  You said
 9    if you -- "If you're involved in election fraud, you
10    deserve to hang."
11          A.   I didn't say "If you're involved in
12    election fraud, you deserve to hang."  I said "If
13    you're involved in election fraud, you deserve to hang,
14    and I believe in due process."  You're doing right now
15    what Kyle Clark did.  You keep trying to take it out of
16    that context.  It's in that context.  What do you think
17    due process means if not the presentation and
18    adjudication of evidence in court before a jury of your
19    peers?  That's due process.
20          Q.   Sir, I'm not suggesting that you were
21    saying that you, Shawn Smith, get to decide who was
22    guilty of election fraud.  I agree that your statement
23    reasonably interpreted would indicate that a person
24    would have to be found guilty of election fraud.  I'm
25    focused on the second part, the punishment.
```

Page 86

1                You seem to have concluded that if you

2    are involved in election fraud, meaning by your

3    framework, if you have been found guilty of election

4    fraud, you deserve to hang, and I'm asking you what the

5    legal basis is for that conclusion?

6            A.    So, again, the due process -- as I said

7    before, due process isn't just determining whether or

8    not you're guilty.  It's also determining an

9    appropriate punishment, is it not?  So based on the

10   circumstances -- so, obviously, if the extent of the

11   election fraud was not significant or if it didn't

12   adhere to or give comfort or aid to enemies, then the

13   standard of punishment would be different.  I don't

14   think I was making an effort on that stage to describe

15   all the possible various circumstances under which

16   someone might be judged guilty and then convicted and

17   then punished.  Because, obviously, there would be

18   circumstances under which someone's involvement was

19   minor or someone's involvement didn't -- like, what if

20   they weren't aware that they were giving aid and

21   comfort to an enemy?

22           Q.    Okay.  But your answer is that at least

23   some types of election fraud warrant death penalty?

24           A.    Yeah.  Under U.S. Code.  If it was a

25   form of depriving citizens of their right to elect a

Page 87

1    government of their own consent and that involved

2    giving aid or comfort to an enemy of the United States,

3    then, yes, that's U.S. law.

4              Q.    So --

5              A.    It's in the definition of treason.

6              Q.    So the aid and comfort to the enemies

7    under 18 USC 2381, you're saying that -- just so I'm

8    tracking, you've concluded that election fraud could

9    constitute giving aid to enemies or courts have

10   concluded that?

11             A.    I think it's obviously possible, and I

12   don't know of a court that has ruled on that.

13             Q.    But you've concluded that?

14             A.    That it's possible?  Of course it's

15   possible.

16             Q.    Okay.  So in your mind, you've concluded

17   that there are examples of election fraud that would

18   justify capital punishment?

19             A.    I've concluded that there could be.  So,

20   for example, if there was a U.S. citizen or a public

21   official who was aware that they were allowing a

22   foreign power to interfere or that they were assisting

23   a foreign power in interfering, particularly one that's

24   demonstrated a hostility to the United States, right,

25   or that is engaged, you know, currently in hostility

Page 88

```
 1    I've been -- even as a commander in a tiny little

 2    postage stamp of a squadron in Massachusetts, I didn't

 3    personally handle all the classified materials in my

 4    unit that I was responsible for.  So when you start

 5    talking about whether or not he mishandled documents, I

 6    mean, there's a lot more to prove there.  But having

 7    said that --

 8              Q.   No, I'm just asking if he did that, if

 9    he did that, would he -- do you believe that he should

10    be punished the same way Secretary Clinton would have

11    been punished?

12              A.   Given all the caveats I just gave you,

13    the way that she wasn't punished or the way that she

14    should have been punished --

15              Q.   The way that she should have.

16              A.   Yeah.  So if there was accountability,

17    it would be equal.  Let the chips fall; right?

18              Q.   Sure.  I think I saw a video once where

19    you described yourself as nonpartisan or you hadn't

20    been a member of a political party until 2016; is that

21    correct?

22              A.   That's correct.

23              Q.   You still consider yourself nonpartisan?

24              A.   That's a good question.  I mean, I am a

25    registered member of the Republican party now, but not
```

Page 100

1    because I trust the Republican party.  Only because

2    it's like Sophie's Choice, it's the lesser of two

3    evils.  You've got one party, as far as I can tell,

4    that has completely committed itself to lack of

5    transparency and depriving citizens of their rightful

6    authority to, you know, insight, transparency, and

7    control over their own elections.  And then the other

8    party that is mostly along for the ride.

9              So I don't know if I would describe

10   myself as nonpartisan, but my purposes in election

11   integrity are certainly nonpartisan; therefore

12   transparency and therefore legitimate elections that

13   are based on that transparency.  So eligible electors

14   casting legal votes counted accurately.

15             Q.   So do you believe that the Democratic

16   party or the Republican party is more responsible for

17   what you've described as election fraud?

18             A.   Well, that's a good question.  I guess I

19   would have to say that I see almost no individuals

20   within the candidates or elected officials within the

21   Democrat party that are willing to even discuss what is

22   wrong and absent from our current election systems and

23   the flaws and the evidence of sort of illegal conduct.

24             So the Democrat party, as far as I can

25   tell, is dead set against transparency and integrity in

                                          Page 101

1    our elections.  The Republican party I wouldn't say has

2    by and large a platform.  I mean, here in Colorado the

3    delegates to the state assembly actually passed

4    modification by vote to include election integrity in

5    the Republican platform, but I can't say that I think

6    that the leadership of the GOP in Colorado embraces or

7    advocates for that.  In fact, they've, you know, been

8    relatively silent about it; so . . .

9              Q.   Is it --

10             A.   And I'm not really familiar -- I mean, I

11   don't spend a lot of time engaged with political

12   parties themselves.  So I couldn't even tell you the

13   procedures for them.  Some of that is a mystery for me;

14   so -- and especially outside Colorado.  So I don't know

15   what they embrace, but the evidence I see is that the

16   Democrat party by and large is against citizens getting

17   access to the information that they -- that they have a

18   right to by law.

19             Q.   Just for clarification, you're referring

20   to it as the Democrat party.  I believe the actual name

21   of the party is the Democratic party.  We were talking

22   about the same thing?

23             A.   I couldn't care less, but yes.

24             Q.   Okay.

25             A.   I mean, if that's important to the case,

Page 102

1    be, and you would get an affidavit from them.  And I

2    personally collected some of those, where the

3    individual said, yes, that's -- my daughter does not

4    live here and has not in three years.  So if the

5    Secretary of State says she voted from this address,

6    when she lives in California, that's inaccurate.  So

7    she filled out that affidavit and signed it herself,

8    and I signed the portion as a witness.

9                In other cases the individual that

10   responds doesn't want to do the affidavit and in that

11   case, if there's a discrepancy, then the volunteers

12   would perform the affidavit themselves as a witness,

13   that this is what was said to me.  And then those

14   affidavits had to be notarized.  So in all cases we

15   weren't notarizing the occupant's statement.  We were

16   notarizing the witness's statement.

17                So -- and then we also encouraged people

18   to take photographs of any house where they had a

19   discrepancy or residents or address in particular where

20   it wasn't even a residence.  Like, where the Secretary

21   of State was saying, you know, this person voted from

22   this residence, but it was not a residence.  It was a

23   commercial address or a vacant lot or, you know, like

24   that.

25                So -- but I don't know if people

                                               Page 215

```
 1    they would use, like, a stick-on, Hello, my name is.
 2    I, at one point, had gone to, like, OfficeMax and
 3    bought some of the sort of name tag holders, like a
 4    lanyard, so you could put a little name card in there
 5    with your name and the volunteer ID number.  And the
 6    idea was the county captain was supposed to know which
 7    volunteer ID number correlated to each individual.  So,
 8    for example, in El Paso County, mine was 1776.
 9             Q.   Are you aware of anybody that deviated
10    from that and wore something that looked more like a
11    badge?
12             A.   No.  You mean like an official badge
13    of --
14             Q.   Yeah.
15             A.   No.  Not that I ever saw.
16             Q.   Did you carry a firearm with you when
17    you went?
18             A.   I don't remember exactly if I did, but I
19    probably did.  I have a concealed carry permit.  So I
20    most likely carry everywhere I go.  So I probably did
21    have a firearm on me, although I can't say with
22    certainty that I did.  I for sure never pulled a
23    firearm out.  I mean, it would have been -- it would
24    have been undetectable to anybody else around me
25    because I carry it concealed.
```

Page 218

1          Q.   Are you aware if other volunteers

2     carried firearms with them?

3          A.   I'm not aware of whether they did or

4     not.  If anybody did, I never saw one openly carried.

5     So if anyone carried a firearm that was around me or

6     that I would have been able to notice, it would have

7     been concealed.  I never saw anyone brandish a firearm.

8          Q.   If a USEIP volunteer had brandished a

9     firearm, what would your reaction to that have been?

10         A.   Well, so, I guess, it would depend on

11    the circumstances.  If they were threatened and were

12    trying to defend and protect themselves, then my

13    reaction would be, well, it's probably good that you

14    had a firearm.  But if they pulled out a firearm for

15    some other purpose that was not a -- you know, a

16    legally defensible reason for having and brandishing

17    one, then I would say that's probably not somebody that

18    needs to canvass with us anymore.

19         Q.   What would be a legally defensible

20    reason -- I mean, you're visiting people at their home;

21    right?

22         A.   Sure.

23         Q.   So the Castle Doctrine and the Stand

24    Your Ground would all apply to their home.  What would

25    the sort of legally defensible reason for brandishing a

                                        Page 219

1  firearm when you -- unannounced?  What would that be?

2          A.   Well, are you asking me to explain what

3  conditions under which a U.S. citizen who is authorized

4  to bear a firearm might be authorized to pull one out

5  in their own self-defense?  I guess the answer to that

6  is in their own self-defense.

7          Q.   I'm asking if you are aware of under

8  Colorado law whether an individual can claim a

9  self-defense or Stand Your Ground or Castle Doctrine

10  defense when they're visiting somebody at the other

11  person's home?  Are you aware of whether they can do

12  that or not?

13          A.   I'm aware that you are allowed under

14  U.S. law to defend yourself in all conditions and

15  circumstances.  So if someone is threatened with

16  physical harm, then they have a right to defend

17  themselves, and it has nothing to do with Castle

18  Doctrine.

19          Q.   Okay.

20          A.   That's property-related; right?  It has

21  to do with, like, you being on your own property?

22  There's no Castle Doctrine for an individual who is not

23  on their own property, but self-defense applies in all

24  locations and places.

25          Q.   So getting back to your home visits, the

1   themselves counter to what we had asked them to do and

2   trained them to do, then I would deal with that

3   individual basis.  Either they needed to follow the

4   training or we wouldn't want them to do canvassing with

5   us, because we wanted to make sure we presented

6   ourselves as lawful, professional, and courteous.

7                 But if someone on the other end felt

8   intimidated on the basis of something that had nothing

9   to do with what we were doing, then what exactly would

10  our responsibility be?  Stop seeking the truth?

11                I mean, right now if I felt intimidated

12  by the way you were asking me questions, what would you

13  do?  Stop asking questions?  You have a legal

14  obligation.  We had a legal duty and right.

15          Q.   Hold on.  Let me get this straight.  So

16  you're saying that you had a legal duty to -- a legal

17  duty to go to people's homes that's equivalent to my

18  legal duty to depose you as an officer of the court?

19          A.   I'm saying what I told you earlier, if

20  you recall --

21          Q.   You said "legal duty."

22          A.   Could I finish?

23          Q.   Well, you said -- did you say "legal

24  duty"?

25          A.   I know what I said.  May I answer your

                                          Page 239

1    question?

2                Q.    Did you say "legal duty"?

3                A.    That's not your first question.  I did

4    say "legal duty."

5                Q.    Okay.  What is your legal duty to go to

6    people's homes?  Where is that legal duty?

7                A.    Okay.  Am I going to be able to answer

8    the question?

9                Q.    That's the question.  Where is that

10   legal duty?

11               A.    So I'm trying to answer the question.

12   You've cut me off twice now.  Did you want an answer?

13               Q.    I'm waiting for an answer.

14               A.    All you have to do is stop talking, and

15   I'll answer the question.  So as I told you earlier,

16   I'm under oath to support and defend the Constitution.

17   Part of that has to do with the accuracy of our

18   elections, with the truth in our elections and

19   transparency in our elections.  So where, as I stated

20   earlier, public officials with the sworn duty and

21   obligation to verify that the information they're

22   certifying is accurate or they have refused to certify

23   that information -- or where they've refused to verify

24   that information and where we tried to obtain

25   information from public election officials and were

                                                Page 240

```
 1   stonewalled, we chose an avenue which was one of the
 2   very few available to us to try and go and verify
 3   whether or not the Secretary of State's data in her
 4   master voting history file was accurate, and I already
 5   explained why doing that in person was better than
 6   doing it on the phone, because you can't be certain
 7   about what you're getting on the phone.
 8                   So now -- it's just like before, when I
 9   explained, like, how you get to hanging for treason
10   when it's a coup when it's election fraud.  No, it
11   doesn't list election fraud, but that is clearly one of
12   the means by which you could engage in a coup; right?
13   We've done it.  United States has literally done this
14   in other countries.  That's what the CIA has done.  So
15   I don't think anybody could argue that that is not
16   engaging in a coup to engage in election fraud that
17   changes the national leadership in a nation; right?
18   Those are just facts.
19                   So now what other mechanisms did we have
20   for verification of the Secretary of State's voting
21   history file?  Either calling or going through
22   electronic databases, both of which are inadequate, or
23   making the effort to go verify in person, just like
24   they did in Uttar Pradesh, India; right?  So there's a
25   reason that you hand count ballots when you're
```

Page 241

1    uncertain about the outcome.  There's a reason you go

2    door-to-door to verify that that voting history file is

3    accurate.

4                So, yes, my duty, my sworn duty, to the

5    Constitution of the United States I did and do see it

6    as my duty.  I can't speak for everyone else, whether

7    it was a sworn duty for them, but, you know, if you

8    don't uphold your sworn oath as a military officer,

9    you're subject to prosecution under the UCMJ, and for

10   good reason.

11               Q.   So your position is that your oath to

12   the U.S. Constitution that you took when you were 17 in

13   connection with your military service obligated you as

14   a legal matter to go to people's homes to verify that

15   they lived there?

16               A.   It obligated me to pursue the truth

17   about our elections when I had questions because of the

18   evidence -- abundant evidence that I have now seen that

19   causes me to question the election results and the

20   election conduct.  Also, as a citizen, I have a right

21   to transparency in the elections.  We all do.  And so

22   if there are voters who are listed as having voted

23   whose votes are being included or votes who are not

24   listed as having voted whose votes are not being

25   included and that information is inaccurate, we have a

Page 242

```
1   right to know that.  And where the State has utterly
2   failed and the county officials have utterly failed in
3   their obligations to verify that and make that
4   transparent, citizens never surrender their right.
5   It's right in the Colorado Constitution.
6               Q.   Got it.  You have concerns about the
7   upcoming 2022 -- November 2022 elections?
8               A.   Yes.  I have concerns about all our
9   elections.
10              Q.   Are you planning to do voter
11  verification canvassing in advance of the November 2022
12  elections?
13              A.   At this moment, I am not planning to do
14  canvassing.  That doesn't mean I won't; but . . .
15              Q.   Do you know if USEIP is planning to do
16  any canvassing or voter verification in advance of the
17  November 2022 election?
18              A.   So when you say canvassing in advance,
19  you mean of the primary?
20              Q.   Let me ask it differently.  Are you
21  aware of any plans by USEIP to go door-to-door to do
22  voter verification in the manner that you were
23  describing a few moments ago between now and
24  November 2022?
25              A.   I am not.  I'm not aware of whether
```

Page 243