# EXHIBIT J

## TO

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
    Civil Action Number 1:22-cv-00581-PAB
 3

    Colorado Montana Wyoming
 4  State Area Conference of the NAACP,
    League of Women Voters of Colorado, and
 5  Mi Familia Vota,
         Plaintiffs,
 6
 7  vs.
 8  United States Election Integrity Plan, Shawn Smith,
    Ashley Epp, and Holly Kasun,
 9
         Defendants.
10  ---------------------------------------------------------
            VIDEOCONFERENCED DEPOSITION OF ASHLEY EPP
11                       August 23, 2022
    ---------------------------------------------------------
12  VIDEOCONFERENCED APPEARANCES:
13  ON BEHALF OF THE PLAINTIFFS:
         CASEY C. BREESE, ESQ.
14       Lathrop GPM LLP
         1515 Wynkoop Street
15       Suite 600
         Denver, Colorado 80202
16       Phone: 720-931-3200
         Email: casey.breese@lathropgpm.com
17
    ON BEHALF OF THE DEFENDANTS:
18       JESSICA LYNN HAYS, ESQ.
         The Reisch Law Firm
19       1490 West 121st Avenue
         Suite 202
20       Denver, Colorado 80234
         Phone: 303-291-0555
21       Email: jessica@reischlawfirm.com
22  Also Present: Courtney Hostetler, Esq.
23
24
25

                                                    Page 1
```

Veritext Legal Solutions
303-988-8470

```
 1               A.   PricewaterhouseCoopers.
 2               Q.   Okay.  Similar type of position there as
 3     Slalom?
 4               A.   Yes, and I was there for 16 years.
 5               Q.   So reviewing your interrogatory
 6     responses, I believe that one portion in one of your
 7     answers you state that you are a local writer and an
 8     activist; is that fair to say?
 9               A.   Yes.
10               Q.   Can you elaborate on what you mean by
11     local writer?
12               A.   I write a blog for asheinamerica.com,
13     where I talk about the culture and mostly local
14     Colorado, but also some national politics.
15               Q.   Any other writing that you do beyond
16     that -- did you describe it as a blog?
17               A.   Yes.
18               Q.   Any other writing that you do besides
19     for the blog, Ashe in America?
20               A.   So I have had my work put in other
21     publications.  I've been published on Frankspeech.  I
22     have been published on AltNewsMedia, and I do writing
23     for Conservative Daily Podcast --
24               Q.   What is Frankspeech --
25               A.   Mike Lindell's media platform.
```

Page 11

```
 1             Q.   You said -- so when you write a blog
 2   that appears on Frankspeech, is it a blog that will
 3   first appear on your Ashe in America blog, and then
 4   it's picked up by another syndicator or media outlet I
 5   would describe it as?
 6             A.   Yes.  That's correct.  I think that's
 7   only happened once or twice that my blog was picked up
 8   and put on Frankspeech.
 9             Q.   Okay.  And then Conservative Daily
10   Podcast, can you describe what that is?
11             A.   It is a daily podcast that is on at
12   10:00 a.m. Mountain time and 4:00 p.m. Mountain time
13   Monday through Friday, and there is a news site that
14   goes along with that platform, and I write posts for
15   them.
16             Q.   Who runs the podcast there?
17             A.   It's run by Joe Oltmann.
18             Q.   So you -- I believe you've appeared on
19   that podcast before, correct, as a speaker, not just as
20   a writer; right?
21             A.   That's correct.
22             Q.   How often -- how many times would you
23   say that you've appeared on the Conservative Daily
24   Podcast?
25             A.   I couldn't venture to guess.  I think I
```

Page 12

1  started in March of this year.  I've never been paid
2  for a period -- for appearances on the podcast.  I
3  started as a guest, and I've cohosted.  Sometimes I
4  would say two to three times a week is probably the
5  average that I appear.
6       Q.   You've been -- so if it's March and it's
7  August now, two to three times a week you've probably
8  been on that podcast more than 20 times you would say?
9       A.   Yes.
10      Q.   And you said you'd never been paid for
11 any of your appearances or -- does that include your
12 written work that appears on the news portion of
13 Conservative Daily Podcast?
14      A.   So some of my written work that appears
15 on Conservative Daily is not paid.  Some of the writing
16 that I work I get a 20 percent commission.
17      Q.   Is that commission just from, like, the
18 ad traffic?
19      A.   No.  It's a daily facts capability that
20 sends messages; and when people sign up and send the
21 messages, then they pay a fee, and it's a cut of the
22 fee.
23      Q.   Okay.  So what about for any of your
24 written work that's appeared on Frankspeech?  Are you
25 paid for any of those publications?

Page 13

1            A.    No.  No.
2            Q.    And have you appeared on any of
3    Mr. Lindell's podcasts on Frankspeech?
4            A.    I have appeared on the Lindell Report,
5    which is his show that's on, I think, at 5:00 p.m.  Not
6    for a very long time, though.  I first did that on the
7    Thanks-A-Thon.  I actually might have had a couple of
8    appearances about Colorado and about my writing prior
9    to the Thanks-A-Thon, but I was on the Thanks-A-Thon,
10   where we launched Cause of America, and I've appeared a
11   couple of times.  I don't know the number.
12           Q.    What is the Thanks-A-Thon?
13           A.    So Thanksgiving of last year, there was
14   a -- gosh.  I think he said it was 96-hours-long
15   telethon showing evidence about election fraud, showing
16   the culture, you know, things that are happening in the
17   culture.  Lots of different speakers.  I was there
18   because we launched Cause of America.  So when I was
19   on, we were specifically talking about Cause of
20   America.
21           Q.    Okay.  I had a few questions I wanted to
22   ask you about Cause of America.  So it makes sense to
23   probably ask those now.  Are you a cofounder of Cause
24   of America?
25           A.    I suppose you could categorize it that

Page 14

```
 1   D.C., there are people that have the best intentions,
 2   but I think that once they get into Washington, D.C.,
 3   because most of them are party affiliated and appear
 4   from what I've witnessed to be beholden to the party
 5   first over the people, I think that their intentions
 6   devolve.  And so I don't know anybody that I would say
 7   for sure, oh, that's a good person with integrity who
 8   is serving in an elected office, because I haven't seen
 9   evidence of it.
10           Q.   So is it fair to say that you consider
11   most federal government officials to be a part of the
12   uniparty, as you previously described?
13           A.   Do you mean elected officials or any
14   officials?
15           Q.   Elected officials.
16           A.   I don't want to use a statement like
17   most.  I mean, I know I already did, but I -- I have a
18   severe level of distrust for them.  Yes.
19           Q.   Okay.  You previously testified that you
20   believe that voter fraud existed in the 2016 election;
21   correct?
22           A.   Yes.
23           Q.   What did you do in response to the voter
24   fraud that occurred in the 2016 election?
25           A.   Nothing.
                                                    Page 50
```

```
 1              A.   Well, on November 7th, I went to
 2     Colorado Springs and attended a rally.  On
 3     November 14th, I went to the Colorado Capitol and
 4     attended a rally.  On November 21st I went to the
 5     Colorado Capitol and attended a rally and continued to
 6     do so every Saturday until inauguration, the Saturday
 7     before Inauguration Day.  And on November 21st, we
 8     founded USEIP.
 9              Q.   What was it that caused you to go to the
10     November 7th -- it was the November 7th rally you said
11     you attended the first -- the first rally?
12              A.   Yes.
13              Q.   Why did you go?
14              A.   I had to.  I wrote about this on the day
15     of.  I had to.  I was so outraged that the will of the
16     American people could be stolen.  And the impetus you
17     asked about 2016 versus 2020, the one thing that we saw
18     in 2020 that we've never seen ever before is Edison
19     Zero, where all of the results reporting -- and the
20     media is the one who calls elections in our -- in our
21     country, and they did on election night of
22     November 2020.  And then in the middle of the night,
23     Edison went down, and when it was brought back up the
24     leads were inverted.  So that was a pretty -- a pretty
25     significant escalation in election fraud that caused me
```

Page 52

```
 1  remarks.  The first one, which would have been
 2  November 21st, I had prepared remarks.  I don't believe
 3  I prepared remarks for any others.
 4          Q.  Do you recall your prepared remarks from
 5  November 21st?
 6          A.  There's a video of it somewhere, but I
 7  don't recall exactly what I said.  No.
 8          Q.  Okay.  But you just kind of recall
 9  speaking at least generally to those kind of concepts
10  you just briefly described?
11          A.  Yes.  The title of my remarks was "We
12  Concede Nothing."  So if you were to look that up, you
13  could probably find it on YouTube.
14          Q.  You were at the Capitol on January 6th?
15          A.  I was at the Capitol in D.C.
16          Q.  Washington, D.C.?
17          A.  Yes.
18          Q.  And what -- tell me about -- did you go
19  with a group of people from Colorado?
20          A.  I went with my friend Sandy and her
21  mother.
22          Q.  And you said --
23          A.  And met Holly there.
24          Q.  Sorry.  I didn't mean to speak over you
25  there.
```

Page 58