# EXHIBIT L

## TO

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Apr 13, 2021

DataJeff

DataJeff, Analytics Lead

VOTER VERIFICATION.pptx

72.2 KB Download

File…

Apr 13, 2021

DataJeff

DataJeff, Analytics Lead

I anonymized the assignment list

File…

Apr 13, 2021

Shawn

Shawn, Some Guy.

LOL. I already did that.

File…

Apr 17, 2021

███████

████████████████████████████████

Holly Holly ██████ Shawn Shawn Holly asked ████ to share the voter verification information in the Boulder County GOP meeting this morning.  I spoke to these slides that Shawn created and I believe we have something like 30 volunteers for the knocking on doors project.


████ has the list to return to Holly.  Do you want me to train and organize these volunteers or is there someone else to pick up that thread for Boulder County? █████████████

File…

Apr 17, 2021

Holly

Holly, ADMIN - Core Team - Summit Co

Hi ████████

**Exhibit 501**