# EXHIBIT M
## TO
## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The second aspect of VR events is for volunteer sign-up.  We will be using ▮▮▮▮ template with iirc the addition of election integrity

Action item: ▮▮▮▮▮▮▮▮▮▮ / ▮▮▮▮▮▮▮▮ upload ▮▮▮ docs in the county captains docs and files.

Action item:  Holly Holly  / Ashe Ashe  to create talking points for election integrity volunteer explanation, including some key stats to drive excitement once the stats are verified and public.

For any other communication resources:

Shawn's briefing that was presented to the GOP is a good source to draw from, given it's public and vetted.  e.g. bi-partisan stats, CO officials stances and public statements on election integrity etc.

Action item: Shawn Shawn team will be notified where/when posted in basecamp both in written, and video formats

▮▮▮▮

✔

File…

May 5, 2021

DataJeff

DataJeff, Analytics Lead

I miss 1 meeting and it's a big one…

▮▮▮▮

😆

File…

May 5, 2021

Ashe

Ashe, ADMIN

I'll get my action done tomorrow! Great meeting on the Bandimere event on May 27. I'll fill y'all in tomorrow - I just got home!

File…

Add a comment here…

Subscribers