# EXHIBIT N
## TO
## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

▇▇▇ as you noted about the need for logistics and analytics, the core team has been working on exactly this. The analytics team is creating county level reports to help focus canvassing efforts while the remaining core team is putting together comprehensive training guides and instruction manuals to bring consistency to our canvassing efforts. It's a pretty big effort, but we are getting there.

▇▇▇

▇▇▇

▇▇▇

11:39am

I am confused. On April 17th in Longmont we were told they had targeted 1000 voters for us to investigate. There was a sense of urgency. Those of us who provided email addresses awaited further instructions. On May 4th we received our first email. Come to the training in May 8th, exactly 3 weeks

▇▇▇

later. It turns out the voters they had targeted were people living in Weld County with 5 or more people in the household.

Ashe

▇▇▇

Ashe

11:58am

▇▇▇ USEIP didn't do an event in Longmont that I am aware of? I could be mistaken but this might have been another group's training? Who led the training. ▇▇▇ any insights?

▇▇▇

▇▇▇

▇▇▇

12:06pm

They were there. At the American Legion building. GOP Action event.

Ashe

▇▇▇