# Exhibit O
## to
## Plaintiffs' Response to Defendants' Motion for Summary Judgment

```
                                                           Page 1

 1             UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 1:22-cv-00581-CNS-NRN
 3   _____
 4   NAACP, et al.,
 5        Plaintiffs,
 6   v.
 7   USEIP, et al.,
 8        Defendants.
     _____
 9
          VIDEOCONFERENCED DEPOSITION OF JEFFREY YOUNG
10
                       October 5, 2022
11   _____
12   VIDEOCONFERENCED APPEARANCES:
13   ON BEHALF OF THE PLAINTIFFS:
             DION FARGANIS, ESQ.
14           Lathrop GPM, LLP
             80 South 8th Street, Suite 500
15           IDS Center
             Minneapolis, Minnesota 55402
16           Phone: 612-632-3392
             Email: dion.farganis@gpm.com
17
             COURTNEY MARIE HOSTETLER, ESQ.
18           Free Speech for People
             1320 Centre Street, #405
19           Newton, Massachusetts 02459
             Phone: 617-249-3015
20           Email: chostetler@freespeechforpeople.org
21   ON BEHALF OF THE DEFENDANTS:
             JESSICA LYNN HAYS, ESQ.
22           The Reisch Law Firm
             1490 West 121st Avenue, Suite 202
23           Denver, Colorado 80234
             Phone: 303-291-0555
24           Email: jessica@reischlawfirm.com
25
```

```
                                                       Page 24
 1   categories, basically, you look at the bubbles that were
 2   filled out and how they were filled out.  We had to do
 3   basically, like, if/else statements, and that's what
 4   assumptions mean.
 5              So did this create an affidavit?  Yes.
 6   Did this not create an affidavit?  So it was basically
 7   just if/else statements based on the bubbles that were
 8   filled out.
 9        Q.    Okay.  Where do you live?
10        A.    Aurora, Colorado.
11        Q.    How long have you lived there?
12        A.    I think since -- let's see.  My daughter
13   is 8.  Seven years ago, so 2015.
14        Q.    Are you employed?
15        A.    Yes.
16        Q.    What is your job?
17        A.    Director of data and analytics.
18        Q.    For whom?
19        A.    Cause of America.
20        Q.    How long have you been in that position?
21        A.    Since November of 2021.
22        Q.    Can you briefly describe your duties in
23   that job?
24        A.    My duties are to examine voter
25   registration rules and to also examine any other data
```