# EXHIBIT 1

Ashley Epp Deposition Transcript Excerpts

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
 2
     Civil Action Number 1:22-cv-00581-PAB
 3

     Colorado Montana Wyoming
 4   State Area Conference of the NAACP,
     League of Women Voters of Colorado, and
 5   Mi Familia Vota,
            Plaintiffs,
 6
 7   vs.
 8   United States Election Integrity Plan, Shawn Smith,
     Ashley Epp, and Holly Kasun,
 9
            Defendants.
10   ------------------------------------------------------------
              VIDEOCONFERENCED DEPOSITION OF ASHLEY EPP
11                        August 23, 2022
     ------------------------------------------------------------
12   VIDEOCONFERENCED APPEARANCES:
13   ON BEHALF OF THE PLAINTIFFS:
            CASEY C. BREESE, ESQ.
14          Lathrop GPM LLP
            1515 Wynkoop Street
15          Suite 600
            Denver, Colorado 80202
16          Phone: 720-931-3200
            Email: casey.breese@lathropgpm.com
17
     ON BEHALF OF THE DEFENDANTS:
18          JESSICA LYNN HAYS, ESQ.
            The Reisch Law Firm
19          1490 West 121st Avenue
            Suite 202
20          Denver, Colorado 80234
            Phone: 303-291-0555
21          Email: jessica@reischlawfirm.com
22   Also Present: Courtney Hostetler, Esq.
23
24
25

                                                      Page 1
```

```
 1   spun up an election integrity committee, aside from the
 2   GOP, and we try not to work with the GOP.  But that for
 3   the most part it was, you know, the election integrity
 4   objectives were taken on by existing groups within
 5   counties.
 6              So I might call them -- you know, for
 7   example, Cory Anderson in Mesa County.  I would call
 8   him a USEIP captain, but all that that means is that
 9   he's, you know, the point person in Mesa County who has
10   got a handle on what's happening from an election
11   integrity standpoint.  He didn't spin up a new group or
12   a USEIP instance.  There's a group called Stand For The
13   Constitution in Mesa County that kind of became the
14   USEIP, if you will, of that area.  That's more often
15   than not how that worked.
16         Q.   That makes sense.  So now when you're
17   describing how a lot of this -- a lot of the -- you
18   know, the groups that -- and I don't mean to use
19   phrasing that you disagree with, but, you know, that
20   operated under the USEIP plan, how many groups formed
21   that you're aware of after USEIP was formed?
22         A.   Like USEIP instances in --
23         Q.   Sure.  Yeah.
24         A.   -- is that what you're saying?
25         Q.   You said that, you know, there were
```

Page 91

```
 1   already some groups that were formed that essentially
 2   just kind of operated -- already were operating and
 3   sort of operated under the umbrella of USEIP, but then
 4   presumably some counties didn't have organizations or
 5   didn't have groups that were formed until after USEIP
 6   was formed; is that correct?
 7         A.   Sort of.  So Douglas County would be the
 8   example that we've already discussed and that I used,
 9   but I still don't characterize that as starting a whole
10   group.  It was -- you know, with those Douglas County
11   captains, I think one of them was affiliated with FEC.
12   One of them was affiliated with the GOP and other
13   groups.  So it was really more -- like, connecting the
14   different groups in Douglas County around the issue of
15   election integrity and collaborating across those
16   groups.
17              I don't know of any county that created
18   a USEIP group that has operated as an independent group
19   that continues to do so to this day.  I can't recall
20   any.  I couldn't give an example.
21         Q.   Okay.  Thank you.  Do you know how many
22   people are currently -- who currently volunteer for
23   USEIP?
24         A.   I don't know.  We haven't tracked that.
25         Q.   At no point in time?
```

Page 92

```
 1   never been super thrilled with the term of labeling all
 2   of us as Super Moms, but it refers to the groups which
 3   are predominantly women in Colorado who have come
 4   together around this effort.
 5             It's not all women, and it's not all
 6   moms, but Dr. Frank kind of coined his grassroots
 7   network as Super Moms, and we labeled that as Super
 8   Moms in this guide as kind of an ohmage to him and his
 9   effort.  We've never described ourselves as Super Moms
10   outside of this document.
11        Q.   That's a Dr. Frank original?
12        A.   It is a Dr. Frank original.
13        Q.   Who is Dr. Frank?
14        A.   He's from Ohio.  He is a physicist, who,
15   I believe, is also a math teacher, and he's done a lot
16   of work with Mike Lindell on exposing -- specifically
17   voter roll inflation.
18        Q.   Do you describe him as ever having any
19   involvement with USEIP?
20        A.   Dr. Frank?
21        Q.   Correct.
22        A.   No.  I believe Dr. Frank was brought
23   into Colorado by Sherronna Bishop, who was not involved
24   with USEIP.  In fact, she set up her own Voter
25   Integrity project separate from us.  She brought him
```

Page 110

```
 1   in.  I met him for the first time at the April 24th
 2   presentation that we gave at the Republican Study
 3   Council.  He spoke there as well.  Not as a part of our
 4   presentation, as a separate presentation.  That's the
 5   only association that I can think of that he had with
 6   USEIP was being -- you know, both being speakers at
 7   that one -- that one event and the efforts that he
 8   engaged in relative to canvassing and things were the
 9   Mesa County Voter Integrity project efforts.
10             Q.   You said Sherronna Bishop set up a --
11   this might be a silly question, but is it a competing
12   Voter Integrity plan or organization?
13             A.   I don't think so.  I mean, there wasn't
14   a -- there wasn't a separate, you know, instance of
15   USEIP in Mesa County after she set that up.  I think
16   they just wanted -- you know, we never had any sort of,
17   you know, you have to join, you have to use this name,
18   you have to do these kinds of things; right?  It was,
19   "Hey, if you're doing this, we might be able to help.
20   We might have some information and some things to
21   consider."  That was really more of the approach.
22                  So I do remember when she set it up, I
23   remember saying -- I forget who I was saying it --
24   maybe Holly.  Why would they name it something
25   different; right?  That might confuse people, that
```

Page 111

1  might do this and that.  You know, every county is
2  their own autonomous, you know, entity.  Those are
3  their communities.  I would never venture to tell Mesa
4  County what to do in Mesa County.  And so, you know, I
5  was annoyed.
6              I would say I was annoyed that that --
7  you know, election integrity plan, Voter Integrity
8  project, you know, they're similar sounding, similar
9  missions, similar acronyms, but I was annoyed because I
10 thought it would confuse the people, not because I felt
11 like, you know, there was some sort of competition.
12      Q.   Sure.  Has there ever been discussions,
13 to your knowledge, of anybody that, you know, works --
14 or excuse me, volunteers for USEIP with Sherronna
15 Bishop's organization on combining efforts?
16      A.   So it's not combining efforts.  Again,
17 in Mesa County, who I would consider, you know, the
18 USEIP captain is Cory Anderson.  He runs Stand For The
19 Constitution in Mesa County.  That's the grassroots
20 group that, I believe, did canvassing.  We never got
21 any data or results on canvassing from Mesa County.
22 That was all done through Sherronna Bishop.  So, you
23 know, it's not -- again, USEIP isn't an entity.  It's
24 more of an idea that people are, you know, taking and
25 running with.

Page 112

```
 1   history that's being taught, and our civics is embedded
 2   in that.
 3              So when I was growing up in the 1980s,
 4   we had civics class.  We had to memorize, you know, the
 5   different parts of the government, how all things work.
 6   I grew up in Georgia.  So it was, you know, Georgia
 7   history and the way the Georgia government worked and
 8   all of those kinds of things.  Here in Colorado, they
 9   get some of that, but the curriculum is not focused at
10   all on what an individual's duty is as a part of
11   society and how they should engage in their government.
12   It's more positioned as this is -- this is your
13   government and what it does, obey it.
14        Q.   Turning back to the playbook on Page 2.
15        A.   Yep.
16        Q.   That second paragraph, there's a
17   sentence that says "When they stole our election, they
18   stole our Republic"?
19        A.   Yes.
20        Q.   Who is 'they'?
21        A.   The people who stole our election.
22        Q.   Is that the uniparty that you previously
23   described?
24        A.   Yes.  Which I use uniparty as a blanket
25   term to show the people from both of the two major
```

Page 116

```
 1   political parties who come together to protect the
 2   state-established government and whether or not that
 3   aligns with the will of the people or not.
 4         Q.   So when you described it -- I think we
 5   went through this previously, but I'm just trying to
 6   better understand.  You know, when you described the
 7   uniparty, are you describing elected officials, or are
 8   you also describing private citizens as well?
 9         A.   Sorry.  I'm trying to figure out the
10   distinction.  So when I describe the uniparty, I am
11   referring to the institutions that come together to
12   bring about our current reality.  So elected officials,
13   government bureaucracy, academia, media institutions.
14              The reason I call it a uniparty is
15   because there are very few times where we can see all
16   of the institutions come together aligned for one
17   message; right?  And certainly this is more of a modern
18   invention, because as -- as I was coming up and
19   studying journalism and, you know, engaging in the Tea
20   Party and the political sphere for the first time, I
21   believed in Democrat versus Republican and left versus
22   right, but what we see -- and this is, again, judging
23   by the fruit -- what we see is that the establishment
24   protects itself.
25              The government institutions protect
```

Page 117

1  anything to assist or combat those efforts from the
2  GOP?
3          A.   No.  That's all politics.
4          Q.   Underneath that quote, the Weld County
5  quote, it says "But we are not in a time of peace.  And
6  everyone who values freedom and is committed to the
7  fight for our Republic is now needed.  If we can agree
8  on the Bill of Rights, we can debate everything else
9  later.  The secret our enemy doesn't want you to know
10 is that pretty much everyone agrees on the Bill of
11 Rights."
12              So "not in a time of peace," what do you
13 mean by that?
14         A.   I believe that we're engaged in a time
15 of great information warfare.
16         Q.   Can you define that a little bit more
17 specifically?
18         A.   Sure.  Anybody who speaks about election
19 fraud gets banned, gets censored.  Anybody who proposes
20 ideas that are counter to the narrative that the
21 establishment, the cabal that I mentioned, the
22 uniparty, counter to that narrative gets -- gets, you
23 know, on the mild side censored or their information
24 suppressed.  On the, you know, more -- more kinetic
25 side has false allegations levied against them, has

Page 138

1  their lives turned inside out.  People have lost their
2  jobs.
3           There's -- there is -- in my lifetime --
4  and remember I studied information, I've worked in the
5  communications space my entire career, and I understand
6  narrative, and I understand what journalism is supposed
7  to look like, and what we see in the current
8  information exchange for our society is a one-sided
9  control of messaging, and that one side is not a
10 political party.  That one side is establishment, and
11 anybody who speaks out against their narrative has real
12 consequences.
13      Q.   So is the fight that you described the
14 fight against that censorship and controlling of
15 messaging?
16      A.   The fight that I'm describing here is
17 the fight to bring communism into the United States of
18 America and expand it into every aspect of our
19 institutions, into every aspect of our lives.
20      Q.   And then in the last sentence, when you
21 say "The secret our enemy doesn't want you to know is
22 that pretty much everyone agrees on the Bill of
23 Rights," is the enemy the cabal?
24      A.   Yes.
25      Q.   So would these be enemies of USEIP?

Page 139

```
 1            A.   No.  They're enemies of the people.
 2            Q.   Enemies of the people.  In the Top Tips,
 3   Number 2, "Work with people you disagree with and find
 4   common ground.  But beware of infiltrators."
 5            Who are the infiltrators?
 6            A.   There have been -- going back to when we
 7   started this, there are people who engaged in our
 8   efforts with the intent of disrupting and sabotaging
 9   what we're doing.
10            Q.   Can you give me a specific example?
11            A.   So the one example that I would
12   provide -- and I'm hesitating, because I don't have
13   real concrete evidence, but I mentioned Dave Roach, who
14   was with USEIP since the beginning.  He spent most of
15   his time creating drama with other groups.  Some of
16   those groups were, you know, Libertarian groups or, you
17   know, groups that we had kind of tentative -- tentative
18   relationships, tenuous relationships with.
19                 He appeared to -- and then, of course,
20   after January 6th, he kind of disappeared, which was
21   great, but he wanted to argue amongst ourselves and
22   amongst the groups that were working together as
23   opposed to doing anything productive.
24            Q.   So is it your suspicion that -- I mean,
25   is an infiltrator someone that comes in with a specific
```

Page 140

```
 1   would have been shared with the county captains, the
 2   county teams.  I don't know that it was -- I don't
 3   think it would have been posted broadly to Basecamp.
 4         Q.   Do you know if there was canvassing that
 5   was going on before he completed and shared that with
 6   county captains?
 7         A.   Not for USEIP.  I think the Mesa County
 8   team -- and that's Sherronna Bishop and the Voter
 9   Integrity.  I think that they might have -- I think
10   they started canvassing in March.  But I'm not
11   100 percent on that.  So I think that canvassing was
12   going on, but we weren't involved in that.
13         Q.   So I guess I'm trying to just understand
14   a little bit about all the players here, too, because
15   there is a quote up in -- on Page 11 from Mesa County.
16         A.   Yeah.
17         Q.   Why would this appear in USEIP's
18   playbook if the Mesa County Voter Integrity project was
19   different from USEIP?
20         A.   So if you -- if I could read the quote.
21         Q.   Sure.
22         A.   "Build the coalition.  Get everyone you
23   know to bring their skills, talents and passions to
24   this movement.  Together, we are formidable.  In Mesa
25   County, we have defined areas of responsibilities and
```

Page 148

1  accountabilities.  As the guide says, everyone has a
2  job.  And in Colorado, Mesa is a target because we are
3  so effective.  We stand united, and we hold each other
4  accountable -- which is why we have been so successful
5  in exposing the fraud in our elections."
6             None of that quote is about canvassing.
7        Q.   But USEIP's efforts, I mean, did they
8  include individuals from Mesa County?
9        A.   Cory Anderson, as I said.  Yeah.
10       Q.   I guess I thought you said that he was
11 associated with Sherronna Bishop's group.
12       A.   All of the groups that are associated
13 with USEIP are associated with other groups.  It's
14 not -- it's -- we're not an organization.  We're an
15 association.  So, yes, I am associated with Cory
16 Anderson.  I spoke to him many times, shared
17 information about what was happening in my county and
18 in other counties.  I was not at all involved in their
19 canvassing, but Mesa is a Colorado -- is a Colorado
20 County where they were doing election integrity work.
21 So they shared their information with us, and that's
22 how it ended up in the playbook.  But, again, nothing
23 about that quote from Mesa County is about canvassing.
24       Q.   Sure.  I understand that.  So
25 essentially you're saying that when it comes to Mesa

Page 149

```
 1   County's canvassing efforts, that was -- that was
 2   channeled through Sherronna Bishop's group, not USEIP?
 3           A.   I think that's accurate.
 4           Q.   Okay.  Going back to Page 19.  In that
 5   second paragraph, it said "Voter Verification efforts
 6   are structured and executed to support future legal
 7   action, should that action be necessary."
 8                So is there discussions at this point in
 9   time with the creation of the playbook about future
10   legal action?
11           A.   No, but there were discussions about
12   wanting to be able to make statistically sound
13   assertions based on what we were doing.  And so we made
14   sure that we were doing voter verification canvassing
15   in a way that would support up in any future legal
16   action.
17           Q.   So moving down to Page 21.  And we're in
18   a section that's just titled Overview of Voter
19   Verification Process.  What's a walk list?
20           A.   Sorry.  Hang on.  I'm looking for that
21   section.
22           Q.   Yeah.  I'm sorry.  Take your time.
23           A.   Oh.  That's Page 20 for me.  Sorry.  Ask
24   the question again.
25           Q.   Yeah.  So there's a -- if we go down to
```

Page 150