# EXHIBIT 2

Jeffrey Young Deposition Transcript Excerpts

```
                                                                Page 1

 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
       Civil Action No. 1:22-cv-00581-CNS-NRN
 3    _____
 4    NAACP, et al.,
 5         Plaintiffs,
 6    v.
 7    USEIP, et al.,
 8         Defendants.
      _____
 9
             VIDEOCONFERENCED DEPOSITION OF JEFFREY YOUNG
10
                         October 5, 2022
11    _____
12    VIDEOCONFERENCED APPEARANCES:
13    ON BEHALF OF THE PLAINTIFFS:
              DION FARGANIS, ESQ.
14            Lathrop GPM, LLP
              80 South 8th Street, Suite 500
15            IDS Center
              Minneapolis, Minnesota 55402
16            Phone: 612-632-3392
              Email: dion.farganis@gpm.com
17
              COURTNEY MARIE HOSTETLER, ESQ.
18            Free Speech for People
              1320 Centre Street, #405
19            Newton, Massachusetts 02459
              Phone: 617-249-3015
20            Email: chostetler@freespeechforpeople.org
21    ON BEHALF OF THE DEFENDANTS:
              JESSICA LYNN HAYS, ESQ.
22            The Reisch Law Firm
              1490 West 121st Avenue, Suite 202
23            Denver, Colorado 80234
              Phone: 303-291-0555
24            Email: jessica@reischlawfirm.com
25
```

```
                                                        Page 80
 1   not going to go through and find --
 2          A.    Correct.
 3          Q.    -- two precinct numbers that are the same?
 4                So that would lead me to conclude that
 5   there's 168-some-odd precincts in Douglas County;
 6   correct?
 7          A.    Correct.
 8          Q.    And how many counties are there in
 9   Colorado?
10          A.    64.
11          Q.    Say it again, please.
12          A.    64 counties in Colorado.
13          Q.    Okay.  And did you generate a
14   precinct-by-precinct voter opportunity score spreadsheet
15   for every county in Colorado?
16          A.    For every county that we ran.
17          Q.    Okay.  Well, how many did you run?
18          A.    I think -- we had a few other counties
19   that weren't in the report, and I included those as
20   exhibits.  I sent those to you guys.  I can't remember
21   exactly how many counties I ran, but it was a few more
22   than what was in the report.
23          Q.    Well, how many are in the report?
24          A.    The four counties:  Weld, Douglas,
25   Arapahoe -- sorry, not Arapahoe.  Weld, Douglas,
```

Page 81

1   El Paso, and Pueblo.
2        Q.   Okay.  So walk me through the moment in
3   time where you decided that you wanted to just select
4   four counties instead of 64 counties?
5        A.   It's just based on where we had volunteers
6   and where people could organize the volunteers to go
7   canvas.
8        Q.   So the sole explanation for why those four
9   counties were picked was that that's where the
10  volunteers were?
11       A.   That's where they had it organized.
12       Q.   Who is "they"?  Sorry.
13       A.   The county captains.  So if the counties
14  had organization, if the county captains had volunteers.
15  And volunteers from other counties would help as well,
16  so they would sometimes go help other counties.  But if
17  they could get volunteers to go do a county, they would
18  go do a county.
19       Q.   So by the time it came to you, the
20  decision had already been made: we're only looking at
21  those four counties?
22       A.   No.  We didn't say we were only looking at
23  those four counties.  It happened to be those four
24  counties were organized before the other ones;
25  otherwise, there would have been more counties.

Page 82

1      Q.   Well, okay.  How many more counties?  You
2 said that you included some additional counties that
3 weren't in the report.  How many -- roughly how many
4 additional counties did you include?
5      A.   I think it was four or five, I believe.  I
6 don't recall exactly because there was a lot of stuff I
7 put in there once I found it again.
8      Q.   And were those four or five additional
9 counties a full analysis, the same way that the four
10 core counties were?
11     A.   And what do you mean "full analyses"?  Can
12 you --
13     Q.   Like, so did you generate the same type of
14 voter opportunity score data and walk lists and all that
15 for those four or five additional counties?
16     A.   Yes.
17     Q.   And did those counties get walked in the
18 same way as the original four counties?
19     A.   I believe Jeffco -- was it Jeffco?  Yeah.
20 I believe Jeffco had some walking, but they didn't
21 finish the needed sample size, so it wasn't included in
22 the report.  But other counties, I don't believe, were
23 canvassed because we had said we want to get the report
24 out.
25     Q.   Well, so this is what I'm trying to