# EXHIBIT 4

Declaration of Cory Anderson

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | Civil Action No. <u>1:22-cv-00581-CNS-RNR</u> |

### DECLARATION OF CORY ANDERSON

I, Cory Anderson, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge, hereby declare as follows related to the above-titled matter:

1. I currently reside in Grand Junction, Mesa County, Colorado.

2. I learned about USEIP in the Spring of 2021. My role with USEIP was the Mesa County Captain. USEIP was concerned about voter integrity as am I. USEIP was an organization to verify voter data by going door to door and at a very high level we would:

    1- Check the voter roles to see if who was on the walk list actually lived there.

    2- Verify that if a vote was cast from that address that the person(s) did indeed cast a vote.

    3- Identify possible vacant lots that votes were cast from.

3. My involvement with USEIP included attending weekly Captain calls and general calls.

4. As the County Captain and from the weekly calls I would get suggestions on how to more effectively canvas and how to train our local volunteers in Mesa County.

5. Sheronna Bishop with Colorado Concerned Citizens provided the walk lists and areas to canvas in Mesa County. I would receive the walk lists and collect the completed walk lists and hand out new walk lists at our local meetings. I would then return the completed lists to Colorado Concerned Citizens.

6. We started canvassing in Mesa County before USEIP had a formal training program. As training material became available I would use it to conduct refresher or training for new volunteers. I utilized USEIP training materials in the middle and towards the end of the canvassing efforts in Mesa County. As new information became available I would update our local volunteers to any new procedures. To my knowledge we did not provide USEIP with any formal updates or official paperwork. I did not personally hand over or send anything. I did update the group informally as to our progress during the weekly Captain calls.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on this __6__ day of __January__, 2023, in __Grand Junction__, Colorado.

_Cory Anderson (Jan 6, 2023 16:42 MST)_

Cory Anderson