# EXHIBIT 5

## USEIP 30(b)(6) Deposition Transcript Excerpts

Page 1

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2
   Civil Action No. 1:22-cv-00581-CNS-NRN
3  _____
4  COLORADO MONTANA WYOMING STATE AREA CONFERENCE
   OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO,
5  and MI FAMILIA VOTA,
6           Plaintiffs,
7  v.
8  UNITED STATES ELECTION INTEGRITY PLAN,
   SHAWN SMITH, ASHLEY EPP, and
9  HOLLY KASUN,
10          Defendants.
   _____
11
              30(b)(6) REMOTE DEPOSITION OF
12
          UNITED STATES ELECTION INTEGRITY PLAN
13
                          by
14
                     HOLLY KASUN
15
               APPEARING REMOTELY FROM
16
                   DILLON, COLORADO
17
                 November 29, 2022
18
   _____
19
20
21
22
23
24
25

Page 12

1  me how to do it.  If it was Ashe, you know, how do I --
2  how do I get my neighbors together, you know.
3           So basically it was Ashe and I and -- as
4  the cofounders, and then other folks with expertise would
5  pop up as being resources for different aspects of USEIP.
6           You know, Jeff Young, he would be the data
7  guy.  If a county had a data question, they would go to
8  him.  If they had an organizational or a legal question,
9  they would go to Shawn.  And it was -- you know, it was
10 not that organized.
11          And on the other hand, I guess, you know,
12 you could say it was akin to a book club.  Just people
13 getting together, kind of deciding what they wanted to do
14 and making it happen.  There really was not a command and
15 control structure there.
16      Q.   Okay.  So we talked a little bit about how
17 USEIP was formed and who was involved.  Can you talk to me
18 a little bit about why USEIP was formed?
19      A.   Yes.  It was a civics group.  We are
20 non-partisan, a hundred percent volunteer, we do no
21 fundraising, we have no money, that's not what we're
22 interested in.
23           We're a civics group that is focused on
24 election integrity and finding the truth about our
25 elections, sharing the truth and fixing our elections on

Page 13

1  the most local level.
2          Q.   So there have been a lot of elections over
3  the past 30, 40, 50 years.  Was there something in
4  particular about November 2020 that acted as a catalyst or
5  prompted USEIP to form?
6          A.   Yes the range of anomalies in the
7  election.  You know, we -- we weren't exactly sure that
8  the elections were run free, fair and transparently, and
9  that's where we started looking into the process of the
10 elections.
11              And not just we, and I want to keep
12 reemphasizing the fact that was not a command and control
13 structure.
14              Folks were just looking for help in
15 understanding of where they could start digging and
16 figuring out what happened about their elections in their
17 local area.
18         Q.   So when you say anomalies, how did you, in
19 your capacity as a representative for USEIP, how did you
20 first become aware of these anomalies?
21         A.   As an election judge in Boulder County.
22         Q.   Yeah, so go ahead.  Talk more specifically
23 about what you saw that was anomalous?
24         A.   Well, I saw rules that we were trained on
25 as election judges in our voting centers being broken,

Page 48

1  verifying publicly available data.
2        Q.   And how did USEIP go about doing that?
3        A.   Well, the first step was a county wanted
4  to assess their local area to see whether or not the
5  election results synced up with what they believed was
6  happening and this was mostly spurred by very, very local
7  races, not so much the presidential.  But it wasn't -- it
8  wasn't specific to any race.  That was just the impetus
9  for it.
10            And then USEIP had extensive training to
11  make sure that people followed the law; that they
12  captured data in a way that was legal but also would be
13  statistically significant to be able to make assertions
14  about the voter rolls, especially in Colorado, and to
15  make sure that there was -- and the way to do that was to
16  canvass entire precincts to make sure that there was no
17  bias within the data.
18            Just like an academic study, you have to
19  be very careful about, you know, inherent biases with
20  your data.
21            And then there was local organization for
22  training and then there was the door-to-door efforts.
23            Which I would like to emphasize, there was
24  never any complaints, there were no police reports, there
25  were no issues raised to USEIP.  In fact, we canvassed

```
 1   for months and months without anybody even knowing that
 2   USEIP was canvassing.  We kept our work very
 3   professional.
 4             And the whole goal was to help counties to
 5   gather the data they needed to either approach their
 6   county clerks, their DAs, any type of law enforcement
 7   they felt was necessary using affidavits that were
 8   reviewed by lawyers, they were notarized.
 9             And USEIP, with a collection of capable
10   individuals with data analysis, then high level math and
11   that sort of thing, were able to produce the Colorado
12   Report, which was submitted to AG Weiser with all of the
13   data, affidavits, and it's also been submitted to many
14   DAs, county clerks, law enforcement on the local level.
15   Local folks have used that information to, you know, work
16   in their -- in their local areas.
17        Q.   Let's talk a little bit more about the door
18   to door.
19             So from your perspective as USEIP's
20   designated representative, how would you describe or paint
21   a picture, I guess, of what those door-to-door activities
22   looked like?  How would -- assuming a person didn't know
23   what you were talking about, the first time they are
24   hearing about it, what would you say?  Well, this is what
25   we do, this is what it looks like.  Give me as much detail
```