# EXHIBIT 6

Holly Kasun Deposition Transcript Excerpts

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action Number 1:22-cv-00581-PAB
 3

 4   Colorado Montana Wyoming
     State Area Conference of the NAACP,
 5   League of Women Voters of Colorado, and
     Mi Familia Vota,
 6
           Plaintiffs,
 7
     vs.
 8
     United States Election Integrity Plan, Shawn Smith,
 9   Ashley Epp, and Holly Kasun,
10         Defendants.
11   ----------------------------------------------------
             VIDEOCONFERENCED DEPOSITION OF HOLLY KASUN
12                      August 16, 2022
     ----------------------------------------------------
13   VIDEOCONFERENCED APPEARANCES:
14   ON BEHALF OF THE PLAINTIFFS:
           AMY ERICKSON, ESQ.
15         Lathrop Gpm LLP
           80 South Eighth Street
16         500 IDS Center
           Minneapolis, Minnesota 55402
17         Phone: 612-632-3471
           Email: amy.erickson@lathropgpm.com
18
     ON BEHALF OF THE DEFENDANTS:
19         JESSICA LYNN HAYS, ESQ.
           The Reisch Law Firm
20         1490 West 121st Avenue
           Suite 202
21         Denver, Colorado 80234
           Phone: 303-291-0555
22         Email: jessica@reischlawfirm.com
23
24
25

                                                        Page 1
```

1   of people who are, you know, active in their own
2   communities, you know, and the civics level around
3   election integrity.  And so, you know, it's -- it's a
4   way to help them organize locally.  Yeah.  I'm looking
5   at it.  I mean, it's been so long since I've read this,
6   that -- yeah, it's guidelines.  It's a playbook.
7   It's -- yeah, I guess it is a how-to in a lot of ways.
8           Q.   On Page 2 of the playbook, in sort of
9   the middle of the page there, the middle paragraph
10  towards the end of the paragraph, there's a sentence
11  that starts, "If we allow the fraud to stand . . ."
12               Do you see that?
13          A.   Yes.
14          Q.   So it goes on to say, "If we allow the
15  fraud to stand, we become complicit in the destruction
16  of the greatest nation in the history of Earth.  We
17  become complicit in their crime.  No, no one is coming
18  to save us.  It's time to stand up."
19          A.   Yeah.
20          Q.   What does USEIP mean by this?
21          A.   Well, again, it goes back to the
22  principles of USEIP is to find the truth, share the
23  truth and fix -- fix our elections.  And the
24  interpretation of it is that, you know, we've got to
25  find out what happened.  We have indications of fraud

Page 80

```
 1   in our elections, and it's up to the citizens to, you
 2   know, find out what's true, share the truth and fix --
 3   fix our elections in our own backyards.  And, you know,
 4   it's time for people to get engaged in their local
 5   election process.
 6            Q.   What is the crime that is being referred
 7   to in this sentence -- or paragraph, I guess, more
 8   accurately?
 9            A.   Well, I guess it's implied that if there
10   are crimes that are committed, and we don't hold our
11   elected officials accountable through legal means and
12   through the courts and through voting and changing out,
13   you know -- giving our consent for who governs us
14   through winning at the ballot boxes, then, you know,
15   we're complicit in all of this.  We the people, not,
16   you know, we USEIP, but, you know, there's nobody to
17   blame but ourselves if we don't -- if we don't
18   participate in the process.
19            Q.   Who do you think committed the crime?
20            A.   I have no idea.  That's what we're
21   trying to figure out.
22            Q.   And what does it mean when it says,
23   "It's time to stand up"?
24            A.   Stand up, that means get involved, get
25   involved in your local elections, do your civic duty,
```

Page 81

```
 1   participate in civics.
 2           Q.   Get involved with USEIP as well?
 3           A.   Not necessarily.  I mean, you could get
 4   involved with another group that's associated with
 5   USEIP, you know, another group in your local area.
 6   It's more of a call to action to get involved in your
 7   local election process.
 8           Q.   If you look -- turn back to Page 1 of
 9   the playbook, it looks like the playbook is dedicated
10   to someone named Douglas Frank?
11           A.   Yep.
12           Q.   Who is Douglas Frank?
13           A.   Oh, he is a former teacher.  I believe
14   he's a mathematician.  He might be a physics guy.
15   Anyway, he did quite a bit of data analysis on election
16   results, not just in Colorado but across the state
17   with -- and found a number of anomalies with -- with,
18   you know, election results based on, you know, data
19   analysis -- oh, go ahead.
20           Q.   No.  Go ahead and finish.
21           A.   He came to Colorado to speak to another
22   group in -- I think it was several times, but the
23   last -- the last time that I knew that he came to town
24   was in April of 2021, I believe, and -- oh, that's what
25   it says right here.  Yeah, and he just talks about --
```

Page 82

```
 1   FEC United has a different charter.  They're, like,
 2   faith, education and commerce, but they did have a
 3   committee, I believe, or at least a group of
 4   individuals that were associated with FEC United that
 5   were interested in what USEIP was doing in terms of
 6   election integrity.
 7           Q.   The playbook also says here that
 8   "Patriots are concerned about election fraud and 'all
 9   the communism.'"
10                What is being described here as
11   communist, exactly?
12           A.   Communism, I think state control over
13   what should be a, you know, designed and was outlined
14   by our Founding Fathers as a decentralized election
15   process.  There's just been a movement over the past,
16   you know, numerous decades to centralized power, and
17   that is one of the tenets of communism, that the state
18   controls everything about civic life in a society.
19           Q.   So who does USEIP think should control
20   elections?
21           A.   The people.
22           Q.   And how would that look?
23           A.   Well, that would look like, you know,
24   free, fair and transparent elections.  Citizens should
25   be able to question their elections, verify the
```

Page 103

1  results, manage their elections, and that's by, you
2  know, getting elected officials in who are working for
3  the people.
4            It means that people, you know, are
5  allowed to audit elections to ensure they're run
6  properly and, you know, have transparent counts and the
7  ability to see how the process works in all of its
8  forms.  Obviously, not disclosing any information about
9  which candidate somebody votes for, that should all
10 remain anonymous.
11           But the process from how ballots are
12 printed, where they come from, how they get mailed out,
13 to voter rolls -- we talked about that a bit -- to
14 ballot processing.  And, you know, some of that process
15 is transparent.  Some of it we can -- we can witness
16 and see that it's being done properly, but some parts
17 of it we can't.  And I think that those parts that we
18 can't and that are being shielded from the American
19 public should -- should be open for inspection and
20 verification.
21      Q.   Do you think that state officials should
22 be running elections?
23      A.   State officials?
24      Q.   Or any county officials?  Obviously,
25 some elections may be run by state officials.  Some may

Page 104

1  generally -- that's basically what that means, is
2  where, you know, what kind of election integrity work
3  do you want to focus on in your area?
4         Q.  Can you give me any other examples of
5  election integrity work that USEIP-affiliated groups
6  might focus on?
7         A.  They might focus on recount, a hand
8  recount in making sure that, you know, the election
9  results match up with the paper ballots.  It might be
10  an audit of a local election.  Those are two other
11  examples.
12         Q.  Page 7 of the playbook discusses
13  Organizing For Connection.  It says here on Page 7,
14  "Coalitions are very important to us.  You see,
15  communists are very good at marching in the same
16  direction, because their meals depend on it.  With
17  ActBlue, if you fall in line, you get a cut.  You get
18  fed (until you don't)."
19             Can you tell me what that means, what
20  you mean by that?
21         A.  Well, I think it goes back to the whole
22  idea of centralization and making sure that, you know,
23  you have the opportunity to be a participant in the
24  system and be a participant in your self-governments --
25  governance on the local level and -- let me just read

Page 107

```
 1   one more bit of this -- and working in coordination to
 2   ensure that, you know, you're overseeing your local
 3   elections and you're participating in the process.  And
 4   with the mention of the communism, you know,
 5   maintaining -- it's a nod to maintaining your freedoms
 6   and liberties, you know, guaranteed by the Constitution
 7   in the U.S.
 8           Q.   What about this reference to ActBlue?
 9   "With ActBlue, if you fall in line, you get a cut."
10                What does that mean?
11           A.   That has to do with, you know -- with
12   NGOs, you know, paying for their, you know,
13   participation.  You know, with USEIP, nobody got paid.
14   We didn't do any fundraising.  We weren't -- we're
15   completely independent.
16                And, you know, with, you know, some of
17   these leftist organizations, they pay volunteers.  They
18   pay for participation.  They pay for operatives to get
19   involved.  I mean, if you look at CTCL, that's a great
20   example of an NGO that, you know, pumped hundreds of
21   millions of dollars into our election process and paid
22   election workers above and beyond their normal salary
23   to, you know, work in the election process.
24                Ruby Freeman and Shaye, her daughter,
25   were really good examples.  They testified that they
```

Page 108