# EXHIBIT 8

# USEIP Training Materials

# Voter Verification

Volunteer Training

USEIP 0019

# Overview

- Purpose of Voter Verification
- Safety
- Legal restrictions
- Procedures
- FAQ

USEIP 0020

## Terms Used

- Affidavit – statement by either a) voter or b) volunteer that there is a discrepancy in the state's record of voting, signed by either a) voter & volunteer (witness) or by Volunteer and second Volunteer (witness)
- Assignment List/Walk List (WL) – list of voters to verify in a given geographic area, provided by the County Coordinator to Volunteer
- Check-In/Out – text message from Volunteer to County Coordinator when beginning and ending Voter Verification (VV) activity; contains Volunteer ID #, location, Assignment List #, and beginning or ending voter # (from Assignment List)
- Daily Log – record kept by Volunteer of results of VV, returned via hard copy, or by email (e.g. photo of log taken w/cell phone camera) at end of each day of VV activities to County Coordinator
- Discrepancy – any Volunteer-discovered or voter-reported inaccuracy in State-reported voting record, e.g.: a) no residence at address, b) no such person at residence/address, c) person at residence reports they did not vote, and/or did not register, d) or their name in the voting record is inaccurate, or e) they voted by a different method (either in-person or mail-in/drop-off) than the state reports
- County Coordinator – single point-of-contact for VV Volunteers in each county; vets volunteers, maintains contact info for volunteers, provides Assignment Lists, tracks Check-In/Out, receives Daily Logs
- Volunteer – U.S. & Colorado citizens conducting VV
- Voter Verification – process of confirming CO record of voting/voters is accurate (person, residence, method)

USEIP 0021

# Purpose of Voter Verification

- We intend to ensure free & fair Colorado elections and to restore Coloradans' confidence in our election system by either refuting or confirming concerns of fraud
- Voter Verification is one of several means of conducting independent audits of election records and results, and one which is critical to determining whether CO voter registration and voting records are accurate
- Voter Verification will be presented as evidence, both in and out of legal settings, so we must be consistent in our conduct and consistent and accurate in our documentation of what we observe – don't write down, submit, or sign any log, result, or statement to which you would not pledge your "life, fortune, and sacred honor"

USEIP 0022

# Safety

- Safety is Third! (Padded rooms are the safest!) Ships are safest in harbors, but ships aren't made for harbors…
- But…don't put yourself in danger; highly recommend:
    - Work in teams of two (or more)
    - Record audio and/or video of activity (bodycam, cellphone, etc.)
    - Have one Volunteer approach the residence door while the other remains at sidewalk
    - Do not enter properties with, e.g. "No Trespass" sign, loose dogs, loose men…
    - Knock on the door/ring the bell and step back – put at least 8'-10' between yourself and the door
    - Be POLITE and HONEST
    - DO NOT ARGUE with anyone; verbal conflicts can escalate unpredictably. (Also, best not to debate election integrity, fraud, sports, burrito preferences, religion, etc.)
    - Do NOT forget to check-in/check-out, so we know where you are if you need help
    - Dress the way you want to be perceived: business casual? Hells Angel? Tennis pro?
    - Do NOT wear any logos/indications of political party, politicians, or candidates – I.e. please look and act as "Team America" – non-partisan, citizen, grass-roots, volunteer election integrity focus

USEIP 0023

# Legal Restrictions

- This is NOT soliciting
- (?) Volunteers are ALLOWED to record conversations (audio or video) which THEY, themselves take part in, without consent of any other party, and without notifying them (CRS § 18-9-304).  If recognizes that you're recording and asks you, on their property, to stop, then either do so or leave their property
- You DO NOT have to identify yourself AT ALL, but may NOT misidentify yourself (neither your name, nor your org, nor your purpose)
- Protect yourself and the reputation/credibility of our team/effort – conduct yourself above reproach
- Do NOT complete any portion of anyone else's affidavit for them (beyond signing as a witness).  It MUST be the signer's statement (need legal review on this)

USEIP 0024

## Procedures (1 of 5)

1. Obtain Assignment List/Walk List (WL) from County VV Lead (CL)
2. Plan walking route (e.g. using Google Maps, etc)
3. If available or desired, review addresses/area, including closest police/fire station
4. Wear "Hello" sticker/badge with first name and Volunteer ID#; do NOT wear other logo/message/campaign/organization attire
5. Check-in with CL (let them know you're beginning and your WL number – that tells them where you are/where you're working)

USEIP 0025

# Procedures (2 of 5)

6. Conduct VV:
   a. Match address to Assignment List
   b. If not a residence, log result
   c. Approach entrance of listed residence and knock/ring doorbell.
   d. If no response, log result.
   e. If occupant answers, introduce self (first name) and organization (?), e.g. "Hi, I'm NAME, from CONCERNED CITIZENS/the ELECTION INTEGRITY PROJECT. We're contacting Colorado voters to verify the state's voting records are accurate. Could I ask you a few questions?"
   f. Proceed w/questions: Confirm name, address, whether they are an eligible voter, whether they are a registered voter, whether they voted in the election, and by what method (in-person, mail-in/drop-box ballot).
   g. If individual refuses to answer questions, THANK THEM, leave property, log result.
   h. If individual answers/responds, log result.
   i. If individual notes discrepancy, ask them "Would you be willing to complete a short/quick statement so we can correct the error in the state's records?" If "No," then complete Volunteer affidavit of observation/statement as heard. If "Yes," depending on the procedures in your county, either
      a. Take their affidavit and sign as witness when they are complete, or
      b. Confirm their name and contact info and provide to County Captain or Affidavit Team for follow-up
   j. Remember to take photo of location/address for each discrepancy (take these from OFF the property; i.e. sidewalk/street)
   k. Proceed to next address and repeat.

USEIP 0026

## Procedures (3 of 5)

7. When done for the day, Check-out with CL, send in Daily Log, request new Assignment List (AL)/Walk List (WL), if current AL/WL is complete. Do not keep AL/WL/Logs or affidavits overnight – turn originals in to County Coordinator (feel free/recommended that you keep scanned/digital copy).

This is the format of the AL

| VOTER ID | COUNTY | VOTER NAME | RESIDENTIAL ADDRESS | RESIDENTIAL CITY | RESIDENTIAL ZIP CODE | BIRTH YEAR | GENDER | PARTY | VOTE METHOD | MAIL BALLOT SENT DATE | MAIL BALLOT RECEIVE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 416238X | Mesa | CLIFFMAN, KATO MELBA | 167 FOLSON ST | FRUITA | 81551 | 1957 | Female | REP | MAIL | 10/9/2020 | 10/19/2020 |
| 544452X | Mesa | BRDER, DAMIEN | 1848 CRESTVIEW AVE | FRUITA | 81551 | 1959 | Male | DEM | MAIL | 10/9/2020 | 10/19/2020 |
| 6007513X | Mesa | CEBROW, GARIEL | 30 MAIN ENEZ ST | GRAND JUNCTION | 81557 | 1956 | Female | REP | MAIL | 10/9/2020 | 10/29/2020 |
| 60034215X | Mesa | LAWMAN, ROTAN | 1295 ALTUS DR | GRAND JUNCTION | 81553 | 1977 | Male | DEM | MAIL | 10/9/2020 | 10/26/2020 |
| 2002801X | Mesa | KRISPER JERRY | 11568 MCLIN DR | GRAND JUNCTION | 81554 | 1987 | Male | UAF | MAIL | 10/9/2020 | 10/14/2020 |
| 6003415X | Mesa | POBOR DIVIT, JASON | 355 13TH ST #B | GRAND JUNCTION | 81556 | 1997 | Male | UAF | MAIL | 10/9/2020 | 10/30/2020 |

USEIP 0027

# Procedures (4 of 5) – Daily Log

| Assignment List: ELP-109 | | Volunteer ID: 1013, 1028 | | | Date: 22 Apr 2021 | |
|---|---|---|---|---|---|---|
| Voter # | Voter Name (Last, First I) | Voter Address (## St, zip) | All Info from AL Correct/ Confirmed | Discrepancy (DR)non-resid. (DI)Inaccurate | Affidavit (N)one (O)ccupant (V)olunteer | Volunteer Notes |
| 345256 | Black, Jack R. | 17 Hotel St, 80901 | X | | | |
| 345259 | Blue, Karen S. | 22 Hotel St, 80901 | | DR | | No house; looks like mailbox; photo: Apr 22,2020/1015am |
| 355091 | Tom, Major Y. | 1234 Some Ave, 80901 | | DI | V | Occ. Refused aff.; stated Major Tom does not/has not ever resided. Affidavit: 1013/1028 |
| 365713 | Steuben, Hans M | 1775 Some Ave, 80901 | | DI | O | Occ. states not-registered, did not vote; ~5'8", Caucasian male, ~40-ish. Aff. 1013. |
| 355014 | Martines, Mary L. | 1988 Some Ave, 80901 | | DI | O | Occ states reg, voted, but in-person, not by mail; ~5'4", Hispanic female, ~60-ish. Aff. 1013 |

## Procedures (5 of 5) - Affidavit

Complete an affidavit for each logged discrepancy.

- Insert affidavit graphic

USEIP 0029

## Frequently Asked Questions (1 of 2)

- What do I do if multiple voters are listed at the same address…
    - Ask the occupant who answers the door the list of questions, then ask if each of the other names are also listed at the address and which are available
- What do I do if asked the purpose/nature of the organization…
    - We are grassroots, volunteer, citizen-led, non-partisan advocates for election integrity, seeking to confirm or correct CO state voting and election data
- What to do if someone photographs/films me…
    - Let them! We have nothing to hide; smile! Give them the thumbs up!

USEIP 0030

# Frequently Asked Questions (2 of 3)

- What to do if approached aggressively/attacked…
  - Don't argue. Don't endanger yourself.  Know your rights, including self-protection. Report threats and assault to the police. Document everything.
- What to do if I lose AL/WL/Log
  - Notify your County Captain of the AL/WL #  or Daily Log lost; recommend you do not carry any AL/Logs you won't be using on that particular day. Recommend you photograph Daily Logs as they are completed, or at the end of each day or prior to pausing, whichever comes first.

USEIP 0031

# Frequently Asked Questions (3 of 3)

- What to do if approached by media/counter-activists (but I repeat myself…)
  - Be civil, be lawful, know your rights. Feel free to answer reasonable questions with organization/purpose info. Feel equally free to answer no questions at all. If you are impeded/obstructed/threatened, or assaulted, call the police. Don't argue or debate.  When you are righteous, you don't need to explain it to anyone.
- What to do if followed…
  - Call the police and proceed to the nearest police/sheriff.
- What to do if I receive threatening phone calls/mail/email…
  - You've done nothing wrong.  You're a citizen, with rights, exercising your responsibility to engage in civic affairs.  You are a warrior for truth. Act like it. Keep evidence, report to police, let organization and teammates know.

USEIP 0032