# EXHIBIT 9

## USEIP Photographs

Missing house - There is no house with address 2008 E 17th St., Pueblo, CO in Precinct 28.
Voter Theresa Ferg (ID- 2575631) is registered to this address and did not vote in the Nov 2020 election.
Google maps shows this address to be located at 1610 N Salem Ave which it identifies as the Eastside Community Farmers Market. Canvassers could not find this house number on E 17th St.

ENCINO
apartments
2130

**Affidavit of Voter Verification Volunteer**

STATE OF COLORADO
COUNTY OF Pueblo COUNTY
[county name]

The undersigned, MARY M. CARTER, being duly sworn, hereby deposes and says:
[name of affiant]

1. I am over the age of 18 and am a resident of the State of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
3. I affirm that

on 10-14-2021 we could not find address 2118 E. 13th St. An apartment building is located where this address would be. The apartment building address is 2130 E. 13th St. Photos taken for this affidavit, Voter at the 2118 E. 13th St address - Alan Hanes (ID-200033102) had his signature rejected in Nov 2020 election.

4. I affirm I am under no duress to sign this affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 26 day of OCTOBER, 2021.

[signature]

NOTARY ACKNOWLEDGMENT

STATE OF COLORADO, COUNTY OF Pueblo COUNTY, ss:

This Affidavit was acknowledged before me on this 26th day of October, 2021 by Mary M. Carter, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

[signature]
Notary Public

TALIA MORRIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214013821
MY COMMISSION EXPIRES APRIL 09, 2025

Notary Public
Title (and Rank)

My commission expires April 09, 2025

Missing house - There is no house with address 2525 E 8th St., Pueblo, CO in Precinct 28.
Voter Angel Leyba (ID- 600682000) is registered to this address and voted in the Nov 2020 election.
2529 E 8th St. appears to be a church or commercial building. To the left where 2525 E 8th St. should be located is an empty lot.

**Affidavit of Voter Verification Volunteer**

STATE OF COLORADO
COUNTY OF Pueblo COUNTY
[county name]

The undersigned, Christy Fidura, being duly sworn, hereby deposes and says:
[name of affiant]

1. I am over the age of 18 and am a resident of the State of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
3. I affirm that
we searched from all four directions and spoke with neighbors. James Story (ID 602716992) address does not exist. 2024 E 14th St 81001 Pueblo CO

4. I affirm I am under no duress to sign this affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this 26th day of October, 2021.

Christy Fidura

NOTARY ACKNOWLEDGMENT

STATE OF COLORADO, COUNTY OF Pueblo COUNTY, ss:

This Affidavit was acknowledged before me on this 26th day of October, 2021 by Christy Ann Fidura, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

Rhonda K Sposato
Notary Public

Notary
Title (and Rank)

My commission expires 04/04/2022

RHONDA K. SPOSATO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20064012774
MY COMMISSION EXPIRES APRIL 04, 2022



E 14th St
2024 E 14th St
70°
2024 E 14th St
350 ft

USEIP 000935

122

## Affidavit of Resident/Occupant

STATE OF COLORADO / COUNTY OF ________________.

The undersigned, ____________________, declares under penalty of perjury under the laws of Colorado that the foregoing is true and correct: (AFFIANT NAME)

1. I am over the age of 18 and am a resident of the state of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
3. I affirm that

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

4. I affirm I am under no duress to sign this affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this ______ day of __________________, 20______. At this address ______________________________

**AFFIANT SIGNATURE:** ______________________________

## Affidavit of Voter Verification Volunteer

STATE OF COLORADO / COUNTY OF El Paso

The undersigned, Deborah Gray, declares under penalty of perjury under the laws of the state of Colorado that the foregoing is true and correct:

1. I am over the age of 18 and a resident of the state of Colorado. I have personal knowledge of the facts herein, and if called as a witness, I could testify to the truth and accuracy thereto.
2. I have no legal disabilities and have personal knowledge of the facts that are set forth here, below.
3. I affirm and attest to the following (*INITIAL ALL THAT APPLY*) regarding voter(s) David Steven Benoit

a. ____ An occupant of ______________________________, self-identified as ______________________ stated that voter or voters named above do not live at the named address currently, and did not live at the named address when the 2020 federal/state election occurred.

b. ____ An occupant of ______________________________, self-identified as the voter(s) named above, stated that they did not vote in Colorado during the 2020 federal/state election.

c. ____ An occupant of ______________________________, self-identified as the voter(s) named above, stated that they voted by a different means than listed in Colorado records for the 2020 federal/state election. The listed occupant states that they voted by this means:
[ ] In-person [ ] By mail [ ] Drop-box [ ] Other:______________________

d. ____ An occupant of ______________________________, self-identified as the voter(s) named above, state that the following issue/discrepancy in the 2020 federal/state election occurred:

______________________________________________.

e. ____ The address, 3410 N. El Paso CS 80907, listed above in the Colorado Master Voter History List, does not contain a residential dwelling. Lot A-3 - photo attached

4. I affirm that I am under no duress or unusual influence in signing this affidavit, and I declare that, to the best of my knowledge and belief, the information here is true, correct, and complete.

Executed this 26 day of July, 2021.

**AFFIANT SIGNATURE:** [signature]

NOTARY ACKNOWLEDGMENT

STATE OF COLORADO, COUNTY OF El Paso COUNTY, ss:

This Affidavit was acknowledged before me on this 26 day of July 2021 by D Gray, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

NANCY M FORNANDER
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20164021223
MY COMMISSION EXPIRES JUN 3, 2024

N Fornander
Notary Public

CSR / Vectra Bank
Title (and Rank)

My commission expires 6/3/24



A-ROW
SPEED
LIMIT
5
MPH

USEIP 000938

122

## Affidavit of Resident/Occupant

STATE OF COLORADO / COUNTY OF ________________.

The undersigned, ____________________, declares under penalty of perjury under the laws of Colorado that the foregoing is true and correct: (AFFIANT NAME)

1. I am over the age of 18 and am a resident of the state of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
3. I affirm that

N/A

4. I affirm I am under no duress to sign this affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this ______ day of ________________, 20______. At this address ______________________________

**AFFIANT SIGNATURE:** ______________________

## Affidavit of Voter Verification Volunteer

STATE OF COLORADO / COUNTY OF EL PASO

The undersigned, ERNEST F PRZYBYLA #1909 EFP, declares under penalty of perjury under the laws of the state of Colorado that the foregoing is true and correct:

1. I am over the age of 18 and a resident of the state of Colorado. I have personal knowledge of the facts herein, and if called as a witness, I could testify to the truth and accuracy thereto.
2. I have no legal disabilities and have personal knowledge of the facts that are set forth here, below.
3. I affirm and attest to the following (*INITIAL ALL THAT APPLY*) regarding voter(s) YECENIA ROSALES

a. ____ An occupant of ____________________, self-identified as ________________ stated that voter or voters named above do not live at the named address currently, and did not live at the named address when the 2020 federal/state election occurred.

b. ____ An occupant of ____________________, self-identified as the voter(s) named above, stated that they did not vote in Colorado during the 2020 federal/state election.

c. ____ An occupant of ____________________, self-identified as the voter(s) named above, stated that they voted by a different means than listed in Colorado records for the 2020 federal/state election. The listed occupant states that they voted by this means:

[ ] In-person [ ] By mail [ ] Drop-box [ ] Other:________________

d. ____ An occupant of ____________________, self-identified as the voter(s) named above, state that the following issue/discrepancy in the 2020 federal/state election occurred:

e. EFP The address, LOT 61 3600 N CASCADE AVE CS, CO 80907, listed above in the Colorado Master Voter History List, does not contain a residential dwelling.

4. I affirm that I am under no duress or unusual influence in signing this affidavit, and I declare that, to the best of my knowledge and belief, the information here is true, correct, and complete.

Executed this 26 day of JULY, 2021.

**AFFIANT SIGNATURE:** [signature]

LOT 61 3600 N CASCADE AVE
TRAILER HAD NO FURNISHINGS, OR CURTAINS, FEW BROKEN WINDOWS, NO STEPS. STRONG SIGN THAT NOONE LIVED THERE FOR A LONG TIME.
EFP

**NOTARY ACKNOWLEDGMENT**

STATE OF COLORADO, COUNTY OF El Paso COUNTY, ss:

This Affidavit was acknowledged before me on this 26 day of July 2021 by Earnest F. Przybyla, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

[signature]
Notary Public

CNSL HT
Title (and Rank)

My commission expires 09. 08. 2023

HULINA SINGLETON-PATRICK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994025104
MY COMMISSION EXPIRES SEPTEMBER 8, 2023



61
Lot 61 3600 N. Cascade Ave.
C/S CO 80907

122

## Affidavit of Resident/Occupant

STATE OF COLORADO / COUNTY OF ________________.

The undersigned, ________________ (AFFIANT NAME), declares under penalty of perjury under the laws of Colorado that the foregoing is true and correct:

1. I am over the age of 18 and am a resident of the state of Colorado. I have personal knowledge of the facts herein, and, if called as a witness, could testify to the truth and accuracy thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.
3. I affirm that

________________________________________________

________________________________________________

________________________________________________

________________________________________________

________________________________________________

________________________________________________

4. I affirm I am under no duress to sign this affidavit, and I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this ______ day of ________________, 20______. At this address ________________________

AFFIANT SIGNATURE: ________________________

## Affidavit of Voter Verification Volunteer

STATE OF COLORADO / COUNTY OF El Paso.

The undersigned, Deborah Gray, declares under penalty of perjury under the laws of the state of Colorado that the foregoing is true and correct:

1. I am over the age of 18 and a resident of the state of Colorado. I have personal knowledge of the facts herein, and if called as a witness, I could testify to the truth and accuracy thereto.
2. I have no legal disabilities and have personal knowledge of the facts that are set forth here, below.
3. I affirm and attest to the following (*INITIAL ALL THAT APPLY*) regarding voter(s) Edna Genevieve Johnson

a. ____ An occupant of ________________, self-identified as ________________ stated that voter or voters named above do not live at the named address currently, and did not live at the named address when the 2020 federal/state election occurred.

b. ____ An occupant of ________________, self-identified as the voter(s) named above, stated that they did not vote in Colorado during the 2020 federal/state election.

c. ____ An occupant of ________________, self-identified as the voter(s) named above, stated that they voted by a different means than listed in Colorado records for the 2020 federal/state election. The listed occupant states that they voted by this means:

[ ] In-person [ ] By mail [ ] Drop-box [ ] Other:________________

d. ____ An occupant of ________________, self-identified as the voter(s) named above, state that the following issue/discrepancy in the 2020 federal/state election occurred:

________________________________________________

e. DG The address, 3410 N. El Paso St, C/S 80907 Lot 518, listed above in the Colorado Master Voter History List, does not contain a residential dwelling.

4. I affirm that I am under no duress or unusual influence in signing this affidavit, and I declare that, to the best of my knowledge and belief, the information here is true, correct, and complete.

Executed this 26 day of July, 2021.

AFFIANT SIGNATURE: [signature]

NOTARY ACKNOWLEDGMENT

STATE OF COLORADO, COUNTY OF El Paso COUNTY, ss:

This Affidavit was acknowledged before me on this 26 day of July 2021 by D. Gray, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

NANCY M FORNANDER
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20164021223
MY COMMISSION EXPIRES JUN 3, 2024

NFornander
Notary Public

CSA / Vectra Bank
Title (and Rank)

My commission expires 6/3/24



S18
3410 N. El Paso - Lot S18

USEIP 000944