# EXHIBIT 10

## Beth Hendrix Deposition Transcript Excerpts

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2

     Civil Action No. 1:22-cv-00581-CNS-NRN
 3

     _____
 4

 5   Colorado Montana Wyoming
     State Area Conference of the
 6   NAACP, League of Women Voters
     of Colorado, and Mi Familia
 7   Vota,
 8          Plaintiffs,
 9   v.
10   United States Election Integrity
     Plan, Shawn Smith, Ashley Epp,
11   and Holly Kasun,
12          Defendants.
13
     _____
14
15          REMOTE DEPOSITION OF BETH HENDRIX NIELAND
16                     November 23, 2022
17   _____
18
19
20
21
22
23
24
25

                                                    Page 1
```

```
 1                    Do you have any information Ashley Epp,
 2   Shawn Smith, or Holly Kasun ever intimidated a voter?
 3                    Do you recall those questions earlier?
 4        A.    Yes, I do.  And I recall answering that
 5   I found Mr. Smith's call of -- for the hanging of our
 6   secretary of state to be extremely intimidating.
 7        Q.    Okay.  And my question to you is, which
 8   voter was intimidated to the point that they didn't
 9   vote?
10        A.    I don't know.
11        Q.    Okay.  So you have no personal knowledge
12   of anyone who has been intimidated by those three
13   defendants.  Correct?
14              MS. ERICKSON:  Object to the form.
15   Argumentative.
16        Q.    (By Mr. Reisch)  You can answer.
17        A.    I -- I know that the secretary of state
18   has felt intimidated.
19        Q.    Did the secretary of state say, "Oh, my
20   gosh, I need to call the police because Shawn Smith has
21   said something" -- allegedly?
22        A.    Yes.  I believe she has hired security.
23        Q.    Did it prevent her from voting?
24        A.    I don't know.  I doubt it --
25        Q.    Okay.
```

Page 126