# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to D.C. Colo. Local Rule 5(b), Reid K. Day of Lathrop GPM LLP hereby moves the Court for permission to withdraw as counsel of record for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.  Undersigned counsel is leaving the Lathrop GPM LLP firm.  Plaintiffs will continue to be represented by Jean Paul Bradshaw, Casey Breese, Dion Farganis, Brian A. Dillon and Amy Erickson of Lathrop GPM LLP and Courtney Hostetler, John Bonifaz, Ben Clements, and Ron Fein of Free Speech For People.  A copy of this motion will be served on Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. Accordingly, good cause exists for the granting of this Motion to Withdraw as Counsel of Record.

Dated:  January 23, 2023

LATHROP GPM LLP

By */s/ Reid K. Day*
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Dion Farganis
Dion.farganis@lathropgpm.com
Reid Day
Reid.day@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Ron Fein
rfein@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. Further, a copy of the foregoing was sent via electronic mail and U.S. First-Class Mail on the following:

Ms. Portia Prescott  
Colorado Montana Wyoming  
State Area Conference of the NAACP  
3030 Downing Dt.  
Denver, CO 80205  
portiaprescott@gmail.com  

Mr. Salvador Hernandez  
Mi Familia Vota Colorado  
2525 W Alameda Ave.  
Denver, CO 80219  
salvadorh@mifamiliavota.org  

Ms. Beth Hendrix  
League of Women Voters of Colorado  
1410 Grant St. #B204  
Denver, CO 80203  
bhendrix@lwvcolorado.org  

            s/*Reid K. Day*