# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO APPEAR REMOTELY FOR PRETRIAL HEARING

Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs"), by and through their undersigned counsel, hereby bring this Unopposed Motion for permission to appear remotely at the Pretrial Hearing currently scheduled for May 12, 2023 before Judge Charlotte N. Sweeney (ECF No. 62).

Plaintiffs conferred with Defendants' counsel via telephone concerning this Motion on May 2, 2023, and counsel for Defendants indicated that Defendants do not oppose the Motion and would also prefer to appear remotely at the May 12, 2023 Pretrial Hearing.

Dated:  May 3, 2023                      LATHROP GPM LLP

                                            By /s/Amy Erickson

49888400v1

Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Dion Farganis
Dion.farganis@lathropgpm.com
Kristin Stock
Kristin.Stock@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Ron Fein
rfein@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been electronically served through ECF this 3rd day of May, 2023, to all counsel of record.

                            s/Claudia Neal
                            Claudia Neal

49888400v1