IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 22-cv-00581-CNS-NRN | Date: May 12, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP<br>LEAGUE OF WOMEN VOTERS OF COLORADO<br>MI FAMILIA VOTA<br>**Plaintiffs**<br><br>v.<br><br>SHAWN SMITH<br>ASHLEY EPP<br>HOLLY KASUN<br><br>**Defendants** | *Casey Breese*<br>*Ronald Fein*<br>*Courtney Hostetler*<br><br><br><br><br>*Jessica Hays* |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

Court in Session: 8:35 a.m.

Appearances of counsel.

**ORDERED:** [91] Motion for Leave to Amend Proposed Pretrial Order is DENIED as moot.

Proposed Final Pretrial Order reviewed.

**ORDERED:** **Four-day Bench Trial is set to commence February 5, 2024, at 8:30 a.m. with a Trial Preparation Conference on January 23, 2024, at 1:00 p.m. before the Honorable Charlotte N. Sweeney in Courtroom A702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294.**

Discussion held on pending motion.

Proposed Final Pretrial Order to be resubmitted with changes as outlined on the record by Monday May 15, 2023.

Court in Recess:  8:49 a.m.          Hearing concluded.          Total time in Court:  00:14