IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-00581-CNS

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF COLORADO,
MI FAMILIA VOTA,

    Plaintiffs,

v.

UNITED STATES ELECTION INTEGRITY PLAN,
SHAWN SMITH,
ASHLEY EPP, and
HOLLY KASUN,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter is reset for a **four-day Bench Trial** to commence on **February 5, 2024 at 8:30 a.m.** on the docket of Judge Charlotte N. Sweeney, U.S. District Courthouse, Courtroom C204, 2nd Floor, 1929 Stout Street, Denver, Colorado.

A Trial Preparation Conference is reset for **January 23, 2024 at 1:00 p.m.** *Pro se* parties and lead Counsel must attend. During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The Court has several deadlines that are triggered by the trial preparation conference setting. For additional information, please consult my Practice Standards located at:

www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonCharlotteNSweeney.aspx

DATED this 12th day of May 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge