UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA,<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | Civil Action No. 1:22-cv-00581-CNS-NRN |

## MOTION TO WITHDRAW THE REISCH LAW FIRM AS COUNSEL FOR ASHLEY EPP AND HOLLY KASUN

COMES NOW, R. Scott Reisch and Jessica L. Hays of the Reisch Law Firm, LLC., counsel for Defendants, and respectfully move this Court for an Order allowing the Reisch Law Firm to withdraw as counsel for Defendants, Ashley Epp and Holly Kasun, and alleges the following in support:

1. On or about March 9, 2022 a civil Complaint was filed against United States Election Integrity Plan et al by the Colorado Montana Wyoming State Ara Conference of the NAACP et al.

2. On or about January 23, 2023 an Order was signed by this Honorable Court dismissing the claim against United States Election Integrity Plan. However, the claim against Mr. Shawn Smith, Ms. Ashley Epp, and Ms. Holly Kasun still remains.

1

3. Pursuant to the Colorado Rules of Professional Conduct, Rule 1.16(a)(3), a lawyer shall withdraw from the representation of a client if the lawyer is discharged.

4. On the request of Defendants, Ashley Epp and Holly Kasun, The Reisch Law Firm provided legal representation to Ms. Epp and Ms. Kasun, however, were formally notified in writing on December 28, 2023, that they are requesting the immediate withdrawal as legal representation in this matter.

5. Based upon the clients' discharge of the Reisch Law Firm's legal representation and under the Colorado Rules of Professional Conduct, good cause exists under the circumstances described above to permit the undersigned attorneys to withdraw as counsel.

6. The undersigned attorneys affirm that this Motion will be served on all Parties in this action.

7. Ms. Epp and Ms. Kasun have been advised that they are responsible for complying with all court orders and time limitations under the applicable rules.

WHEREFORE, for the reasons set forth above, the undersigned attorneys respectfully request that they be permitted to withdraw from this action and that their representation of Defendants Ashley Epp and Holly Kasun.

Respectfully submitted this 29th day of December, 2023.

THE REISCH LAW FIRM

s/ Jessica L. Hays
Jessica L. Hays, #53905
R. Scott Reisch, #26892
1490 W. 121st Avenue, Suite 202
Denver, CO 80234
(303) 291-0555
Scott@reischlawfirm.com
Jessica@reischlawfirm.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW THE REISCH LAW FIRM AS COUNSEL FOR ASHLEY EPP AND HOLLY KASUN** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

- Amy Elizabeth Erickson
- amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com

- Ben Clements
- bclements@freespeechforpeople.org

- Brian Andrew Dillon
- brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com

- Casey Carlton Breese
- casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com, cheyenne.serrano@lathropgpm.com

- Courtney Marie Hostetler
- chostetler@freespeechforpeople.org

- Dion Richard Farganis
- dion.farganis@lathropgpm.com, gwen.inskeep@larthropgpm.com

- Jean Paul Bradshaw , II
- jeanpaul.bradshaw@lathropgpm.com

- John C. Bonifaz
- jbonifaz@freespeechforpeople.org

- Kristin M. Stock
- kristin.stock@lathropgpm.com, lois.siljander@lathropgpm.com

- Ronald Andrew Fein
- rfein@freespeechforpeople.org

- Zeyen Julian Wu
- zeyen.wu@usdoj.gov, annette.dolce@usdoj.gov

- Asley Epp
- asheinamerica@protonmail.com

- Holly Kasun
- hollyataltitude@protonmail.com

                                               *s/ Cassandra Long*
                                               Cassandra Long, Paralegal