UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA<br><br>Plaintiffs,<br><br>  -v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | Civil Action No. <u>1:22-cv-00581-CNS-NRN</u> |

**ORDER REGARDING MOTION TO WITHDRAW THE REISCH LAW FIRM AS COUNSEL FOR ASHLEY EPP AND HOLLY KASUN**

THIS MATTER coming before the Court on the Motion to Withdraw The Reisch Law Firm As Counsel for Ashley Epp and Holly Kasun upon consideration and for good cause shown,

_____ IT IS ORDERED that the Motion to Withdraw is hereby Granted by the Court.

_____ IT IS ORDERED that the Motion to Withdraw is hereby Denied by the Court.

IT IS SO ORDERED on this _____ day of _____, 2023.

BY THE COURT:

_____
JUDGE CHARLOTTE N. SWEENEY
UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO