| Exhibit No., Category | Description and Bates | Link to Article/Video |
|---|---|---|
| 1, Category B | Colorado Public Radio Story Concerning USEIP Canvassing Efforts (PTLF 0000001) | https://www.npr.org/2022/07/21/1107023599/colorado-canvassing-election-integrity-plan |
| 2, Category A | Eric Maulbetsch, CO GOP Selects Member of Qanon-Linked Conspiracy Group that Organized Jan 6 Canvassing As Its 'Election Integrity' Chair (Aug. 11, 2021) (PTLF 0000003-15) | https://coloradotimesrecorder.com/2021/08/co-gop-selects-member-of-qanon-linked-conspiracy-group-that-organized-jan-6-caravan-as-its-election-integrity-chair/38507/ |
| 3, Category B | Video, Colorado Election Conspiracist Three Percenter Leads USEIP's Door-to-Door Voter Verification Efforts (PTLF 0000016) | Produced by Plaintiffs in Discovery |
| 4, Category A | Miles Parks, The election denial movement is now going door to door (July 21, 2022) (PTLF 0000017-35) | https://www.npr.org/2022/07/21/1107023599/colorado-canvassing-election-integrity-plan |
| 5, Category B | Video, Colorado Election Fraud Conspiracy Group Still Knocking on Voters' Doors (PTLF 0000036) | Produced by Plaintiffs in Discovery |
| 6, Category A | Erik Maulbetsch, Colorado Election Fraud Group is Training Conspiracists in Other States to Knock Doors in Search of 'Phantom Ballots' (PTLF 0000037-48) | https://coloradotimesrecorder.com/2021/10/colorado-election-fraud-group-is-training-conspiracists-in-other-states-to-knock-doors-in-search-of-phantom-ballots/39935/ |
| 7, Category A | Jan Wondra, Election Conspiracy Fraud Group is Expanding States in Door-to-Door Effort (PTLF 0000049-52) | https://arkvalleyvoice.com/election-conspiracy-fraud-group-expanding-states-in-door-to-door-effort/ |
| 8, Category A | Peter Stone, Group's perpetuating Trump's 2020 election lie face scrutiny and lawsuits (PTLF 0000054-57) | https://www.theguardian.com/us-news/2022/may/09/conservative-groups-trump-election-lie-lawsuits-scrutiny |
| 9, Category A | Liz Dye, Mike Lindell Group Protects Election By Sending Armed Volunteers Out to Harass Minority Voters in Their Homes (PTLF 0000064-66) | https://abovethelaw.com/2022/03/mike-lindell-group-protects-election-by-sending-armed-volunteers-out-to-harass-minority-voters-in-their-homes/ |

| | | |
|---|---|---|
| 10, Category A | Mike Lindell says God endorses his pursuit of election-fraud claims (April 29, 2022) (PTLF000067-80) | https://www.jpost.com/christianworld/article-705444 |
| 11, Category A | NPR, They Don't Trust Election Officials, So They're Doing Their Own Door-to-Door Audit (July 14, 2022) (PTLF 0000081-98) | https://www.npr.org/2022/07/14/1111563926/they-dont-trust-election-officials-so-theyre-doing-their-own-door-to-door-audit |