UNITED STATES DISTRICT COURT
for the
District of Colorado

| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA, | ) ) ) ) ) | Civil Action No. 1:22-cv-00581-CNS-NRN |
|---|---|---|
| Plaintiffs, | ) ) | |
| -v- | ) ) ) | |
| UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN | ) ) ) ) | |
| Defendants. | ) | |

## ORDER REGARDING DEFENDANT SHAWN SMITH'S MOTION IN LIMINE

THIS MATTER coming before the Court Defendant Shawn Smith's Motion in Limine, THIS COURT, having reviewed the same and being fully advised in the premises, hereby grants or denies the following:

| Granted | Denied | Exhibit No. | Description of item to be excluded |
|---|---|---|---|
| | | 1 | CPR Radio Story Concerning USEIP Canvassing Efforts |
| | | 2 | Erik Maulbetsch, Aug. 11, 2021 Article published in Colorado Times Recorder |
| | | 3 | Video of third-party discussing USEIP Voter Verification Efforts |
| | | 4 | Miles Parks, July 21, 2022 Article published in NPR |
| | | 5 | Video of third-party discussing canvassing efforts |
| | | 6 | Erick Maulbetsch, Oct 1, 2021 Article published in Colorado Times Recorder |

|  |  | 7 | Jan Wondra, Dec. 9, 2021 Article published in Ark Valley Voice |
|---|---|---|---|
|  |  | 8 | Peter Stone, May 9, 2022 Article published in The Guardian |
|  |  | 9 | Liz Dye, March 21, 2022 Article published in Above the Law |
|  |  | 10 | Reuters April 29, 2022 Article |
|  |  | 11 | NPR July 14, 2022 Article |

IT IS SO ORDERED on this _____ day of _____, 2024.

BY THE COURT:

_____
JUDGE CHARLOTTE N. SWEENEY
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO