IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

       Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

       Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

To the clerk of court and all parties of record:

       PLEASE TAKE NOTICE that Dion Farganis hereby withdraws as counsel for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. The undersigned has changed law firms. Plaintiffs will continue to be represented by existing counsel from Lathrop GPM LLP.

Dated: January 3, 2024

       **TAFT STETTINIUS & HOLLISTER LLP**

       By: *s/ Dion Farganis*
           Dion Farganis (MN #0399219)
           DFarganis@taftlaw.com

       2200 IDS Center 80 South 8th Street
       Minneapolis, MN 55402-2210
       Telephone:   (612) 977-8400
       Facsimile:    (612) 977-8650

       Attorneys for Plaintiffs
       Colorado Montana Wyoming State Area
       Conference of the NAACP, League of Women
       Voters of Colorado, and Mi Familia Vota

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served through ECF this 3rd day of January 2024, to all counsel of record.

*s/ Dion Farganis*

- 2 -

130479847v1