IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1/2/2024
JEFFREY P. COLWELL, CLERK

Civil Action No. 1:22-cv-00581

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiff(s),

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun.

    Defendant(s).

## PRO SE DEFENDANT'S NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

I Holly Kasun, the pro se defendant in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

 **My address has changed.**

Old Address:

Reisch Law Firm, LLC

Street: 1490 W. 121st Avenue, #202

City: Denver   State: CO   Zip Code: 80234

New Address:

Holly Kasun

Street: 6600 S. Boulder Road

City: Boulder State: CO Zip Code: 80303

 **My telephone number has changed.**

Old telephone number:

(303) 291-0555

New telephone number:

(720) 340-6421

Dated at:  January 2, 2024, Dillon, Colorado this 2nd Day of January 2, 2024.

/s/ Holly Kasun
Holly Kasun
6600 S. Boulder Road
Boulder, Colorado 80303
(720) 340-6421
Hollyataltitude@protonmail.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024

I sent a copy of the **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE**

**NUMBER** to the following parties in the way described below each party's name:

Party Name: Pro Se Defendant Ashley Epp: United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun

How Served: Email

Party Attorney's Name: Unrepresented

Address:  Ashley Epp

1132 Koa Ct.

Castle Rock, CO 80104

Telephone Number: (303) 591-8714

Email Address: asheinamerica@protonmail.com

Party Name:  Attorneys for Defendant Shawn Smith: United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun

How Served: Email

Party Attorney's Name: Scott Reisch and Jessica Hays

Address:  Reisch Law Firm, LLC

1490 W. 121st Avenue, #202

Denver, CO  80234

Telephone Number: (303) 291-0555

Email Address:

Jessica@reischlawfirm.com

Scott@reischlawfirm.com

Party Name: Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

How Served: Email

Party Attorney's Name(s):

Casey Breese

Jean Paul Bradshaw

Dion Farganis

Kristin Stock

Brian A. Dillon

Amy Erickson

Address: Lathrop GPM LLP

1515 Wynkoop Street, Suite 600Denver, CO 80202

Telephone: (720) 931-3200

Email addresses:

Casey Breese (#51448) Casey.breese@lathropgpm.com

Jean Paul Bradshaw Jeanpaul.bradshaw@lathropgpm.com

Dion Farganis Dion.farganis@lathropgpm.com

Kristin Stock Kristin.Stock@lathropgpm.com

Brian A. Dillon Brian.dillon@lathropgpm.com

Amy Erickson (#54710) Amy.erickson@lathropgpm.com


Party Name: Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

How Served: Email

Party Attorney's Name(s):

Courtney Hostetler

John Bonifaz

Ben Clements

4

Ron Fein

Address: FREE SPEECH FOR PEOPLE

1320 Centre Street, Suite 405Newton, MA 02459

Telephone: (617) 249-3015

Email addresses:

Courtney Hostetler chostetler@freespeechforpeople.org

John Bonifaz jbonifaz@freespeechforpeople.org

Ben Clements bclements@freespeechforpeople.org

Ron Fein rfein@freespeechforpeople.org

 

/s/ Holly Kasun
Print Name: Holly Kasun
Address: 6600 S. Boulder Road
Boulder, CO 80303
Telephone Number: (720) 340-6421
Email Address: hollyataltitude@protonmail.com

5