# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming

State Area Conference of the NAACP,

League of Women Voters of Colorado, and

Mi Familia Vota,

    Plaintiff(s)

v.

United States Election Integrity Plan,

Shawn Smith, Ashley Epp,

and Holly Kasun

    Defendant(s)

## NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

I, Ashley Epp, one of the defendants in this case, hereby notify the Court of my contact information per Judge Charlotte Sweeney's minute order on January 2, 2023. My contact information as described below is effective immediately.

    Ashley Epp
    1132 Koa Ct
    Castle Rock, CO 80104
    +1 (303) 591-8714
    asheinamerica@protonmail.com

Dated in Castle Rock, CO on January 02, 2024.

_____

Ashley Epp

1132 Koa Ct

Castle Rock, CO 80104

+1 (303) 591-8714

asheinamerica@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 02, 2023, I sent a copy of the **NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER** to the following parties in the way described below each party's name:

/s/Casey Breese

Casey Breese (#51448)

Casey.breese@lathropgpm.com

Amy Erickson (#54710)

Amy.erickson@lathropgpm.com

Jean Paul Bradshaw

Jeanpaul.bradshaw@lathropgpm.com

Dion Farganis

Dion.farganis@lathropgpm.com

Kristin Stock

Kristin.Stock@lathropgpm.com

Brian A. Dillon

Brian.dillon@lathropgpm.com

Courtney Hostetler

chostetler@freespeechforpeople.org

John Bonifaz

jbonifaz@freespeechforpeople.org

Ben Clements

bclements@freespeechforpeople.org

Ron Fein

rfein@freespeechforpeople.org

Jessica Hayes

jessica@reischlaw.com

Scott Reisch

Scott@reischlaw.com

Holly Kasun

Hollyataltitude@protonmail.com

                        _____

Ashley Epp

1132 Koa Ct

Castle Rock, CO 80104

+1 (303) 591-8714

asheinamerica@protonmail.com

4