**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

Plaintiff(s),

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun.

Defendant(s).

---

PRO SE DEFENDANT MOTION FOR CONTINUANCE OF PRE-TRIAL HEARING AND TRIAL

---

**THE UNDERSIGNED** pro se party moves the court for a 60-day continuation of trial currently set for February 5, 2023, the pre-trial hearing, and all pre-trial deadlines including but not limited to motions in limine, pre-trial conferences, and/or any other pre-trial preparation deadlines.  This motion requesting continuance is being submitted on or about 35 days prior to trial.

Good cause for this action requesting continuance exists as the undersigned party has taken the extraordinary measure of requesting counsel to withdraw representation on December 28th, 2023.  The reason for counsels' withdrawal is due to

irreconcilable differences. Judge Charlotte N. Sweeney granted counsel's motion to withdraw on January 2, 2024.

The time requested in the continuance is necessary due to four key issues.

First, the undersigned party is requesting the time necessary to find new counsel, consult with counsel, onboard new counsel, and prepare for trial.

Second, this motion for continuation is required to ensure I as a (currently) pro se defendant can properly prepare to defend myself at trial so the ends of justice can be met. In the nearest term, I was unable to meet the impending deadline for filing motions in limine on January 2nd, 2024, given the withdrawal of counsel.

Third, the undersigned has just discovered an array of evidentiary issues that materially affect my ability to defend this case. There are substantial and significant evidentiary disputes between the undersigned party, recently terminated counsel, and opposing counsel. Without the necessary time to resolve these issues, it harms my defense.

Fourth, there are material factual issues associated with the defense of my case that require investigation, which again necessitates time to resolve prior to trial. Requiring additional time beyond 60 days is not expected.

I understand that the filing of this motion for continuance does not cancel the pretrial hearing, and/or trial.

I have not received any prior continuances, or extensions.

2

I confirm that I have emailed this motion to opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1]. Plaintiffs' counsel opposes this motion.

Dated: January 4, 2024, Dillon Colorado, this 4th day January, 2024.

/s/ Holly Kasun, Unrepresented Party
**Holly Kasun**
6600 S. Boulder Road
Boulder, Colorado 80303
Telephone: (720) 340-6421
E-mail: hollyataltitude@protonmail.com
Unrepresented Defendant

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions.  See D.C.COLOLCivR 7.1(b)(1)-(4).]

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024 I emailed a copy of the
PRO SE DEFENDANT MOTION FOR CONTINUANCE OF HEARING AND TRIAL
to the following parties in the way described below each party's name:

Party Name: Pro Se Defendant Ashley Epp: Shawn Smith, Ashley Epp, and Holly Kasun

How Served: Email

Party Attorney's Name: Unrepresented

Address:  Ashley Epp

1132 Koa Ct.

Castle Rock, CO 80104

Telephone Number: (303) 591-8714

Email Address: asheinamerica@protonmail.com

Party Name:  Attorneys for Defendant Shawn Smith: Shawn Smith, Ashley Epp, and Holly Kasun

How Served: Email

Party Attorney's Name: Scott Reisch and Jessica Hays

Address:  Reisch Law Firm, LLC

1490 W. 121st Avenue, #202

Denver, CO  80234

Telephone Number: (303) 291-0555

Email Address:

Jessica@reischlawfirm.com

Scott@reischlawfirm.com

4

Party Name: Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

How Served: Email

Party Attorney's Name(s):

Casey Breese

Jean Paul Bradshaw

Kristin Stock

Brian A. Dillon

Amy Erickson

Address: Lathrop GPM LLP

1515 Wynkoop Street, Suite 600 Denver, CO 80202

Telephone: (720) 931-3200

Email addresses:

Casey Breese (#51448) Casey.breese@lathropgpm.com

Jean Paul Bradshaw Jeanpaul.bradshaw@lathropgpm.com

Kristin Stock Kristin.Stock@lathropgpm.com

Brian A. Dillon Brian.dillon@lathropgpm.com

Amy Erickson (#54710) Amy.erickson@lathropgpm.com

Party Name: Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

How Served: Email

Party Attorney's Name(s):

Courtney Hostetler

John Bonifaz

Ben Clements

Ron Fein

Address: FREE SPEECH FOR PEOPLE

1320 Centre Street, Suite 405Newton, MA 02459

Telephone: (617) 249-3015

Email addresses:

Courtney Hostetler chostetler@freespeechforpeople.org

John Bonifaz jbonifaz@freespeechforpeople.org

Ben Clements bclements@freespeechforpeople.org

Ron Fein rfein@freespeechforpeople.org


Party Name:  USDOJ

How Served: Email

Party Attorney's Name: Zeyen Julian Wu

Address: 1801 California St.

Suite 1600

Denver, CO 80202

Telephone: (303) 454-0100

Email addresses:

Zeyen.Wu@USDOJ.gov

Annette.dolce@USDOJ.gov



/s/ Holly Kasun
(Signature of person completing service)
Print Name: Holly Kasun
Address: 6600 S. Boulder Road
Boulder, CO 80303
Telephone Number: (720) 340-6421
Email Address: hollyataltitude@protonmail.com

6