IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota
    Plaintiff(s)

v.

United States Election Integrity Plan,
Shawn Smith, Ashley Epp,
and Holly Kasun
    Defendant(s)

---

### **MOTION FOR A CONTINUANCE OF HEARING OR TRIAL**

---

Defendant Epp moves the court for a 60-day continuance of trial, currently set for February 5, 2023. Continuation is required to ensure the administration of justice can occur, and that Ms. Epp can appropriately prepare for trial pro se. Additional time beyond 60 days is not expected.

Sufficient cause for this action exists as Ms. Epp has terminated counsel due to irreconcilable differences with regards to the defense of this case. Additionally, there are outstanding evidence questions between the undersigned party and opposing counsel, and time is required to resolve these disputes before trial.

Finally, the undersigned party moves the court to schedule a status hearing in 30 days to ensure outstanding questions are resolved and all parties are ready to proceed to

1

trial.

Defendant Epp advised all parties of her intent to file this motion to continue on January 2, 2024. Defendant Epp will be filing a detailed response to Defendant Kasun's Motion to Continue by the court designated deadline of January 11, 2024.

I understand that the filing of this motion does not cancel trial or pretrial hearing.

_____

Ashley Epp

1132 Koa Ct

Castle Rock, CO 80104

+1 (303) 591-8714

asheinamerica@protonmail.com