# Exhibit A

The Two Statements from Yvette Roberts

COSOS0000006
Docket 73



**From:** Public Elections
**Sent:** Wednesday, June 23, 2021 3:14 PM
**To:** Caleb Thornton <Caleb.Thornton@SOS.STATE.CO.US>; Matt Domboski <Matt.Domboski@SOS.STATE.CO.US>
**Subject:** FW: [EXTERNAL] Grand Junction voter intimidation effort

Thank you
Cheryl

**From:** Y. Roberts
**Sent:** Wednesday, June 23, 2021 12:22 PM
**To:** Public Elections <Public.Elections@SOS.STATE.CO.US>
**Subject:** [EXTERNAL] Grand Junction voter intimidation effort

I just had two people at my door holding a copy of the Mesa County registered voter roll. They wore homemade badges reading Colorado Election ....something or other... They introduced themselves. A tall older man and a short older woman in sporting caps. Hers was brim-only.
He then began questioning me about the accuracy of the info on the voter roll. I told him that all was public information available in the county courthouse. He shrugged and said it came from the state. I said, "Yes. It goes from all the counties to the state." As long as they kept themselves to the information of public record, I held my peace. When they asked if I was only registered voter at this address, I was uncomfortable. Then he told me that I'd voted in the last election (also a matter of public record) and followed that with "Do you happen to remember how you returned that ballot? Did you mail it, take it back in person? Use a dropbox?..."
That's when I interrupted him. I told him that it was a secret ballot; how I returned the ballot was none of their business.
I added that what they were doing was intrusive and could be considered voter

COSOS0000006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-PAB

Colorado Montana Wyoming State Area Conference of the NAACP,
League of Women Voters of Colorado, and Mi Familia Vota,

    Plaintiff,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

---

### DECLARATION OF YVETTE ROBERTS

---

Pursuant to 28 U.S.C. § 1746, I, Yvette Roberts, hereby declare on my own knowledge and belief as follows:

1. I am a registered Colorado voter.

2. I currently reside in Grand Junction, Mesa County, Colorado. I have lived in Colorado my whole life, but in different cities, including in Montrose, Salida, and Alamosa.

3. I am a 70-year-old retired teacher and journalist. Over the years, I taught journalism, history, economics, and social studies.

4. I identify as mixed race, as my father identified as Native American.

5. After the 2020 election, a man and a woman affiliated with the group United States Election Integrity Plan came to my home and began asking me invasive and personal questions.

1

6. The man was large and was wearing a white shorts and what appeared to be a golf shirt. The woman had on a white t-shirt and a hat. They wore official-looking badges. The man asked most of the questions, while the woman stayed back.

7. When they appeared at my doorstep, they introduced themselves and implied that they were there in an official capacity. They told me that they had "information from the state," and that "the state sent it to us."

8. They asked a series of questions including whether I was a resident of Colorado, whether I was a registered voter, whether I was a United States citizen, who in the household is a citizen, whether I was the only voter of my household, whether I had voted in the last election, and how I voted in the last election.

9. I was particularly alarmed by the questions about whether I was the only member of my household and how I had voted in the last election. First, I did not want to tell the inquiring man that I was alone in the house. Second, as a former social studies teacher and journalist, I was aware that some of the information about which they were inquiring was publicly available and that they may have gotten it from purchasing a voter roll. However, they made it seem as if they were at my house in an official capacity, and they were asking information they are not entitled to know. They were not entitled to know *how* I voted in the last election.

10. As the questions grew more invasive and I grew more unsettled, I asked them to leave my property.

11. As they began to leave, they continued to say things to me. I couldn't hear everything they said. I did not engage, stating only that I believed their actions could be considered illegal and voter intimidation.

12. In the past, other canvassers and solicitors have come to my door. This is the first time I can recall feeling intimidated by a canvasser or solicitor who approached my home. More specifically, previous canvassers or solicitors, in contrast to the pair from United States Election Integrity Plan, did not ask the same type of invasive personal questions such as demanding to know who I lived with, whether I was a citizen, if I had a right to be here, and asking how I turned in my ballot.

13. Since receiving the visit from United States Election Integrity Plan, it has been on my mind. More specifically, I had concerns about what they intended to do with the information. I wondered about if I just asked them to leave, if there are going to be repercussions. It made me feel intimidated about speaking out; I wondered if my name is written somewhere now, and if I will get a visit from them in the future if I speak out. But at the same time, I know I have to soldier on. I always tell my students it's important to register and to vote.

14. Because I was so concerned about United States Election Integrity Plan's actions, including the actions of the pair that came to my door, I lodged a complaint with the Office of the Colorado Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Yvette Roberts*
Yvette Roberts

Executed on December 22, 2022 in Grand Junction, Colorado.

3