# Exhibit B

Responsive documents from the Colorado Secretary of State's Office:

COSOS0000002
COSOS0000003
COSOS0000004
COSOS0000005
COSOS0000006
COSOS0000007
COSOS0000008
COSOS0000009
COSOS0000010

**From:** Teitelbaum, Aaron (USACO)
**To:** Melissa Kessler
**Subject:** [EXTERNAL] RE: Suspicious Election Related Activity
**Date:** Friday, August 13, 2021 2:34:38 PM

Hi Melissa,

I am stuck in a multi-hour hearing but I will call you back around 330. Sorry to be unavailable at this particular moment...

Aaron

**Aaron M. Teitelbaum**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0209
Email: aaron.teitelbaum@usdoj.gov

**From:** Melissa Kessler <Melissa.Kessler@SOS.STATE.CO.US>
**Sent:** Monday, August 2, 2021 9:34 PM
**To:** Teitelbaum, Aaron (USACO) <ateitelbaum@usa.doj.gov>
**Subject:** RE: Suspicious Election Related Activity

Aaron,

There was recently an article in a small, political publication that offers more insight on this group and their recruiting effort. It also indicates that this effort exists beyond Mesa County. So Much For "Needle Nazis"–Who's Going Door To Door Now? - Colorado Pols (Sorry for the inflammatory title! The information appears reliable. The publication itself... who knows?)

Melissa

**Melissa Belle Kessler**
Legal and Policy Director | Department of State
303.860.6947 (desk) | [redacted]

**From:** Teitelbaum, Aaron (USACO) <Aaron.Teitelbaum@usdoj.gov>
**Sent:** Friday, July 30, 2021 4:20 PM
**To:** Melissa Kessler <Melissa.Kessler@SOS.STATE.CO.US>
**Subject:** [EXTERNAL] RE: Suspicious Election Related Activity

Hi Melissa,

Nice to meet you. I will be attempting to fill Rebecca's massive shoes in the Election Officer role going forward. All of my contact info is below, [redacted] Please contact me any time.

As for the activity in Grand Junction: thanks very much for bringing this to our attention. I am going to confer with the FBI point of contact in Colorado for election matters and then we will get back to you asap. You are correct, this is the kind of thing that DOJ wants to hear about, so please don't hesitate to keep us in the loop about these sorts of things.

In the meantime, if you want to communicate something back to the complainants or to local SOS folks out in GJ, I would mention two things: (1) they should (obviously) call 911 if they feel their immediate safety is threatened, and (2) if people have any Ring doorbell footage of these encounters or the like, or recall any license plate numbers or other identifying information about these individuals, they should preserve that information for the time being.

COSOS0000002

I will be in touch next week as soon as I've had a chance to discuss with FBI.
Cheers,
Aaron

**Aaron M. Teitelbaum**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0209
Email: aaron.teitelbaum@usdoj.gov

**From:** Weber, Rebecca (USACO) <rweber@usa.doj.gov>
**Sent:** Friday, July 30, 2021 4:02 PM
**To:** Melissa Kessler <Melissa.Kessler@sos.state.co.us>
**Cc:** Teitelbaum, Aaron (USACO) <ateitelbaum@usa.doj.gov>
**Subject:** Re: Suspicious Election Related Activity

Melissa,
Thanks very much for passing this along. I've CCed the new District Election Officer, Aaron Teitelbaum.
Hope we can connect again soon!
- Rebecca

> On Jul 30, 2021, at 12:52 PM, Melissa Kessler <Melissa.Kessler@sos.state.co.us> wrote:
>
> Hello – happy Friday!
> I know you're not the election contact anymore, but I'm hoping you might forward this along to whoever has picked up the mantle from you.
> The two attachments to this email describe some reports that we've been getting out of Grand Junction about a strange sort of in-person audit, wherein a group is traveling door-to-door and attempting to "confirm" residents' votes. We've reported this issue to the AG and the local DA. [redacted]
>
> Please let me know if you have any questions or if we can get you any additional information.
> I hope you're doing well. We should get together soon - I would propose this weekend, but it looks like the weather is going to be bad!
>
> <image001.png>
>
> **Melissa Belle Kessler**
> Legal and Policy Director | Department of State
> 303.860.6947 (desk) | [redacted]
> melissa.kessler@sos.state.co.us
> 1700 Broadway, Suite 200
> Denver, CO 80290
>
> <mime-attachment>
> <mime-attachment>

COSOS0000003



COSOS0000004



COSOS0000005



**From:** Public Elections
**Sent:** Wednesday, June 23, 2021 3:14 PM
**To:** Caleb Thornton <Caleb.Thornton@SOS.STATE.CO.US>; Matt Domboski <Matt.Domboski@SOS.STATE.CO.US>
**Subject:** FW: [EXTERNAL] Grand Junction voter intimidation effort

Thank you
Cheryl

**From:** Y. Roberts
**Sent:** Wednesday, June 23, 2021 12:22 PM
**To:** Public Elections <Public.Elections@SOS.STATE.CO.US>
**Subject:** [EXTERNAL] Grand Junction voter intimidation effort

I just had two people at my door holding a copy of the Mesa County registered voter roll. They wore homemade badges reading Colorado Election ....something or other... They introduced themselves. A tall older man and a short older woman in sporting caps. Hers was brim-only.
He then began questioning me about the accuracy of the info on the voter roll. I told him that all was public information available in the county courthouse. He shrugged and said it came from the state. I said, "Yes. It goes from all the counties to the state." As long as they kept themselves to the information of public record, I held my peace. When they asked if I was only registered voter at this address, I was uncomfortable. Then he told me that I'd voted in the last election (also a matter of public record) and followed that with "Do you happen to remember how you returned that ballot? Did you mail it, take it back in person? Use a dropbox?..."
That's when I interrupted him. I told him that it was a secret ballot; how I returned the ballot was none of their business.
I added that what they were doing was intrusive and could be considered voter



COSOS0000008



COSOS0000009



**From:** Public Elections
**Sent:** Thursday, July 29, 2021 12:34 PM
**To:** Matt Domboski <Matt.Domboski@SOS.STATE.CO.US>
**Subject:** FW: [EXTERNAL] Suspicious Activity

**From:** Debra Powell <​​​​​​>
**Sent:** Thursday, July 29, 2021 12:11 PM
**To:** Public Elections <Public.Elections@SOS.STATE.CO.US>
**Subject:** [EXTERNAL] Suspicious Activity

Hi there,

I wanted to make someone aware of something that happened at my house in Grand Junction this morning. This is a copy of my FB post describing it. I would make an official complaint, but I have no idea who these gentlemen were. They wore tags pinned to their shirt that said "Concerned Citizen" or something to that effect. I was so appalled that I just closed the door on them. I got no additional information. I'm wondering if they are gearing up for some kind of "audit" a la Arizona's cyber-ninjas.

So I'm sitting here in my house, minding my own business, scrolling. When a few minutes ago, the doorbell rings. John is sleeping. I usually have him answer the door, but I got it this time. Parked in front of my house is an older white car. It looked like there was someone sitting in the passenger seat and that maybe there was a dog also, but I didn't look that closely. I answered the door. There were two men there. An older man wearing a cap with an American Flag brim, and a somewhat younger guy, about my age. Younger, but not young... Anyway, the old man is holding a clipboard. He introduces himself and his son. I don't remember their names. But he says they're concerned about "cleaning up the voter rolls" and then proceeds to ask if John, I and mom voted in the last election. I slammed the door in their faces. They had a copy of the voter rolls and knew my name, John's name, mom's name. They weren't going to everyone's house. They drove away. I would be interested to know if anyone else in Grand Junction has had a similar experience or knows of something going on around this. ???

COSOS0000010