# Exhibit C

Deposition Transcript Excerpts

Portia Prescott
Salvador Hernandez
Beth Hendrix

**Prescott Dep. 42:13-25; 43:1-10**

```
 1          being carried out by USEIP and related
 2     parties."
 3          Do you see that?
 4   A.     Yes.
 5   Q.     Do you recall reading that before you
 6   signed this document?
 7   A.     Yes.
 8   Q.     Okay.  What resources were redirected?
 9   A.     Everything.
10   Q.     Well, like, for what?
11   A.     Programming, money, marketing, people --
12   everything.
13   Q.     Okay.  Let's talk about programming.
14          What changed?
15   A.     Voter intimidation education, how --
16   simply what's the -- what -- what the Colorado laws
17   are, clarifying, meetings, traveling the state -- you
18   name it.  Can I --
19   Q.     Do you --
20   A.     You name it.  You name it.
21   Q.     Okay.
22   A.     I mean, just name it.  Pick one.
23   Q.     Okay.  Well, let's talk about
24   programming.  What changed?
25          Did you produce some documents?
                                              Page 42
```

```
 1        A.    Yes.
 2        Q.    Okay.  Do you still have that document?
 3        A.    I produced documents.  We produced video
 4   content, we produced marketing, digital media,
 5   advertising -- those sort of -- yes.
 6        Q.    And you still have all that?
 7        A.    We -- I don't know if I have it all
 8   because I don't save stuff like that, but you can go to
 9   our website and go to our Facebook, Twitter, Instagram
10   and -- you can go anywhere and find it.
11        Q.    Okay.
12        A.    I don't -- I can't load my computer up
13   with everything.
14        Q.    Okay.  And so what other area was then
15   deprived because of these -- these changes in
16   marketing, programming, et cetera?
17        A.    Gun violence, health, education, LGBT
18   protections.  We had other programs that we focused on,
19   and that was in the Colorado Springs LGBT community
20   that suffered because of this -- because of this voter
21   intimidation; so there's a lot.
22        Q.    Are you saying that the shooting that
23   took place at Club Q is the result of alleged voter
24   intimidation?
25              MS. STOCK:  Objection.
```

Page 43

**Hernandez Dep. 43:24-25; 44:1-17**

```
24        Q.    Okay.  So on number 20 on that -- on
25   your declaration, you can't say for certain that 20
```
Page 43

Veritext Legal Solutions
303-988-8470

```
 1   percent of your civic engagement budget had been
 2   sent -- spent as a result of USEIP.
 3               Is that true?
 4        A.    It's an estimation.  Right?
 5               We don't -- there's not, like, an exact
 6   science of how to, you know, calculate that, I guess.
 7        Q.    So how did you come to that number -- or
 8   how did you come to that estimate before you signed
 9   your declaration for this lawsuit?
10        A.    Well, I guess it's an estimate.  Right?
11               We think about, like, you know, the --
12   what we need to do in terms of spending time with the
13   staff, training them, those kinds of things; so, you
14   know, we make our best educated guess -- right? -- how
15   much time are we going to take every day to talk about
16   this with our staff and, you know, ongoing
17   conversations that we're having with them.
18               The nature of these kinds of campaigns
19   is that you are constantly training staff, you know, as
20   people, you know, join the campaign, that, you know,
21   train their staff as people go -- you know, retraining
22   takes place.
23        MR. BREESE:  To the extent that the new
24   clients are coming in, or if it's people from your
25   side, can you introduce them for the purpose of the
```
Page 44

Veritext Legal Solutions
303-988-8470

**Hernandez Dep. 22:13-15**

```
 1        that U.S. Election Integrity Plan and
 2        individuals connected to USEIP were
 3        engaging in intimidating home visits to
 4        Colorado voters."
 5             Is that correct?
 6        A.   Yeah, that's what it says.  Uh-huh.
 7        Q.   Okay.  How did MFV learn of what's
 8   referenced in paragraph 7?
 9        A.   We first learned about it through the
10   League of Women Voters.
11        Q.   How did you learn about it through the
12   League of Women Voters?
13        A.   That's who called me -- Beth called me
14   and told me about the this group that was going door to
15   door, and that's basically how I learned about it.
16        Q.   And when you say Beth, are you
17   referencing Beth Hendrix?
18        A.   Yes.
19        Q.   Okay.  And were there any other sources
20   that you learned of USEIP's canvassing efforts?
21        A.   No.
22        Q.   And this conversation with Beth
23   Hendrix -- you said it was just a phone call?
24             Is that right?
25        A.   Yeah.  The initial how I learned about
```

Page 22

## Hendrix Dep. 113:10-16

```
 1              MR. REISCH:  Let's take a look at
 2   Exhibit Number 14, please.
 3              (Exhibit 14 marked.)
 4        Q.    (By Mr. Reisch)  Do you have that one
 5   up, ma'am?
 6        A.    I do.
 7        Q.    All right.  Are you familiar with this
 8   article?
 9        A.    Yes.
10        Q.    Am I to understand that this article was
11   the primary basis for your lawsuit that you filed in
12   federal district court?
13        A.    No.  I would say it was a factor, but I
14   would say the main, I guess, focus was more the support
15   that -- and information we received from our national
16   office and Free Speech for People.
17        Q.    Okay.  And in this article, this doesn't
18   list a single person that says they were intimidated by
19   anyone from USEIP; does it, ma'am?
20        A.    I -- I don't actually have the -- the
21   article memorized, so I don't know.
22        Q.    Well, feel free to take a moment to
23   peruse it.
24              Have you had time to review that, ma'am?
25        A.    I'm still going through it.

                                              Page 113
```