# LWV LEAGUE OF WOMEN VOTERS®
## OF COLORADO

# SAFETY PLAN
# 2022
# FOR BOARD & STAFF

This week or next, we will file a voter intimidation lawsuit that may be very visible and contentious and names Mike Lindell, among others, as a defendant. Because it's best to be prepared and out of an abundance of caution, there's some things we ask you to consider.

We'll be making the Board and staff listing on the website invisible for the time being.
If you receive any sort of message or visit that makes you uncomfortable, please contact Beth or Karen immediately -- or call 911. Depending on the situation, we will:

- contact the police in your area for assistance
- ask you to quietly move to a place where you feel safe (a friend's house, a hotel). Any expenses will be reimbursed by LWVUS/LWVCO. Please consider in advance where this safe place might be.
- a combination of the two

Again, we expect no trouble and are operating out of an abundance of caution.

Please contact Beth and/or Karen with questions or concerns.

LWVCO0000112