UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA | ) ) ) ) ) | Civil Action No. 1:22-cv-00581-CNS-NRN |
| Plaintiffs, | ) ) | |
| -v- | ) ) ) | |
| UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT SHAWN SMITH'S RESPONSE TO DEFENDANTS HOLLY KASUN AND ASHLEY EPP'S MOTIONS TO CONTINUE**

COMES NOW, Defendant Shawn Smith, by and through undersigned counsel, and hereby submits his response to Defendants Holly Kasun and Ashley Epp's Motions to Continue [ECF Nos. 104, 107] as follows:

Upon termination of their counsel at The Reisch Law Firm, Defendants Holly Kasun and Ashley Epp have sought a continuance trial. The trial is currently set to commence on February 5, 2024. Defendants Kasun and Epp seek this continuance to fully prepare for trial as they are proceeding *pro se* in their defense in this case.

In the interest of ensuring a fair and comprehensive consideration of the matters at hand, Defendant, Shawn Smith, is agreeable to the postponement of trial to April 5, 2024, allowing all parties the necessary time to adequately prepare for trial. However, Defendant Smith is prepared

1

for the originally scheduled trial date of February 5, 2024. Therefore, if the Court denies the Motions to Continue, Defendant Smith is ready and willing to proceed as initially planned.

WHEREFORE, Defendant Smith respectfully requests this Honorable Court grant Defendant Epp and Kasun's Motions to Continue.

Respectfully submitted this 9th day of January, 2024.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays, #53905
R. Scott Reisch, #26892
1490 W. 121st Avenue, Suite 202
Denver, CO 80234
(303) 291-0555
Scott@reischlawfirm.com
Jessica@reischlawfirm.com
*Attorneys for Defendant, Shawn Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically filed the foregoing **DEFENDANT SHAWN SMITH'S RESPONSE TO DEFENDANTS HOLLY KASUN AND ASHLEY EPP'S MOTIONS TO CONTINUE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

- Amy Elizabeth Erickson
- amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com

- Ben Clements
- bclements@freespeechforpeople.org

- Brian Andrew Dillon
- brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com

- Casey Carlton Breese
- casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com, cheyenne.serrano@lathropgpm.com

- Courtney Marie Hostetler
- chostetler@freespeechforpeople.org

- Dion Richard Farganis
- dion.farganis@lathropgpm.com, gwen.inskeep@larthropgpm.com

- Jean Paul Bradshaw , II
- jeanpaul.bradshaw@lathropgpm.com

- John C. Bonifaz
- jbonifaz@freespeechforpeople.org

- Kristin M. Stock
- kristin.stock@lathropgpm.com, lois.siljander@lathropgpm.com

- Ronald Andrew Fein
- rfein@freespeechforpeople.org

- Zeyen Julian Wu
- zeyen.wu@usdoj.gov, annette.dolce@usdoj.gov

- Asley Epp
- asheinamerica@protonmail.com

- Holly Kasun
- hollyataltitude@protonmail.com

*s/ Cassandra Long*
Cassandra Long, Paralegal