**From:** Erik Maulbetsch  erik@coloradotimesrecorder.com
**Subject:** Re: Correct factual inaccuracies in your 3/15/21 article
**Date:** April 8, 2021 at 12:57 PM
**To:** hollyataltitude  hollyataltitude@protonmail.com



On Apr 8, 2021, at 12:34 PM, hollyataltitude <hollyataltitude@protonmail.com> wrote:

Hello Erik,

I read your article "Former CO Sec. of State Gessler Brags About Engineering Negative Press Coverage of Current SOS" and found several factual inaccuracies that need to be corrected.

1.) USEIP is a non-partisan unaffiliated election integrity organization made up of volunteers. We do not take donations or fundraise at all. We have members of all political affiliations and are dedicated to election integrity in Colorado. We are not a fraud conspiracy group. Please correct your characterization of USEIP to reflect the truth.
2.). Gessler's comments regarding spreading negative press about Griswold or any other elected official are Gessler's own words and activities. USEIP again is unaffiliated and non-partisan. We do not endorse candidates of any races. Please make it clear in your piece that we take no responsibility or connection to Gessler's claims. In fact, USEIP rejects any of Gessler's, Griswold's and any other citizen's, elected official's or group's claims that "Colorado is the Gold Standard for Elections".
3.). Gessler's personal call for third party audits in certain Colorado counties is correct, however USEIP does not agree with Gessler's approach to these audits. I'm not sure if he mentioned his methodology in the video embedded in your article. He has been public about his suggested process and USEIP wholly disagrees with using different "machines" to re tabulate Dominion results. Please update your article to reflect this.
4.) USEIP has no connection to Q Anon. It's possible some of our members follow Q (I don't know every members views on any given topic) however our organization has never stated any association with Q. I am personally not a Q follower. We are solely focused on election integrity. The clip of Peg Cage (one of our members) hosting the GOP Chair election forum mentioning Q Anon are her own words, not the official view of USEIP. Please note this in your article.

I'd be happy to discuss your article further if you need more clarification. I'd be glad to talk to you anytime about USEIP. I have spoken to another Colorado Times Recorder reporter in the past and had an excellent and productive discussion with him.

Thank you so much!
Best,
Holly


Sent with ProtonMail Secure Email.