**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

---

**PLAINTIFFS' RESPONSE TO DEFENDANT ASHLEY EPP'S PRO SE MOTION FOR CONTINUANCE OF HEARING OR TRIAL (ECF NO. 107) AND DEFENDANT EPP'S PRO SE RESPONSE IN SUPPORT OF HOLLY KASUN'S MOTION FOR A CONTINUANCE OF HEARING OR TRIAL (ECF NO. 108)**

---

Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs"), by and through their undersigned counsel, hereby respond to Defendant Ashley Epp's ("Defendant Epp") *Pro Se Motion for Continuance of Hearing or Trial* ("Motion for Continuance") (ECF No. 107) and Defendant Epp's *Pro Se Response in Support of Holly Kasun's Motion for a Continuance of Hearing or Trial* (ECF No. 108).

Preliminarily, Plaintiffs oppose Defendant Epp's request for a continuance for the reasons set forth in their *Response to Defendant Holly Kasun's Pro Se Motion for Continuance of Hearing*

1

*or Trial* (ECF No. 105) (the "Response"), and Plaintiffs incorporate their response as if fully set forth herein. Plaintiffs also specifically respond to Defendant Epp's Response in Support of Holly Kasun's Motion for a Continuance of Hearing or Trial as follows:

### I. This Case Has Been Dormant Since May 2023.

Contrary to Ms. Epp's assertion, this case has, in fact, been dormant since May 2023. Despite receiving a copy of Plaintiff's Proposed Consent Decree on April 27, 2023, Defendants have provided no substantive response, nor did they contact Plaintiffs' counsel concerning any "remaining evidence issues" during this time.

### II. The Evidentiary "Issues" Raised by Ms. Epp Do Not Warrant a Delay of Trial.

Defendant Epp's contention that a delay of trial is warranted because evidence in the record needs to be further developed before trial should be rejected for at least the following reasons. First, the discovery deadline has long passed. Second, the Court has set a schedule for resolving outstanding evidentiary issues prior to trial that Defendants, even if they are proceeding pro se, should be required to follow.

In regard to the specific evidentiary issues raised by Ms. Epp:

A. The Court has already rejected Defendants' argument that Ms. Roberts was untimely disclosed.

B. The documents marked with a COSOS Bates label were obtained through a Colorado Open Records Act request from the Colorado Secretary of State's Office and were produced to Defendants in the format in which they were received. Any redactions were applied by the Colorado Secretary of State's Office. The documents were produced in November 2022.

Accordingly, Defendants have had ample opportunity to follow up on any issues related to these documents. The fact that they waited until the eve of trial to do so does not warrant a continuance.

C. Plaintiffs have withdrawn and clawed back LWVCO112. This document was inadvertently disclosed and included on Plaintiffs' Exhibit list, and Plaintiffs do not intend to use it at trial.

D. Most of the alleged evidentiary issues raised by Ms. Epp are matters to be resolved at trial through the presentation of evidence. For example, Plaintiffs intend to present evidence at trial concerning: (a) Defendants' role in the formation and operation of USEIP; and (b) what and how resources were diverted within Plaintiffs' organizations to combat USEIP's efforts. Defendants are, of course, free to do the same. In her request for a continuance Ms. Epp states that "Plaintiffs assertions that USEIP associates have stopped their activities in Colorado is also false. USEIP associates are actively engaged in all 64 counties." (ECF No. 108 at 17.)  This statement is puzzling because it was *Defendants*, not Plaintiffs that previously claimed in filings to this Court that "all canvassing efforts by USEIP volunteers have ceased." (ECF No. 35 at 8.) Both statements submitted to this Court cannot be true.

E. Ms. Epp asserts various arguments that Plaintiffs' claims are unsupported by evidence. These arguments are properly included in dispositive motions or argued at trial, but find no place in a motion seeking continuance of a trial. Ms. Epp may argue at trial that Plaintiffs have not satisfied their burden of proof, but it is not a reason that warrants a delay of trial.

### III. Plaintiffs Neither Refused to Meet with Ms. Epp Nor "Threatened Her With Six Figure Penalties."

This motion is the first time Plaintiffs have received any information from Ms. Epp about the nature of her alleged "outstanding evidence issues." While Plaintiffs' counsel are willing to discuss

3

the issues with Defendant Epp, as noted above, the issues have largely: (1) already been addressed by the Court; (2) are more properly addressed at trial; or (3) are moot. Further, Plaintiffs have not "threated six figure penalties against Ms. Epp" to "coerce" her into entering a consent decree; rather, in connection with communications concerning Plaintiffs' Proposed Consent Decree, Plaintiffs simply noted that they are seeking an award of attorneys' fees at trial.

Dated:  January 10, 2024	LATHROP GPM LLP

By /s/Amy Erickson
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Kristin Stock
Kristin.Stock@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Ron Fein
rfein@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been electronically served through ECF this 10th day of January 2024, to all counsel of record.

                                  s/Claudia Neal
                                  Claudia Neal

62997449v1