Exhibit 1



Exhibit 2



Exhibit 3

