On Tue, Sep 7, 2021 at 9:15 AM Tara M <taralmenza@gmail.com> wrote:
> Hi Beth,
>
> I received an email from you about people coming door to door "intimidating" voters. I received a knock on my door a few weeks ago by someone from my community who asked me about voting back in November. The person was very polite and not intimidating at all. They were dressed nice and were very quick with their questions. I wasn't asked who I voted for, merely if I voted. While chatting with them, they said the highest number of anomalies were with registered Dems having votes cast for them when they said they didn't vote in the 2020 election. I thought that was very interesting. From my point of view, I would want to know if my vote was counted. The person mentioned wanting the SoS to clean up the voter rolls and it never occurred to me voter rolls are not accurate. This should be a concern to anyone who votes, in my opinion. Have you gotten complaints of people being intimidating? In what way? I would hope that's not the case! After the year we have had people need to just be kind to each other!
>
> Thanks for your email! I truly hope this isn't happening. It certainly didn't happen to me.
>
> Tara