**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney**

Case No. 1:22-cv-581-CNS-NRN                          Date  January 16, 2024

Case Title Colorado Montana Wyoming State Area Conference of the NAACP et al v. United States Election Integrity Plan et al.

DEFENDANT SHAWN SMITH'S FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Shawn Smith (Will) | Direct: 2 hr | Cross: _____ | Total: _____ |
| Holly Kasun (Will) | Direct: 2 hr | Cross: _____ | Total: _____ |
| Ashely Epp (Will) | Direct: 2 hr | Cross: _____ | Total: _____ |
| Portia Prescott (Will) | Direct: 1 hr | Cross: 1 hr | Total: _____ |
| Salvador Hernandez (Will) | Direct: 1 hr | Cross: 1 hr | Total: _____ |
| Beth Hendrix (Will) | Direct: 1 hr | Cross: 1 hr | Total: _____ |
| Jeffrey Young (May) | Direct: 2 hr | Cross: _____ | Total: _____ |
| Colorado Secretary of State Jena Griswold (May) | Direct: _____ | Cross: 30 min | Total: _____ |
| Wayne Williams (May) | Direct: 30 min | Cross: _____ | Total: _____ |

Dated this 16th day of January, 2024.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays, #53905
R. Scott Reisch, #26892
1490 W. 121st Avenue, Suite 202
Denver, CO 80234
(303) 291-0555
Scott@reischlawfirm.com
Jessica@reischlawfirm.com
*Attorneys for Defendant, Shawn Smith*