# FINAL LIST OF JOINT EXHIBITS

**CASE NO.:** 1:22-cv-00581-CNS-NRN

**CASE CAPTION:** Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota, Plaintiffs v. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun, Defendants.

**DATE:** January 16, 2024

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF01 | Smith, Epp, Kasun, USEIP, Young | United States Election Integrity Plan, County & Local Organizing Playbook (August 2021) (Dep. Ex. 2) | | | | | | | |
| PLTF02 | Smith, Epp, Kasun, USEIP, Young, | Voter Verification Volunteer Training Guide, Version 1 (USEIP0033-0044) | | | | | | | |
| PLTF03 | Smith, Epp, Kasun, USEIP, Young | Voter Verification Volunteer Training (USEIP0045-56) | | | | | | | |
| PLTF04 | Smith | Email from Shawn Smith with Draft Voter Verification Procedures (USEIP0057) | | | | | | | |
| PLTF05 | Smith, Epp, Kasun, USEIP, Young | USEIP Colorado Canvassing Report dated March 11, 2022 (USEIP0073-94) | | | | | | | |
| PLTF06 | Smith, Epp, Kasun, | United States Election Integrity Plan, Hitchhiker's Guide to | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  | USEIP, Young | Election Fraud Analytics: Guidelines and Learnings from Colorado (Dep. Ex. 11) |  |  |  |  |  |  |  |
| PLTF07 | Young | Good Luck on Your Fishing Expedition (Dep. Ex. 7) |  |  |  |  |  |  |  |
| PLTF08 | Smith | Video of Shawn Smith "I think if you're involved in election fraud, then you deserve to hang . . .", available at https://twitter.com/jenagriswold/status/1491991594018304001?l%20ang= |  |  |  |  |  |  |  |
| PLTF09 | Smith, Epp, Kasun, USEIP, Young | USEIP, U.S. Election Integrity Project Power Point (USEIP0238-0296) |  |  |  |  |  |  |  |
| PLTF10 | Smith, Epp, Kasun, USEIP, Young | The Colorado Election Integrity Project: Statement on the 2020 Election (USEIP0297) |  |  |  |  |  |  |  |
| PLTF11 | Smith, Epp, Kasun, USEIP, Young | The Colorado Election Integrity Project: Response to Ken Buck's Livestream on December 2, 2020 (USEIP0298) |  |  |  |  |  |  |  |
| PLTF12 | Epp | Ashe in America, are the tides turning on tyranny in Colorado? (USEIP0166-175) |  |  |  |  |  |  |  |

2

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF13 | Epp | Ashe in America, a crusade against truth and those who speak it (USEIP0096-0101) | | | | | | | |
| PLTF14 | Epp | Ashe in America, denver, despotism, and the death of self-governance (USEIP0102-0116) | | | | | | | |
| PLTF15 | Epp | Ashe in America, fraud PROVEN in colorado, cabal freaks out, legislators respond (USEIP0117-0130) | | | | | | | |
| PLTF16 | Epp | Ashe in America, new evidence in colorado catches embattled secretary of state off guard (USEIP0176-185) | | | | | | | |
| PLTF17 | Epp | Ashe in America, the interstate conspiracy (fact) to defraud the American people (USEIP0131-0146) | | | | | | | |
| PLTF18 | Epp | Ashe in America, the ultimate gaslight (USEIP0147-0165) | | | | | | | |
| PLTF19 | Epp | Ashe in America, the ultimate gaslight 2 (USEIP0186-0228) | | | | | | | |
| PLTF20 | Epp | Ashe in America, we are all terrorists now (USEIP0300-0308) | | | | | | | |

3

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF21 | Smith, Epp, Kasun, USEIP, Young | Canvassing Script (USEIP000928-929) | | | | | | | |
| PLTF22 | Smith, Epp, Kasun, USEIP, Young | Photos and Affidavits Combined USEIP 000930-944) | | | | | | | |
| PLTF23 | Smith, Epp, Kasun, USEIP, Young | Walking Lists Compiled (USEIP000390-799) | | | | | | | |
| PLTF24 | Smith, Epp, Kasun, USEIP, Young | Walk List Maps Compiled (USEIP000921-927) | | | | | | | |
| PLTF25 | Smith, Epp, Kasun, USEIP, Young | Basecamp Posts | | | | | | | |
| PLTF26 | Young | Affidavit Reports from Douglas, El Paso, Pueblo, and Weld Counties | | | | | | | |
| PLTF27 | Young | Peer Review Data | | | | | | | |
| PLTF27.a | Young | Report Data | | | | | | | |
| PLTF27.b | Young | Responder VOS | | | | | | | |
| PLTF27.c | Young | Responder VOS | | | | | | | |

4

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF27.d | Young | Total State Estimates | | | | | | | |
| PLTF27.e | Young | VOS Table Review | | | | | | | |
| PLTF27.f | Young | VOS Table Review | | | | | | | |
| PLTF28 | Young | Precinct Voter Opportunity Score Documents | | | | | | | |
| PLTF28.a | Young | Douglas Precinct VOS | | | | | | | |
| PLTF28.b | Young | El Paso Precinct VOS | | | | | | | |
| PLTF28.c | Young | Pueblo Precinct VOS | | | | | | | |
| PLTF28.d | Young | Weld Precinct VOS | | | | | | | |
| PLTF29 | Young | Volunteer Questions to Ask (English and Spanish) | | | | | | | |
| PLTF30 | Young | Voter Registration - Douglas, EL Paso, Pueblo, Weld | | | | | | | |
| PLTF30.a | Young | Voter Registration - Douglas | | | | | | | |
| PLTF30.b | Young | Voter Registration - EL Paso | | | | | | | |

5

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF30.c | Young | Voter Registration - Pueblo | | | | | | | |
| PLTF30.d | Young | Voter Registration - Weld | | | | | | | |
| PLTF31 | Young | Jefferson Walk List | | | | | | | |
| PLTF32 | Young | Affidavit Index Clean | | | | | | | |
| PLTF33 | Young | Boulder Combined Walk Logs | | | | | | | |
| PLTF34 | Young | Confirmed Residences | | | | | | | |
| PLTF35 | Young | USEIP VV County Captains Guide | | | | | | | |
| PLTF36 | Young | VV Captains Training V2 | | | | | | | |
| PLTF37 | Young | VV Volunteer Guide v6 | | | | | | | |
| PLTF38 | Rep. from Office of AG or SOS | Public Advisory Voter Intimidation 10.19.2020 | | | | | | | |
| PLTF39 | Rep. from Office of AG or SOS | Public Advisory Voter Intimidation 10.13.2022 | | | | | | | |
| PLTF40 | Hendrix | Email correspondence between Beth Hendrix | | | | | | | |

6

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | and Amanda Carlson (USEIP0013-17) | | | | | | | |
| PLTF41 | Hendrix | League of Women Voters of Colorado Email Re: Election Questions (LWVCO0000002-3) | | | | | | | |
| PLTF42 | Hendrix | Email from Karen Sheek to Beth Hendrix Re: Edited Draft (LWVCO0000009) | | | | | | | |
| PLTF43 | Hendrix | Email correspondence between Beth Hendrix and Ann-Marie Fleming (LWVCO0000032-35) | | | | | | | |
| PLTF44 | Hendrix | Email correspondence from Debra McKee (LWVCO0000036-39) | | | | | | | |
| PLTF45 | Hendrix | Email correspondence between Ruth Nerenberg, Karen Sheek, and Beth Hendrix Re: County Clerk (LWVCO0000041) | | | | | | | |
| PLTF46 | Hendrix | Email correspondence from Jennifer Fillipowski (LWVCO0000046-47) | | | | | | | |
| PLTF47 | Hendrix | Email from Eric Maulbetsch to Beth Hendrix (LWVCO0000070) | | | | | | | |
| PLTF48 | Hendrix | September Issue if the Voter: The Voice of LWVCO (Sep. 2021) (LWVCO0000072-85) | | | | | | | |

7

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF49 | Hendrix | League of Women Voters of Colorado, Colorado's Innovative and Stellar Election System (May 2022) (LWVCO0000086-109) | | | | | | | |
| PLTF50 | Rep. from Office of SOS | Records from the Colorado Secretary of State's Office related to Unofficial Door-to-Door Canvassing Efforts (COSOS0000001) | | | | | | | |
| PLTF51 | Rep. from Adams Cty. Clerk | Records from the Adams County Clerk and Recorder's Office (Adams0000001-120) | | | | | | | |
| PLTF52 | Rep. from Douglas Cty. Clerk | Records from the Douglas County Clerk and Recorder's Office (Douglas0000001-576) | | | | | | | |
| PLTF53 | Rep. from El Paso Cty. Clerk | Records from the El Paso County Clerk and Recorder's Office (ElPaso0000001) | | | | | | | |
| PLTF54 | USEIP | Defendant USEIP's Answers to Requests for Admissions | | | | | | | |
| PLTF55 | USEIP | Defendant USEIP's Answers to Plaintiffs' First Set of Interrogatories | | | | | | | |
| PLTF56 | Epp | Defendant Ashley Epp's Answers to Interrogatories | | | | | | | |

8

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF57 | Kasun | Defendant Holly Kasun's Answers to Interrogatories | | | | | | | |
| PLTF58 | Smith | Shawn Smith's Answers to Interrogatories | | | | | | | |
| PLTF59 | Hendrix, Prescott, Hernandez | Colorado Public Radio Story Concerning USEIP Canvassing Efforts (PLTF0000001) | | | | | | | |
| PLTF60 | Hendrix, Prescott, Hernandez | Miles Parks, The election denial movement is now going door to door (July 21, 2022) (PLTF0000017-35) | | | | | | | |
| PLTF61 | Kasun | KOA, Holly Kasun Recent Colorado Voter Canvass (Mar. 16, 2022) (PLTF0000002) | | | | | | | |
| PLTF62 | Hendrix, Prescott, Hernandez | Eric Maulbetsch, CO GOP Selects Member of QAnon-Linked Conspiracy Group That Organized Jan 6 Caravan As Its 'Election Integrity' Chair (Aug. 11, 2021) (PLTF0000003-15) | | | | | | | |
| PLTF63 | USEIP, Hendrix, Prescott, Hernandez | Video, Colorado Election Conspiracist Three Percenter Leads USEIP's Door-to-Door Voter Verification Efforts (PLTF0000016) | | | | | | | |

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF64 | Smith, Epp, Kasun | Video, Colorado Election Fraud Conspiracy Group Still Knocking on Voters' Doors (PLTF0000036) | | | | | | | |
| PLTF65 | Hendrix, Prescott, Hernandez | Erik Maulbetsch, Colorado Election Fraud Group Is Training Conspiracists in Other States to Knock Doors in Search of 'Phantom Ballots' (PLTF0000037-48) | | | | | | | |
| PLTF66 | Hendrix, Prescott, Hernandez | Jan Wondra, Election Conspiracy Fraud Group is Expanding States in Door-to-Door Effort (PLTF0000049-52) | | | | | | | |
| PLTF67 | Hendrix, Prescott, Hernandez | Election Integrity Plan, Colorado Secretary of State Jen Griswold Sued Over Destruction of Election Records, Failure to Properly Test Voting Equipment, and Obstruction of Independent Election Audits (Nov. 19, 2021) (PLTF0000058-59) | | | | | | | |
| PLTF68 | Hendrix, Prescott, Hernandez | Lindell TV, Holly Kasun MAGA Securing Colorado's Elections Has Gained the Attention of MSM (PLTF0000060) | | | | | | | |

10

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PLTF69 | Hendrix, Prescott, Hernandez | Real America's Voice, Holly Kasun on the Bombshell New Report About Voting Machine Vulnerabilities (PLTF0000061-62) | | | | | | | |
| PLTF70 | Hendrix, Prescott, Hernandez | Mike Lindell says God endorses his pursuit of election-fraud claims (April 29, 2022) (PLTF0000067-80) | | | | | | | |
| PLTF71 | Smith | Video, Tina Peters appears with Militia Supporters in a Video Call that Included Endorsement of Violence | | | | | | | |
| PLTF72 | Ellis | Expert Witness Report of Dr. Atiba R. Ellis dated October 28, 2022 | | | | | | | |
| SS1 | Hendrix | Email exchange between Matthew Menza and Beth Hendrix (LWVCO000055) | | | | | | | |
| SS2 | Hendrix | Email exchange between Jerry Kelley and Beth Hendrix (LWVCO000029-30) | | | | | | | |
| SS4 | Hendrix | Email exchange between Joani Walton and Beth Hendrix (LWVCO 000050-51) | | | | | | | |
| SS7 | Smith, Kasun, Epp | USEIP Volunteer Agreement (USEIP 0058) | | | | | | | |

11

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| SS8 | Williams | Email exchange with Wayne Williams re: canvassing (USEIP 0063-0067) | | | | | | | |
| SS12 | Smith | Photo/ video by Shawn Smith on June 23, 2021 | | | | | | | |
| SS13 | Hendrix | Email exchange with Andy Sullivan and Beth Hendrix (LWVCO 000031) | | | | | | | |
| SS15 | Smith | Shawn Smith Bank Statement 06/17-28/2021 | | | | | | | |
| AEHK03 | Kasun, Smith | ACLU Philadelphia Statement on Canvassing | | | | | | | |
| AEHK04 | Kasun, Williams | Email exchange with Wayne Williams re: canvassing (USEIP 0063-0067) | | | | | | | |
| AEHK09 | Hendrix, Menza | Email exchange between Tara Menza and Beth Hendrix | | | | | | | |
| AEHK11 | Hendrix | Email exchange between Amanda Carlson and Beth Hendrix (LWVCO 000043) | | | | | | | |

12

63008118v1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
| AEHK12 | COAG Rep, CDOS Rep | Email exchange investigation into Yvette Roberts compliant (COSOS000002-10) |  |  |  |  |  |  |  |
| AEHK20 | Hendrix | Email exchange with Beth Hendrix and Laura Baker (LWVCO000040) |  |  |  |  |  |  |  |
| AEHK22 | Hendrix | League of Women Voters of Colorado, Safety Plan 2022 for Board & Staff (LWVCO0000112) |  |  |  |  |  |  |  |
| AEHK23 | Hendrix | Beth Hendrix Sworn Declaration May 2022 |  |  |  |  |  |  |  |
| AEHK24 | Prescott | Portia Prescott Sworn Declaration May 2022 |  |  |  |  |  |  |  |
| AEHK25 | Hernandez | Sal Hernandez Sworn Declaration May 2022 |  |  |  |  |  |  |  |

13

63008118v1