**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney**

Civil Action No. 1:22-cv-00581-CNS-NRN                     Date: January 16, 2024

Case Title: *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun*

**DEFENDANTS KASUN & EPP WITNESS LIST**

| WITNESS & DATE (MAY / WILL) | | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|---|
| Shawn Smith (Will Call) | | Direct: | 1 hr | Cross: | | Total: | |
| Ashley Epp (Will Call) | | Direct: | 1 hr | Cross: | | Total: | |
| Holly Kasun (Will Call) | | Direct: | 1 hr | Cross: | | Total: | |
| Jeff Young (Will Call) | | Direct: | 1 hr | Cross: | | Total: | |
| Tara Menza (Will Call) | | Direct: | 30 min | | | | |
| Karen Kennedy (Will Call) | | Direct: | 1 hr | | | | |
| Charity McPike (Will Call) | | Direct: | 1 hr | | | | |
| Andrea Nagy (May Call) | | Direct: | 30 min | | | | |
| Adriana Cuva (May Call) | | Direct: | 30 min | | | | |
| Rick Costa (May Call) | | Direct: | 30 min | | | | |
| Rhonda Braun (May Call) | | Direct: | 1 hr | | | | |
| Wayne Williams (May Call) | | Direct: | 30 min | | | | |
| SOS Jena Griswold (Will Call) | | | | Cross: | 1 hr | Total: | |
| Professor Atiba Ellis (Will Call) | | | | Cross: | 2 hr | Total: | |
| Portia Prescott (Will Call) | | | | Cross: | 1 hr | Total: | |
| Yvette Roberts (Will Call) | | | | Cross: | 1 hr | Total: | |
| Salvador Hernandez (Will Call) | | | | Cross: | 1 hr | Total: | |
| Beth Hendrix (Will Call) | | | | Cross: | 1 hr | Total: | |
| Rep of the Colorado AG's Office (May Call) | | | | Cross: | 1 hr | Total: | |
| Rep of the Adams County Clerk and Recorders Office (May Call) | | | | Cross: | 30min | Total: | |
| Representative of the Douglas County Clerk and Recorders Office (May Call) | | | | Cross: | 30min | Total: | |
| Representative of the El Paso County Clerk and Recorders Office (May Call) | | | | Cross: | 30min | Total: | |

Dated: January 16, 2024

                                         s/ Ashley Epp
                                         _____
                                                        Ashley Epp
                                     asheinamerica@protonmail.com

                                                     Holly Kasun
                                     hollyataltitude@protonmail.com