# EXHIBIT 2

HOME   WHAT WE DO   CONTRIBUTE   GALA   RESOURCES   ABOUT US   STORE   BLOG   CONTACT US

# People



TREASURER

## Charlotte Sweeney

Charlotte N. Sweeney is a Colorado native, proud mother of two daughters, attorney, and civil rights activist. She has dedicated her career to protecting the rights of workers from all backgrounds and industries. Charlotte is a leader in Colorado law and an outspoken advocate for those in vulnerable positions. She assisted in drafting the 2019 Equal Pay for Equal Work Act in Colorado, repeatedly testified in support of equal pay at the Colorado Legislature, and she has lectured and published extensively on the topic of equal pay.

Charlotte is the former President of the Colorado Plaintiff Employment Lawyers Association and served on the Board of Directors of PELA for more than 15 years. She is a former Co-Chair of the Colorado Bar Association's Labor and Employment Law Section and former President of the Faculty of Federal Advocates. Charlotte has been named as one of The Best Lawyers in America in the specialty of Labor and Employment Law and Employment Litigation and has been repeatedly recognized as one of the Top 50 female attorneys in Colorado, the Benchmark Plaintiff Top 150 Women in Litigation nationwide, and one of the top 100 attorneys in Colorado.

Charlotte is an avid world traveler, reader, hiker, and staunch believer in the concept that love always prevails over hate. She treasures time spent with her daughters, who are also committed to making this world a safer and better place for all. Since 2013, she embarks on a journey with a team to Juarez, Mexico to build houses in this impoverished community. She has been an active supporter of the Matthew Shepard Foundation since 2010 and joined the Board in 2016.

Support the Matthew Shepard Foundation with a tax-deductible donation

[Donate](#) [Give](#)



## CONTACT US

If you would like to send a letter, note, or donation to the Foundation, please mail to:

301 Thelma Drive, #512
Casper, WY 82609

303.830.7400

© 2024 Matthew Shepard Foundation
Privacy Policy  |  State Nonprofit Disclosures