# EXHIBIT 3

🇺🇸 **An official website of the United States government**
   Here's how you know

Home › Campaign finance data › Browse data › Individual contributions

# Individual contributions

Viewing **31** filtered results for:    Reset filters

"charlotte sweeney"

Open image

Show all

## Source information

| | |
|---|---|
| Name | SWEENEY, CHARLOTTE |
| City and state | DENVER, CO 80220 |
| Occupation | ATTORNEY |
| Employer | SWEENEY & BECHTOLD, LLC |
| Year to date | $200.00 |

## Receipt information

| | |
|---|---|
| Amount | $100.00 |
| Receipt date | August 30, 2020 |
| Report year | 2020 |
| Memo | EARMARKED FOR BIDEN FOR PRESIDENT (C00703975) |
| Reported on | Form 3X on line 11AI |

**Election type**

## Recipient information

| | |
|---|---|
| **Committee** | ACTBLUE |
| **Political party** | |
| **Type** | Hybrid PAC (with Non-Contribution Account) - Nonqualified |
| **State** | Massachusetts |

Results per page: 30

Showing 1 to 30 of 31 entries

🇺🇸 **An official website of the United States government**
    Here's how you know

Home  ›  Campaign finance data  ›  Browse data  ›  Individual contributions

# Individual contributions

Viewing **31** filtered results for:   Reset filters

"charlotte sweeney"

Open image

Show all

## Source information

| | |
|---|---|
| **Name** | SWEENEY, CHARLOTTE |
| **City and state** | DENVER, CO 80220 |
| **Occupation** | ATTORNEY |
| **Employer** | SWEENEY & BECHTOLD, LLC |
| **Year to date** | $200.00 |

## Receipt information

| | |
|---|---|
| **Amount** | $100.00 |
| **Receipt date** | August 12, 2020 |
| **Report year** | 2020 |
| **Memo** | EARMARKED FOR BIDEN FOR PRESIDENT (C00703975) |
| **Reported on** | Form 3X on line 11AI |

**Election type**

## Recipient information

| | |
|---|---|
| **Committee** | ACTBLUE |
| **Political party** | |
| **Type** | Hybrid PAC (with Non-Contribution Account) - Nonqualified |
| **State** | Massachusetts |

Results per page: 30

Showing 1 to 30 of 31 entries