IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581 – PAB

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## ENTRY OF APPEARANCE

To: The Clerk of Court and All Parties of Record:

    PLEASE TAKE NOTICE that, Amira Mattar, a member in good standing of the bar of this court, and of the non-profit organization Free Speech For People, hereby enters her appearance in this case as counsel of record for Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

    Dated this 22nd day of January, 2024.

                                          Amira Mattar
                                          Name of Attorney

                                          Free Speech For People
                                          Firm Name

<u>1320 Centre St. #405</u>
Office Address

<u>Newton MA 02459</u>
City, State, ZIP Code

<u>(617) 564-0464</u>
Telephone Number

<u>amira@freespeechforpeople.org</u>
 Primary CM/ECF E-mail Address