# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiff(s),

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun.

    Defendant(s).

---

**PRO SE DEFENDANT'S NOTICE OF INTENT TO FILE A MOTION FOR LEAVE TO REOPEN LIMITED DISCOVERY**

---

I Holly Kasun, the pro se Defendant in this case, hereby notify the Court of my intent to file a Motion for Leave to Reopen Limited Discovery. Out of respect for the Court's time, Defendant Kasun is submitting this notification prior to the status hearing conference so this Motion for Leave to Reopen Limited Discovery can be considered prior to scheduling a new trial date.

The Court granted Ms. Kasun's Motion for Continuance on January 17th, 2024, on the grounds of the necessity to seek new counsel and to resolve substantial evidentiary issues with both former counsel, and Plaintiffs' counsel. Ms. Kasun has identified three depositions that she needs to conduct during the reopening of limited discovery. Two are Plaintiff's named witnesses, and one is a newly discovered fact-

witness.  Ms. Kasun just recently learned of the new fact witness due to a material email communication between the Plaintiff and the new potential witness being uncovered.  This material evidence was completely withheld by Plaintiffs in violation of the Proposed Scheduling Order and Rule 26(f) Report [Docket 51, p.3, 6(c)], FRCP R 26(a)(1)(i) and FRCP R 26(a)(1)(ii).

In the interest of scheduling efficiency, Ms. Kasun anticipates requesting one of the deponents to produce documents for the deposition which requires giving the deponent at least thirty-days (30) notice, versus the at least ten-day (10) and fifteen-days (15) notice for the other two deponents [16 CFR § 1025.35].  Ms. Kasun also anticipates at least one of the deponents will require a subpoena from the Court.

In addition, Ms. Kasun anticipates requesting records from both former counsel and Plaintiffs' counsel. Both parties have claimed to have turned over in discovery. Despite requests to confer with counsel,  pro se Defendants Kasun and Epp currently do not have the requested records.  This request should require far less time for counsel(s) to produce than the thirty-day (30) response window [16 CFR § 1025.33(c)].

Dated January 22, 2024

/s/ Holly Kasun
Holly Kasun Pro Se Defendant
Hollyataltitude@protonmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed this **NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO REOPEN LIMITED DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Party Name: Pro Se Defendant Ashley Epp: United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun

Email Address: asheinamerica@protonmail.com

Party Name: Attorneys for Defendant Shawn Smith: United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun

Jessica Hays Jessica@reischlawfirm.com

Scott Reisch Scott@reischlawfirm.com

Party Name: Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

Casey Breese (#51448) Casey.breese@lathropgpm.com

Jean Paul Bradshaw Jeanpaul.bradshaw@lathropgpm.com

Kristin Stock Kristin.Stock@lathropgpm.com

Brian A. Dillon Brian.dillon@lathropgpm.com

Amy Erickson (#54710) Amy.erickson@lathropgpm.com

Party Name: Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

Courtney Hostetler chostetler@freespeechforpeople.org

John Bonifaz jbonifaz@freespeechforpeople.org

Ben Clements bclements@freespeechforpeople.org

Ron Fein rfein@freespeechforpeople.org

Amira Marcella Mattar amira@freespeechforpeople.org


Party Name: USDOJ

Party Attorney's Name: Zeyen Julian Wu

Email addresses:

Zeyen.Wu@USDOJ.gov

Annette.dolce@USDOJ.gov


        /s/ Holly Kasun
        Print Name: Holly Kasun
        Address: 6600 S. Boulder Road
        Boulder, CO 80303
        Telephone Number: (720) 340-6421
        Email Address: hollyataltitude@protonmail.com