IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 22-cv-00581-CNS-NRN | Date: January 23, 2024 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP<br>LEAGUE OF WOMEN VOTERS OF COLORADO<br>MI FAMILIA VOTA<br>**Plaintiffs** | *Amy Erickson*<br>*Courtney Hostetler* |
| v. | |
| SHAWN SMITH | *Scott Reisch*<br>*Jessica Hays* |
| ASHLEY EPP | *Pro Se* |
| HOLLY KASUN | *Pro Se* |
| **Defendants** | |

**AMENDED COURTROOM MINUTES***

**STATUS CONFERENCE VIA VIDEO CONFERENCE**

Court in Session: 1:01 p.m.

Appearances of counsel and *pro se* defendants. All participants present by video teleconference.

As outlined on the record, it is

**ORDERED:  [121] Motion to Recuse Judge Sweeney is DENIED.**

Discussion and argument given on [124] Motion for Leave to Reopen Limited Discovery.

**ORDERED:  [124] Motion for Leave to Reopen Limited Discovery is DENIED.**

Discussion held on discovery documents turned over to *pro se* defendants.

**ORDERED:** Former defense counsel for Ms. Epp and Ms. Kasun are to create a new link or drop box with all previous discovery, as outlined on the record.

Discussion held on exhibit and inadvertent disclosure by the plaintiff.

**ORDERED: Document will be allowed in at trial.**

Discussion held on possible entry of appearance of counsel for *pro se* defendant Ms. Kasun.

**ORDERED:** Ms. Menza will be allowed to testify at trial, as the Court considers her disclosed under Federal Rules of Civil Procedure 26(a)(1) as of today.

**Five-day Bench\* Trial is reset to July 15, 2024, at 8:00 a.m. with a Trial Preparation Conference on June 21, 2024, at 9:00 a.m. before the Honorable Charlotte N. Sweeney in Courtroom A702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294.**

Discussion held on this Court's Trial Practice Standards.

Court in Recess: 1:59 p.m.          Hearing concluded.          Total time in Court: 00:58