```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2

    Civil Action No. 1:22-cv-00581-CNS-NRN
 3

    _____
 4

 5  Colorado Montana Wyoming
    State Area Conference of the
 6  NAACP, League of Women Voters
    of Colorado, and Mi Familia
 7  Vota,
 8            Plaintiffs,
 9  v.
10  United States Election Integrity
    Plan, Shawn Smith, Ashley Epp,
11  and Holly Kasun,
12            Defendants.
13
    _____
14
15          REMOTE DEPOSITION OF SALVADOR HERNANDEZ
16                    November 21, 2022
17  _____
18
19
20
21
22
23
24
25

                                                    Page 1
```

```
 1   phone call?
 2          A.    Yes.
 3          Q.    Okay.  Now, back to -- do you still have
 4   Exhibit Share open?  I know you got dropped from the
 5   call.
 6                Do you still have Exhibit Share?
 7          A.    Let me open it.  So is it 1 or 2?
 8          Q.    It's 1.
 9          A.    One.  Oh, yeah.  I have it open.
10          Q.    Okay.  All right.  In pages -- let's
11   see -- 3 and 4 -- well, I guess pages 3 through 5, you
12   discussed the diversion of resources of MFV as a result
13   of USEIP's efforts.
14                Can you kind of explain what the
15   diversion of resources was?
16          A.    Yes.  I mean, for the most part, means,
17   you know, the time that, you know, we spent, for
18   instance, training phone bankers, for instance, when
19   they are on the phones, just telling them to make sure
20   that if you hear anything about, you know, this kind of
21   group going door to door intimidating people, that --
22   you know, that you let us know, and similarly, at the
23   doors.
24          Q.    And after kind of changing your scripts
25   to include that, did you ever receive any reports of
```

Page 35

1  your members having a USEIP volunteer at their door?
2       A.   No.
3       Q.   And I believe -- let's see.  I think
4  it's page -- page 5 on an -- looks like paragraph 20,
5  it says that:
6            "MFV anticipates that as much as
7       20 percent of its budget or its civic
8       engagement budget will be responding to
9       USEIP's voter intimidation."
10           Can you explain kind of what the
11 specific engagement budget is?
12      A.   Yeah.  I mean, that means the -- you
13 know, the money that we spend each year encouraging
14 people to participate in elections -- right? -- to be
15 civically engaged.
16      Q.   And at the time that you wrote this, it
17 sounds like you anticipated that 20 percent of the
18 budget would be spent responding to USEIP.
19           Was 20 percent of the budget actually
20 spent training people about USEIP?
21      A.   I'm not -- I'm not sure if that's how
22 much we spent.  We have to, you know, make an
23 assessment.  It's really difficult to make these kinds
24 of assessments, but it's our best guess, I guess.
25      Q.   So in kind of changing the script to

1　address USEIP -- how often does MFV usually change
2　their script?
3　　　　A.　　What do you mean by that?
4　　　　Q.　　Did they have to make a change
5　specifically because of USEIP?
6　　　　A.　　Yes.  So that change was, you know,
7　letting people know -- our staff, when they're talking
8　with voters at the door -- to make sure they are
9　listening to their concerns.
10　　　　　　　If they hear about, you know, a group,
11　you know, going to the doors, or, you know, if they're
12　potentially armed, you know, to let us know.
13　　　　　　　They didn't just ask -- no time, I
14　guess, like, for us to train people to do that, and I
15　guess -- like, it diverts also from our main mission,
16　which, you know, we want voters to feel confident when
17　they're, you know, casting their votes.
18　　　　　　　We don't take the extra time, as Mi
19　Familia Vota, to make sure that the voters know that we
20　are a community organization group.
21　　　　　　　I mean, people -- you know, our
22　canvassers have our shirts on; so, you know, we -- that
23　just takes, you know, an extra amount of, you know,
24　time from, you know, Mi Familia Vota's resources to
25　train people to, you know, be watching for these kinds

Page 37

1  of things, particularly, you know, armed groups,
2  potentially being in -- you know, knocking on people's
3  doors.
4       Q.    Sure.  How much time do you estimate was
5  used to make those changes to address USEIP?
6       A.    It really is hard to, like, estimate the
7  specific amount.  The reason for that is, you know,
8  during campaigns, you are constantly, you know,
9  training, having conversations with phone bankers, for
10 instance; so, you know, I will mention it every time
11 that I could -- you know, like, for the phone bankers,
12 "Remember, if you hear anything about that, let us
13 know.  We want to make sure that people don't feel
14 intimidated."
15      Q.    And prior to having any knowledge of
16 USEIP, was voter intimidation not something that your
17 volunteers would address?
18      A.    What do you mean by that?
19      Q.    Sure.  So if you kind of adjusted your
20 script to make sure that people are aware of the
21 possibility of groups knocking door to door and
22 intimidating people, was that never something that was
23 in your script prior to USEIP?
24      A.    I guess it wasn't, like, us present,
25 because we hadn't heard about groups, you know, such as

Page 38

1  USEIP, potentially, you know, showing up armed, you
2  know, in people's doors; so that's -- I mean, that
3  is -- that's scary, and we hadn't heard about any
4  groups like that doing that kind of thing before.
5         Q.    And what do you estimate the cost of
6  having made those changes is?
7         A.    Yeah.  Like I said, I wouldn't be able
8  to tell you exactly how much -- right? -- because of
9  the nature of how campaigns are run.
10                I mean, we do spend some staff time
11  making sure -- you know, training people every day
12  about, you know, what's happening, what are you hearing
13  from voters, what are, you know, things that you're
14  hearing; so it's -- I wouldn't be able to tell you
15  specifically this much.
16        Q.    Sure.  For money spent in response to
17  USEIP, are you including any legal fees in your 20
18  percent diversion of resources?
19        A.    I don't think so, no.  I don't think for
20  legal fees.
21        Q.    Who pays for MFV's legal fees?
22        A.    That I'm not so sure.  You have to ask
23  our national team for that.  Yeah, I don't have the
24  answer for that.
25        Q.    Are legal fees part of MFV's budget?

Page 39

```
 1                    But what was your question?  I think it
 2   was about budget.
 3                    MS. HAYS:  Sure.
 4                    Could you repeat my last question,
 5   please, Linda?
 6                    (Record Read.)
 7                    THE STENOGRAPHER:  And then it broke up.
 8                    THE DEPONENT:  Yes.  So not that I'm
 9   involved, is what I tried to say.
10                    That's -- the legal fee is not part of
11   our civic engagement program budget, but that might be
12   in the national budget.  I'm not sure if that's, you
13   know, in the budget nationally.
14           Q.    (By Ms. Hays)  Do you know if the
15   national team maintains some sort of accounting related
16   to their budget?
17           A.    I -- I don't know.
18           Q.    So you've never seen an accounting for
19   MFV's budget?
20           A.    If I haven't seen what?  I'm sorry?
21           Q.    Any sort of accounting regarding MFV's
22   budget?
23           A.    Like, balance sheets, you mean, or what
24   do you mean?
25           Q.    Sure.  Sure.  A balance sheet or an
```

Page 41

1  itemized type of, you know, document that shows where
2  funds are going?
3          A.    Not for that.  Right?  I mean, I've
4  seen, like, what we work on most directly, which is
5  civic engagement -- anything that has to do with our
6  civic engagement program, like voter registration,
7  phone banking, texting -- I've seen those, and there's,
8  you know, a -- I mean, there's parts in that budget
9  where we set up, you know, like, the breakdown of what
10 is being spent where, but there's -- not to my
11 knowledge, that there's, like, a line item for
12 lawsuits.  Okay?  So there's -- I haven't seen that.
13         Q.    Have you seen that type of accounting
14 for MFV's 2022 budget?
15         A.    Can you repeat that again?
16         Q.    Sure.  Actually, let me ask a better
17 question:
18               For the civic engagement budget that you
19 said you have seen, have you seen that one for 2022?
20         A.    Yes.
21         Q.    And on there, is there any sort of
22 indication of what funds were spent as a result of
23 USEIP's canvassing?
24         A.    No.  No.  Because, like I said, you
25 know, the nature of campaigns is -- you know, it's

Page 42

1  difficult to track, you know, that particular --
2  exactly how you spend your time.
3               Most of those budgets are spent on
4  staff, on, you know, training, hiring staff, and then
5  as part of the time that -- you know, that the staff
6  use to talk to voters.
7               Other parts are spent on, you know,
8  training the staff to talk to voters, and because, you
9  know, we have to take additional time with our staff
10 talking to them about, you know, hey, there's that --
11 if you are hearing about this group, let us know.  Keep
12 an eye out in the community.
13              Then that time, then, is spent doing
14 that, because, you know, we have the -- we just use
15 that to focus on making sure that, you know, people go
16 out and vote; that, you know, people know -- or our
17 staff know and train them, you know, letting people
18 know that there's an election coming, making sure that
19 the voters are confident about where they are going to
20 vote, meaning if they are going to go to a polling
21 location or they are going to drop off their ballot, do
22 they know where the drop boxes are -- those kinds of
23 things.
24          Q.   Okay.  So on number 20 on that -- on
25 your declaration, you can't say for certain that 20

Page 43

```
 1   percent of your civic engagement budget had been
 2   sent -- spent as a result of USEIP.
 3              Is that true?
 4       A.     It's an estimation.  Right?
 5              We don't -- there's not, like, an exact
 6   science of how to, you know, calculate that, I guess.
 7       Q.     So how did you come to that number -- or
 8   how did you come to that estimate before you signed
 9   your declaration for this lawsuit?
10       A.     Well, I guess it's an estimate.  Right?
11              We think about, like, you know, the --
12   what we need to do in terms of spending time with the
13   staff, training them, those kinds of things; so, you
14   know, we make our best educated guess -- right? -- how
15   much time are we going to take every day to talk about
16   this with our staff and, you know, ongoing
17   conversations that we're having with them.
18              The nature of these kinds of campaigns
19   is that you are constantly training staff, you know, as
20   people, you know, join the campaign, that, you know,
21   train their staff as people go -- you know, retraining
22   takes place.
23              MR. BREESE:  To the extent that the new
24   clients are coming in, or if it's people from your
25   side, can you introduce them for the purpose of the
```

Page 44

1  record?
2           MS. HAYS: Oh, I'm so sorry. Yes. It
3  looks like we have Shawn Smith here.
4           MR. BREESE: Thanks. And he's one of
5  the defendants in this action, so --
6           MS. HAYS: Okay. And Shawn, just make
7  sure that you're muted for this.
8           MR. SMITH: Yes, ma'am.
9           MS. HAYS: Thank you.
10      Q.   (By Ms. Hays) All right. So do you
11  have any documentation that could somehow show the
12  diversion of MFV's resources as it relates to USEIP?
13      A.   What do you mean by that, by
14  documentation?
15      Q.   If -- since it sounds like there is some
16  sort of accounting, would this accounting show a
17  breakdown for the time spent as it relates to USEIP?
18      A.   I'm not sure -- like, what do you mean
19  by accounting, I guess, is what I --
20      Q.   Sure. Is there any way that we could
21  get something to show that funds have been diverted as
22  it results -- as it relates to USEIP?
23      A.   I'm not sure I'm understanding your
24  question, because I mean, like I said, the nature of
25  the campaigns are, you know, ongoing training that we

1    do and -- you know, with our staff, so I'm not sure
2    what you mean by documentation, like --
3             Q.    Sure.   I guess where it shows that
4    you're training staff, does it show what you were
5    training the staff on?  Like, which topics you were
6    training staff on during that time?
7             A.    Oh, let me just -- there's not, like, a
8    record of that -- right? -- like, a document that says
9    we spent this much time doing that.
10                  You know, it's part of the campaign, as
11   they're run, is that, you know, you have an initial
12   training, and then, you know, you start hiring more
13   people -- as people join the team, train them.
14                  Then, you know, as we go through our
15   campaign, you spend some time retraining folks and
16   making sure that they know what they're doing, if they
17   have questions, and then there's, you know, a little
18   bit of time spent on reminding them about -- you know,
19   there's -- you know, if you hear any groups and people
20   feeling intimidated because of, you know, USEIP -- if
21   they encounter those kinds of things, please let us
22   know.
23                  I don't think there's, like, a document
24   where I can show you that.
25            Q.    Okay.  All right.  Let's jump back into

Page 46

```
 1   on, "as well as statements on social media and other
 2   events."
 3               I'm asking you, which statements on
 4   social media did you review?
 5         A.    I don't recall those.
 6         Q.    And do you recall statements at other
 7   events that you've referenced here?
 8         A.    Yeah.  No, I don't remember which ones.
 9         Q.    Okay.  And let's scroll down, then,
10   to -- let's see.  Okay.  If you will scroll down to
11   page number 6, under interrogatory number 8.  Let me
12   know when you're there.
13         A.    Yep.
14         Q.    Okay.  That last sentence there that
15   says:
16               "MFV also expects its door-to-door
17         campaign will be redesigned to include the
18         same information that's referenced above."
19               Does that mean that the door-to-door
20   campaign has not yet been changed?
21         A.    Could you repeat that again?
22         Q.    Sure.  So it says:
23               "MFV also expects that its
24         door-to-door campaign will be redesigned."
25               Does that mean that the door-to-door
```

Page 51

```
 1   campaign has not yet been redesigned?
 2          A.    No.   It just means that the -- you know,
 3   that we will do the same as we're doing door to door --
 4   also the phone and texting program, redesigning that --
 5   meaning, you know, including training about this, what
 6   the -- you know, with our staff -- it's just a
 7   reference to that.   I don't know.
 8                Does that makes sense?
 9                MS. HAYS:  Sure.  You know, I think
10   we're getting close to wrapping up.
11                Let's take another quick ten-minute
12   break, and then we'll probably be able to finish up in
13   the next hour or so.
14                Does that sound good?  Okay.  All right.
15   We'll be back at 10:50, then.
16                (Recess taken.)
17          Q.    (By Ms. Hays)  All right.  I don't think
18   we'll go too much longer.  Just a few questions here to
19   wrap things up.
20                So why did you decide to join this
21   lawsuit?
22                MR. BREESE:  I instruct the witness not
23   to reveal any attorney-client communications.
24                Otherwise, you can answer.
25                THE DEPONENT:  Yeah.  I mean, we -- we
```

Page 52