UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA <br><br>Plaintiffs, <br><br>-v- <br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN <br><br>Defendants. | Civil Action No. <u>1:22-cv-00581-PAB</u> |

### DEFENDANTS' RULE 26(A)(1) DISCLOSURES

Defendants, USEIP, Shawn Smith, Ashley Epp, and Holly Kasun, by and through their counsel hereby submit their Initial Disclosure pursuant to F.R.C.P. 26(a)(1) as follows:

**A. RULE 26(a)(1)(A)(i): INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

1. Shawn Smith
   c/o The Reisch Law Firm
   1490 W. 121st Avenue, Suite 202
   Denver, CO 80234
   (303) 291-0555

Shawn Smith is a Defendant and counterclaim Plaintiff in this matter and therefore has personal knowledge of and likely possesses discoverable information related to the facts of the Complaint as well as his damages alleged in the Counterclaims.

2. Holly Kasun
   c/o The Reisch Law Firm

    1490 W. 121st Avenue, Suite 202
    Denver, CO 80234
    (303) 291-0555

Holly Kasun is a Defendant and counterclaim Plaintiff in this matter and therefore has personal knowledge of the facts alleged in the complaint and counterclaim and likely possesses discoverable information related to the facts of the Complaint as well as her damages alleged in the Counterclaims.

  3. Ashley Epp
    c/o The Reisch Law Firm
    1490 W. 121st Avenue, Suite 202
    Denver, CO 80234
    (303) 291-0555

Ashley Epp is a Defendant and counterclaim Plaintiff in this matter and therefore has personal knowledge of the facts alleged in the complaint and counterclaim and likely possesses discoverable information related to the facts of the Complaint as well as her damages alleged in the Counterclaims.

  4. Portia Prescott
    c/o Lathrop GPM LLC
    1515 Wynkoop Street, Suite 600
    Denver, CO 80202
    (720) 931-3200

Portia Prescott is the State President of the NAACP Colorado Montana Wyoming State-Area Conference of the NAACP, a Plaintiff organization in this matter. Based on a sworn affidavit, Ms. Prescott has knowledge and discoverable information of the facts surrounding the complaint and counterclaims as well as Plaintiffs' alleged damages.

  5. Beth Hendrix
    c/o Lathrop GPM LLC
    1515 Wynkoop Street, Suite 600
    Denver, CO 80202
    (720) 931-3200

Beth Hendrix is the Executive Director of League of Women Voters of Colorado, a Plaintiff organization in this matter. Based on a sworn affidavit, Ms. Hendrix has knowledge and discoverable information of the facts surrounding the complaint and counterclaims as well as Plaintiffs' alleged damages.

  6. Salvador Hernandez
    c/o Lathrop GPM LLC
    1515 Wynkoop Street, Suite 600
    Denver, CO 80202
    (720) 931-2300

Salvador Hernandez is the Colorado State Director of Mi Familia Vota, a Plaintiff organization in this matter. Based on a sworn affidavit, Mr. Hernandez has knowledge and discoverable information of the facts surrounding the complaint and counterclaims as well as Plaintiffs' alleged damages.

      7. Shannon Augustus
         League of Women Voters
         saugustus@lwv.org
         (202) 768-9578

Shannon Augustus is the press secretary of the league of women voters. Ms. Augustus likely has knowledge and discoverable information regarding the facts alleged in the counterclaims. Specifically, Ms. Augustus is listed as the author of an article forming the basis of the defamation counterclaim.

      8. Employees/Agents of Free Speech for People

Employees and/or agents at Free Speech for People likely have knowledge and discoverable information regarding the facts alleged in the counterclaim. Specifically, Free Speech for People published defamatory statements forming the basis of the defamation counterclaim.

### B. RULE 26(a)(1)(A)(ii): DOCUMENTS

The following documents, bates labeled **[USEIP 0001-0032]** have been made available for inspection at The Reisch Law Firm, LLC. These documents have been provided in an email to opposing counsel along with this disclosure certificate.

1. Publication from FreeSpeechForPeople, *Colorado NAACP, League of Women Voters of Colorado, and Mi Familia Vota v. United States Election Integrity Plan.* **[USEIP 0001-0003]**
2. Publication from League of Women, *Colorado Voting Rights Advocates File Lawsuit Against Voter Intimidation.* **[USEIP 0004-0007]**
3. Publication from FreeSpeechForPeople, *Voting Rights Organizations File Federal Lawsuit to Stop Illegal Voter Intimidation in Colorado.* **[USEIP 0008-0012]**
4. Email correspondence from Beth Hendrix to Amanda Carlson regarding USEIP volunteers. **[USEIP 0013-0018]**
5. USEIP Volunteer Training guide **[USEIP 0019-0032]**

### C. RULE 26(a)(1)(A)(iii): COMPUTATION OF DAMAGES

1. Defendants seek damages for their Counterclaims including, but not limited to compensatory damages including attorneys' fees and costs.
2. Defendants also seek non-economic damages including harm to their reputation, pain and suffering, humiliation and embarrassment. The calculation for each category of damages cannot be determined at this time due to the ongoing litigation accumulating more attorneys fees.

### D. RULE 26(a)(1)(A)(iv): INSURANCE AGREEMENT

1. None.

These disclosures have been made based upon the information now known and reasonably available to Defendants. Through these disclosures, Defendants do not waive the right to amend

and/or supplement these disclosures, object to the authentication, admissibility, or production of documents based on privilege, relevancy, undue burden, or other valid objection.

Respectfully submitted this 8th day of July, 2022.

                THE REISCH LAW FIRM, LLC

By:    */s/ Jessica L. Hays*
       Jessica L. Hays, #53905
       R. Scott Reisch, #26892
       The Reisch Law Firm, LLC
       1490 W. 121st Avenue, Suite 202
       Denver, CO 80203
       (303) 291-0555
       *Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of July, 2022, a true and correct copy of the foregoing DEFENDANTS' RULE 26(A)(1) DISCLOSURES was served upon the following via Email:

Amy Erickson amy.erickson@lathropgpm.com
Courtney Hostetler chostetler@freespeechforpeople.org
Claudia Neal Claudia.neal@lathropgpm.com

                *s/ Jessica L. Hays*