# EXHIBIT 7

[Docket 128]

---

Case 1:22-cv-00581

Colorado Montana Wyoming State Area Conference of the NAACP et al.
v. United States Election Integrity Plan

---

<u>Document Title:</u>  Pro Se Defendant's Quick Reference Guide: Summary and Timeline in Support of Motion for Sanctions

<u>Purpose:</u>  To assist the Court by summarizing Plaintiffs discovery violations throughout these proceedings. Out of respect for the Court's time and resources, efficiency is required given the number of separate instances that often violate the same Federal Rules of Civil Procedure.

1

| SECTION 1 SUMMARY<br>Pleading Stage | | – Plaintiffs claim diversion of resources as injury caused by Defendants<br>– Article III Standing granted | | | |
|---|---|---|---|---|---|
| **Description** | **Event / Date** | **Key Deadline Date(s) & Description** | | **Citation** | **Rule / Statute / Case Law** |
| Plaintiffs allege Defendants Injured Plaintiff orgs causing diversion of resources as evidence of harm. | Filed: 3/9/22 | Pleading filed with no supporting evidence of Plaintiffs' claims. | | [Docket 1] | |
| Court recognizes "diversion of resources" as cognizable harm.<br><br>Court grants Article III Standing for each Plaintiff organization | Court Order: 4/28/22 | Court states at the pleading stage, Plaintiffs have a "low bar" to carry burden. Court notes "diversion of resources need not be great. 'For standing purposes, a loss of even a small amount of money is ordinarily an injury.'" | | [Docket 39, p.7-9, p. 13, 15, 17] | Czyzewski v. Jevic Holding Corp., 137 S. Ct. 973, 983 (2017). |

2

| SECTION 2 SUMMARY<br>Discovery Stage | <ul><li>Plaintiffs only submit inaccurate & insufficient Rule 26(A)(1) disclosures</li><li>Plaintiffs ignore all other discovery requirements and deadlines 26(f) Report & Scheduling Order & FRCP 26</li><li>Defendants willfully comply with discovery. All deadlines & req's met.</li><li>Court intervenes</li></ul> | | | |
|---|---|---|---|---|
| **Description** | **Event / Date** | **Key Deadline Date(s) & Description** | **Citation** | **Rule / Statute / Case Law** |
| Proposed Scheduling Order & Rule 26(f) Report | Filed: 6/28/22 | **July 8, 2022:** Rule 26(a)(1) disclosures were made or will be made. | [Docket 51, p.3] | |
| | | **July 29, 2022:** Deadline for service of Interrogatories, Requests for Production of Documents | [Docket 51, p.5] | |
| | | **September 1, 2022:** Discovery Cut-Off | [Docket 51, p.5] | |
| | | **September 1, 2022:** Expert Witness Disclosures: Expert Witnesses Designated and information exchanged. | [Docket 51, p.5] | Fed. R. Civ. P. 26(a)(2) |
| **SECTION 2 TIMELINE**<br>Plaintiffs Discovery Violations | | | | **Rule / Statute / Case Law Violations** |
| Plaintiffs share inaccurate & insufficient Rule 26(A)(1) initial disclosures | Deadline: 7/8/22 | Plaintiffs failed to disclose many individuals they knew of as early as April 2022. Examples:<ul><li>Yvette Roberts</li><li>Bo Ortiz</li><li>Carly Koppes</li><li>Michelle Garcia</li><li>Anne Landman</li></ul> | [Exhibit 2 p.2] | Fed. R. Civ. P. 26(a)(1)(A)(i): name and if known, the address and phone number of each individual likely to have discoverable info... |

| | | | | |
|---|---|---|---|---|
| | | Plaintiffs fail to produce evidence supporting diversion of resources damages claims e.g. financial records, staff time-keeping documentation, and/or generated work as proof of diverted resources. | [Exhibit 2 p.3] | Fed. R. Civ. P. 26(a)(1)(A)(ii): copy of all documents...disclosing party has in its possession...may use in support of its claims or defenses... |
| | | | | Fed. R. Civ. P. 26(a)(iii): computation of damages claimed by disclosing party...documents or other evidentiary material on which each computation is based, including materials bearing on the nature and extent of injuries suffered. |
| | | | [Exhibit 2] | Fed. R. Civ. P. 26(a)(1)(E): Basis for Initial Disclosure; Unacceptable Excuses. |
| Defendants Request Scheduling Conference | Filed: 8/29/22 | Conference granted with Magistrate Judge N. Reid Neureiter | [Docket 57] | |
| Plaintiff amends Rule 26(f) Report | Filed: 8/29/22 | Plaintiff requests discovery extensions in the amended report. | [Docket 56] | Fed. R. Civ. P. 26(f) Report [Docket 51, p.3, 6. d.] Under Fed. R. Civ. P. 26(a)(1) |

CONTINUED NEXT PAGE

4

| Con't SECTION 2 TIMELINE<br>Plaintiffs Discovery Violations | | | | Rule / Statute / Case Law Violations |
|---|---|---|---|---|
| Plaintiffs fail to deliver Expert Witness Disclosures: Expert Witnesses Designated & exchange information. | Deadline: 9/1/22 | | | Fed. R. Civ. P. 26(a)(2)(A): Disclosure of Expert Testimony |
| | | | | FRE 702, 703, 705 |
| | | | | Fed. R. Civ. P. 26(a)(2)(B): Witnesses Who Must Provide a Written Report. |
| **Plaintiffs fail to cooperate with discovery.**<br><br>**Fail to disclose any responsive records.** | Deadline: 9/1/22 | – Plaintiffs fail to establish and substantiate injury and damages claims.<br>– Defendants are materially prejudiced in mounting their defense.<br>– Defendants are materially harmed by having to pay legal fees while not having material evidence from Plaintiffs: Responsive documents records, financials, budgets, time-keeping records, communications, witness statements, affidavits, declarations, depositions etc. | | Fed. R. Civ. P. 34, specifically 34(b)(E)(i): Producing documents...A party must produce documents as they are kept in the usual course of business |
| | | | | Fed. R. Civ. P. 37: Failure to make disclosures or to cooperate in discovery |
| | | | | Fed. R. Civ. P. 26(e): Supplementing Disclosures and Responses |
| **Defendants fully complied with discovery** | **By mid-August 2022:** Defendants had turned over all interrogatories, responsive records, documents, witnesses, communications, and completed depositions. | | | |

5

| Court Ordered Scheduling Conference: Minute Entry | Filed: 9/13/22 | Parties required to prepare joint statement on discovery disputes | [Docket 60] | |
|---|---|---|---|---|
| Court Enters Amended Scheduling Order & 26(f) Report | Filed: 9/13/22 | Court exercises discretionary powers, extending discovery 90 days. | [Docket 61] | |
| **SECTION 3 SUMMARY** Extended Discovery Stage | \- 90-day discovery extension granted to Plaintiffs with new deadlines set  \- Plaintiffs continue missing discovery deadlines  \- At the close of Discovery, Plaintiffs' disclosures fail to support all elements of Article III Standing | | | |
| **Description** | **Event / Date** | **Key Deadline Date(s) & Description** | **Citation** | **Rule / Statute / Case Law** |
| Amended Scheduling Order & Rule 26(f) Report | Filed: 9/13/22 | **July 8, 2022:** Rule 26(a)(1) disclosures were made or will be made. | [Docket 61, p.3] | |
| | | **September 22, 2022:** Discovery Conference Set | [Docket 61, p.6] | |
| | | **November 18, 2022:** Deadline for service of Interrogatories, Requests for Production of Documents | [Docket 61, p.5] | |
| | | **October 28, 2022:** Expert Witness Disclosures: Expert Witnesses Designated and information exchanged. | [Docket 61, p.5] | |
| | | **December 2, 2022:** Discovery Cut-Off | [Docket 61, p.5] | Fed. R. Civ. P. 26(a)(2) |

6

| SECTION 3 TIMELINE Plaintiffs Discovery Violations | | | | Rule / Statute / Case Law Violations |
|---|---|---|---|---|
| Defendants former counsel formally request discovery | Dated: 10/11/22 | In client/attorney communications Defendants former counsel outlines discovery violations. | [Document 115-3] | Fed. R. Civ. P. 26<br>Fed. R. Civ. P. 11(b) |
| Plaintiffs share Amended Rule 26(A)(1) Disclosures | Dated: 11/10/2022 | Amended 26(A)(1) expose Plaintiffs inaccurate and bad-faith lack of disclosure starting in July 2022. | [EXHIBIT X1] | Fed. R. Civ. P. 26<br>Fed. R. Civ. P. 26(e)<br>Fed. R. Civ. P. 37 |
| Plaintiffs fail to meet deadline for expert witness disclosures & information exchange. | Service Certificate Filed: 11/11/22 | **Deadline October 28, 2022:** Plaintiffs miss extended deadline by two weeks. | [Docket 68] | Fed. R. Civ. P. 26(a)(2)(A): Disclosure of Expert Testimony<br>FRE 702, 703, 705<br>Fed. R. Civ. P. 26(a)(2)(B): Witnesses Who Must Provide a Written Report. |
| Plaintiffs fail to support diversion of resources injury and damages claims. | Deadline: 12/2/22 | – Plaintiffs fail to produce documentation proving concrete injury, and causation.<br>– Plaintiffs fail to carry their burden of proof.<br>– Plaintiffs fail to prove all elements of Article III Standing:<br>– 1) concrete injury | | Fed. R. Civ. P. 26: Duty to Disclose<br>Fed. R. Civ. P. 37: Failure to Make Disclosures or Cooperate in Discovery. |

7

| | | | | |
|---|---|---|---|---|
| | | – 2) causation<br>– 3) redressability<br>– Plaintiffs have been given five (5) months ample time to prove injury and damages due to diversion of resources claims. | | Fed. R. Civ. P. 11(b)(3): The factual contentions have evidentiary support… |
| **SECTION 4 SUMMARY**<br>**Close of Discovery - Present Day** | | – Defendants continue to be materially damaged due to Plaintiffs inability or unwillingness to cooperate with FRCP 26.<br>– Plaintiffs failed to establish injury claims<br>– Plaintiffs have not carried their burden for Article III Standing<br>– Plaintiffs continue violating Fed. R. Civ. P<br>– Plaintiffs actions have prohibited, and continue to prohibit Defendants from mounting a defense materially prejudicing them. | | |
| **SECTION 3 TIMELINE**<br>Plaintiffs Discovery Violations | | | | **Rule / Statute / Case Law Violations** |
| Plaintiffs fail to disclose new evidence prior to submission of sworn declaration. | 12/3/22 | – **Three weeks after discovery closed (12/23/22)**<br>– Plaintiffs submit a sworn declaration of Yvette Roberts in response to Motion for Summary Judgement.<br>– Witness was known in April 2022.<br>– Disclosure after discovery closed denied Defendants ability to depose Plaintiffs only witness. | [Docket 73] | Fed. R. Civ. P. 26(e) Supplementing Disclosures and Responses. |

8

| Con't SECTION 3 TIMELINE<br>Plaintiffs Discovery Violations | | | | Rule / Statute /<br>Case Law Violations |
|---|---|---|---|---|
| Plaintiffs falsely certify in Pretrial Order listed on exhibit list Document 112 | Filed:<br>5/13/22 | – Plaintiffs failed to disclose Document 112 in discovery<br>– Doc assigned Bates number [LWVCO0000112]<br>– Signed Pretrial Order<br>– Document material to supporting Plaintiffs claims of injury, diversion of resources<br><br>– Plaintiffs misrepresent the nature of Doc 112.<br>– Contents prove Document 112 is irrelevant to prove Plaintiffs damages claims<br><br>– Plaintiffs misrepresent the nature of exhibit (LWVCO0000086-109)<br>– Contents prove Document 109 is irrelevant to prove Plaintiffs damages claims.<br>– 109 is a standard business document makes no mention of Defendants, or pleading claims | [Docket 95] | Fed. R. Civ. P. 26<br>Fed. R. Civ. P. 26(e)<br>Fed. R. Civ. P. 26(g)<br>Fed. R. Civ. P. 37<br>Fed. R. Civ. P. 11(b) |
| Pro Se Defendants make multiple attempts to resolve evidentiary issues with Opposing Counsel | 1/5/24 -<br>2/13/24 | – 6-12 email communications | | |
| Pro Se Defendants discover Plaintiffs withheld material evidence since 9/7/21 | 12/23 | – Plaintiff LWV email communications exposing new material witness for Defendants. | [Docket 115-1-1] | Fed. R. Civ. P. 26<br>Fed. R. Civ. P. 26(e)<br>Fed. R. Civ. P. 26()<br>Fed. R. Civ. P. 37<br>Fed. R. Civ. P. 11(b) |

9

| | | | | |
|---|---|---|---|---|
| Pro Se Defendants learned of Plaintiffs false certification in Pretrial Order listed on exhibit list Document 112 | Jan 8, 2024 | − During Pretrial Exchange of Witness & exhibits list.<br>− accidentally disclosed 112. | [Docket 108, Exhibit 4] | |
| Plaintiffs misrepresent Doc 112 to the Court | Minute Entry 1/23/24 | − Plaintiffs claim Doc 112 privileged at hearing<br>− Court ruled not privileged | [Docket 125] | Fed. R. Civ. P. 26(g)<br>Fed. R. Civ. P. 11(b) |

| TIMELINE SUMMARY<br>Close of Discovery - Present Day | Impact, Material Damage & Harm to Defendants | Rule / Statute / Professional Conduct Violations |
|---|---|---|
| Plaintiffs pattern of failing to respond to discovery despite multiple requests to resolve discovery violation issues without court intervention. | − Absent of records to support Plaintiffs injury and damages claims, Defendants are unable to mount a proper defense<br>− Defendants are unable to prepare:<br>− Trial strategy<br>− Evidentiary strategy<br>− Authenticate & verify Plaintiffs evidence<br>− Authenticate and verify Plaintiffs claims<br>− Authenticate and verify Plaintiffs witnesses | − Fed. R. Civ. P. 26<br>− Fed. R. Civ. P. 26(e)<br>− Fed. R. Civ. P. 26(g)<br>− Fed. R. Civ. P. 37<br>− Fed. R. Civ. P. 11<br>− ABA Rule 8.4:(a) Professional Misconduct, violate or attempt to violate the Rules of Professional Conduct<br>− ABA Rule 8.4:(c) Professional Misconduct, engage in conduct involving dishonesty, fraud, deceit, or misrepresentation. |