**Exhibit 12 [Docket 128]**
**Pro Se Defendants Privilege Log**

Colorado Montana Wyoming State Area Conference of the NAACP, et. al. v. United States Election Integrity Plan, et. al

Civil Action No. 1:22-cv-00581-CNS-NRN

| # | Date | Doc. Type | File Name | From | To | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|
| 1 | 2/3/24 | Invoices (18 months) | 2022<br>July Invoice<br>August Invoice<br>September Invoice<br>October Invoice<br>November Invoice<br>December Invoice<br>2023<br>January Invoice<br>February Invoice<br>March Invoice<br>April Invoice<br>May Invoice<br>June Invoice<br>July Invoice<br>August Invoice<br>September Invoice<br>October Invoice<br>November Invoice<br>December Invoice | Reisch Law Firm | Holly Kasun<br>Hollyataltitude.protonmai.com<br><br>Ashe Epp<br>Asheinamerica@protonmail.com | Attorney Client Privilege | Pro Se Defendants Attorney's Fees and Costs |