**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

      Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

      Defendants.

---

**DECLARATION OF AMY ERICKSON IN SUPPORT OF PLAINTIFFS' RESPONSE
TO PRO SE DEFENDANTS' EMERGENCY MOTION
FOR SANCTIONS FOR FAILURE TO DISCLOSE UNDER FRCP 26 PURSUANT TO
FRCP 37 (ECF NO. 128)**

---

I, Amy Erickson, declare and state as follows:

1.      I am an attorney with the law firm Lathrop GPM LLP and am one of the attorneys representing Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs"), in the above-captioned case.

2.      I submit this Declaration in Support of Plaintiffs' Response to Pro Se Defendants' Emergency Motion for Sanctions for Failure to Disclosure Under FRCP 26 Pursuant to FRCP 37.

1

63346477v1

3.      Plaintiffs' Rule 26 Initial Disclosures were first made on July 8, 2022 and were supplemented on November 10 December 2, 2022. True and correct copies of the Initial Disclosures are attached as **Exhibit A**.

4.      Defendants served their only set of discovery requests on Plaintiffs on September 21, 2022. True and correct copies of the discovery requests are attached as **Exhibit B**.

5.      Plaintiffs served responses to Defendant's discovery requests on October 21, 2022. True and correct copies of Plaintiffs' responses to Defendants' discovery requests are attached as **Exhibit C**.

6.      In connection with their Rule 26 Initial Disclosures and responses to Defendants' discovery requests, Plaintiffs also produced hundreds of pages of documents, including documents reflecting Defendants' own statements concerning USEIP and its efforts; documents from LWVCO's files; and documents received by Plaintiffs from the Secretary of State and County Clerks' offices pursuant to various Colorado Open Records Act requests.

7.      Plaintiffs also sought and obtained documents and other discovery information from Defendants (and third parties affiliated with Defendants) concerning USEIP's door-to-door campaign, which will be offered into evidence at trial.

I declare under penalty of perjury that the foregoing is true and correct.

March 12, 2024
Date

*s/Amy Erickson*
Amy Erickson

2