|  |
|---|
| EXHIBIT<br>B |

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | Civil Action No. <u>1:22-cv-00581-CNS</u><br><br><br><br>BENCH TRIAL |

## DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF LEAGUE OF WOMEN VOTERS OF COLORADO

COMES NOW, Defendants, USEIP, Shawn Smith, Ashely Epp, and Holly Kasun ("Defendants"), by and through undersigned counsel, The Reisch Law Firm, L.L.C., and pursuant to the Federal Rules of Civil Procedure 33, 34, and 36, hereby propounds the following written discovery to League of Women Voters of Colorado:

### DEFINITIONS

As used in this request for written discovery, the words and terms set forth below are defined as follows:

a) The term "Affiliate" means any person, agent, corporation, partnership, business, association, independent contractor, subcontractor, or joint

1

   venture that acts in any capacity on behalf of a person or entity, or for whom such person or entity acts in any capacity.

b)  The term "Communication" means any transmittal of information by, between, or among any person(s) and/or entit(ies), whether written, oral, or electronic, and includes any Document containing or reflecting Communications.

c)  "<u>Describe</u>" and "<u>Specify</u>" and/or "<u>State</u>" shall mean to set forth fully and unambiguously, using technical terms and words of art, if necessary, each and every fact relevant to the answer called for by the Interrogatory of which the answering party or the answering party's agents, employees or representatives have knowledge.

d)  "<u>Identify</u>" when referring to an individual means to state:

  i)  his or her name;

  ii)  his title or job classification at the time of the events referred to in the Interrogatory;

  iii)  present address, if known, and/or the last known address and current address of last known employer.

e)  "<u>Identify</u>" when referring to a document means to state:

  i)  the type of document (e.g., letter, journal, records, memorandum); its date, title and identifying number, if any, general subject matter and its present location;

  ii)  each person who prepared it, each person for whom it was prepared, the last known address of each person who presently has custody of the original or copies thereof.

f)  The term "<u>Document</u>" shall mean the original or any identical copy of any written, printed, typed, photographed or other graphic or recorded matter of any kind or nature prepared or received, by or in the possession, custody or control of the answering party, or the party's agents, servants, employees or other representatives. **<u>"Documents" shall include all emails, text messages, social media posts and all electronic information in the custody and control of answering party's agents.</u>**

g) "<u>Communication</u>" shall mean and refer to any oral, written, spoken or electronic transmission of information, including but not limited to, meetings, discussions, conversations, telephone calls, memoranda, letters, emails, text messages, postings, instructions, conferences, or seminars or any other exchange of information between you or between you and any other person or entity.

h) "<u>You</u>" or "<u>Your</u>" shall mean to include the answering party and each of the said party's representatives, and where appropriate, the directors, agents, officers and employees and all other persons acting for or on behalf of the answering party.

i) "Employee" means all persons who receive payment for services provided to You, and includes but is not limited to all employees, officers, directors, agents, independent contractors, sub-contractors, and any person to whom You have provided compensation or remuneration of any kind.

j) "<u>Person</u>" or "<u>Persons</u>" as used herein shall include, without limitation, individuals, associations, partnerships and corporations.

## **INTERROGATORIES**

1) Have You or anyone acting on your behalf interviewed any individual concerning the allegations of voter intimidation made in the complaint filed in this case?

   If so, for each individual state:

   a) the name, address, email address, and telephone number of the individual interviewed;

   b) the date of the interview;

   c) the name, address, email address, and telephone number of the person(s) who conducted the interview.

3

2) Did You conduct any further investigation into the allegations outside of the articles and websites cited in Your pleadings. Provide a detailed description of all steps taken to corroborate these allegations including the names and contact information for any and all investigators utilized in the process of corroborating these serious allegations.

3) Identify and provide a detailed description of all reports from voters that interacted with USEIP members, employees, or volunteers.

4) Identify the name, address, telephone number, and email address of every person or entity from whom You have received a complaint related to any of the actions of any of the defendants in this case or their alleged employees, agents, or volunteers.

5) Identify the name, address, telephone number, and email address of every person or entity from whom You have received a report ***of positive interactions*** related to any of the actions of any of the defendants in this case or their alleged agents.

6) Identify and provide a detailed description of any and all instances where a voter has claimed that any alleged member of USEIP has done any of the following:

   a) Approached them or their home while armed;

   b) Represented that they are affiliated with a government entity (specify which government entity was claimed); or

   c) Threatened a voter with reprisal, criminal charges, or other consequences

7) Identify and provide a detailed description of any and all instances where USEIP or it's agents have directed any person to carry a weapon during an interaction with a voter.

8) Identify and describe in detail the activities You have undertaken to actively monitor the "intimidation and related safety concerns" described in Paragraph 36 of the Complaint in this action. Specifically address personnel and financial resources that have been shifted as a result of the activities of USEIP.

9) Specifically identify the communities or neighborhoods that have been targeted by USEIP's "operation" as claimed in Paragraph 27 of your Complaint.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1) Any and all correspondence, internal or external, related to the activities of USEIP and their alleged employees, agents, or volunteers.

2) Any and all emails, text messages, phone call logs, or other documentation pertaining to communication between You and any and all persons or entities regarding the subject matter of this lawsuit.

3) Any and all reports generated from complaints related to the activities of USEIP.

Submitted this 21st day of September, 2022.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays
The Reisch Law Firm, LLC
1490 W. 121st Avenue, #202
Denver, CO 80234
(303) 291-0555
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2022, the foregoing Interrogatories and Requests for Production of Documents were served to the below mentioned parties at their last known email address:

Amy Erickson
Amy.erickson@lathropgpm.com
Casey Breese
Casey.breese@lathropgpm.com
Dion Farganis
Dion.fargains@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Reid Day
Reid.day@lathropgpm.com
Brian Dillion
Brian.dillon@lathropgpm.com
Courtney Hostetler
chostetler@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Jon Bonifaz
jbonifaz@freespeechforpeople.org
Ron Fein
rfien@freespeechforpeople.org
*Attorneys for Plaintiffs*

*s/ Jessica Hays*

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | Civil Action No. <u>1:22-cv-00581-CNS</u><br><br><br>BENCH TRIAL |

**DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP**

COMES NOW, Defendants, USEIP, Shawn Smith, Ashely Epp, and Holly Kasun ("Defendants"), by and through undersigned counsel, The Reisch Law Firm, L.L.C., and pursuant to the Federal Rules of Civil Procedure 33, 34, and 36, hereby propounds the following written discovery to Plaintiff Colorado Montana Wyoming State Area Conference of the NAACP:

**DEFINITIONS**

As used in this request for written discovery, the words and terms set forth below are defined as follows:

1

a) The term "Affiliate" means any person, agent, corporation, partnership, business, association, independent contractor, subcontractor, or joint venture that acts in any capacity on behalf of a person or entity, or for whom such person or entity acts in any capacity.

b) The term "Communication" means any transmittal of information by, between, or among any person(s) and/or entit(ies), whether written, oral, or electronic, and includes any Document containing or reflecting Communications.

c) "<u>Describe</u>" and "<u>Specify</u>" and/or "<u>State</u>" shall mean to set forth fully and unambiguously, using technical terms and words of art, if necessary, each and every fact relevant to the answer called for by the Interrogatory of which the answering party or the answering party's agents, employees or representatives have knowledge.

d) "<u>Identify</u>" when referring to an individual means to state:

  i) his or her name;

  ii) his title or job classification at the time of the events referred to in the Interrogatory;

  iii) present address, if known, and/or the last known address and current address of last known employer.

e) "<u>Identify</u>" when referring to a document means to state:

  i) the type of document (e.g., letter, journal, records, memorandum); its date, title and identifying number, if any, general subject matter and its present location;

  ii) each person who prepared it, each person for whom it was prepared, the last known address of each person who presently has custody of the original or copies thereof.

f) The term "<u>Document</u>" shall mean the original or any identical copy of any written, printed, typed, photographed or other graphic or recorded matter of any kind or nature prepared or received, by or in the possession, custody or control of the answering party, or the party's agents, servants, employees or other representatives.  **<u>"Documents" shall include all emails, text messages, social media posts and all electronic information in the</u>**

2

      **custody and control of answering party's agents.**

 g) "Communication" shall mean and refer to any oral, written, spoken or electronic transmission of information, including but not limited to, meetings, discussions, conversations, telephone calls, memoranda, letters, emails, text messages, postings, instructions, conferences, or seminars or any other exchange of information between you or between you and any other person or entity.

 h) "You" or "Your" shall mean to include the answering party and each of the said party's representatives, and where appropriate, the directors, agents, officers and employees and all other persons acting for or on behalf of the answering party.

 i) "Employee" means all persons who receive payment for services provided to You, and includes but is not limited to all employees, officers, directors, agents, independent contractors, sub-contractors, and any person to whom You have provided compensation or remuneration of any kind.

 j) "Person" or "Persons" as used herein shall include, without limitation, individuals, associations, partnerships and corporations.

## INTERROGATORIES

1) Have You or anyone acting on your behalf interviewed any individual concerning the allegations of voter intimidation made in the complaint filed in this case?

   If so, for each individual state:

   a) the name, address, email address, and telephone number of the individual interviewed;

   b) the date of the interview;

   c) the name, address, email address, and telephone number of the person(s) who conducted the interview.

3

2) Did You conduct any further investigation into the allegations outside of the articles and websites cited in Your pleadings. Provide a detailed description of all steps taken to corroborate these allegations including the names and contact information for any and all investigators utilized in the process of corroborating these serious allegations.

3) Identify and provide a detailed description of all reports from voters that interacted with USEIP members, employees, or volunteers.

4) Identify the name, address, telephone number, and email address of every person or entity from whom You have received a complaint related to any of the actions of any of the defendants in this case or their alleged employees, agents, or volunteers.

5) Identify the name, address, telephone number, and email address of every person or entity from whom You have received a report *of positive interactions* related to any of the actions of any of the defendants in this case or their alleged agents.

6) Identify and provide a detailed description of any and all instances where a voter has claimed that any alleged member of USEIP has done any of the following:

   a) Approached them or their home while armed;

   b) Represented that they are affiliated with a government entity (specify which government entity was claimed); or

   c) Threatened a voter with reprisal, criminal charges, or other consequences

7) Identify and provide a detailed description of any and all instances where USEIP or it's agents have directed any person to carry a weapon during an interaction with a voter.

4

8) Identify and describe in detail the activities You have undertaken to actively monitor the "intimidation and related safety concerns" described in Paragraph 36 of the Complaint in this action. Specifically address personnel and financial resources that have been shifted as a result of the activities of USEIP.

9) Specifically identify the communities or neighborhoods that have been targeted by USEIP's "operation" as claimed in Paragraph 27 of your Complaint.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1) Any and all correspondence, internal or external, related to the activities of USEIP and their alleged employees, agents, or volunteers.

2) Any and all emails, text messages, phone call logs, or other documentation pertaining to communication between You and any and all persons or entities regarding the subject matter of this lawsuit.

3) Any and all reports generated from complaints related to the activities of USEIP.

Submitted this 21st day of September, 2022.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays
The Reisch Law Firm, LLC
1490 W. 121st Avenue, #202
Denver, CO 80234
(303) 291-0555
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2022, the foregoing Interrogatories and Requests for Production of Documents were served to the below mentioned parties at their last known email address:

Amy Erickson
Amy.erickson@lathropgpm.com
Casey Breese
Casey.breese@lathropgpm.com
Dion Farganis
Dion.fargains@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Reid Day
Reid.day@lathropgpm.com
Brian Dillion
Brian.dillon@lathropgpm.com
Courtney Hostetler
chostetler@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Jon Bonifaz
jbonifaz@freespeechforpeople.org
Ron Fein
rfien@freespeechforpeople.org
*Attorneys for Plaintiffs*

*s/ Jessica Hays*

6

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA<br><br>Plaintiffs,<br><br>-v-<br><br>UNITED STATES ELECTION INTEGRITY PLAN, SHAWN SMITH, ASHELY EPP, and HOLLY KASUN<br><br>Defendants. | Civil Action No. <u>1:22-cv-00581-CNS</u><br><br><br>BENCH TRIAL |

## DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF MI FAMILIA VOTA

COMES NOW, Defendants, USEIP, Shawn Smith, Ashely Epp, and Holly Kasun ("Defendants"), by and through undersigned counsel, The Reisch Law Firm, L.L.C., and pursuant to the Federal Rules of Civil Procedure 33, 34, and 36, hereby propounds the following written discovery to Plaintiff Mi Familia Vota:

### DEFINITIONS

As used in this request for written discovery, the words and terms set forth below are defined as follows:

a) The term "Affiliate" means any person, agent, corporation, partnership, business, association, independent contractor, subcontractor, or joint

1

        venture that acts in any capacity on behalf of a person or entity, or for whom such person or entity acts in any capacity.

b)    The term "Communication" means any transmittal of information by, between, or among any person(s) and/or entit(ies), whether written, oral, or electronic, and includes any Document containing or reflecting Communications.

c)    "<u>Describe</u>" and "<u>Specify</u>" and/or "<u>State</u>" shall mean to set forth fully and unambiguously, using technical terms and words of art, if necessary, each and every fact relevant to the answer called for by the Interrogatory of which the answering party or the answering party's agents, employees or representatives have knowledge.

d)    "<u>Identify</u>" when referring to an individual means to state:

    i)    his or her name;

    ii)    his title or job classification at the time of the events referred to in the Interrogatory;

    iii)    present address, if known, and/or the last known address and current address of last known employer.

e)    "<u>Identify</u>" when referring to a document means to state:

    i)    the type of document (e.g., letter, journal, records, memorandum); its date, title and identifying number, if any, general subject matter and its present location;

    ii)    each person who prepared it, each person for whom it was prepared, the last known address of each person who presently has custody of the original or copies thereof.

f)    The term "<u>Document</u>" shall mean the original or any identical copy of any written, printed, typed, photographed or other graphic or recorded matter of any kind or nature prepared or received, by or in the possession, custody or control of the answering party, or the party's agents, servants, employees or other representatives.  **"Documents" shall include all emails, text messages, social media posts and all electronic information in the custody and control of answering party's agents.**

2

    g)    "Communication" shall mean and refer to any oral, written, spoken or electronic transmission of information, including but not limited to, meetings, discussions, conversations, telephone calls, memoranda, letters, emails, text messages, postings, instructions, conferences, or seminars or any other exchange of information between you or between you and any other person or entity.

    h)    "You" or "Your" shall mean to include the answering party and each of the said party's representatives, and where appropriate, the directors, agents, officers and employees and all other persons acting for or on behalf of the answering party.

    i)    "Employee" means all persons who receive payment for services provided to You, and includes but is not limited to all employees, officers, directors, agents, independent contractors, sub-contractors, and any person to whom You have provided compensation or remuneration of any kind.

    j)    "Person" or "Persons" as used herein shall include, without limitation, individuals, associations, partnerships and corporations.

## **INTERROGATORIES**

1) Have You or anyone acting on your behalf interviewed any individual concerning the allegations of voter intimidation made in the complaint filed in this case?

If so, for each individual state:

a) the name, address, email address, and telephone number of the individual interviewed;

b) the date of the interview;

c) the name, address, email address, and telephone number of the person(s) who conducted the interview.

3

2) Did You conduct any further investigation into the allegations outside of the articles and websites cited in Your pleadings. Provide a detailed description of all steps taken to corroborate these allegations including the names and contact information for any and all investigators utilized in the process of corroborating these serious allegations.

3) Identify and provide a detailed description of all reports from voters that interacted with USEIP members, employees, or volunteers.

4) Identify the name, address, telephone number, and email address of every person or entity from whom You have received a complaint related to any of the actions of any of the defendants in this case or their alleged employees, agents, or volunteers.

5) Identify the name, address, telephone number, and email address of every person or entity from whom You have received a report *of positive interactions* related to any of the actions of any of the defendants in this case or their alleged agents.

6) Identify and provide a detailed description of any and all instances where a voter has claimed that any alleged member of USEIP has done any of the following:

   a) Approached them or their home while armed;

   b) Represented that they are affiliated with a government entity (specify which government entity was claimed); or

   c) Threatened a voter with reprisal, criminal charges, or other consequences

7) Identify and provide a detailed description of any and all instances where USEIP or it's agents have directed any person to carry a weapon during an interaction with a voter.

4

8) Identify and describe in detail the activities You have undertaken to actively monitor the "intimidation and related safety concerns" described in Paragraph 36 of the Complaint in this action. Specifically address personnel and financial resources that have been shifted as a result of the activities of USEIP.

9) Specifically identify the communities or neighborhoods that have been targeted by USEIP's "operation" as claimed in Paragraph 27 of your Complaint.

**REQUEST FOR PRODUCTION OF DOCUMENTS**

1) Any and all correspondence, internal or external, related to the activities of USEIP and their alleged employees, agents, or volunteers.

2) Any and all emails, text messages, phone call logs, or other documentation pertaining to communication between You and any and all persons or entities regarding the subject matter of this lawsuit.

3) Any and all reports generated from complaints related to the activities of USEIP.

Submitted this 21st day of September, 2022.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays
The Reisch Law Firm, LLC
1490 W. 121st Avenue, #202
Denver, CO 80234
(303) 291-0555
*Attorneys for Defendants*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2022, the foregoing Interrogatories and Requests for Production of Documents were served to the below mentioned parties at their last known email address:

Amy Erickson
Amy.erickson@lathropgpm.com
Casey Breese
Casey.breese@lathropgpm.com
Dion Farganis
Dion.fargains@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Reid Day
Reid.day@lathropgpm.com
Brian Dillion
Brian.dillon@lathropgpm.com
Courtney Hostetler
chostetler@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Jon Bonifaz
jbonifaz@freespeechforpeople.org
Ron Fein
rfien@freespeechforpeople.org
*Attorneys for Plaintiffs*

*s/ Jessica Hays*