# EXHIBIT 1

# Plaintiffs Open Records Request

| Name | Date | Request |
|---|---|---|
| Stephen Boulter | 4/12/2022 | Hello. I am with Farnsworth, Boulter, Burke & Stamper and need your assistance with my investigation regarding one Eric Worley of Greeley, CO.<br><br>Specifically, I need any records concerning infractions in Weld County. My case has to do with a current severe dog bite case. It is my understanding that Mr. Worley has numerous priors in this regard. |
| Casey Breese | 4/12/2022 | Pursuant to the Colorado Open Records Act, C.R.S. § 27-72-200, et seq., please consider this an official request for government records. Specifically, we seek documents responsive to the following categories:<br>• All documents related to door-to-door campaigns being conducted in Colorado by the United States Election Integrity Plan, a/k/a USEIP, including but not limited to reports or complaints made by individuals who have received visits from USEIP at their homes since November 2020.<br>• All documents related to door-to-door campaigns being conducted in Colorado by individuals believed to be associated with, or trained by, USEIP, including but not limited to reports or complaints about these door-to-door visits, since November 2020.<br>• All other documents related to and/or referring to USEIP or Cause for America, including but not limited to complaints, reports, warnings, accusations, grievances, filings, and/or protests filed by or about USEIP or Cause for America beginning November 2020.<br>• All documents relating to and/or referring to voter intimidation practices and/or actions by any individual or entity carrying out voter intimidation in the state of Colorado since November 2020. |
| Suzanne Taheri | 4/12/2022 | Voter registration record, including records of any change made to the voter registration, for Stanley Charles Thorne, YOB 1955. If available, please include the original voter registration form. [Voter ID 60137298] |
| Suzanne Taheri | 4/12/2022 | Certified copy of the most recent bylaws filed by the Colorado GOP. These bylaws should be dated on or after September 18, 2021. I am aware that these bylaws are posted on the GOP website here:https://www.cologop.org/wp-content/uploads/2021/11/CRC-Bylaws-and-Appendices-with-standing-rules-as-amended-9-18-2021.pdf. However, I require a certified copy of what was filed with the Secretary of State by the party. |
| Heidi Morgan | 4/12/2022 | CORA Request for Certified copy of Oath of Office for Alexis King, DA for Jefferson County |