# EXHIBIT 2

# Mesa County DA: "Unable to Prove Any Crime"

**james.cannon@mesacounty.us James Cannon**  Wednesday, July 21, 2021 at 8:19:35 AM Mountain Daylight Time
To: dan.rubinstein@mesacounty.us Dan Rubinstein
Cc: Janet.Drake@coag.gov Janet Drake, melissa.kessler@sos.state.co.us melissa.kessler@sos.state.co.us

Hello Melissa,
I am checking in with you, I have not seen any info come over on this yet.
I can tell you I found a report in our local records where it appears that Grand Junction Police have already investigated this as a suspicious incident, but were unable to prove any crime. However I am happy to review whatever other information you may have on this allegation.

Feel free to call me with any questions.