# EXHIBIT 3

# Grand Junction Police Department: No Records

 **Request closed** ⌃     Public

The records you requested are not in the possession of the Grand Junction Police Department. We believe the agency that has custody and control of the documents is the Mesa County Sheriff's Office. Please use this link to request those records: https://sheriff.mesacounty.us/divisions/support-services/records/ --C.R.S. 24-72-304(2)

February 5, 2024, 1:23pm by Staff