# EXHIBIT 4

# Mesa County Sheriff – No Records



**Natasha Hagman** — Thu, Feb 8, 9:00 AM
to SO-Records, me

Hi Ashley -

Per a discussion with my supervisor and a review of the information provided, we have no record of such a case.

James Cannon works at the DA's office, and we could not provide any of his communication or reports. Each agency is responsible for their own reports, and cannot provide them from other agencies.

We think what you are looking for is a case he is / was (?) working on at the DA's office, and you will need to contact them for any additional information.

I would suggest contacting them at 970-244-1730 for further assistance.

Thank you-
Tasha Hagman
Law Enforcement Specialist
Mesa County Sheriff's Office
215 Rice St
Grand Jct, CO 81501

[redacted]

Confidentiality Notice: This electronic transmission and any attached documents or other writings are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this communication in error, please immediately notify sender by return e-mail and destroy the communication. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachments by anyone other than the named recipient is strictly prohibited.