# EXHIBIT 5

# James Cannon – Cannot Recall Records

---------- Forwarded message ----------
From: James Cannon <james.cannon@mesacounty.us>
Date: On Tue, Feb 20, 2024 at 5:58 PM
Subject: Fw: Re: Assistance finding investigation reports
To: Cause of America Media <CoAmedia@protonmail.com>
Cc:
Good evening Holly. I do not believe that I have those mentioned reports.
And I am not seeing the dates or names you mentioned within the e-mail you obtained and provided to me.


On Thu, Feb 15, 2024 at 2:19 PM Cause of America Media <CoAmedia@protonmail.com> wrote:
> Hi Mr. Cannon,
>
> I hope you're well.
>
> I have a question for you. I obtained the attached email through a CORA request. In the body of the email you referenced having found a Grand Junction Police Record of an investigation that was conducted.
>
> To give you a reference: the suspicious incident mentioned in your email had to do with a voter intimidation issue that happened and/or was reported on or around June 23, 2021 by Yvette Roberts (a GJ resident) and/or a different voter intimidation issue that happened and/or was reported on/or around July 29th, 2021 by Debra Powell (also a GJ resident).
>
> I am only looking for the police record(s) of these incident investigations. I have tried to obtain a copy of the police record you referenced through open records requests to the GJ Police, the GJ Sheriff's office, and I called your office. So far my searches haven't turned up the police report(s) mentioned in your email.
>
> I'm wondering if you have a copy of these police reports or could direct me to the specific police report(s) I'm looking for?
>
> I really appreciate your time and assistance with helping me find these police report(s)!
>
> Best,
> Holly