## RE: [EXTERNAL] Suspicious Activity

Matt Domboski <Matt.Domboski@SOS.STATE.CO.US>
Fri 7/30/2021 9:50 AM

To: Melissa Kessler <Melissa.Kessler@SOS.STATE.CO.US>
Cc: Caleb Thornton <Caleb.Thornton@SOS.STATE.CO.US>;Nathan Blumenthal <Nathan.Blumenthal@SOS.STATE.CO.US>;Theresa Conley <Theresa.Conley@SOS.STATE.CO.US>;Judd Choate <Judd.Choate@SOS.STATE.CO.US>;Hilary Rudy <Hilary.Rudy@SOS.STATE.CO.US>;Annie Orloff <Annie.Orloff@SOS.STATE.CO.US>;Steve Hurlbert <Steve.Hurlbert@SOS.STATE.CO.US>

Hi Melissa,

We received an email from a Debra Powell regarding individuals who were knocking on doors in Grand Junction asking residents if they voted in the last election. (see email below) We previously received reports of this happening in Mesa County, although not from this particular person.

This activity raises a concern regarding voter intimidation, which is on the DOJ's radar. This alleged activity appears to be an act of voter intimidation which our office could refer to the DOJ for potential prosecution.

The DOJ, in their guidance on post-election audits and voter intimidation, highlighted recent court cases in which the activity mentioned may have constituted voter intimidation under the Voting Right Act of 1965, the National Voter Registration Act of 1993, and Section 131 of the Civil Rights Act of 1957. In addition, the DOJ highlighted a similar scenario where there were proposals to canvass precincts in an urban county to contact individuals face to face in order to see whether the individuals were qualified voters who had in fact actually voted. The DOJ then proceeds to stress that these sorts activities raise voter intimidation concerns.

The DOJ has also stressed that they will act to ensure that citizens feel safe in exercising their right to vote in future elections. Included on the guidance document is a complaint form and hotline to report potential voter intimidation. The DOJ may want to, at minimum, investigate what Ms. Powell is alleging.

I suggest that we refer this matter to the DOJ, but wanted to get your thoughts and the exec team's thoughts on the matter. Thank you.

Best,

**Matt Domboski**
Legal Analyst | Department of State
303.894.2200 ext. 6353
matt.domboski@sos.state.co.us
1700 Broadway, Suite 550
Denver, CO 80290



**From:** Public Elections
**Sent:** Thursday, July 29, 2021 12:34 PM
**To:** Matt Domboski <Matt.Domboski@SOS.STATE.CO.US>
**Subject:** FW: [EXTERNAL] Suspicious Activity

**From:** Debra Powell <hlake4949@yahoo.com>
**Sent:** Thursday, July 29, 2021 12:11 PM
**To:** Public Elections <Public.Elections@SOS.STATE.CO.US>
**Subject:** [EXTERNAL] Suspicious Activity

Hi there,

I wanted to make someone aware of something that happened at my house in Grand Junction this morning. This is a copy of my FB post describing it. I would make an official complaint, but I have no idea who these gentlemen were. They wore tags pinned to their shirt that said "Concerned Citizen" or something to that effect. I was so appalled that I just closed the door on them. I got no additional information. I'm wondering if they are gearing up for some kind of "audit" a la Arizona's cyber-ninjas.

So I'm sitting here in my house, minding my own business, scrolling. When a few minutes ago, the doorbell rings. John is sleeping. I usually have him answer the door, but I got it this time. Parked in front of my house is an older white car. It looked like there was someone sitting in the passenger seat and that maybe there was a dog also, but I didn't look that closely. I answered the door. There were two men there. An older man wearing a cap with an American Flag brim, and a somewhat younger guy, about my age. Younger, but not young... Anyway, the old man is holding a clipboard. He introduces himself and his son. I don't remember their names. But he says they're concerned about "cleaning up the voter rolls" and then proceeds to ask if John, I and mom voted in the last election. I slammed the door in their faces. They had a copy of the voter rolls and knew my name, John's name, mom's name. They weren't going to everyone's house. They drove away. I would be interested to know if anyone else in Grand Junction has had a similar experience or knows of something going on around this. ???