# Mesa County Voter Intimidation

**Janet.Drake@coag.gov Janet Drake**  Tuesday, July 6, 2021 at 4:15:04 PM Mountain Daylight Time
To: dan.rubinstein@mesacounty.us Dan Rubinstein, melissa.kessler@sos.state.co.us melissa.kessler@sos.state.co.us

Dan,

I'm writing to introduce you to Melissa Kessler, Legal and Policy director for the Department of State. Melissa reached out to my office regarding a voter intimidation complaint that allegedly occurred in Mesa County. The complainant is Yvette Roberts and she resides in Grand Junction. Based on the information we have currently, this appears to be a single-jurisdiction situation that warrants some additional investigation. Melissa will be able to provide additional information.

Please feel free to contact me if you need anything additional.

Sincerely,

Janet

Janet Drake

Deputy Attorney General

Criminal Justice Section

720.508.6716

**Attachments:**

**image001.png** 22k

---

**dan.rubinstein@mesacounty.us Dan Rubinstein**  Tuesday, July 6, 2021 at 4:34:15 PM Mountain Daylight Time
To: Janet.Drake@coag.gov Janet Drake
Cc: melissa.kessler@sos.state.co.us melissa.kessler@sos.state.co.us, james.cannon@mesacounty.us James Cannon

Melissa,

I am copying Sr. Investigator James Cannon, with my office, who handles my election investigations. Can you please get him the information necessary to follow up. If you need anything further from me, please do no hesitate to reach back out.

Thanks,

Dan

On Tue, Jul 6, 2021 at 4:15 PM Janet Drake <Janet.Drake@coag.gov> wrote:

> Dan,

I'm writing to introduce you to Melissa Kessler, Legal and Policy Director of the Department of State. Melissa reached out to my office regarding a voter intimidation complaint that allegedly occurred in Mesa County. The complainant is Yvette Roberts and she resides in Grand Junction. Based on the information we have currently, this appears to be a single-jurisdiction situation that warrants some additional investigation. Melissa will be able to provide additional information.

Please feel free to contact me if you need anything additional.

Sincerely,

Janet

Janet Drake

Deputy Attorney General

Criminal Justice Section

720.508.6716

--
Daniel P. Rubinstein
District Attorney
21st Judicial District Attorney's Office

**Attachments:**

**image001.png** 22k

---

**james.cannon@mesacounty.us James Cannon**    Wednesday, July 21, 2021 at 8:19:35 AM Mountain Daylight Time
To: dan.rubinstein@mesacounty.us Dan Rubinstein
Cc: Janet.Drake@coag.gov Janet Drake, melissa.kessler@sos.state.co.us melissa.kessler@sos.state.co.us

Hello Melissa,
I am checking in with you, I have not seen any info come over on this yet.
I can tell you I found a report in our local records where it appears that Grand Junction Police have already investigated this as a suspicious incident, but were unable to prove any crime. However I am happy to review whatever other information you may have on this allegation.

Feel free to call me with any questions.

On Tue, Jul 6, 2021 at 4:34 PM Dan Rubinstein <dan.rubinstein@mesacounty.us> wrote:
> Melissa,
>
> I am copying Sr. Investigator James Cannon, with my office, who handles my election investigations. Can you please get him the information necessary to follow up. If you need anything further from me, please do no hesitate to reach back out.
>
> Thanks,
>
> Dan
>
> On Tue, Jul 6, 2021 at 4:15 PM Janet Drake <Janet.Drake@coag.gov> wrote:

I'm writing to introduce you to Melissa Kessler, Legal and Policy director for the Department of State. Melissa reached out to my office regarding a voter intimidation complaint that allegedly occurred in Mesa County. The complainant is Yvette Roberts and she resides in Grand Junction. Based on the information we have currently, this appears to be a single-jurisdiction situation that warrants some additional investigation. Melissa will be able to provide additional information.

Please feel free to contact me if you need anything additional.

Sincerely,

Janet

Janet Drake

Deputy Attorney General

Criminal Justice Section

720.508.6716

--
Daniel P. Rubinstein
District Attorney
21st Judicial District Attorney's Office

--
James Cannon
Senior Investigator - District Attorney
21st Judicial District - Mesa County
Office: (970) 244-1730; Direct: (970) 244-1702
james.cannon@mesacounty.us

**Attachments:**

**image001.png** 22k

---

**Melissa.Kessler@sos.state.co.us Melissa Kessler**                    Wednesday, July 21, 2021 at 10:54:23 AM Mountain Daylight Time
To: james.cannon@mesacounty.us James Cannon
Cc: dan.rubinstein@mesacounty.us Dan Rubinstein, Janet.Drake@coag.gov Janet Drake, Erika.Friedlander@sos.state.co.us Erika Friedlander

Thank you so much for following up. I apologize for not sending over the email we received sooner. I'm out of the office, but I've copied Erika, our Senior Legal Advisor, on this email and she'll send the info along to you. It probably won't add much to your investigative file, but it is the direct report we received from the county.

It's good to know that the local police have looked at it. We've heard that this was not an isolated incident but haven't received any other direct reports. We'll let you know if we do.

Thank you again. We really appreciate your help on this.

Melissa

Sent from my iPhone

> On Jul 21, 2021, at 7:20 AM, James Cannon <james.cannon@mesacounty.us> wrote:
>
> Hello Melissa,
> I am checking in with you, I have not seen any info come over on this yet.
> I can tell you I found a report in our local records where it appears that Grand Junction Police have already investigated this as a suspicious incident, but were unable to prove any crime. However I am happy to review whatever other information you may have on this allegation.
>
> Feel free to call me with any questions.
>
> On Tue, Jul 6, 2021 at 4:34 PM Dan Rubinstein <dan.rubinstein@mesacounty.us> wrote:
> Melissa,
>
> I am copying Sr. Investigator James Cannon, with my office, who handles my election investigations.  Can you please get him the information necessary to follow up. If you need anything further from me, please do no hesitate to reach back out.
>
> Thanks,
>
> Dan
>
> On Tue, Jul 6, 2021 at 4:15 PM Janet Drake <Janet.Drake@coag.gov> wrote:
>
> Dan,
>
>
> I'm writing to introduce you to Melissa Kessler, Legal and Policy director for the Department of State.  Melissa reached out to my office regarding a voter intimidation complaint that allegedly occurred in Mesa County.  The complainant is Yvette Roberts and she resides in Grand Junction.  Based on the information we have currently, this appears to be a single-jurisdiction situation that warrants some additional investigation.  Melissa will be able to provide additional information.
>
>
> Please feel free to contact me if you need anything additional.
>
>
> Sincerely,
>
> Janet
>
>
> Janet Drake
>
> Deputy Attorney General
>
> Criminal Justice Section
>
> 720.508.6716
>
> <image001.png>
>
>
>
> --
> Daniel P. Rubinstein
> District Attorney
> 21st Judicial District Attorney's Office

--
James Cannon
Senior Investigator - District Attorney
21st Judicial District - Mesa County
Office: (970) 244-1730; Direct: (970) 244-1702
james.cannon@mesacounty.us

**Attachments:**

**image001.png** 22k

---

**Melissa.Kessler@sos.state.co.us** Melissa Kessler  Friday, July 30, 2021 at 12:38:05 PM Mountain Daylight Time
To: james.cannon@mesacounty.us James Cannon, dan.rubinstein@mesacounty.us Dan Rubinstein
Cc: Janet.Drake@coag.gov Janet Drake, Erika.Friedlander@sos.state.co.us Erika Friedlander

Good afternoon,

We received further correspondence on this issue today. Please see the attached email from Grand Junction resident Debra Powell involving suspicious activity and potential voter intimidation.

We have not reached out to Ms. Powell. Please let us know if you need any additional information from us.

Thank you,

Melissa

**Melissa Belle Kessler**

Legal and Policy Director | Department of State

303.860.6947 (desk) |720.326.0713 (cell)

---

**From:** Melissa Kessler
**Sent:** Wednesday, July 21, 2021 10:54 AM
**To:** James Cannon <james.cannon@mesacounty.us>
**Cc:** Dan Rubinstein <dan.rubinstein@mesacounty.us>; Janet Drake <Janet.Drake@coag.gov>; Erika Friedlander <Erika.Friedlander@SOS.STATE.CO.US>
**Subject:** Re: [EXTERNAL] Re: Mesa County Voter Intimidation

Thank you so much for following up. I apologize for not sending over the email we received sooner. I'm out of the office, but I've copied Erika, our Senior Legal Advisor, on this email and she'll send the info along to you. It probably won't add much to your investigative file, but it is the direct report we received from the county.

It's good to know that the local police have looked into it. We've heard that this was not an isolated incident but haven't received any other direct reports. We'll let you know if we do.

Thank you again. We really appreciate your help on this.

Melissa

Sent from my iPhone

On Jul 21, 2021, at 7:20 AM, James Cannon <james.cannon@mesacounty.us> wrote:

Hello Melissa,

I am checking in with you, I have not seen any info come over on this yet.

I can tell you I found a report in our local records where it appears that Grand Junction Police have already investigated this as a suspicious incident, but were unable to prove any crime. However I am happy to review whatever other information you may have on this allegation.

Feel free to call me with any questions.

On Tue, Jul 6, 2021 at 4:34 PM Dan Rubinstein <dan.rubinstein@mesacounty.us> wrote:

> Melissa,
>
> I am copying Sr. Investigator James Cannon, with my office, who handles my election investigations. Can you please get him the information necessary to follow up. If you need anything further from me, please do no hesitate to reach back out.
>
> Thanks,
>
> Dan
>
> On Tue, Jul 6, 2021 at 4:15 PM Janet Drake <Janet.Drake@coag.gov> wrote:
>
>> Dan,
>>
>> I'm writing to introduce you to Melissa Kessler, Legal and Policy director for the Department of State. Melissa reached out to my office regarding a voter intimidation complaint that allegedly occurred in Mesa County. The complainant is Yvette Roberts and she resides in Grand Junction. Based on the information we have currently, this appears to be a single-jurisdiction situation that warrants some additional investigation. Melissa will be able to provide additional information.
>>
>> Please feel free to contact me if you need anything additional.
>>
>> Sincerely,
>>
>> Janet
>>
>> Janet Drake
>>
>> Deputy Attorney General
>>
>> Criminal Justice Section
>>
>> 720.508.6716
>>
>> <image001.png>

Daniel P. Rubinstein

District Attorney

21st Judicial District Attorney's Office

--

James Cannon
Senior Investigator - District Attorney
21st Judicial District - Mesa County
Office: (970) 244-1730; Direct: (970) 244-1702

james.cannon@mesacounty.us

**Attachments:**
**RE: [EXTERNAL] Suspicious Activity.eml** 41k
**image001.png** 13k