# EXHIBIT 7

# SecState is First Mention of Yvette Roberts Complaint and the VRA

RE_ [EXTERNAL] Suspicious Activity (3).e...   ↓ Download

**Matt Domboski** <Matt.Domboski@SOS.STATE.CO.US>
To: Melissa Kessler
Cc: Caleb Thornton; Nathan Blumenthal; Theresa Conley; Judd Choate; Hilary Rudy; Annie Orloff; Steve Hurlbert

Fri 7/30/2021 9:50 AM

Hi Melissa,

We received an email from a Debra Powell regarding individuals who were knocking on doors in Grand Junction asking residents if they voted in the last election. (see email below) We previously received reports of this happening in Mesa County, although not from this particular person.

This activity raises a concern regarding voter intimidation, which is on the DOJ's radar. This alleged activity appears to be an act of voter intimidation which our office could refer to the DOJ for potential prosecution.

The DOJ, in their guidance on post-election audits and voter intimidation, highlighted recent court cases in which the activity mentioned may have constituted voter intimidation under the Voting Right Act of 1965, the National Voter Registration Act of 1993, and Section 131 of the Civil Rights Act of 1957. In addition, the DOJ highlighted a similar scenario where there were proposals to canvass precincts in an urban county to contact individuals face to face in order to see whether the individuals were qualified voters who had in fact actually voted. The DOJ then proceeds to stress that these sorts activities raise voter intimidation concerns.

The DOJ has also stressed that they will act to ensure that citizens feel safe in exercising their right to vote in future elections. Included on the guidance document is a complaint form and hotline to report potential voter intimidation. The DOJ may want to, at minimum, investigate what Ms. Powell is alleging.

I suggest that we refer this matter to the DOJ, but wanted to get your thoughts and the exec team's thoughts on the matter. Thank you.

Best,

**Matt Domboski**
Legal Analyst | Department of State
303.894.2200 ext. 6353
matt.domboski@sos.state.co.us
1700 Broadway, Suite 550
Denver, CO 80290


Colorado Secretary of State