# EXHIBIT 8

# SecState Investigated Yvette Roberts

| | |
|---|---|
| From: | Caleb Thornton |
| To: | Y. Roberts |
| Subject: | RE: [EXTERNAL] Re: Grand Junction Voter Intimidation Effort |
| Date: | Monday, July 12, 2021 9:07:55 AM |
| Attachments: | image001.png |

Hi Yvette,

How about tomorrow at 3PM? I would be happy to give you a call.

Thank you,

**Caleb Thornton**
Legal Unit Manager | Department of State
303.894.2200 ext. 6386
caleb.thornton@sos.state.co.us
1700 Broadway, Suite 550
Denver, CO 80290

