IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota
    Plaintiff(s)

v.

United States Election Integrity Plan,
Shawn Smith, Ashley Epp,
and Holly Kasun
    Defendant(s)

## **NOTICE OF ERRATA**

    Defendant Ashley Epp provides this Notice of Errata with regards to MOTION TO REPOPEN COUNTERCLAIMS (ECF, No 131). The data of service listed on the pleading was March 20, 2024, and the correct date is March 22, 2024. An amended motion reflecting the accurate date is attached to this notice.

Dated: March 22, 2024

                                                /s/*Ashley* Epp

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served through ECF this 22th day of March 2024, to all counsel of record.

/s/*Ashley* Epp

_____

Ashley Epp
asheinamerica@protonmail.com