IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to D.C. Colo. Local Rule 5(b), Ronald A. Fein of Free Speech For People hereby moves the Court for permission to withdraw as counsel of record for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. Undersigned counsel is leaving Free Speech For People. Plaintiffs will continue to be represented by Jean Paul Bradshaw, Casey Breese, Dion Farganis, Brian A. Dillon and Amy Erickson of Lathrop GPM LLP and Courtney Hostetler, John Bonifaz, and Ben Clements of Free Speech For People. A copy of this motion will be served on Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota.

1

Accordingly, good cause exists for the granting of this Motion to Withdraw as Counsel of Record.

| | |
|---|---|
| Dated:  April 11, 2024 | FREE SPEECH FOR PEOPLE |

By */s/ Ronald A. Fein*
Ronald A. Fein
Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Dion Farganis
Dion.farganis@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

2

## CERTIFICATE OF SERVICE

       I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record and to unrepresented parties Ashley Epp and Holly Kasun. Further, a copy of the foregoing was sent via electronic mail and U.S. First Class Mail on the following:

Ms. Portia Prescott
Colorado Montana Wyoming State Area Conference of the NAACP
3030 Downing St.
Denver, CO 80205
portiaprescott@gmail.com

Mr. Salvador Hernandez
Mi Familia Vota Colorado
2525 W Alameda Ave.
Denver, CO 80219
salvadorh@mifamiliavota.org

Ms. Beth Hendrix
League of Women Voters of Colorado
1410 Grant St. #B204
Denver, CO 80203
bhendrix@lwvcolorado.org

                                      s/*Ronald A. Fein*