**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota
    Plaintiff(s)

v.

United States Election Integrity Plan,
Shawn Smith, Ashley Epp,
and Holly Kasun
    Defendant(s)

---

**ORDER REGARDING ASHLEY EPP'S PRO SE MOTION IN LIMINE**

---

THIS MATTER coming before the Court Pro Se Defendant Ashley Epp's Motion in Limine, THIS COURT, having reviewed the same and being fully advised in the premises, hereby grants or denies the following:

| **Granted** | **Denied** | **Exhibit No.** | **Description of Item to be EXCLUDED** |
|---|---|---|---|
| | | TOPIC | The topic of the Capitol Riot on January 6, including deposition, interrogatories or other documented evidence. |
| | | PLTF00060 | CPR, Oct 20, 2022 Concerning USEIP Canvassing Efforts |
| | | PLTF 00061 | Miles Parks, July 21, 2022 Article published in NPR |
| | | PLTF00071 | Liz Dye, March 21, 2022 Article published in Above the Law |

1

| Granted | Denied | Exhibit No. | Description of Item to be ADMITTED |
|---|---|---|---|
| | | Epp001 | Shawn Smith CORA Log |
| | | Epp002 | Mesa County DA Unredacted Emails (Exhibit 6A-6B) |
| | | Epp003 | Grand Junction Police Department Open Records – Fulfilled to Ms. Epp |
| | | Epp004 | Mesa County Sheriff's Office Open Records – Fulfilled to Ms. Epp |
| | | Epp005 | James Cannon Email with Holly Kasun - Cannot Recall Records |
| | | Epp007 | SecState First Mention of VRA in this Case |
| | | Epp008 | SecState Open Records Produced to Ms. Epp |
| | | Epp009 | Tara Menza Email with Beth Hendrix |
| | | Epp010 | Tara Menza, Witness |
| | | Epp011 | Yvette Roberts Sworn Declaration |
| | | Epp012 | The LWVCO Safety Plan (LWVCO0000112) |

IT IS SO ORDERED on this _____ day of _____, 2024.

BY THE COURT:

_____

JUDGE CHARLOTTE N. SWEENEY

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO