IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming

State Area Conference of the NAACP,

League of Women Voters of Colorado, and

Mi Familia Vota

    Plaintiff(s)

v.

United States Election Integrity Plan,

Shawn Smith, Ashley Epp,

and Holly Kasun

    Defendant(s)

---

**ORDER REGARDING PRO SE DEFENDANT KASUN'S FIRST MOTION IN LIMINE TO EXCLUDE CERTAIN EVIDENCE AND ADMIT CERTAIN EVIDENCE**

---

THIS MATTER coming before the Court Pro Se Defendant Holly Kasun's First Motion in Limine to Exclude Certain Evidence and Admit Certain Evidence, THIS COURT, having reviewed the same and being fully advised in the premises, hereby grants or denies the following:

| Granted | Denied | Exhibit No. | Description of Item to be EXCLUDED |
|---|---|---|---|
| | | Topic | Any testimony, and deposition transcript and/or excerpts from all parties and witnesses on the topic of January 6th. |
| | | USEIP 30(b)(6) Deposition | USEIP's deposition including testimony, the transcript, and excerpts from USEIP (30(b)(6). |
| | | Topic | Any testimony, deposition transcripts, and/or news articles on the topic of guns, carrying guns, and/or brandishing weapons. |
| | | Topic | Any reference to the topic of race and/or racism in testimony, documentation, or unverified news sources. |

| Granted | Denied | Exhibit No. | Description of Item to be ADMITTED |
|---|---|---|---|
| | | COSOS0000002-10 | FRE 106 unredacted version of SecState and Law enforcement redacted emails Plaintiff's disclosed in discovery.<br>• Authentication emails between pro se Defendant Holly Kasun and Mesa County CORA representatives Brenda Weisman and cc'd John Rhoads requesting and responding to CORA request.<br>• Mesa County CORA responsive records and communications including attachments:<br>• Google Vault - FW_ [EXTERNAL] Grand Junction voter intimidation effort.pdf |

|   |   |   | • Google Vault - Mesa County Voter Intimidation.pdf, RE_ [EXTERNAL] Suspicious Activity (3).eml,<br>• Image 001.png.<br>• Email communications between Holly Kasun and James Cannon Mesa Co. Investigator (DA's Office) 2/20/24.<br>• Email communications between Holly Kasun and James Cannon Mesa Co. Investigator (DA's Office) 2/15/24. |
|---|---|---|---|
|   |   | Witness & email communications | Confirming the Courts Oral Order (ECF 125) admitting Tara Menza as a witness including materially relevant communications with Plaintiff Hendrix undisclosed by Plaintiffs during discovery and 26(e) requirements. |
|   |   | LWVCO0000112 | Confirming the Court's Oral Order (ECF 125) admitting Plaintiffs' evidence "Safety Plan" (LWVCO0000112) aka "Document 112" also on Plaintiffs' exhibit list (ECF 95) per the Court's Oral Order (ECF 125). Exhibit was given bates number and in Pretrial Order in May 2023, but hadn't been disclosed to Defendants until January 2024. |

IT IS SO ORDERED on this _____ day of _____, 2024.

BY THE COURT:

_____

JUDGE CHARLOTTE N. SWEENEY

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO