IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

## UNOPPOSED MOTION TO APPEAR VIRTUALLY AT THE JUNE 21, 2024 TRIAL PREPARATION CONFERENCE

Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs") respectfully move the Court for an Order allowing the parties to appear virtually at the June 21, 2024 Trial Preparation Conference, and in support thereof state as follows.

1. A Trial Preparation Conference is scheduled before the Court on June 21, 2024 at 9:00am. The Court's Order setting the Trial Preparation Conference states that the *pro se parties* and lead counsel must attend the Conference, but does not specify whether it is to take place in person or virtually. (ECF No. 127.)

1

2. Pursuant to D.C. Colo. L. Civ. R. 7.1(a), the undersigned counsel conferred with *pro se* Defendants Ashley Epp and Holly Kasun, and counsel for Defendant Shawn Smith, Jessica Hays, regarding this motion. All parties are in support of the motion and prefer to appear virtually at the June 21, 2024 Trial Preparation Conference.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order allowing the parties to appear virtually at the Trial Preparation Conference.

Dated: June 5, 2024                         LATHROP GPM LLP

By */s/Amy Erickson*
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Kristin Stock
Kristin.Stock@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

2

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Amira Marcella Mattar
amira@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served through ECF this 5th day of June, 2024, to all counsel of record and *pro se* parties.

*/s/Amy Erickson*