**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

      Plaintiff(s),

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun.

      Defendant(s).

---

### PRO SE DEFENDANT KASUN'S RESPONSE OPPOSING PLAINTIFFS MOTION IN LIMINE (ECF 141)

---

Pro se Defendant Kasun anticipates the entrance of counsel within the next few

days of filing this response to Plaintiffs' Motion in Limine. Given the deadline to respond

to Plaintiff's Motion in Limine, Defendant Kasun respectfully submits this Response

Opposing Plaintiffs' Motion in Limine.

### <u>INTRODUCTION</u>

Pro se Defendant Kasun filed a Motion in Support of Defendant Smith's Motion in

Limine on January 2, 2024 (ECF 99); seven (7) days after becoming a Pro se

Defendant (ECF 112).  Defendant Kasun then filed her own Motion in Limine on May

31, 2024 (ECF 142) to which Plaintiffs did not respond.  Instead, Plaintiffs filed their own

Motion in Limine on May 31 (ECF 141).

## ARGUMENT

Plaintiff's Motion in Limine is overly broad and vague.  It fails to address any

specific exhibits which have been listed and described in all three Defendants' Motions

in Limine (Smith ECF 99), (Epp ECF 140),(Kasun ECF 142).  Rather Plaintiffs' motion

argues vaguely that no evidence that has been disclosed since the close of discovery

should be admitted.  The admission of evidence is at the Court's discretion and should

be evaluated individually, instance by instance pursuant to the Federal Rules of

Evidence and Federal Rules of Civil Procedure.

Defendant Kasun reasserts her fundamental argument for the admission of

specific evidence because the evidence directly relates to the Court's Oral Order

admitting witness Tara Menza, and Plaintiffs exhibit (LWVCO00012) due to Plaintiffs

failure to disclose both during discovery.   The emails Defendant Kasun requests to be

admitted are the unredacted version of redacted emails Plaintiffs disclosed in discovery.

Given Plaintiffs numerous failures to comply with discovery as outlined in pro se

Defendants' Motion for Sanctions (ECF 128) it raises the question why would Plaintiffs

argue against admitting the full context of their own exhibits, asserting they've never

seen them? The unredacted emails were available to all parties through open records

request (CORA) and are materially relevant to the case.

Plaintiffs' Motion in Limine does not dispute any of pro se Defendant Kasun's

request for specific documents and topics to be excluded from evidence and at trial.

Defendant Kasun requests the Court exclude each of the items listed in the Proposed

Order filed with Kasun's Motion in Limine (ECF 142 attachment 1) given Plaintiffs have

not opposed any of the exclusions.

## CONCLUSION

Pro se Defendant Kasun respectfully submits this Response to Plaintiffs' Motion

in Limine and asks the Court to grant all pro se Defendant Kasun's request for specific

admissions and exclusions of evidence in her Motion in Limine Proposed Order

consistent with the Federal Rules of Evidence and Federal Rules of Civil Procedure as

outlined in (ECF 142, 142 attachment 1).

*s/ Holly Kasun*
Holly Kasun Pro Se Defendant
hollyataltitude@protonmail.com

## CERTIFICATE OF SERVICE

I hereby on June 6, 2024 electronically filed the foregoing **PRO SE DEFENDANT
KASUN'S RESPONSE TO PLAINTIFFS MOTION IN LIMINE (ECF 141)** with the Clerk
of Court using the CM/ECF system which will send notification of such filing to the
following e-mail addresses:

• Amy Elizabeth Erickson
• amy.erickson@lathropgpm.com, claudia.neal@lathropgpm.com

• Ben Clements
• bclements@freespeechforpeople.org

• Brian Andrew Dillon
• brian.dillon@lathropgpm.com, kristina.procai@lathropgpm.com

• Casey Carlton Breese
• casey.breese@lathropgpm.com, brandi.pruett@lathropgpm.com,
cheyenne.serrano@lathropgpm.com

• Courtney Marie Hostetler
• chostetler@freespeechforpeople.org

- Jean Paul Bradshaw , II
- jeanpaul.bradshaw@lathropgpm.com

- John C. Bonifaz
- jbonifaz@freespeechforpeople.org

- Amira Marcella

- Kristin M. Stock
- kristin.stock@lathropgpm.com, lois.siljander@lathropgpm.com

- Zeyen Julian Wu
- zeyen.wu@usdoj.gov, annette.dolce@usdoj.gov

- Ashley Epp
- asheinamerica@protonmail.com

- Jessica Hays
- Jessica@reischlawfirm.com

- Scott Reisch
- Scott@Reischlawfirm.com

*s/ Holly Kasun*
Holly Kasun Pro Se Defendant
hollyataltitude@protonmail.com