**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

       Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

       Defendants.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

To the clerk of court and all parties of record:

       PLEASE TAKE NOTICE that Cameron Powell of the law firm Gregor Wynne Arney,

PLLC, hereby enters his appearance in this case as counsel of record for Holly Kasun.


DATED this 11th day of June, 2024.

       */s/ Cameron Powell*
       **Cameron Powell, (CO # 459020)**
       GREGOR WYNNE ARNEY, PLLC
       4265 San Felipe, Suite 700
       Houston, Texas 77027
       Telephone: (503) 502-5030
       E-mail: cpowell@gwafirm.com

       *Attorney for Defendant Holly Kasun*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system to all counsel of record.  I also certify that I have served the foregoing document to the following non-CM/ECF participants via U.S. Mail:

Ashley Epp, 1132 Koa Court, Castle Rock, CO 80104


*/s/ Cameron Powell*
Cameron Powell