IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Case No. 1:22-cv-581-CNS-NRN                    Date   June 14, 2024

Case Title Colorado Montana Wyoming State Area Conference of the NAACP et al v. United States Election Integrity Plan et al.

DEFENDANT SHAWN SMITH'S FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| Shawn Smith (Will) | Direct: | 2 hr | Cross: | | Total: | |
| Holly Kasun (Will) | Direct: | 2 hr | Cross: | | Total: | |
| Ashely Epp (Will) | Direct: | 2 hr | Cross: | | Total: | |
| Portia Prescott (Will) | Direct: | 1 hr | Cross: | 1 hr | Total: | |
| Salvador Hernandez (Will) | Direct: | 1 hr | Cross: | 1 hr | Total: | |
| Beth Hendrix (Will) | Direct: | 1 hr | Cross: | 1 hr | Total: | |
| Jeffrey Young (May) | Direct: | 2 hr | Cross: | | Total: | |
| Colorado Secretary of State Jena Griswold (May) | Direct: | | Cross: | 30 min | Total: | |
| Wayne Williams (May) | Direct: | 30 min | Cross: | | Total: | |

Dated this 14th day of June, 2024.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays, #53905
R. Scott Reisch, #26892
1490 W. 121st Avenue, Suite 202
Denver, CO 80234
(303) 291-0555
Scott@reischlawfirm.com
Jessica@reischlawfirm.com
*Attorneys for Defendant, Shawn Smith*