# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-00581-CNS-NRN                      Date: June 14, 2024

Case Title: *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun*

## PLAINTIFFS' WITNESS LIST

| WITNESS & DATE (MAY / WILL) | Direct | Cross | Total |
|---|---|---|---|
| Professor Atiba Ellis (Will Call) | 2hrs | | |
| Yvette Roberts (Will Call) | 1hr | | |
| Portia Prescott (Will Call) | 1hr | | |
| Salvador Hernandez (Will Call) | 1hr | | |
| Beth Hendrix (Will Call) | 1hr | | |
| Chris Bealle, Deputy Secretary of State, Colorado Secretary of State's Office (Will Call) | 1hr | | |
| Representative of the Colorado Attorney General's Office (May Call) | 30min | | |
| Representative of the Adams County Clerk and Recorders Office (May Call) | 30min | | |
| Representative of the Douglas County Clerk and Recorders Office (May Call) | 30min | | |
| Representative of the El Paso County Clerk and Recorders Office (May Call) | 30min | | |
| Shawn Smith (Will Call)[1] | | 2 hr | |
| Ashley Epp (Will Call) | | 2 hr | |
| Holly Kasun (Will Call) | | 2 hr | |
| Jeff Young (Will Call) | | 2 hr | |

---

[1] Plaintiffs anticipate calling Mr. Smith, Ms. Epp, Ms. Kasun, and Mr. Young adversely as part of their case in chief.

63009769v2

Dated:  June 14, 2024

LATHROP GPM LLP

By /s/Amy Erickson
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Kristin Stock
Kristin.Stock@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy Erickson (#54710)
Amy.erickson@lathropgpm.com


LATHROP GPM LLP
675 15th St. Suite 2650
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org

FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 249-3015

*ATTORNEYS FOR Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

63009769v2