IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-00581-CNS-NRN                    Date: June 14, 2024

Case Title: *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun*

### DEFENDANT HOLLY KASUN'S FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Holly Kasun (Will Call) | Direct: 2 hr | Cross: | Total: |
| Yvette Roberts (Will Call) | Direct: | Cross: 1 hr | Total: |
| Salvador Hernandez (Will Call) | Direct: | Cross: 30 min | Total: |
| Ashley Epp (Will Call) | Direct: 1 hr | Cross: | Total: |
| Shawn Smith (Will Call) | Direct: 1 hr | Cross: | Total: |
| Amanda Carlson (May Call) | Direct: 30 min | Cross: | Total: |
| Jeff Young (Will Call) | Direct: 3 hr | Cross: | Total: |
| Andy Sullivan (May Call) | Direct: | Cross: 30 min | Total: |
| Wayne Williams (May Call) | Direct: 30 min | Cross: | Total: |
| Joanie Walton (May Call) | Direct: 30 min | Cross: | Total: |
| Casey Breese (May Call) | Direct: | Cross: 30 min | Total: |
| Professor Atiba Ellis (Will Call) | Direct: | Cross: 4 hr | Total: |
| Jerry Kelley (May Call) | Direct: 30 min | Cross: | Total: |
| Mike Lindell (May Call) | Direct: | Cross: 2 hr | Total: |
| Karen Sheek (May Call) | Direct: | Cross: 30 min | Total: |
| Ann-Marie Fleming (May Call) | Direct: 30 min | Cross: | Total: |
| Debra McKee (May Call) | Direct: | Cross: 30 min | Total: |

63009769v1

| Witness | Direct | Cross | Total |
|---|---|---|---|
| Ruth Nerenberg (May Call) | | 30 min | |
| Jennifer Fillipowski (May Call) | | 30 min | |
| Representative of the Office of the Colorado Secretary of State (May Call) | 1 hr | | |
| Michelle Garcia (May Call) | | 30 min | |
| Tara Menza (Will Call) | 1 hr | | |
| Matthew Menza (May Call) | 30 min | | |
| Jena Griswold (Will Call) | | 2 hr | |
| Kurt Olsen (May Call) | 30 min | | |
| Tina Peters (May Call) | | 30 min | |
| Miles Park (May Call) | | 30 min | |
| Jan Wondra (May Call) | | 30 min | |
| Representative of Colorado Public Radio (May Call) | 30 min | | |
| Representative of Adams County, Colorado Clerk's Office (May Call) | 30 min | | |
| Representative of Douglas County, Colorado Clerk's Office (May Call) | 30 min | | |
| Representative of El Paso County, Colorado Clerk's Office (May Call) | 30 min | | |
| Representative of Mesa County, Colorado Clerk's Office (May Call) | 30 min | | |
| Precinct Representative for Douglas County, Colorado (May Call) | 30 min | | |
| Precinct Representative for El Paso County, Colorado (May Call) | 30 min | | |
| Precinct Representative for Weld County, Colorado (May Call) | 30 min | | |
| Precinct Representative for Mesa County, Colorado (May Call) | 30 min | | |
| Sharona Bishop (May Call) | | 30 min | |
| Corey Anderson (Will Call) | 30 min | | |
| Karen Kennedy (Will Call) | 30 min | | |
| Portia Prescott (Will Call) | | 2 hr | |

| Witness | Direct | Cross | Total |
|---|---|---|---|
| Beth Hendrix | Direct: | Cross: 2 hr | |
| Rosemary Lytle (May Call) | Direct: | Cross: 30 min | Total: |
| Representative of the Colorado Attorney General's Office, Janet Drake (May Call) | Direct: | Cross: 30 min | Total: |
| Melody Peotter (May Call) | Direct: 30 min | Cross: | Total: |
| Eric Maulbetsch (May Call) | Direct: | Cross: 30 min | Total: |
| Dr. Douglas Frank (May Call) | Direct: | Cross: 30 min | Total: |
| Chris Beall (Will Call) | Direct: | Cross: 30 min | Total: |

Defendant Holly Kasun anticipates calling Professor Atiba Ellis, Yvette Roberts, Jena Griswold, Mike Lindell, Rosemary Lytle, Beth Hendrix, Portia Prescott, Sal Hernandez, Janet Drake, Jan Wondra, Tina Peters, Michelle Garcia, Ruth Nerenberg, Jennifer Fillipowski, Debra McKee, Karen Sheek, Casey Breese, Andy Sullivan, Eric Maulbetsch, Chris Beall, and Dr. Frank as adverse witness as part of her case in chief in the event Plaintiffs do not call them during their direct case.

Dated:  June 14, 2024

Gregor Wynne Arney, PLLC

/s/ Michael J. Wynne
Michael J. Wynne, (TX # 00785289)
mwynne@gwafirm.com
Cameron Powell, (CO # 00459020)
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403

*ATTORNEYS FOR Defendant Holly Kasun*

## CERTIFICATE OF SERVICE

I certify that on this date, June 14, 2024, I served a true and correct copy of the foregoing on all counsel and pro se parties by notice of electronic filing.

/s/ Michael J. Wynne
Michael J. Wynne