## FINAL LIST OF JOINT EXHIBITS

**CASE NO.:** 1:22-cv-00581-CNS-NRN

**CASE CAPTION:** Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota, Plaintiffs v. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun, Defendants.

**DATE:** January 16, 2024

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF01 | Smith, Epp, Kasun, USEIP, Young | United States Election Integrity Plan, County & Local Organizing Playbook (August 2021) (Dep. Ex. 2) | | | | | | | |
| PLTF02 | Smith, Epp, Kasun, USEIP, Young, | Voter Verification Volunteer Training Guide, Version 1 (USEIP0033-0044) | | | | | | | |
| PLTF03 | Smith, Epp, Kasun, USEIP, Young | Voter Verification Volunteer Training (USEIP0045-56) | | | | | | | |
| PLTF04 | Smith | Email from Shawn Smith, dated April 12, 2021, with Draft Voter Verification Procedures (USEIP0057) | | | | | | | |
| PLTF05 | Smith, Epp, Kasun, USEIP, Young | USEIP Colorado Canvassing Report dated March 11, 2022 (USEIP0073-94) | | | | | | | |

1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF06 | Smith, Epp, Kasun, USEIP, Young | United States Election Integrity Plan, Hitchhiker's Guide to Election Fraud Analytics: Guidelines and Learnings from Colorado (Dep. Ex. 11) | | | | | | | |
| PLTF07 | Young | Good Luck on Your Fishing Expedition (Dep. Ex. 7) | | | | | | | |
| PLTF08 | Smith | Video of Shawn Smith "I think if you're involved in election fraud, then you deserve to hang . . .", available at https://twitter.com/jenagri swold/status/1491991594 018304001?l%20ang= | | | | | | | |
| PLTF09 | Smith, Epp, Kasun, USEIP, Young | USEIP, U.S. Election Integrity Project Power Point, April 2021 (USEIP0238-0296) | | | | | | | |
| PLTF10 | Smith, Epp, Kasun, USEIP, Young | The Colorado Election Integrity Project: Statement on the 2020 Election (USEIP0297) | | | | | | | |
| PLTF11 | Smith, Epp, Kasun, USEIP, Young | The Colorado Election Integrity Project: Response to Ken Buck's Livestream on December 2, 2020 (USEIP0298) | | | | | | | |
| | | Ashe in America, are the tides turning on tyranny in Colorado?, dated November 23, 2021 (USEIP0166-175) | | | | | | | |

2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF12 | Epp | | | | | | | | |
| PLTF13 | Epp | Ashe in America, a crusade against truth and those who speak it, dated May 16, 2022 (USEIP0096-0101) | | | | | | | |
| PLTF14 | Epp | Ashe in America, denver, despotism, and the death of self-governance, dated March 18, 2022 (USEIP0102-0116) | | | | | | | |
| PLTF15 | Epp | Ashe in America, fraud PROVEN in colorado, cabal freaks out, legislators respond, dated March 22, 2022 (USEIP0117-0130) | | | | | | | |
| PLTF16 | Epp | Ashe in America, new evidence in colorado catches embattled secretary of state off guard, dated January 27, 2022 (USEIP0176-185) | | | | | | | |
| PLTF17 | Epp | Ashe in America, the interstate conspiracy (fact) to defraud the American people, dated September 27, 2021 (USEIP0131-0146) | | | | | | | |
| PLTF18 | Epp | Ashe in America, the ultimate gaslight, dated August 26, 2021 (USEIP0147-0165) | | | | | | | |

3

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF19 | Epp | Ashe in America, the ultimate gaslight 2, dated September 04, 2021 (USEIP0186-0228) | | | | | | | |
| PLTF20 | Epp | Ashe in America, we are all terrorists now, dated May 10, 2021 (USEIP0300-0308) | | | | | | | |
| PLTF21 | Smith, Epp, Kasun, USEIP, Young | Canvassing Script (USEIP000928-929) | | | | | | | |
| PLTF22 | Smith, Epp, Kasun, USEIP, Young | Photos and Affidavits Combined (USEIP000930-944) | | | | | | | |
| PLTF23 | Smith, Epp, Kasun, USEIP, Young | Walking Lists Compiled (USEIP000390-799) | | | | | | | |
| PLTF24 | Smith, Epp, Kasun, USEIP, Young | Walk List Maps Compiled (USEIP000921-927) | | | | | | | |
| PLTF25 | Smith, Epp, Kasun, USEIP, Young | Basecamp Posts | | | | | | | |

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF26 | Young | Affidavit Reports from Douglas, El Paso, Pueblo, and Weld Counties | | | | | | | |
| PLTF27 | Young | Peer Review Data | | | | | | | |
| PLTF27.a | Young | Report Data | | | | | | | |
| PLTF27.b | Young | Responder VOS | | | | | | | |
| PLTF27.c | Young | Responder VOS | | | | | | | |
| PLTF27.d | Young | Total State Estimates | | | | | | | |
| PLTF27.e | Young | VOS Table Review | | | | | | | |
| PLTF27.f | Young | VOS Table Review | | | | | | | |
| PLTF28 | Young | Precinct Voter Opportunity Score Documents | | | | | | | |
| PLTF28.a | Young | Douglas Precinct VOS | | | | | | | |
| PLTF28.b | Young | El Paso Precinct VOS | | | | | | | |

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF28.c | Young | Pueblo Precinct VOS | | | | | | | |
| PLTF28.d | Young | Weld Precinct VOS | | | | | | | |
| PLTF29 | Young | Volunteer Questions to Ask (English and Spanish) | | | | | | | |
| PLTF30 | Young | Voter Registration - Douglas, EL Paso, Pueblo, Weld | | | | | | | |
| PLTF30.a | Young | Voter Registration - Douglas | | | | | | | |
| PLTF30.b | Young | Voter Registration - EL Paso | | | | | | | |
| PLTF30.c | Young | Voter Registration - Pueblo | | | | | | | |
| PLTF30.d | Young | Voter Registration - Weld | | | | | | | |
| PLTF31 | Young | Jefferson Walk List | | | | | | | |
| PLTF32 | Young | Affidavit Index Clean | | | | | | | |
| PLTF33 | Young | Boulder Combined Walk Logs | | | | | | | |
| PLTF34 | Young | Confirmed Residences | | | | | | | |
| PLTF35 | Young | USEIP VV County Captains Guide | | | | | | | |

6

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF36 | Young | VV Captains Training V2 | | | | | | | |
| PLTF37 | Young | VV Volunteer Guide v6 | | | | | | | |
| PLTF38 | Rep. from Office of AG or SOS | Public Advisory Voter Intimidation 10.19.2020 | | | | | | | |
| PLTF39 | Rep. from Office of AG or SOS | Public Advisory Voter Intimidation 10.13.2022 | | | | | | | |
| PLTF40 | Hendrix | Email correspondence between Beth Hendrix and Amanda Carlson (USEIP0013-17) | | | | | | | |
| PLTF41 | Hendrix | League of Women Voters of Colorado Email Re: Election Questions, dated September 04, 2021(LWVCO0000002-3) | | | | | | | |
| PLTF42 | Hendrix | Email from Karen Sheek to Beth Hendrix Re: Edited Draft, dated September 01, 2021 (LWVCO0000009) | | | | | | | |
| | | Email correspondence between Beth Hendrix and Ann-Marie Fleming, dated March 10, 2022 (LWVCO0000032-35) | | | | | | | |

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF43 | Hendrix | | | | | | | | |
| PLTF44 | Hendrix | Email correspondence from Debra McKee, dated March 12, 2022 (LWVCO0000036-39) | | | | | | | |
| PLTF45 | Hendrix | Email correspondence between Ruth Nerenberg, Karen Sheek, and Beth Hendrix Re: County Clerk, dated April 21, 2022 (LWVCO0000041) | | | | | | | |
| PLTF46 | Hendrix | Email correspondence from Jennifer Fillipowski, dated September 07, 2021 (LWVCO0000046-47) | | | | | | | |
| PLTF47 | Hendrix | Email from Eric Maulbetsch to Beth Hendrix, dated September 06, 2021 (LWVCO0000070) | | | | | | | |
| PLTF48 | Hendrix | September Issue if the Voter: The Voice of LWVCO (Sep. 2021) (LWVCO0000072-85) | | | | | | | |
| PLTF49 | Hendrix | League of Women Voters of Colorado, Colorado's Innovative and Stellar Election System (May 2022) (LWVCO0000086-109) | | | | | | | |
| | | Records from the Colorado Secretary of State's Office related to Unofficial Door-to-Door Canvassing Efforts (COSOS0000001) | | | | | | | |

8

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF50 | Rep. from Office of SOS | | | | | | | | |
| PLTF51 | Rep. from Adams Cty. Clerk | Records from the Adams County Clerk and Recorder's Office (Adams0000001-120) | | | | | | | |
| PLTF52 | Rep. from Douglas Cty. Clerk | Records from the Douglas County Clerk and Recorder's Office (Douglas0000001-576) | | | | | | | |
| PLTF53 | Rep. from El Paso Cty. Clerk | Records from the El Paso County Clerk and Recorder's Office (ElPaso0000001) | | | | | | | |
| PLTF54 | USEIP | Defendant USEIP's Answers to Requests for Admissions, dated August 08, 2022 | | | | | | | |
| PLTF55 | USEIP | Defendant USEIP's Answers to Plaintiffs' First Set of Interrogatories, dated September 26, 2022 | | | | | | | |
| PLTF56 | Epp | Defendant Ashley Epp's Answers to Interrogatories, dated August 05, 2022 | | | | | | | |
| PLTF57 | Kasun | Defendant Holly Kasun's Answers to Interrogatories, dated August 05, 2022 | | | | | | | |
| | | Shawn Smith's Answers to Interrogatories, dated August 05, 2022 | | | | | | | |

9

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF58 | Smith | | | | | | | | |
| PLTF59 | Hendrix, Prescott, Hernandez | Colorado Public Radio Story Concerning USEIP Canvassing Efforts (PLTF0000001) | | | | | | | |
| PLTF60 | Hendrix, Prescott, Hernandez | Miles Parks, The election denial movement is now going door to door (July 21, 2022) (PLTF0000017-35) | | | | | | | |
| PLTF61 | Kasun | KOA, Holly Kasun Recent Colorado Voter Canvass (Mar. 16, 2022) (PLTF0000002) | | | | | | | |
| PLTF62 | Hendrix, Prescott, Hernandez | Eric Maulbetsch, CO GOP Selects Member of QAnon-Linked Conspiracy Group That Organized Jan 6 Caravan As Its 'Election Integrity' Chair (Aug. 11, 2021) (PLTF0000003-15) | | | | | | | |
| PLTF63 | USEIP, Hendrix, Prescott, Hernandez | Video, Colorado Election Conspiracist Three Percenter Leads USEIP's Door-to-Door Voter Verification Efforts (PLTF0000016) | | | | | | | |
| PLTF64 | Smith, Epp, Kasun | Video, Colorado Election Fraud Conspiracy Group Still Knocking on Voters' Doors (PLTF0000036) | | | | | | | |
| | | Erik Maulbetsch, Colorado Election Fraud Group Is Training Conspiracists in Other States to Knock | | | | | | | |

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF65 | Hendrix, Prescott, Hernandez | Doors in Search of 'Phantom Ballots', dated October 01, 2021 (PLTF0000037-48) | | | | | | | |
| PLTF66 | Hendrix, Prescott, Hernandez | Jan Wondra, Election Conspiracy Fraud Group is Expanding States in Door-to-Door Effort, dated December 09, 2021(PLTF0000049-52) | | | | | | | |
| PLTF67 | Hendrix, Prescott, Hernandez | Election Integrity Plan, Colorado Secretary of State Jen Griswold Sued Over Destruction of Election Records, Failure to Properly Test Voting Equipment, and Obstruction of Independent Election Audits (Nov. 19, 2021) (PLTF0000058-59) | | | | | | | |
| PLTF68 | Hendrix, Prescott, Hernandez | Lindell TV, Holly Kasun MAGA Securing Colorado's Elections Has Gained the Attention of MSM (PLTF0000060) | | | | | | | |
| PLTF69 | Hendrix, Prescott, Hernandez | Real America's Voice, Holly Kasun on the Bombshell New Report About Voting Machine Vulnerabilities (PLTF0000061-62) | | | | | | | |
| | | | | | | | | | |

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| PLTF70 | Hendrix, Prescott, Hernandez | Mike Lindell says God endorses his pursuit of election-fraud claims (April 29, 2022) (PLTF0000067-80) | | | | | | | |
| PLTF71 | Smith | Video, Tina Peters appears with Militia Supporters in a Video Call that Included Endorsement of Violence | | | | | | | |
| PLTF72 | Ellis | Expert Witness Report of Dr. Atiba R. Ellis dated October 28, 2022 | | | | | | | |
| SS1 | Hendrix | Email exchange between Matthew Menza and Beth Hendrix (LWVCO000055) | | | | | | | |
| SS2 | Hendrix | Email exchange between Jerry Kelley and Beth Hendrix (LWVCO000029-30) | | | | | | | |
| SS4 | Hendrix | Email exchange between Joani Walton and Beth Hendrix (LWVCO 000050-51) | | | | | | | |
| SS7 | Smith, Kasun, Epp | USEIP Volunteer Agreement (USEIP 0058) | | | | | | | |
| SS8 | Williams | Email exchange with Wayne Williams re: canvassing (USEIP 0063-0067) | | | | | | | |
| | | Photo/ video by Shawn Smith on June 23, 2021 | | | | | | | |

12

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| SS12 | Smith | | | | | | | | |
| SS13 | Hendrix | Email exchange with Andy Sullivan and Beth Hendrix (LWVCO 000031) | | | | | | | |
| SS15 | Smith | Shawn Smith Bank Statement 06/17-28/2021 | | | | | | | |
| EPP003 | Kasun, Smith | ACLU Philadelphia Statement on Canvassing (AEHK03) | | | | | | | |
| EPP004 | Kasun, Williams | Email exchange with Wayne Williams re: canvassing (USEIP 0067-0068) (AEHK004) | | | | | | | |
| EPP009 | Hendrix, Menza | Email exchange between Tara Menza and Beth Hendrix (AEHK09) | | | | | | | |
| EPP011 | Hendrix | Email exchange between Amanda Carlson and Beth Hendrix (LWVCO 000042-45) (AEHK11) | | | | | | | |
| EPP013 | Kasun, SecState | Mesa County DA Unredacted Emails (Exhibit 6A-6B/Epp002); Includes First Mention of VRA in this Case (Epp007) | | | | | | | |
| EPP016 | Kasun, SecState | James Cannon Email with Holly Kasun - Cannot Recall Records (Epp005) | | | | | | | |

13

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| EPP018 | Epp, SecState | SecState Open Records Produced to Ms. Epp (Epp008) | | | | | | | |
| EPP019 | Roberts | Yvette Roberts Sworn Declaration (Epp011) | | | | | | | |
| EPP020 | Hendrix | The LWVCO Safety Plan (LWVCO0000112) (Ex. 50) | | | | | | | |
| EPP021 | Breese | Declaration of Casey Breese (ECF No. 07) | | | | | | | |
| EPP021-1 | Breese | Declaration of Casey Breese Exhibit A (ECF No. 07-1) | | | | | | | |
| EPP022 | Hendrix | Declaration of Beth Hendrix (ECF No. 08) | | | | | | | |
| EPP023 | Prescott | Declaration of Portia Prescott (ECF No. 09) | | | | | | | |
| EPP024 | Hernandez | Declaration of Salvador Hernandez | | | | | | | |
| EPP025 | Hendrix, SecState | Plaintiff Privilege Log | | | | | | | |
| KAS1 | Hendrix | LWV's Response to Defendants' First Discovery | | | | | | | |
| KAS2 | Hernandez | MFV's Response to Defendants' First Discovery | | | | | | | |
| KAS3 | Prescott | NAACP's Response to Defendants' First Discovery | | | | | | | |
| KAS4 | Hendrix | LWV Voter Intimidation Notice (Sept 2021 email) (Adams 001; part of PLTF51) | | | | | | | |
| KAS5 | Roberts; SecState | Yvette Roberts – June 2021 Complaint and Redacted Emails from SOS (COSOS 01-10) | | | | | | | |
| KAS6 | Hendrix | Christian Science Monitor email to Beth Hendrix re: USEIP (LWVCO 001) | | | | | | | |
| KAS7 | Hendrix | Beth Hendrix email re: USEIP intimidation (Sept 2021) (LWVCO 002-3) | | | | | | | |

63992438v2

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| KAS8 | Hendrix | Email from Thomson-Reuters to B. Hendrix (LWVCO 031) | | | | | | | |
| KAS9 | Hendrix | LWV Announcement of filing of Complaint against USEIP (LWVCO 033-35) | | | | | | | |
| KAS10 | Hendrix | Email from donor Debra McKee to B. Hendrix responding to announcement of Complaint (LWVCO 036) | | | | | | | |
| KAS11 | Hendrix | 5/20/22 Email from CNN to LWV and thread re: Complaint (LWVCO 040) | | | | | | | |
| KAS12 | Hendrix | 9/8/21 LVW email notifying subscribers of voter intimidation (LWVCO 072) | | | | | | | |
| KAS13 | Hendrix | Email from Marjorie Gray to Beth Hendrix re: media (LWVCO 069) | | | | | | | |
| KAS14 | Hendrix | 9/10/21 LVW email notifying subscribers of voter intimidation (LWVCO 056) | | | | | | | |
| KAS15 | Hendrix | Voter Matthew Menza email to Beth Hendrix about LWV statements re: USEIP (Sept 2021) (LWVCO0013-15) | | | | | | | |
| KAS16 | Smith Young | Email and Photo from Voter Laurie W (ELPASO 001; part of PLTF53) | | | | | | | |
| KAS17 | Hendrix | Vice News email to LWV (LWVCO0028) | | | | | | | |
| KAS18 | Hendrix | LWV Program of Study and Action (2022) ("programbook-reformat-final.pdf") | | | | | | | |
| KAS19 | Epp. | Welcome Guide [0095].pdf (USEIP 0095) | | | | | | | |
| KAS20 | Hendrix | LWV "Study Material to LWVUS 021722.pdf" (Dec 2021) | | | | | | | |
| KAS21 | Hendrix | LWV article "The 2016 Election WAS Rigged" (Produced; Bates TBD) | | | | | | | |
| KAS22 | Smith | VV Walk Training.pptx (Produced; Bates TBD) | | | | | | | |
| KAS23 | Young Smith | Weld County "Voter Verification Volunteer Training" | | | | | | | |

15

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| | | (WeldCountyVoterVerificationTraining.docx) (Produced; Bates TBD) | | | | | | | |
| KAS24 | Smith Epp Young | Voter Verification worksheet - "vv_list_example.pdf" (Produced; Bates TBD) | | | | | | | |
| KAS25 | Young | Voter Log Processing - Post Canvassing ("completed_log_instructions_printer_friendly.pdf") (Produced; Bates TBD) | | | | | | | |
| | Hendrix | Emails between Amanda Carlson and B. Hendrix (starting 10/5/21)  LVW 0064-68 | | | | | | | |
| | Hendrix | 9/6/21 Email from Colorado Times Recorder to B. Hendrix LVW 0070 | | | | | | | |
| KAS26 | SecState Young Kasun | Combined Registered Voter List (Parts 1-9) (Produced; Bates TBD) | | | | | | | |

16