IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-00581-CNS-NRN | Date: June 21, 2024 |
|---|---|---|
| Courtroom Deputy: | Kally Myhaver | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP | *Amy Erickson* *Brian Dillon* |
| LEAGUE OF WOMEN VOTERS OF COLORADO | *Amy Erickson* |
| MI FAMILIA VOTA | *Courtney Hostetler* |
| | *Kristin Stock* |
| **Plaintiffs** | |
| v. | |
| SHAWN SMITH | *Scott Reisch* |
| | *Jessica Hays* |
| ASHLEY EPP | *Pro Se* |
| HOLLY KASUN | *Michael Wynne* |
| **Defendants** | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session: 9:03 a.m.

Appearance of counsel, participants Courtney Hostetler Brian Dillon, and Kristin Stock, present via VTC.

Discussion held on trial practices and timing.

Discussion held on witnesses.

**ORDERED:** Ms. Kasun's counsel shall submit a revised witness list to the parties on or before June 28, 2024 as stated on the record.

Discussion held on exhibits.

**ORDERED:   Parties are limited to 45 minutes as to opening statements.**

Discussion held as to courtroom decorum.

Court in Recess:  9:36 a.m.              Hearing concluded.              Total time in Court:  00:33