**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney**

Civil Action No. 1:22-cv-00581-CNS-NRN                    Date: June 28, 2024

Case Title: *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun*

**DEFENDANT HOLLY KASUN'S FINAL WITNESS LIST**

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Holly Kasun (Will Call) | Direct: 3 hr | Cross: ___ | Total: ___ |
| Yvette Roberts (Will Call) | Direct: ___ | Cross: 1 hr | Total: ___ |
| Salvador Hernandez (Will Call) | Direct: ___ | Cross: 1 hr | Total: ___ |
| Ashley Epp (Will Call) | Direct: 3 hr | Cross: ___ | Total: ___ |
| Shawn Smith (Will Call) | Direct: 1 hr | Cross: ___ | Total: ___ |
| Amanda Carlson (May Call) | Direct: 1 hr | Cross: ___ | Total: ___ |
| Jeff Young (Will Call) | Direct: 4 hr | Cross: ___ | Total: ___ |
| Tamara Nation (Will Call) | Direct: 2 hr | Cross: ___ | Total: ___ |
| Susan Gonzalez (Will Call) | Direct: 1 hr | Cross: ___ | Total: ___ |
| Matt Bercham (May Call) | Direct: 1 hr | Cross: ___ | Total: ___ |
| Casey Breese (Will Call) | Direct: ___ | Cross: 30 min | Total: ___ |
| Professor Atiba Ellis (Will Call) | Direct: ___ | Cross: 4 hr | Total: ___ |
| Dave Roach (May Call) | Direct: 1 hr | Cross: ___ | Total: ___ |
| Mike Lindell (May Call) | Direct: 1 hr | Cross: ___ | Total: ___ |
| Karen Sheek (May Call) | Direct: ___ | Cross: 1 hr | Total: ___ |
| Jean Jamarillo (May Call) | Direct: ___ | Cross: 30 min | Total: ___ |
| Debra McKee (May Call) | Direct: ___ | Cross: 30 min | Total: ___ |

63009769v1

| Witness | Direct | Cross | Total |
|---|---|---|---|
| Barbara Winery (May Call) | Direct: | Cross: 30 min | Total: |
| James Cannon (May Call) | Direct: | Cross: 30 min | Total: |
| Representative of the Office of the Col. Secretary of State (May Call) | Direct: 1 hr | Cross: | Total: |
| Thomas Rossiter (May Call) | Direct: 30 min | Cross: | Total: |
| Tara Menza (Will Call) | Direct: 1 hr | Cross: | Total: |
| Matthew Menza (May Call) | Direct: 30 min | Cross: | Total: |
| Hon. Jena Griswold (Will Call) | Direct: | Cross: 2 hr | Total: |
| Jan Wondra (May Call) | | | |
| Representative of Adams County, Colorado Clerk's Office (May Call) | Direct: | Cross: | Total: |
| Representative of Douglas County, Colorado Clerk's Office (May Call) | Direct: | Cross: 30 min | Total: |
| Representative of El Paso County, Colorado Clerk's Office (May Call) | Direct: | Cross: 30 min | Total: |
| Representative of Weld County, Colorado Clerk's Office (May Call) | Direct: | Cross: 30 min | Total: |
| Sharona Bishop (May Call) | Direct: | Cross: | Total: |
| Cory Anderson (Will Call) | Direct: | Cross: 30 min | Total: |
| Karen Kennedy (Will Call) | Direct: 1 hr | Cross: | Total: |
| Portia Prescott (Will Call) | Direct: 30 min | Cross: | Total: |
| Beth Hendrix (Will Call) | Direct: | Cross: 2 hr | Total: |
| Representative of the Colorado Attorney General's Office, Janet Drake (May Call) | Direct: | Cross: | Total: |
| Melody Peotter (May Call) | Direct: | Cross: 30 min | Total: |
| Eric Maulbetsch (May Call) | Direct: 30 min | Cross: | Total: |
| Dr. Douglas Frank (May Call) | Direct: | Cross: 30 min | Total: |
| Chris Beall (Will Call) | Direct: | Cross: 30 min | Total: |

Defendant Holly Kasun anticipates calling Professor Atiba Ellis and Yvette Roberts as adverse witness as part of her case in chief in the event Plaintiffs do not call them during their direct case.

Dated: June 28, 2024

        Gregor Wynne Arney, PLLC

        */s/ Michael J. Wynne*
        Michael J. Wynne, (TX # 00785289)
        mwynne@gwafirm.com
        Cameron Powell, (CO # 00459020)
        cpowell@gwafirm.com
        GREGOR WYNNE ARNEY, PLLC
        4265 San Felipe, Suite 700
        Houston, Texas 77027
        Telephone: (281) 450-7403

        *ATTORNEYS FOR Defendant Holly Kasun*

## CERTIFICATE OF SERVICE

      I certify that on this date, June 28, 2024, I served a true and correct copy of the foregoing on all counsel and pro se parties by notice of electronic filing.

        */s/ Michael J. Wynne*
        Michael J. Wynne