# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming

State Area Conference of the NAACP,

League of Women Voters of Colorado, and

Mi Familia Vota

       Plaintiff(s)

v.

United States Election Integrity Plan,

Shawn Smith, Ashley Epp,

and Holly Kasun

       Defendant(s)

---

## DEFENDANT EPP'S UNOPPOSED MOTION TO ENABLE PUBLIC CONFERENCE CALL LINE DURING TRIAL

---

       This matter is coming before the court for a five-day bench trial on July 15, 2024. Defendant Epp moves the court to connect the conference call line for trial so that her out of state family members can listen to the proceedings.

       On July 8, 2024, Ms. Epp contacted the Clerk of the Court to determine if establishing the conference line was possible. On July 9, Clerk Dynes responded, "The Court does have a public-line that we connect for remote hearings only or by the granting of a motion.  It is not automatically connected." As such, Ms. Epp decided to file this motion.

       On July 9, Ms. Epp conferred with counsel for all parties. Counsel for Mr. Smith and Ms. Kasun responded with no objection. Counsel for Plaintiffs requested the following assurances, which Defendant Epp memorializes here:

(a) **"Access to the proceedings would be limited to only your family members."**

Plaintiffs and the Court have Ms. Epp's complete assurance that the call information will only be provided to Ms. Epp's family members. This includes Ms. Epp's parents in Florida; her Aunts in Texas and California; and her husband, who is in Colorado but unable to attend due to work commitments. No other individuals will be provided with this information, and Ms. Epp will ensure that every family member provided access is aware they cannot share the access information with anyone else.

(b) **"No one will record the proceedings."**

Plaintiffs and the Court have Ms. Epp's complete assurance that no one will record the proceedings. Ms. Epp recognizes that this would constitute a crime, and she will ensure that every family member provided access to listen is made aware in the strongest possible terms that any recording of the proceedings is forbidden.

(c) **"No one will attempt to live stream or otherwise broadcast the proceedings."**

Plaintiffs and the Court have Ms. Epp's complete assurance that no one will stream or otherwise broadcast the proceedings. Ms. Epp recognizes that this would constitute a crime, and she will ensure that every family member provided access to listen is made aware in the strongest possible terms that any streaming or broadcasting of the proceedings is forbidden.

With these assurances, Plaintiffs do not oppose the motion to establish the public line for trial. As such, and in accordance with the Clerk's direction, Ms. Epp moves the court to establish the public line for trial, set to commence on July 15, 2024.

*/s/ Ashley Epp*

_____

Dated: July 10, 2024

Ashley Epp

asheinamerica@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served through ECF this 10th

day of July 2024, to all counsel of record.

*/s/Ashley Epp*

_____

Ashley Epp
asheinamerica@protonmail.com