# EXHIBIT 1

Case No. 1:22-cv-00581-CNS-NRN     Document 171-1     filed 07/10/24     USDC Colorado     pg 1 of 5

```
 1        A.     Email.
 2        Q.     All right.  And did the -- do you
 3   remember the name of the author, just for the record
 4   here today?
 5        A.     Erik Maulbetsch.
 6        Q.     Okay.  And what did Mr. Erik Maulbetsch
 7   say to you in your email -- that email that you -- who
 8   responded to your email?
 9        A.     What I just said, that he had been
10   researching this group for a while, and he had evidence
11   of -- that this canvassing was happening; that, by
12   USEIP's own admission, canvassers were at times armed
13   and had criminal records and were going door to door
14   interrogating voters about their voting history.
15        Q.     All right.  And what evidence did
16   Mr. Maulbetsch send to you?
17        A.     He did not.  I relied on his news
18   articles.
19        Q.     What -- well, did he tell you the
20   person -- persons that was -- he witnessed some conduct
21   by USEIP interrogate somebody?
22        A.     I don't know.
23        Q.     Did he provide you the location where he
24   personally witnessed somebody -- have USEIP come on
25   their property and threaten them or expose a firearm to
```

Page 20

Veritext Legal Solutions
303-988-8470



**Erik Maulbetsch**  September 30, 2021
erik@coloradotimesrecorder.com
To: asheinamerica@protonmail...

Hey Ashe,

Wanted to try checking in with you again about USEIP's voter verification work. Also have a couple other questions about the group's growth.

As you know from our previous conversation, I fundamentally disagree with you & your group on election fraud- I think it's a conspiracy that you want to be true but isn't. That said, I have to say I'm nonetheless impressed with the scope of project your team is doing, even if I disagree with it.

Anyway, if you want to chat feel free to reply here or give me a call. I'm busy until 6pm but then I'm free until 9ish.

Thanks for your time,
-Erik Maulbetsch
Colorado Times Recorder
303.349.4304

---

**From:** Erik Maulbetsch [erik@coloradotimesrecorder.com]
**Sent:** 9/6/2021 8:24:06 PM
**To:** Beth Hendrix [bhendrix@lwvcolorado.org]
**Subject:** USEIP info

Hello Ms. Hendrix,

I saw your email about USEIP's election fraud conspiracist activity. I've covered the group extensively since its formation after the election.

I'd also love to know what you hear as far as members sharing stories of encountering "Voter Verification" volunteers at their homes. I'm aware of activity in Mesa, El Paso, Larimer and Weld counties. I'd definitely be interested in writing any other encounters people have had, if they're willing to share. (happy to talk on or off the record)

I'm guessing you've seen at least some of these, but here are links to my main stories about them.
https://coloradotimesrecorder.com/2020/12/pro-trump-rally-at-colo-capitol-china-rigged-election-u-s-will-wage-war/33135/
https://coloradotimesrecorder.com/2021/03/colorado-republican-legislators-join-election-fraud-conspiracy-panel/34839/
https://coloradotimesrecorder.com/2021/08/co-gop-selects-member-of-qanon-linked-conspiracy-group-that-organized-jan-6-caravan-as-its-election-integrity-chair/38507/
https://coloradotimesrecorder.com/2021/08/colorado-election-conspiracy-group-going-door-to-door-in-search-of-phantom-ballots/38866/

Thanks for your time,

Erik Maulbetsch
Colorado Times Recorder