IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Case No. <u>1:22-cv-581-CNS-NRN</u>　　　　　　　　　　　　　　Date <u> July 12, 2024</u>

Case Title <u>Colorado Montana Wyoming State Area Conference of the NAACP et al v. United States Election Integrity Plan et al.</u>

DEFENDANT SHAWN SMITH'S FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| Shawn Smith (Will Call) | Direct: | 2 hr | Cross: | | Total: | |
| Holly Kasun (Will Call) | Direct: | 2 hr | Cross: | | Total: | |
| Ashely Epp (Will Call) | Direct: | 2 hr | Cross: | | Total: | |
| Portia Prescott (Will Call) | Direct: | | Cross: | 1 hr | Total: | |
| Salvador Hernandez (Will Call) | Direct: | | Cross: | 30 min | Total: | |
| Beth Hendrix (Will Call) | Direct: | | Cross: | 1 hr | Total: | |
| Jeffrey Young (Will Call) | Direct: | 3 hr | Cross: | | Total: | |
| Professor Atiba Ellis (Will Call) | Direct: | | Cross: | 1 hr | Total: | |
| Yvette Roberts (Will Call) | Direct: | | Cross: | 45 min | Total: | |
| Chris Bealle, Deputy Secretary of State, Colorado Secretary of State's Office (Will Call) | Direct: | | Cross: | 45 min | Total: | |
| Representative of Colorado Attorney General's Office (May Call) | Direct: | | Cross: | 20 min | Total: | |
| Representative of the Adams County Clerk and Recorders Office (May Call) | Direct: | | Cross: | 20 min | Total: | |
| Representative of the Douglas County Clerk and Recorders Office (May Call) | Direct: | | Cross: | 20 min | Total: | |
| Representative of the El Paso County Clerk and Recorders Office (May Call) | Direct: | | Cross: | 20 min | Total: | |

Dated this 12th day of July, 2024.

        THE REISCH LAW FIRM

        *s/ Jessica L. Hays*
        Jessica L. Hays, #53905
        R. Scott Reisch, #26892
        1490 W. 121st Avenue, Suite 202
        Denver, CO 80234
        (303) 291-0555
        Scott@reischlawfirm.com
        Jessica@reischlawfirm.com
        *Attorneys for Defendant, Shawn Smith*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2024, a true and correct copy of the foregoing, DEFENDANT SHAWN SMITH'S FINAL WITNESS LIST was electronically served via CM/ECF to all counsel and pro se parties.

        *s/ Jessica L. Hays*
        Jessica L. Hays