**FINAL LIST OF JOINT EXHIBITS**

**CASE NO.:** 1:22-cv-00581-CNS-NRN

**CASE CAPTION:** Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota, Plaintiffs v. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun, Defendants.

**DATE:** July 12, 2024

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Smith, Epp, Kasun, USEIP, Young | United States Election Integrity Plan, County & Local Organizing Playbook (August 2021) (Dep. Ex. 2) | | X | | | | | Marked as stipulated based on prior correspondence with counsel for S. Smith. |
| 2 | Smith, Epp, Kasun, USEIP, Young, | Voter Verification Volunteer Training Guide, Version 1 (USEIP0033-0044) | | X | | | | | Marked as stipulated based on prior correspondence with counsel for S. Smith. |
| 3 | Smith, Epp, Kasun, USEIP, Young | Voter Verification Volunteer Training (USEIP0045-56) | | X | | | | | Marked as stipulated based on prior correspondence with counsel for S. Smith. |
| 4 | Smith | Email from Shawn Smith, dated April 12, 2021, with Draft Voter Verification Procedures (USEIP0057) | | | | | | | |

1

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Smith, Epp, Kasun, USEIP, Young | USE1P Colorado Canvassing Report dated March 11, 2022 (USEIP0073-94) | | X | | | | | Marked as stipulated based on prior correspondence with counsel for S. Smith. |
| 6 | Smith, Epp, Kasun, USEIP, Young | United States Election Integrity Plan, Hitchhiker's Guide to Election Fraud Analytics: Guidelines and Learnings from Colorado (Dep. Ex. 11) | | | | | | | |
| 7 | Young | Good Luck on Your Fishing Expedition (Dep. Ex. 7) | | | | | | | Fed. R. Ev. 401 (Epp) |
| 8 | Smith | Video of Shawn Smith "I think if you're involved in election fraud, then you deserve to hang . . .", available at https://twitter.com/jenagriswold/status/1491991594 0183 04001?1%20ang= | | | | | | | |
| 9 | Smith, Epp, Kasun, USEIP, Young | USEIP, U.S. Election Integrity Project Power Point, April 2021 (USEIP0238-0296) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 10 | Smith, Epp, Kasun, USEIP, Young | The Colorado Election Integrity Project: Statement on the 2020 Election (USEIP0297) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 11 | Smith, Epp, Kasun, USEIP, Young | The Colorado Election Integrity Project: Response to Ken Buck's Livestream on December 2, 2020 (USEIP0298) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 12 | Epp | Ashe in America, are the tides turning on tyranny in Colorado?, dated November 23, 2021 (USEIP0166-175) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 13 | Epp | Ashe in America, a crusade against truth and those who speak it, dated May 16, 2022 (USEIP0096-0101) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 15 | Epp | Ashe in America, fraud PROVEN in colorado, cabal freaks out, legislators respond, dated March 22, 2022 (USEIP0117-0130) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 17 | Epp | Ashe in America, the interstate conspiracy (fact) to defraud the American people, dated September 27, 2021 (USEIP0131-0146) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 18 | Epp | Ashe in America, the ultimate gaslight, dated August 26, 2021 (USEIP0147-0165) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 19 | Epp | Ashe in America, the ultimate gaslight 2, dated September 04, 2021 (USEIP0186-0228) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 20 | Epp | Ashe in America, we are all terrorists now, dated May 10, 2021 (USEIP0300-0308) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 21 | Smith, Epp, Kasun, USEIP, Young | Canvassing Script (USEIP000928-929) | | | | | | | |
| 22 | Smith, Epp, Kasun, USEIP, Young | Photos and Affidavits Combined (USEIP000930-944) | | | | | | | |
| 25 | Smith, Epp, Kasun, USEIP, Young | Basecamp Posts | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 26 | Young | Affidavit Reports from Douglas, El Paso, Pueblo, and Weld Counties | | | | | | | |
| 27 | Young | Peer Review Data | | | | | | | |
| 27.a | Young | Report Data | | | | | | | |
| 27.b | Young | Responder VOS | | | | | | | |
| 27.c | Young | Responder VOS | | | | | | | |

4

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| 27.d | Young | Total State Estimates | | | | | | | |
| 27.e | Young | VOS Table Review | | | | | | | |
| 27.f | Young | VOS Table Review | | | | | | | |
| 28 | Young | Precinct Voter Opportunity Score Documents | | | | | | | |
| 28.a | Young | Douglas Precinct VOS | | | | | | | |
| 28.b | Young | El Paso Precinct VOS | | | | | | | |
| 28.c | Young | Pueblo Precinct VOS | | | | | | | |
| 28.d | Young | Weld Precinct VOS | | | | | | | |
| 31 | Young | Jefferson County Walk List | | | | | | | |
| 35 | Young | USEIP VV County Captains Guide | | | | | | | |
| 36 | Young | VV Captains Training V2 | | | | | | | |

5

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Young | VV Volunteer Guide v6 | | | | | | | |
| 38 | Rep. from Office of AG or SOS | Public Advisory Voter Intimidation (October 19, 2020) | | | | | | | |
| 39 | Rep. from Office of AG or SOS | Public Advisory Voter Intimidation (October 13, 2022) | | | | | | | |
| 41 | Hendrix | League of Women Voters of Colorado Email Re: Election Questions, dated September 04, 2021(LWVCO0000002-3) | | | | | | | |
| 43 | Hendrix | Email correspondence between Beth Hendrix and Ann-Marie Fleming, dated March 10, 2022 (LWVCO0000032-35) | | | | | | | |
| 45 | Hendrix | Email correspondence between Ruth Nerenberg, Karen Sheek, and Beth Hendrix Re: County Clerk, dated April 21, 2022 (LWVCO0000041) | | | | | | | |
| 48 | Hendrix | September Issue if the Voter: The Voice of LWVCO (Sep. 2021) (LWVCO0000072-85) | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Hendrix | League of Women Voters of Colorado, Colorado's Innovative and Stellar Election System (May 2022) (LWVCO0000086-109) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 50 | Rep. from Office of SOS | Records from the Colorado Secretary of State's Office related to Unofficial Door-to-Door Canvassing Efforts (COSOS0000001) | | | | | | | |
| 51 | Rep. from Adams | Records from the Adams County Clerk and Recorder's Office (Adams0000001-120) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 52 | Rep. from Douglas Cty. Clerk | Records from the Douglas County Clerk and Recorder's Office (Douglas0000001-576) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 53 | Rep. from El Paso | Records from the El Paso County Clerk and Recorder's Office (ElPaso0000001) | | | | | | | |
| 54 | USEIP | Defendant USEIP's Answers to Requests for Admissions, dated August 08, 2022 | | | | | | | |
| 55 | USEIP | Defendant USEIP's Answers to Plaintiffs' First Set of Interrogatories, dated September 26, 2022 | | | | | | | |
| 56 | Epp | Defendant Ashley Epp's Answers to Interrogatories, dated August 05, 2022 | | | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 57 | Kasun | Defendant Holly Kasun's Answers to Interrogatories, dated August 05, 2022 | | | | | | | |
| 58 | Smith | Shawn Smith's Answers to Interrogatories, dated August 05, 2022 | | | | | | | |
| 60 | Hendrix, Prescott, Hernandez | Miles Parks, The election denial movement is now going door to door (July 21, 2022) (PLTF0000017-35) | | | | | | | Fed. R. Ev. 801 (Epp) |
| 61 | Kasun | KOA, Holly Kasun Recent Colorado Voter Canvass (Mar. 16, 2022) (PLTF0000002) | | | | | | | Fed. R. Ev. 801 (Epp) |
| 65 | Hendrix, Prescott, Hernandez | Erik Maulbetsch, Colorado Election Fraud Group Is Training Conspiracists in Other States to Knock Doors in Search of `Phantom Ballots', dated October 01, 2021 (PLTF0000037-48) | | | | | | | Fed. R. Ev. 801 (Epp) |
| 68 | Hendrix, Prescott, Hernandez | Lindell TV, Holly Kasun MAGA Securing Colorado's Elections Has Gained the Attention of MSM (PLTF0000060) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 69 | Hendrix, Prescott, Hernandez | Real America's Voice, Holly Kasun on the Bombshell New Report About Voting Machine Vulnerabilities (PLTF0000061-62) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |

8

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Hendrix, Prescott, Hernandez | Mike Lindell says God endorses his pursuit of election-fraud claims (April 29, 2022) (PLTF0000067-80) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 72 | Ellis | Expert Witness Report of Dr. Atiba R. Ellis dated October 28, 2022 | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 (Epp) |
| 73 | Ellis | Dr. Atiba R. Ellis Curriculum Vitae | | | | | | | |
| 74 (SS1) | Hendrix | Email exchange between Matthew Menza and Beth Hendrix (LWVCO000055) | | X | | | | | |
| 75 (SS2) | Hendrix | Email exchange between Jerry Kelley and Beth Hendrix (LWVCO000029-30) | | X | | | | | |
| 76 (SS4) | Hendrix | Email exchange between Joani Walton and Beth Hendrix (LWVCO 000050-51) | | X | | | | | |
| 77 (SS7) | Smith, Kasun, Epp | USEIP Volunteer Agreement (USEIP 0058) | | X | | | | | |
| 78 (SS8) | Williams | Email exchange with Wayne Williams re: canvassing (USEIP 0063-0067) | | X | | | | | |
| 79 (SS12) | Smith | Photo/ video by Shawn Smith on June 23, 2021 | | | | | | | Fed. R. Ev. 401 |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| 80 (SS13) | Hendrix | Email exchange with Andy Sullivan and Beth Hendrix (LWVCO 000031) | | X | | | | | |
| 81 (SS15) | Smith | Shawn Smith Bank Statement 06/17-28/2021 | | | | | | | Fed. R. Ev. 401 |
| 82 (EPP03) | Kasun, Smith | ACLU Philadelphia Statement on Canvassing (AEHK03) | | | | | | | Fed. R. Ev. 401 |
| 83 (EPP04) | Kasun, Williams | Email exchange with Wayne Williams re: canvassing (USEIP 0067-0068) (AEHK004) | | | | | | | Fed. R. Ev. 106; Fed. R. Ev. 901 |
| 84 (EPP09) | Hendrix, Menza | Email exchange between Tara Menza and Beth Hendrix (AEHK09) | | X | | | | | |
| 85 (EPP11) | Hendrix | Email exchange between Amanda Carlson and Beth Hendrix (LWVCO 000042-45) (AEHK11) | | X | | | | | |
| 86 (EPP13) | Kasun, SecState | Mesa County DA Unredacted Emails (Exhibit 6A-6B/Epp002); Includes First Mention of VRA in this Case (Epp007) | | X | | | | | |
| 87 (EPP16) | Kasun, SecState | James Cannon Email with Holly Kasun - Cannot Recall Records (Epp005) | | | | | | | Fed. R. Ev. 401 |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 88 (EPP18) | Epp, SecState | SecState Open Records Produced to Ms. Epp (Epp008) | | | | | | | |
| 89 (EPP19) | Roberts | Yvette Roberts Sworn Declaration (Epp011) | | | | | | | Fed. R. Ev. 801 |
| 90 (EPP20) | Hendrix | The LWVCO Safety Plan (LWVCO0000112) (Ex. 50) | | X | | | | | |
| 91 (EPP21) | Breese | Declaration of Casey Breese (ECF No. 07) | | | | | | | Fed. R. Ev. 801; Fed. R. Ev. 401 |
| 92 (EPP021-1) | Breese | Declaration of Casey Breese Exhibit A (ECF No. 07-1) | | X | | | | | Pltf's object to any attempt to authenticate this exhibit through Pltf's counsel |
| 93 (EPP22) | Hendrix | Declaration of Beth Hendrix (ECF No. 08) | | | | | | | Fed. R. Ev. 801 |
| 94 (EPP23) | Prescott | Declaration of Portia Prescott (ECF No. 09) | | | | | | | Fed. R. Ev. 801 |
| 95 (EPP24) | Hernandez | Declaration of Salvador Hernandez | | | | | | | Fed. R. Ev. 801 |
| 96 (EPP25) | Hendrix, SecState | Plaintiff Privilege Log | | | | | | | Fed. R. Ev. 401 |
| 97 (KAS1) | Hendrix | LWV's Response to Defendants' First Discovery | | | | | | | Fed. R. Ev. 801 |
| 98 (KAS2) | Hernandez | MFV's Response to Defendants' First Discovery | | | | | | | Fed. R. Ev. 801 |
| 99 (KAS3) | Prescott | NAACP's Response to Defendants' First Discovery | | | | | | | Fed. R. Ev. 801 |

11

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| **100** (KAS4) | Hendrix | LWV Voter Intimidation Notice (Sept 2021 email) (Adams 001; part of PLTF51) | | | | | | | Duplicate of Ex. 51 |
| **101** (KAS5) | Roberts; SecState | Yvette Roberts — June 2021 Complaint and Redacted Emails from SOS (COSOS 01-10) | | | | | | | Duplicate of Ex. 50 |
| **102** (KAS6) | Hendrix | Christian Science Monitor email to Beth Hendrix re: USEIP (LWVCO 001) | | | | | | | Fed. R. Ev. 401 |
| **103** (KAS7) | Hendrix | Beth Hendrix email re: USEIP intimidation (Sept 2021) (LWVCO 002-3) | | X | | | | | |
| **104** (KAS8) | Hendrix | Email from Thomson-Reuters to B. Hendrix (LWVCO 031) | | | | | | | Duplicate of SS13 |
| **105** (KAS9) | Hendrix | LWV Announcement of filing of Complaint against USEIP (LWVCO 033-35) | | | | | | | Fed. R. Ev. 401 |
| **106** (KAS10) | Hendrix | Email from donor Debra McKee to B. Hendrix responding to announcement of Complaint (LWVCO 036) | | | | | | | Fed. R. Ev. 401 |
| **107** (KAS11) | Hendrix | 5/20/22 Email from CNN to LWV and thread re: Complaint (LWVCO 040) | | | | | | | Fed. R. Ev. 401 |
| **108** (KAS12) | Hendrix | 9/8/21 LVW email notifying subscribers of voter intimidation (LWVCO 072) | | X | | | | | Duplicate of Ex. 48 |
| **109** (KAS13) | Hendrix | Email from Marjorie Gray to Beth Hendrix re: media (LWVCO 069) | | | | | | | Fed. R. Ev. 401 |
| **110** (KAS14) | Hendrix | 9/10/21 LVW email notifying subscribers of voter intimidation (LWVCO 056) | | X | | | | | |

Case No. 1:22-cv-00581-CNS-NRN    Document 174    filed 07/12/24    USDC Colorado
pg 13 of 14


| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO |
|---|---|---|---|---|---|---|---|---|---|
| 111 (KAS15) | Hendrix | Voter Matthew Menza email to Beth Hendrix about LWV statements re: USEIP (Sept 2021) (LWVCO0013-15) | | X | | | | | |
| 112 (KAS16) | Smith Young | Email and Photo from Voter Laurie W (ELPASO 001; part of PLTF53) | | | | | | | Duplicate of Ex. 53 |
| 113 (KAS17) | Hendrix | Vice News email to LWV (LWVCO0028) | | | | | | | Fed. R. Ev. 401 |
| 114 (KAS18) | Hendrix | LWV Program of Study and Action (2022) ("programbook-reformat-final.pdf") | | | | | | | Fed. R. Ev. 401 |
| 115 (KAS19) | Epp | Welcome Guide [0095].pdf (USEIP 0095) | | X | | | | | |
| 116 (KAS20) | Hendrix | LWV "Study Material to LWVUS 021722.pdf" (Dec 2021) | | | | | | | Fed. R. Ev. 401; Fed. R. Ev. 901 |
| 117 (KAS21) | Hendrix | LWV article "The 2016 Election WAS Rigged" (Produced; Bates TBD) | | | | | | | Fed. R. Ev. 401; Fed. R. Ev. 901 |
| 118 (KAS22) | Smith | VV Walk Training.pptx (Produced; Bates TBD) | | X | | | | | |
| 119 (KAS23) | Young Smith | Weld County "Voter Verification Volunteer Training" | | X | | | | | |
| 120 (KAS24) | Smith Epp Young | Voter Verification worksheet - "vv_list_example.pdf" (Produced; Bates TBD) | | X | | | | | |
| 121 (KAS25A) | Young | Voter Log Processing - Post Canvassing ("completed_log_instructions_printer_friendly.pdf) (Produced; Bates TBD) | | X | | | | | |

| EXHIBIT NO. | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|---|
| 122 (KAS25B) | Hendrix | Emails between Amanda Carlson and B. Hendrix (starting 10/5/21) LVW 0064-68 | | X | | | | | |
| 123 (KAS25C) | Hendrix | 9/6/21 Email from Colorado Times Recorder to B. Hendrix LVW 0070 | | X | | | | | |
| 124 (KAS26) | SecState Young Kasun | Combined Registered Voter List (Parts 1-9) (Produced; Bates TBD) | | | | | | | |
| 125 (KAS27) | | Declaration of Cory Anderson (ECF No. 76-4) | | | | | | | Fed. R. Ev. 401; Fed. R. Ev. 801 |
| 126 (KAS28) | | Jeff Young – Revised Canvassing Distributions | | | | | | | |
| 127 (KAS29) | | Prepared VV Walker - female canvasser with red lanyard- Def RFP 6 | | | | | | | Fed. R. Ev. 401; document not disclosed |
| 128 (KAS 30) | | Image of female canvasser in grey sweatshirt | | | | | | | Fed. R. Ev. 401; document not disclosed |
| 129 (KAS 31) | | Image of female canvasser in floral shirt and glasses | | | | | | | Fed. R. Ev. 401; document not disclosed |
| 130 (KAS32) | | Image of male canvasser in glasses | | | | | | | Fed. R. Ev. 401; document not disclosed |
| 131 (KAS33) | | Image of female canvasser in white shirt | | | | | | | Fed. R. Ev. 401; document not disclosed |
| 132 (KAS34) | | Pair of canvassers walking away | | | | | | | Fed. R. Ev. 401; document not disclosed |

64031873v4