**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney**

Civil Action No. 1:22-cv-00581-CNS-NRN                               Date: July 12, 2024

Case Title: *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun*

**DEFENDANT EPP WITNESS LIST**

| WITNESS & DATE (MAY / WILL) | | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|---|
| Shawn Smith (Will Call) | | Direct: | 30 mins | Cross: | | Total: | |
| Ashley Epp (Will Call) | | Direct: | 1 hr | Cross: | | Total: | |
| Holly Kasun (Will Call) | | Direct: | 30 min | Cross: | | Total: | |
| Jeff Young (Will Call) | | Direct: | 30 min | Cross: | | Total: | |
| Tara Menza (Will Call) | | Direct: | 1 hr | Cross: | | Total: | |
| Casey Breese (Will Call) | | Direct: | 30 min | Cross: | | Total: | |
| Beth Hendrix (Will Call) | | Direct: | 1 hr | Cross: | 30 min | Total: | |
| Professor Atiba Ellis | | | | Cross: | 30 min | Total: | |
| Portia Prescott | | | | Cross: | 30 min | Total: | |
| Yvette Roberts | | | | Cross: | 30 min | Total: | |
| Salvador Hernandez | | | | Cross: | 30 min | Total: | |
| SOS Jena Griswold | | | | Cross: | 30 min | Total: | |
| Rep of the Colorado AG's Office (May Call) | | | | Cross: | 30 min | Total: | |
| Rep of the Adams County Clerk and Recorders Office (May Call) | | | | Cross: | 30min | Total: | |
| Representative of the Douglas County Clerk and Recorders Office (May Call) | | | | Cross: | 30min | Total: | |
| Representative of the El Paso County Clerk and Recorders Office (May Call) | | | | Cross: | 30min | Total: | |

Dated:  July 12, 2024

*/s/ Ashley Epp*
_____
Ashley Epp
asheinamerica@protonmail.com