# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Charlotte N. Sweeney

Case No. 1:22-cv-00581-CNS-NRN                                    Date   July 12, 2024

Case Title *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun*

### DEFENDANT ASHLEY EPP FINAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| Shawn Smith (Will Call) | Direct: | 30 mins | Cross: | | Total: | |
| Ashley Epp (Will Call) | Direct: | 1 hr | Cross: | | Total: | |
| Holly Kasun (Will Call) | Direct: | 30 min | Cross: | | Total: | |
| Jeff Young (Will Call) | Direct: | 30 min | Cross: | | Total: | |
| Tara Menza (Will Call) | Direct: | 1 hr | Cross: | | Total: | |
| Casey Breese (Will Call) | Direct: | 30 min | Cross: | | Total: | |
| Beth Hendrix (Will Call) | Direct: | 1 hr | Cross: | 30 min | Total: | |
| Professor Atiba Ellis | Direct: | | Cross: | 30 min | Total: | |
| Portia Prescott | Direct: | | Cross: | 30 min | Total: | |
| Yvette Roberts | Direct: | | Cross: | 30 min | Total: | |
| Salvador Hernandez | Direct: | | Cross: | 30 min | Total: | |
| SOS Jena Griswold | Direct: | | Cross: | 30 min | Total: | |
| Rep of the Colorado AG's Office (May Call) | Direct: | | Cross: | 30 min | Total: | |
| Rep of the Adams County Clerk and Recorders Office (May Call) | Direct: | | Cross: | 30min | Total: | |
| Representative of the Douglas County Clerk and Recorders Office (May Call) | Direct: | | Cross: | 30min | Total: | |
| Representative of the El Paso County Clerk and Recorders Office (May Call) | Direct: | | Cross: | 30min | Total: | |

Dated:  July 12, 2024

*/s/ Ashley Epp*
_____
Ashley Epp
asheinamerica@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served through ECF this 12th day of July 2024, to all counsel of record.

*/s/Ashley Epp*
_____

Ashley Epp
asheinamerica@protonmail.com