# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-00581-CNS-NRN                     Date: July 12, 2024

Case Title: *Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota vs. Shawn Smith, Ashley Epp, and Holly Kasun*

### DEFENDANT HOLLY KASUN'S CONDENSED FINAL TRIAL WITNESS LIST

| WITNESS & DATE (MAY / WILL) | Direct | Cross | Total |
|---|---|---|---|
| Holly Kasun (Will Call) | 3 hrs | | 3 hr |
| Yvette Roberts (Will Call) | | 1 hr | 1 hr |
| Salvador Hernandez (Will Call) | | 1 hr | 1 hr |
| Ashley Epp (Will Call) | 3 hrs | | 3 hrs |
| Shawn Smith (Will Call) | 1 hr | | 1 hr |
| Amanda Carlson (May Call) | 1 hr | | 1hr |
| Jeff Young (Will Call) | 2 hrs | | 2 hrs |
| Tamara Nations (Will Call) | 2 hrs | | 2 hrs |
| Tara Menza (Will Call) | 30min | | 30min |
| Karen Kennedy (May Call) | 30min | | 30 min |
| Eric Maulbetsch (May Call) | 30min | | 30min |
| Melody Peotter (Will Call) | 1 hr | | 1 hr |
| Portia Prescott (Will Call) | 30min | 2 hrs | 2h 30m |
| Beth Hendrix (Will Call) | | 2 hrs | 2 hrs |
| Professor Atiba Ellis | 1 hr | | 1hr |

Defendant Holly Kasun anticipates calling Professor Atiba Ellis and Yvette Roberts as adverse witnesses as part of her case in chief in the event Plaintiffs do not call them during their direct case.

Dated:  July 12, 2024

GREGOR WYNNE ARNEY, PLLC

*/s/ Michael J. Wynne*
Michael J. Wynne, (TX # 00785289)
mwynne@gwafirm.com
Cameron Powell, (CO # 00459020)
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403

*ATTORNEYS FOR Defendant Holly Kasun*

## CERTIFICATE OF SERVICE

I certify that on this date, July 12, 2024, I served a true and correct copy of the foregoing on all counsel and pro se parties by notice of electronic filing.

*/s/ Michael J. Wynne*
Michael J. Wynne