IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 22-cv-00581-CNS-NRN | Date: July 15, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP<br>LEAGUE OF WOMEN VOTERS OF COLORADO<br>MI FAMILIA VOTA<br>**Plaintiffs** | *Casey Breese*<br>*Amy Erickson*<br>*Brian Dillon*<br>*Kristin Stock* |
| v. | |
| SHAWN SMITH<br><br>ASHLEY EPP<br>HOLLY KASUN<br>**Defendants** | *Scott Reisch*<br>*Jessica Hays*<br>*Pro Se*<br>*Cameron Powell*<br>*Michael Wynne* |

**COURTROOM MINUTES**

**BENCH TRIAL DAY ONE**

Court in Session: 8:32 a.m.

Appearance of counsel and pro se defendant. Also present at the plaintiffs' counsel table is Hashini Rathnayaka. Also present at the defense table is Heather Martinez.

**ORDERED:** Renewed Oral Motion to Recuse by Defendant Shawn Smith is DENIED.

**Witness sequestration issued.**

**Stipulated exhibits 1, 2, 3, 5, 74, 75, 76, 77, 78, 80, 84, 85, 86, 90, 92, 103, 108, 110, 111, 115, 118, 119, 120, 121, 122, 123 are admitted.**

8:37 a.m.   Opening statement given by Ms. Erickson.

| | |
|---|---|
| 8:53 a.m. | Opening statement given by Mr. Powell. |
| 9:13 a.m. | Opening statement given by Ms. Hays. |
| 9:16 a.m. | Opening statement given by Ms. Epp. |

Defendant, Shawn Smith, called and sworn.

| | |
|---|---|
| 9:29 a.m. | Direct examination of Mr. Smith by Mr. Dillon. |
| **10:27 a.m.** | **Court in recess.** |
| **10:43 a.m.** | **Court in session.** |
| 10:44 a.m. | Continued direct examination of Mr. Smith by Mr. Dillon. **Exhibit 25 (p. 47) is admitted.** |
| 11:38 a.m. | Cross examination of Mr. Smith by Mr. Reisch. |
| **12:16 p.m.** | **Court in recess.** |
| **1:20 p.m.** | **Court in session.** |
| 1:20 p.m. | Continued cross examination of Mr. Smith by Mr. Reisch. |
| 1:44 p.m. | Cross examination of Mr. Smith by Mr. Wynne. |
| 1:46 p.m. | Cross examination of Mr. Smith by Ms. Epp. |
| 1:54 p.m. | Redirect examination of Mr. Smith by Mr. Dillon. |
| 2:04 p.m. | Examination of Mr. Smith by the Court. |
| 2:09 p.m. | Additional examination of Mr. Smith by Mr. Reisch. |
| 2:11 p.m. | Additional examination of Mr. Smith by Mr. Wynne. |

Defendant, Ashley Epp, called and sworn.

| | |
|---|---|
| 2:17 p.m. | Direct examination of Ms. Epp by Mr. Breese. **Exhibit 17 is admitted.** |
| **3:10 p.m.** | **Court in recess.** |
| **3:30 p.m.** | **Court in session.** |

| | |
|---|---|
| 3:30 p.m. | Continued direct examination of Ms. Epp by Mr. Breese. **Exhibits 11, 15 and 25 (p. 90) are admitted.** |
| 4:29 p.m. | Cross examination of Ms. Epp by Mr. Wynne. |

Parties excused until tomorrow at 8:30 a.m.

Court in Recess:  5:00 p.m.          Hearing concluded.          Total time in Court:  06:48