IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:   22-cv-00581-CNS-NRN | Date:  July 16, 2024 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP<br>LEAGUE OF WOMEN VOTERS OF COLORADO<br>MI FAMILIA VOTA | *Casey Breese*<br>*Amy Erickson*<br>*Brian Dillon*<br>*Courtney Hostetler*<br>*Kristin Stock* |
| **Plaintiffs** | |
| v. | |
| SHAWN SMITH | *Scott Reisch*<br>*Jessica Hays* |
| ASHLEY EPP | *Pro Se* |
| HOLLY KASUN | *Cameron Powell*<br>*Michael Wynne* |
| **Defendants** | |

**COURTROOM MINUTES**

**BENCH TRIAL DAY TWO**

Court in Session:  8:40 a.m.

Defendant, Ashley Epp, recalled and remains under oath.

8:41 a.m.   Cross examination of Ms. Epp by Mr. Reisch.

8:44 a.m.   Ms. Epp presents testimony as a *pro se* defendant.

8:50 a.m.   Examination of Ms. Epp by the Court.

8:56 a.m.   Additional examination of Ms. Epp by Mr. Reisch

| | |
|---|---|
| 8:59 a.m. | Redirect examination of Ms. Epp by Mr. Breese.<br>**Exhibits 20 and 25 (p. 48) are admitted.** |
| 9:32 a.m. | Additional examination of Ms. Epp by Mr. Wynne. |
| 9:40 a.m. | Additional examination of Ms. Epp by the Court. |

Plaintiffs' witness, Christopher Beall, called and sworn.

| | |
|---|---|
| 9:44 a.m. | Direct examination of Mr. Beall by Ms. Erickson. |
| **10:18 a.m.** | **Court in recess.** |
| **10:41 a.m.** | **Court in session.** |
| 10:41 a.m. | Continued direct examination of Mr. Beall by Ms. Erickson.<br>**Exhibit 50 is admitted.** |
| 11:27 a.m. | Cross examination of Mr. Beall by Mr. Reisch. |
| 12:10 p.m. | Cross examination of Mr. Beall by Mr. Powell. |
| **12:17 p.m.** | **Court in recess.** |
| **1:17 p.m.** | **Court in session.** |
| 1:17 p.m. | Cross examination of Mr. Beall by Ms. Epp. |
| 1:59 p.m. | Redirect examination of Mr. Beall by Ms. Erickson |

Plaintiffs' witness, Yvette Roberts, called and sworn.

| | |
|---|---|
| 2:07 p.m. | Direct examination of Ms. Roberts by Ms. Hostetler. |
| 2:31 p.m. | Cross examination of Ms. Roberts by Mr. Powell. |
| 2:55 p.m. | Cross examination of Ms. Roberts by Mr. Reisch. |
| 3:17 p.m. | Cross examination of Ms. Roberts by Ms. Epp. |
| 3:22 p.m. | Cross examination of Ms. Roberts by Ms. Hostetler. |
| 3:23 p.m. | Examination of Ms. Roberts by the Court. |
| **3:24 p.m.** | **Court in recess.** |

**3:46 p.m.**      **Court in session.**

Plaintiffs' witness, Beth Hendrix, called and sworn.

3:49 p.m.      Direct examination of Ms. Hendrix by Ms. Stock.
                  **Exhibit 41 is admitted.**

4:14 p.m.      Cross examination of Ms. Hendrix by Mr. Reisch.

Parties excused until tomorrow at 8:30 a.m.

Court in Recess:  4:53 p.m.      Hearing concluded.      Total time in Court:  06:35