IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:  22-cv-00581-CNS-NRN | Date:  July 17, 2024 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP<br>LEAGUE OF WOMEN VOTERS OF COLORADO<br>MI FAMILIA VOTA<br><br>**Plaintiffs**<br><br>v.<br><br>SHAWN SMITH<br><br>ASHLEY EPP<br>HOLLY KASUN<br><br>**Defendants** | *Casey Breese*<br>*Amy Erickson*<br>*Brian Dillon*<br>*Courtney Hostetler*<br>*Kristin Stock*<br><br><br><br><br>*Scott Reisch*<br>*Jessica Hays*<br>*Pro Se*<br>*Cameron Powell*<br>*Michael Wynne* |

## COURTROOM MINUTES

**BENCH TRIAL DAY THREE**

Court in Session:  8:31 a.m.

Plaintiffs' witness, Beth Hendrix, recalled and remains under oath.

| | |
|---|---|
| 8:32 a.m. | Cross examination of Ms. Hendrix by Mr. Powell.<br>**Exhibit 107 is admitted.** |
| **9:47 a.m.** | **Court in recess.** |
| **10:10 a.m.** | **Court in session.** |
| 10:10 a.m. | Cross examination of Ms. Hendrix by Ms. Epp.<br>**Exhibits 43, 102, 105, 106 and 109 are admitted.** |

11:15 a.m.      Redirect examination of Ms. Hendrix by Ms. Stock.
                **Exhibit 65 is admitted.**

Discussion held on witness testimony.

**11:26 a.m.      Court in recess.**
**11:36 a.m.      Court in session.**

Continued discussion held on witness testimony.

Defendant, Holly Kasun, called and sworn.

11:40 p.m.      Direct examination of Ms. Kasun by Ms. Stock.

12:11 p.m.      Cross examination of Ms. Kasun by Mr. Wynne.

**12:55 p.m.     Court in recess.**
**2:02 p.m.      Court in session.**

Discussion held on remaining witnesses in the plaintiffs' case.

2:03 p.m.       Cross examination of Ms. Kasun by Ms. Epp.

2:08 p.m.       Redirect examination of Ms. Kasun by Ms. Stock.

2:15 p.m.       Additional examination of Ms. Kasun by Mr. Wynne.

2:16 p.m.       Examination of Ms. Kasun by the Court.

Offer of proof as to the plaintiffs' witnesses given by Ms. Erickson and Mr. Powell.

**2:44 p.m.      Court in recess.**
**3:08 p.m.      Court in session.**

Plaintiffs' witness, Professor Atiba Ellis, called and sworn.

3:09 p.m.       Direct examination of Professor Ellis by Ms. Erickson.
                **Exhibit 73 is admitted.**

3:58 p.m.       Cross examination of Professor Ellis by Mr. Wynne.

4:21 p.m.       Cross examination of Professor Ellis by Mr. Reisch.

4:42 p.m.        Redirect examination of Professor Ellis by Ms. Erickson.

Offer of proof as to the plaintiffs' witnesses given by Mr. Breese and Ms. Hostetler.

Plaintiffs' rest.

Argument on Oral Motion for Judgment on Partial Findings under Fed. R. Civ. P. 52(c) given by Mr. Reisch, Mr. Wynne, Ms. Epp, and Ms. Erickson.

**ORDERED:   Oral Motion for Judgment on Partial Findings under Fed. R. Civ. P. 52(c) is TAKEN UNDER ADVISEMENT.**

Parties excused, to return tomorrow at 9:00 a.m.

Court in Recess:  5:28 p.m.            Hearing concluded.            Total time in Court:  06:53