IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-00581-CNS-NRN | Date: July 18, 2024 |
| --- | --- | --- |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
| --- | --- |
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP<br>LEAGUE OF WOMEN VOTERS OF COLORADO<br>MI FAMILIA VOTA<br><br>**Plaintiffs** | *Casey Breese*<br>*Amy Erickson*<br>*Brian Dillon*<br>*Courtney Hostetler*<br>*Kristin Stock* |
| v. | |
| SHAWN SMITH<br><br>ASHLEY EPP<br>HOLLY KASUN<br><br>**Defendants** | *Scott Reisch*<br>*Jessica Hays*<br>*Pro Se*<br>*Cameron Powell*<br>*Michael Wynne* |

## COURTROOM MINUTES

**BENCH TRIAL DAY FOUR**

Court in Session: 9:12 a.m.

The Court makes findings of fact, conclusions of law. As outlined on the record, it is

**ORDERED:** Oral Motion for Judgment on Partial Findings under Fed. R. Civ. P. 52(c) is GRANTED as to both claims.

Judgment to enter in favor of the defendants.

Court in Recess: 9:36 a.m.      Trial concluded.      Total time in Court: 00:24

Clerk's note:   Exhibits and depositions returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.