# Activities Export

07/30/2024
10:36 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 07/30/2024 | $ | Travel costs (gas/meals/parking) for trial 07/15 through 07/17/24 - Shawn Smith. 🟢 Billed invoice 17513 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Cassandra Long | 1.00 | $350.00 | - | $350.00 |
| 07/30/2024 | $ | Hotel Costs for trial 07/15/24 through 07/17/24 - Shawn Smith. 🟢 Billed invoice 17513 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Cassandra Long | 1.00 | $623.00 | - | $623.00 |
| 07/19/2024 | $ | Sealed Deposition Transcripts for trial (3)- Veritext. 🟢 Billed invoice 17513 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Cassandra Long | 1.00 | $345.00 | - | $345.00 |
| 07/03/2024 | $ | Pleadings - Pacer Fees. 🟢 Billed invoice 17379 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Cassandra Long | 1.00 | $74.30 | - | $74.30 |
| 11/09/2023 | $ | Pleadings - PACER, CM/ECF Fees. 🟢 Billed invoice 16455 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Cassandra Long | 1.00 | $81.00 | - | $81.00 |
| 01/04/2023 | $ | Carlson Investigation Services LLC - Inv 4341 | Smith, Shawn-Voting Rights Act, United States | Karen Vidick | 1.00 | $275.92 | - | $275.92 |
| | | | | | | | $0.00 0.00h | $14,641.70 0.00h |

Exhibit C to Motion for Attorneys' Fees and Costs

1/4

# Activities Export

07/30/2024
10:36 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🟢 Billed invoice 14942 | District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | | | | | |
| 12/27/2022 | $ | Pacer fee for Response to Motion for Summary Judgment 🟢 Billed invoice 14858 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Jessica Hays | 1.00 | $20.20 | - | $20.20 |
| 12/16/2022 | $ | Veritext - Inv 6235503 🟢 Billed invoice 14858 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $915.50 | - | $915.50 |
| 12/06/2022 | $ | Veritext - Inv 6199307 🟢 Billed invoice 14858 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $2,901.25 | - | $2,901.25 |
| 11/28/2022 | $ | Veritext - Inv 6199281 - Transcripts 🟢 Billed invoice 14995 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $1,794.70 | - | $1,794.70 |
| 11/28/2022 | $ | Veritext - Inv 6199305 - Transcripts 🟢 Billed invoice 14995 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United | Karen Vidick | 1.00 | $2,906.35 | - | $2,906.35 |
| | | | | | | **$0.00** 0.00h | | **$14,641.70** 0.00h |

# Activities Export

07/30/2024
10:36 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | | States District Court 22-cv-581 | | | | | |
| 10/24/2022 | $ | Veritext-- Deposition of Jeff Young<br>● Billed invoice 14554 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Jessica Hays | 1.00 | $673.15 | - | $673.15 |
| 09/30/2022 | $ | Holly Kasun Deposition - Veritex Fee.<br>● Billed invoice 14454 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Cassandra Long | 1.00 | $809.16 | - | $809.16 |
| 09/20/2022 | $ | Veritext - Inv 6021010<br>● Billed invoice 14454 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $878.00 | - | $878.00 |
| 09/07/2022 | $ | Carlson Investigation Services LLC - Inv 4238<br>● Billed invoice 14454 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $30.00 | - | $30.00 |
| 08/31/2022 | $ | Veritext - Inv 6003983<br>● Billed invoice 14354 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $1,130.00 | - | $1,130.00 |
| | | | | | | | **$0.00**<br>0.00h | **$14,641.70**<br>0.00h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 08/30/2022 | $ | Veritext - Inv 6007416<br>🟢 Billed invoice 14995 | Smith, Shawn-Voting Rights Act, United States District Court 22-cv-581 Voting Rights Act, United States District Court 22-cv-581 | Karen Vidick | 1.00 | $834.17 | - | $834.17 |
| | | | | | | | **$0.00** | **$14,641.70** |
| | | | | | | | 0.00h | 0.00h |