**EXHIBIT 1: ASHLEY EPP ATTORNEY FEE SCHEDULE**

| Activity in Self Defense | Hours | Fee Equ. |
|---|---|---|
| Review of all Pleadings and record of evidence, identifying evidentiary issues. | 12 | $3,624 |
| Review and detailed analysis of all (8) depositions to identify the relevant testimony of all parties, hours itemized: Hendrix (4), Prescott (2), Hernandez (1), Epp (8), Kasun (2), Kasun 30b6 (4), Smith (4), Young (4) | 25 | $7,550 |
| Legal Research, Drafting, Filing, Response, and Reply for Continuance (ECF Nos. 107, 108, 114) | 32 | $9,664 |
| Drafting and Filing First Witness List (ECF No 120) | 6 | $1,812 |
| Legal Research, Drafting, Filing for January Motion in Limine Response (ECF No. 111) | 8 | $2,416 |
| Preparation of arguments and supporting materials for January 23, 2024 Status Hearing (ECF No. 126), in which Ms. Epp's evidentiary disputes led to the inclusion of relevant exhibits used at trial. | 16 | $4,832 |
| Legal Research, Drafting, Filing, Response, and Reply for Motion for Counterclaims (ECF Nos. 131, 132, 134, 138) | 62 | $18,724 |
| Drafting, Filing, Response for Final Motion in Limine process (ECF No. 140, 146) | 8 | $2,416 |
| Drafting and Filing 2nd Witness List (ECF Nos. 153, 178, 179) | 2 | $604 |
| Conferral, Drafting, Filing Exhibit List (ECF Nos.157, 174) | 21 | $6,342 |
| Legal Research, Drafting, Filing for Trial Brief (ECF No. 160) | 24 | $7,248 |
| Legal Research, Drafting, Filing for Proposed Findings of Fact and Conclusions of Law (ECF No. 161) | 16 | $4,832 |
| Drafting and reformatting of Trial Glossary, in collaboration with counsel for Ms. Kasun | 3 | $906 |
| Other Trial Preparation (trial plans, witness checklists, opening and closing statements, conferral, | 65 | $19,630 |
| Representation at Trial | 24 | $7,248 |
| Defense and preparation during the evenings of July 15 (2 hours) and July 16 (4 hours) to prepare for changes in Plaintiffs' Order of Witnesses | 6 | $1,812 |
| Legal Research, Drafting, Filing Post Trial Motions and Other Activities | 42 | $12,684 |
| **TOTAL** | **378** | **$112,344** |