# Ashley M. Epp

## Business Transformation & Modern Technology Consulting



### Contact

1132 Koa Ct.
Castle Rock, CO 80104
303-591-8714
ash.epp@icloud.com

### Thought Leadership

Navigating Your Cloud Journey

### LinkedIn

Ash Epp

### Hello!

With 20 years of proven leadership in driving strategic, global transformation initiatives to value realization, I bring a people-centric and data-driven approach to modern technology transformations, from strategy through execution. I am a creative thinker and currently looking for contract opportunities to develop high-impact content for growing businesses and their clients. My background makes me uniquely positioned to write for your business. I look forward to speaking with you!

### Industry Experience

- Agriculture Products
- Commercial Real Estate
- Financial Services
- Insurance
- Professional Services
- Technology
- Telecommunications

### Professional Expertise

**Modern Technology**
- IT & Cloud Strategy
- Cloud Adoption
- Modern Technology Upskilling
- Enterprise Cloud Training (all platforms)

**Business Transformation**
- Change Leadership & Adoption
- Global Strategic Sourcing
- Process Optimization
- Strategic, Executive & Enterprise Communications
- Social Collaboration, Technologies & Culture Evolution
- Operational Excellence
- Organization Design

Ashley M. Epp          1132 Koa Ct., Castle Rock, CO 80104     +1 (303) 591-8714

## Professional Experience

**Slalom Denver**, CO | 2017-2021
Business Transformation & Cloud Advisory Services – Senior Consultant

**Accomplishments**

- **Worked with the VP, Digital Engineering for an agricultural products company to help scale three full stack software engineering teams from start-up mode to a high performing, modern software development shop.**
    - Addressed organizational misalignment and responsibility gaps by working hands on with the teams as both an agile coach and development manager. Coaching is ongoing including all ceremonies, challenging antitypes, pairing, and partnering strategies, executive coaching, etc.
    - Coaching clients included VPs across functions in the organization's technology ecosystem development manager and three Team Leads, as well as the three well-rounded software engineering teams.
    - Pulled in to oversee risk mitigation and architecture impacts for client's number one roadmap priority, as the accelerated project fell to one of three teams. Team is on track to deliver according to accelerated schedule (Oct 2021).
    - Duration of project (to date) has seen the realigned teams double their velocity and throughput, and both the culture and delivery of the teams is currently strong.

- **Helped the VP, Transformation Programs at a large, multinational financial services organization to develop and deliver organizational change management and communications for their DevSecOps and Cloud transformation program.**
    - Immediately developed a "quick win" approach to organizational cloud education while, in parallel, developing the longer-term strategy, plan and key deliverables.
    - Leveraged detailed stakeholder assessment and heatmap work to deliver transformation insights across people, process, and technology, with mapping by influence and impact levels. Provided leadership coaching to improve leader and team outcomes for the duration of the transformation program.
    - Developed a living organizational impact assessment that leveraged DevSecOps maturity modelling to understand real impacts across the organization, mapped to actionable change interventions and tactics, including communications, training, leadership action planning and more.

- **Worked with the CTO of a US-based insurance provider to restructure their IT organization following a surge of organic and inorganic growth activities and a change in corporate leadership.**
    - This included designing the optimal organization, planning for interim and future states, creating detailed descriptions for every role in the organization (based on industry and functional leading practices). Additionally, this included mapping those descriptions to specific, measurable KPIs that ultimately roll up into a function-wide dashboard.
    - This organizational clarity provided the CTO with a clear path forward to simplify her organization; the clarity in target metrics by role allowed the CTO to run her IT shop as a business, more effectively, and drive greater accountability across all levels in her team.

- **Helped a VP of a large, multinational financial services company to streamline the organizational structure of their technology departments following an enterprise-wide restructure.**
    - Developed workshops to clarify vision and future state, identifying key dependencies, process hand-offs and decision rights.
    - Developed stakeholder management planning approach for driving buy-in and excitement for the future organization.

 

- **Worked with a VP of a large, multinational beer manufacturer to define and execute a change strategy for their shared Business Services function.**
    - o   Developed an agile change strategy that worked with their existing transition methodology while allowing them to remain flexible and adaptive in executing communications and change management across the function.
    - o   Conducted change impact assessments across multiple geographies to understand the impacts of the functional transitions on the ground; worked with the geography leadership to manage those impacts.
    - o   Trained client teams in every impacted geography (US, UK, Canada, Romania) on using agile change for their business services transitions; each geography now has an agile change "lead" in house.

- **Helped a VP of Digital Experience for a large commercial real estate company to refine their digital property marketing approach, process, and technologies.**
    - o   Developed an agile change strategy that supported their waterfall transition methodology while allowing them to be adaptive in executing communications and change management across the Digital Experience capability.
    - o   Conducted change impact assessments across multiple geographies to understand the impacts of the functional transitions on the ground; worked within the program and enterprise leadership teams to manage those impacts.
    - o   Developed a targeted, multi-channel communications strategy, plan, and all related communications artifacts to support the digital transformation efforts across the enterprise.

- **Helped a VP of a large telecommunications company to increase speed to market and reduce costs associated with Wireless Product testing (ongoing).**
    - o   Defined an organizational strategy, staffing plan and partially automated business processes for the client's Wireless Products organization that enable optimized testing across more than 20,000 locations.
    - o   Program increases the scope of the client's centralized account creation function both in volume, with the potential of a 10-fold increase in volumes YoY, and in complexity across equipment, geographies and technology and financial systems.
    - o   Directly supporting the Director of the centralized account creation function to scale in support of this additional scope, as well as that of other product organizations, delivering an organizational design, process overhaul, automation strategy, program principles and a communications strategy and plan.

**PwC, LLC** Denver, CO | 2002-2017
*Transformation Programs Leadership & Change Management – Director*

**Accomplishments**

- **PwC Advisory, a $4B+ consulting firm, invested in an internal change management function to help their people deal with the high amount of change happening during a major growth phase for the firm. During this period, Ashe worked with leadership to develop and direct this $3M, 14-person internal change management function.**
    - o   Oversaw an enterprise-wide program to improve profitability (measured as a 10+ point increase in margin across the portfolio) by embedding operational excellence into the business processes, driving sustainable mindset and behavior change for 10,000+ people.
    - o   Developed and led executive communications strategies and plans, executive coaching and leadership prep for the Vice Chairman Advisory and the Advisory COO.
    - o   Led a $20 million-dollar business transformation from IBM Lotus Notes to Google Apps for Work, delivering successful adoption (>90% user adoption in 90 days) through a comprehensive program focused on sustainable behavior change.
    - o   Led the post-merger integration efforts for three strategic acquisitions; leveraged this experience to develop a comprehensive Change Management Playbook for managing strategic acquisitions.

Ashley M. Epp  1132 Koa Ct., Castle Rock, CO 80104  +1 (303) 591-8714

- **In 2007, PwC was looking to expand their strategic sourcing capabilities beyond staff augmentation and back office, tech-heavy processes to include front office and client service work where applicable. Ashe led the program to build of the supply side of the model while also working with each of PwC's three service lines to shift mindsets about sourcing and develop internal demand for the services the model would provide.**
    - Directed a $10M Global Strategic Sourcing program, focused on building a multi-sourced (6+ geographic locations) global delivery model, which required driving significant mindset and behavioral change across multiple businesses and in 10 large countries.
    - Focused on developing and driving adoption of PwC's Global Delivery Model across the business and around the world. This included project managing multiple, complex projects simultaneously, while also managing a team of internal staff and consultants.
    - Developed and led executive communications strategies and plans, enterprise content, and leadership prep for six C-suite executives in different business lines and different geographies (India, Japan, UK, US).
    - Coached US executives on working cross-culturally, and coached executives in India, Japan, and Uruguay on working with the US. This included multiple tactics including workshops, printed handbooks, 1:1 coaching, formal training and more.

- **In the early 2000s, PwC was going through a decentralization of their IT functions across 144 territories, globally. Ashe was brought in to lead executive communications for the Global and US CIO and to also help develop strategies that could be used globally and in territory through coaching territory CIOs on executive presence and effective communication strategies.**
    - Focused on developing and executing global communications strategies for PwC's Global IT and Global Operations functions.
    - Educated territory CIOs on effectively delivering executive communications in their territories, delivering four theatre-based workshops in the US, the UK, Vietnam and Jamaica.
    - Developed and implemented processes and tools for effectively measuring IT spend across the PwC Global Network, working with territory CIOs.

## Education & Training

### University of Colorado at Boulder
Bachelor of Science in Journalism, 2001
Minor in English

### Experienced Educator
- Developed learning journeys, courses, and classroom training (development and delivery) on "the business and people sides of cloud," enabling thousands of AWS certifications.
- Developed and delivered "Change Management Boot Camp" trainings for consultants.
- Trained 100+ K-12 educators in Belize on delivering PwC's Financial Literacy curriculum in the class through PwC's "Project Belize" initiative.