**Epp 2023 Income - All Sources**

| Date | Income Description | Amount |
|---|---|---:|
| 1/5/2023 | Substack Subscription Payment | $9.21 |
| 1/9/2023 | Substack Subscription Payment | $9.21 |
| 1/17/2023 | Substack Subscription Payment | $103.32 |
| 1/23/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 1/23/2023 | PiDoxa - Conservative Daily | $3,000.00 |
| 1/25/2023 | Substack Subscription Payment | $4.03 |
| 2/7/2023 | PiDoxa - Conservative Daily | $3,000.00 |
| 2/15/2023 | Substack Subscription Payment | $388.02 |
| 2/16/2023 | Substack Subscription Payment | $112.02 |
| 2/17/2023 | Substack Subscription Payment | $57.81 |
| 2/21/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 2/21/2023 | Substack Subscription Payment | $102.32 |
| 2/23/2023 | Substack Subscription Payment | $5.76 |
| 2/24/2023 | Substack Subscription Payment | $4.00 |
| 2/28/2023 | Substack Subscription Payment | $4.01 |
| 3/1/2023 | Substack Subscription Payment | $212.79 |
| 3/2/2023 | PiDoxa - Conservative Daily | $3,000.00 |
| 3/8/2023 | Substack Subscription Payment | $54.79 |
| 3/15/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 3/15/2023 | Substack Subscription Payment | $28.03 |
| 3/16/2023 | Substack Subscription Payment | $8.08 |
| 3/17/2023 | Substack Subscription Payment | $7.95 |
| 3/22/2023 | Substack Subscription Payment | $8.00 |
| 3/23/2023 | Substack Subscription Payment | $51.96 |
| 3/24/2023 | Substack Subscription Payment | $4.00 |
| 3/28/2023 | Substack Subscription Payment | $3.71 |
| 3/29/2023 | Substack Subscription Payment | $4.05 |
| 4/3/2023 | Substack Subscription Payment | $4.01 |
| 4/10/2023 | PiDoxa - Conservative Daily | $3,000.00 |
| 4/10/2023 | Substack Subscription Payment | $4.03 |
| 4/14/2023 | Substack Subscription Payment | $4.05 |
| 4/17/2023 | Substack Subscription Payment | $24.13 |
| 4/18/2023 | Badlands Media | $1,211.35 |
| 4/18/2023 | Substack Subscription Payment | $8.05 |
| 4/19/2023 | Substack Subscription Payment | $211.57 |
| 4/24/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 4/24/2023 | Substack Subscription Payment | $8.05 |
| 4/26/2023 | Substack Subscription Payment | $8.08 |
| 4/27/2023 | PiDoxa - Conservative Daily | $3,000.00 |
| 5/1/2023 | Substack Subscription Payment | $4.01 |
| 5/3/2023 | Substack Subscription Payment | $4.02 |
| 5/10/2023 | Substack Subscription Payment | $4.02 |

| Date | Description | Amount |
|---|---|---|
| 5/15/2023 | Badlands Media | $494.54 |
| 5/16/2023 | Substack Subscription Payment | $3.89 |
| 5/17/2023 | Substack Subscription Payment | $32.35 |
| 5/22/2023 | Substack Subscription Payment | $207.51 |
| 5/24/2023 | Substack Subscription Payment | $12.10 |
| 5/26/2023 | Substack Subscription Payment | $13.68 |
| 6/1/2023 | Substack Subscription Payment | $5.04 |
| 6/7/2023 | Substack Subscription Payment | $51.63 |
| 6/14/2023 | Substack Subscription Payment | $4.02 |
| 6/15/2023 | Badlands Media | $2,874.10 |
| 6/15/2023 | Substack Subscription Payment | $16.10 |
| 6/16/2023 | Substack Subscription Payment | $8.10 |
| 6/20/2023 | Substack Subscription Payment | $3.91 |
| 6/21/2023 | Substack Subscription Payment | $4.05 |
| 6/22/2023 | Substack Subscription Payment | $12.15 |
| 6/23/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 6/26/2023 | Badlands Media | $87.49 |
| 6/26/2023 | Substack Subscription Payment | $3.97 |
| 6/28/2023 | Substack Subscription Payment | $4.02 |
| 6/29/2023 | Substack Subscription Payment | $4.05 |
| 6/30/2023 | Substack Subscription Payment | $51.93 |
| 7/5/2023 | Substack Subscription Payment | $3.72 |
| 7/12/2023 | Substack Subscription Payment | $4.02 |
| 7/14/2023 | Substack Subscription Payment | $4.05 |
| 7/17/2023 | Substack Subscription Payment | $16.02 |
| 7/18/2023 | Substack Subscription Payment | $8.07 |
| 7/19/2023 | Badlands Media | $2,574.45 |
| 7/19/2023 | Substack Subscription Payment | $8.10 |
| 7/21/2023 | Substack Subscription Payment | $4.02 |
| 7/24/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 7/24/2023 | Substack Subscription Payment | $8.02 |
| 7/26/2023 | Substack Subscription Payment | $8.07 |
| 7/31/2023 | Substack Subscription Payment | $3.99 |
| 8/2/2023 | Substack Subscription Payment | $4.02 |
| 8/10/2023 | Substack Subscription Payment | $4.05 |
| 8/16/2023 | Substack Subscription Payment | $20.12 |
| 8/17/2023 | Substack Subscription Payment | $4.02 |
| 8/18/2023 | Substack Subscription Payment | $4.02 |
| 8/21/2023 | Substack Subscription Payment | $3.99 |
| 8/23/2023 | Substack Subscription Payment | $59.71 |
| 8/24/2023 | Badlands Media | $1,561.61 |
| 8/24/2023 | Substack Subscription Payment | $4.05 |
| 8/28/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 8/28/2023 | Substack Subscription Payment | $3.99 |

| Date | Description | Amount |
|---|---|---|
| 8/30/2023 | Substack Subscription Payment | $4.02 |
| 8/31/2023 | Substack Subscription Payment | $4.05 |
| 9/1/2023 | Substack Subscription Payment | $4.02 |
| 9/12/2023 | Substack Subscription Payment | $3.99 |
| 9/15/2023 | Substack Subscription Payment | $16.20 |
| 9/18/2023 | Substack Subscription Payment | $7.92 |
| 9/19/2023 | Substack Subscription Payment | $4.02 |
| 9/20/2023 | Substack Subscription Payment | $8.07 |
| 9/21/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 9/22/2023 | Substack Subscription Payment | $8.10 |
| 9/26/2023 | Substack Subscription Payment | $3.97 |
| 9/27/2023 | Badlands Media | $1,690.19 |
| 9/27/2023 | Substack Subscription Payment | $55.68 |
| 9/28/2023 | Badlands Media | $202.78 |
| 9/29/2023 | Substack Subscription Payment | $8.10 |
| 10/6/2023 | Substack Subscription Payment | $3.97 |
| 10/13/2023 | Substack Subscription Payment | $60.67 |
| 10/20/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 10/20/2023 | Substack Subscription Payment | $32.15 |
| 10/24/2023 | Badlands Media | $743.84 |
| 10/27/2023 | Substack Subscription Payment | $67.75 |
| 11/3/2023 | Substack Subscription Payment | $24.16 |
| 11/10/2023 | Substack Subscription Payment | $59.70 |
| 11/16/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 11/20/2023 | Badlands Media | $7,296.06 |
| 11/24/2023 | Substack Subscription Payment | $119.33 |
| 12/1/2023 | Substack Subscription Payment | $12.07 |
| 12/8/2023 | Substack Subscription Payment | $16.12 |
| 12/15/2023 | Badlands Media | $6,151.63 |
| 12/15/2023 | Substack Subscription Payment | $17.19 |
| 12/19/2023 | Glendale Cherry Creek Chronicle | $200.00 |
| 12/22/2023 | Substack Subscription Payment | $24.14 |
| 12/29/2023 | Substack Subscription Payment | $12.07 |
| | **TOTAL** | **$44,747.14** |