# EXHIBIT 2
# PORTIA PRESCOTT DURING TRIAL



*Figure 1: https://x.com/PortiaColorado/status/1813262539238859015*



Figure 2: https://x.com/PortiaColorado/status/1813267039378895336



*Figure 3: https://x.com/PortiaColorado/status/1813262539238859015*



*Figure 4: https://x.com/PortiaColorado/status/1813760143999615207*

**After Trial (Jul 20), Ms. Prescott bragged about getting 1 million views on the content she posted from Las Vegas during trial.**



*Figure 5: https://x.com/portiacolorado/status/1815417394090704934?s=46&t=wD-WXoVyg9BDsKREq-BwtQ*