## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota
  Plaintiff(s)

v.

United States Election Integrity Plan,
Shawn Smith, Ashley Epp,
and Holly Kasun
  Defendant(s)

---

## ASHLEY EPP BILL OF COSTS

---

  Judgment having been entered in this action on July 18, 2024 against Plaintiffs, Defendant Ashley Epp submits the following Bill of Costs and Attached Itemized Schedule, and requests the Clerk tax the following as Costs.

  Pursuant to D.C.COLO.LCivR 54.1, Ms. Epp has conferred with Plaintiffs, and they are opposed to the relief sought by Ms. Epp in this Bill Of Costs as well as Ms. Epp's the forthcoming Motion for Attorney Fees.

## UNITED STATES DISTRICT OF COLORADO

| Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota | DOCKET NO. |
|---|---|
| v.<br><br>United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun | CASE NO. 1_22-cv-00581-CNS-NRN |

## ASHLEY EPP BILL OF COSTS

| *Is this cost disputed?* | | |
|---|---|---|
| | Fees of the Clerk | $0 |
| | Fees for service of summons and complaint | $0 |
| Yes | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case<br>*Copy of Pretrial Conference Transcript for use in Post Trial Motions – paid to Court Reporter Sarah Mitchell* | $138 |
| | Fees and disbursements for printing | $0 |
| | Fees for witnesses (itemized on next page) | $0 |
| Yes | Fees for exemplification and copies of papers necessarily obtained for use in the case<br>*See Attached Schedule for Itemization* | $461.53 |
| | Docket fees under 28 U.S.C. § 1923 | $0 |
| | Costs incident to taking of depositions | $0 |
| | Costs as reflected on mandate of Court of Appeals | $0 |
| Yes | Other costs (See Attached Schedule for Itemization)<br>*Travel & Meals: $413.46*<br>*Other Items & Office Supplies Required for Trial: $301.02* | $714.48 |
| | TOTAL | $1,314.01 |

## DECLARATION

I do hereby declare, under penalty of perjury, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof has been served on non-prevailing parties in the following manner:

Dated: August 1, 2024                                        */s/Ashley Epp*

                                                                                    Pro Se Defendant