## EXHIBIT 1: EPP ITEMIZED BILL OF COSTS

| | |
|---|---|
| **TRAVEL & MEALS:** | **$413.46** |
| **PRINTING:** | 461.53 |
| **OTHER COSTS ITEMIZED:** | $301.02 |
| **TRANSCRIPT FEE** | $138.00 |
| **TOTAL:** | **$1,314.01** |

1_22-cv-00581-CNS-NRN

## TRAVEL & MEALS

| Date | Category | Amount | Description | |
|---|---|---|---|---|
| 21-Jun | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) | 1_22-cv-00581-CNS-NRN |
| 21-Jun | Parking | $18.00 | Parking Denver 17th | |
| 28-Jun | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) | |
| 28-Jun | Parking | $10.95 | Parking Champa GMP (20th & Champa) | |
| 15-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) | |
| 15-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) | |
| 15-Jul | Noodles & | $26.73 | Meals During Trial | |
| 16-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) | |
| 16-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) | |
| 16-Jul | Syrup | $26.34 | Meals During Trial | |
| 17-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) | |
| 17-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) | |
| 17-Jul | Syrup | $26.34 | Meals During Trial | |
| 18-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) | |
| 18-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) | |
| **TOTAL** | | **$413.46** | | |

# PRINTING

| ACTIVITY REQUIRING PRINTING | PAGES | TOTAL ($0.12/pg) |
|---|---|---|
| **PRINTING BEFORE PRETRIAL CONFERENCE** | 1_22-cv-00581-CNS-NRN | |
| Depositions | 1543 | 185.16 |
| Continuance (ECF Nos. 107, 108, 114) | 41 | 4.92 |
| First Witness List (ECF No 120) | 4 | 0.48 |
| January Motion in Limine Response (ECF No. 111) | 8 | 0.96 |
| Pages printed in preparation for January 23, 2024 Status Hearing (ECF No. 126) | 26 | 3.12 |
| Motion for Counterclaims (ECF Nos. 131, 132, 134, 138) | 234 | 28.08 |
| Motion in Limine process (ECF No. 140, 146) | 24 | 2.88 |
| Second Witness List (ECF Nos. 153, 178, 179) | 6 | 0.72 |
| Exhibit List process (ECF Nos.157, 174) | 118 | 14.16 |
| Trial Brief (ECF No. 160) | 36 | 4.32 |
| Findings of Fact and Conclusions of Law (ECF Nos. 161) | 81 | 9.72 |
| **TOTAL** | **2121** | **254.52** |
| **PRINTING AFTER PRETRIAL CONFERENCE** | | |
| Glossary | 3 | 0.36 |
| Other Trial Printing (witness preparation and evidence checklists, trial plans, opening statement, etc.) | 168 | 20.16 |
| **TOTAL** | **171** | **20.52** |
| **OUTSIDE PRINTING - UPS STORE** | | |
| Trial Exhibits - UPS Store | 2296 | 186.49 |
| **TOTAL** | **2296** | **186.49** |

## OTHER COSTS INCURRED

| Date | Category | Amount | Description | 1_22-cv-00581-CNS-NRN |
|---|---|---|---|---|
| 10-Jul | Amazon | $41.99 | Other Costs: Exhibit dividers for trial | |
| 11-Jul | Walmart | $259.03 | Other Costs: Misc. supplies for Trial | |
| **TOTAL** | | **$301.02** | | |

**ALL COSTS ITEMIZED**  1_22-cv-00581-CNS-NRN

| Date | Type | Amount | Description |
|---|---|---|---|
| 20-Jun | Printing | $254.52 | All printing through Pre Trial Conference (2121 pages x $0.12 per page) |
| 21-Jun | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) |
| 21-Jun | Parking | $18.00 | Parking Denver 17th |
| 28-Jun | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) |
| 28-Jun | Parking | $10.95 | Parking Champa GMP (20th & Champa) |
| 10-Jul | Amazon | $41.99 | Other Costs: Exhibit dividers for trial |
| 11-Jul | Printing | $186.49 | Printing: Exhibits (UPS Store) |
| 11-Jul | Walmart | $259.03 | Other Costs: Misc. Binders and other supplies |
| 15-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) |
| 15-Jul | Noodles & Co | $26.73 | Meals During Trial |
| 15-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) |
| 16-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) |
| 16-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) |
| 16-Jul | Syrup | $26.34 | Meals During Trial |
| 17-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) |
| 17-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) |
| 17-Jul | Syrup | $26.34 | Meals During Trial |
| 18-Jul | Mileage | $43.55 | Mileage for Attending Proceedings (65mi x $0.67/mi - per US GSA) |
| 18-Jul | Parking | $10.95 | Parking Champa GMP (20th & Champa) |
| 18-Jul | Printing | $20.52 | Printing: Printing After PTC Through Trial (171 @ $0.12 per page) |
| 23-Jul | | $138.00 | Transcript - Pretrial Conference |
| **TOTAL** | | **$1,314.01** | |