IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

    Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

    Defendants.

### VERIFICATION OF HOLLY KASUN

BEFORE ME, the undersigned notary, on this day personally appeared Holly Kasun, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Holly Kasun. I am capable of making this verification. I have read and reviewed the Motion for Attorneys' Fees and all exhibits thereto particularly Exhibit 5, and the facts stated therein are within my personal knowledge and are true and correct."

_____
Holly Kasun

Sworn and subscribed before me by Holly Kasun on August 1, 2024.

_____
Notary Public in and for the State of Colorado

```
JAMES SCOTT
Notary Public
State of Colorado
Notary ID # 20214001952
My Commission Expires 01-15-2025
```