# EXHIBIT 1

AO 133 (Rev. 12/09)
Local USDC Colo. version
rev. May 2024

# BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| NAACP et al | DOCKET NO. |
| v. Shawn Smith, Ashley Epp, and Holly Kasun | CASE NO.  1:22-cv-00581-CNS-NRN |

Judgment having been entered in the above-titled action on  7/18/2024  (date)

against  NAACP et al  (party), the Clerk is requested to fax the following as Costs:

| Is this cost disputed? | | |
|---|---|---|
| TBD | Fees of the Clerk  $468.00 (*See* Exhibit 2a); $15.00 (*See* Exhibit 3) | $ $483.00 |
| | Fees for service of summons and complaint | $ |
| | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| TBD | Fees and disbursements for printing  $2,655.17 (*See* Exhibit 3) | $ $2,655.17 |
| | Fees for witnesses (itemized on next page) | $ |
| TBD | Fees for exemplification and copies of papers necessarily obtained for use in the case  $811.53 (*See* Exhibit 2a); $862.50 (*See* Exhibit 3) | $ $1,674.03 |
| | Docket fees under 28 U.S.C. § 1923 | $ |
| | Costs incident to taking of depositions | $ |
| | Costs as reflected on mandate of Court of Appeals | $ |
| | Other costs (itemized) | $ |
| | TOTAL | $ $4,812.20 |

*Please review and comply with D.C.COLO.LCivR 54.1 as indicated in* Notice *on following page.*

## DECLARATION

I do hereby declare, under penalty of perjury, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
A copy hereof has been served on non-prevailing parties in the following manner:

Signature of Attorney for Prevailing Party   /s/ *Michael J. Wynne*   Name of Claiming Party   Holly Kasun

Name of Attorney   **Michael J. Wynne**   Date   *8/1/2024*

---

**PARTY'S REQUEST FOR HEARING**

Following conferral on _____ (date), several costs remain in dispute. The parties therefore request that a hearing be scheduled to address these costs. The following dates, occurring at least **28** days from today, are mutually agreeable to both parties.

*Available hearing days are* **Tuesdays**, **Wednesdays**, *and* **Fridays** *between the hours of* **8:30 – 9:30 am**.

Option #1
Option #2
Option #3

--- For Clerk's Office use only ---

Costs are hereby taxed in the following amount and are to be considered part of the judgment.

**Costs taxed:  $_____**

By:
   Deputy Clerk
   on behalf of Jeffrey P. Colwell, Clerk of Court

Date: