# EXHIBIT 2

**Gregor Wynne Arney, PLLC**
**4265 San Felipe, Suite 700**
**Houston, TX 77027**
**Phone: (832) 390-2644**
**Fax: (832) 390-2655**
**Email: sgrant@gwafirm.com**
**EIN No. 46-4179679**

Invoice submitted to:

Kasun, Holly

| | |
|---|---|
| Invoice # | **26348** |
| Invoice Date | **07/31/2024** |
| Terms: | **N/A** |

| **Date** | **By** | **Service Summary** | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| In Reference To: | **Federal Voting Rights Matter (Services)** | | | |
| 07/31/2024 | MW | Attorney Fees | Flat Fee | $ 61,545.53 |
| In Reference To: | **Federal Voting Rights Matter (Expenses)** | | | |
| 07/31/2024 | MW | *Miscellaneous Expenses* | $13,454.47 | $ 13,454.47 |

*Total Services: $ 61,545.53*
*Total Expenses: $ 13,454.47*
**Total Invoice Amount: $ 75,000.00**

**User Hours Summary**

**Billing Period: 07/31/2024 - 07/31/2024**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---|---|---|
| No users with billed hours. | | | |