# EXHIBIT 2a

**Gregor Wynne Arney, PLLC**
4265 San Felipe, Suite 700
Houston, TX 77027
Phone: (832) 390-2644
Fax: (832) 390-2655
Email: sgrant@gwafirm.com
EIN No. 46-4179679

Invoice submitted to:

Kasun, Holly

| | |
|---|---|
| Invoice # | |
| Invoice Date | |
| Terms: | |

PRE-BILL

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|

In Reference To: **Federal Voting Rights Matter (Services)**

In Reference To: **Federal Voting Rights Matter (Expenses)**

| Date | Staff | Description | | Amount | Total |
|---|---|---|---|---|---|
| 06/01/2024 | CP | *Miscellaneous* | | $234.00 | $ 234.00 |
| | | U.S. District of Colorado admission fee | | | |
| 06/10/2024 | MW | *Miscellaneous* | | $234.00 | $ 234.00 |
| | | Admission to Colorado District Court, M. Wynne. | | | |

| Date | Initials | Description | Amount | Total |
|---|---|---|---|---|
| 07/31/2024 | MW | *Miscellaneous* Array Invoice no. X103639 for exhibit binder and photo enlargements. | $811.53 | $ 811.53 |

*Total Hours:*
*Total Services:*
*Total Expenses:*
**Total Invoice Amount:**



Payment receipt

# You paid $811.53

to Array on 7/31/2024

| | |
|---|---:|
| Invoice no. | X103639 |
| Invoice amount | $811.53 |
| **Total** | **$811.53** |
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MS0233252656 |

Thank you

### Array

gina.pinchard@trustarray.com

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.



# Invoice

Payable to: Array
Mail to: 2995 Dawn Dr. Suite 106
Georgetown, TX 78628
Phone: 949-777-5108
**Please include invoice number with payment

| Date | Invoice # |
|---|---|
| 7/30/2024 | X103639 |

Tax ID - 85-0748969

| Bill To | Ship To |
|---|---|
| Gregor Wynne Arney<br>700 Louisiana St<br>Houston, TX 77002<br>Attn: Accounts Payabe | Gregor Wynne Arney<br>700 Louisiana St<br>Houston, TX 77002 |

| | Job Number | Array-HOU32310 |

| Terms | Due Date | Ship Date | Rep | Client Ref | Client Contact | Project Name |
|---|---|---|---|---|---|---|
| Net 30 | 8/29/2024 | 7/11/2023 | AD | 2024-00063 | Heather Martinez | Kasun, Holly |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1,892 | Blowback Printing - Black & White 8.5 x 11 | 0.10 | 189.20T |
| 132 | Index Tabs | 0.35 | 46.20T |
| 2 | 3" View D Ring Binder | 14.00 | 28.00T |
| 36 | Trial Boards 24x36 COLOR | 5.00 | 180.00T |
| 36 | Blowback - Color Oversize (per sq ft) | 8.00 | 288.00T |

Unless otherwise covered by a separate written agreement: a) this invoice is due within 30 days of receipt; b) client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array; c) client has 10 days from receipt of invoice to inspect the completed work for errors; d) if no objection is made within the 10 days, the invoice shall be deemed accepted and full payment shall be due in accordance with the terms stated above.

| | |
|---|---|
| **Subtotal** | $731.40 |
| **Sales Tax (8.25%)** | $60.34 |
| **Payments/Credits** | $0.00 |
| **Balance** | $791.74 |

# Heather Martinez

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, June 10, 2024 4:13 PM
**To:** Heather Martinez
**Subject:** Pay.gov Payment Confirmation: COLORADO DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Division at 303-335-2526.

Account Number: 5610489
Court: COLORADO DISTRICT COURT
Amount: $234.00
Tracking Id: ACODC-9725049
Approval Code: 09365D
Card Number: ************93EC
Date/Time: 06/10/2024 05:13:12 ET


NOTE: This is an automated message. Please do not reply

1

| | |
|---|---|
| **Receipt** | ACODC-9725049 |
| **Payment Date** | 06/10/2024 |
| **Amount** | $234.00 |
| **Fee Type** | attorney admission |