# EXHIBIT 3

| Is this Cost disputed? | Item | Description | Amount |
| --- | --- | --- | --- |
| | Office Supplies | Binders, tabs, fasteners, folders, dividers, printer ink, hole punchers, staplers, document storage, pens, pencils, paper, notebooks, highighters, fasteners, etc. 4/1/22-7/20/24) | $957.43 |
| | Holly Kasun's travel | 7 round trips between Keystone, CO and Boulder CO (89.1 mi) for in-person legal defense meetings between 4/1/2022 - 7/15/2022. .655 / mi per GSA / IRS standard milage reimbursement rate. Formula: 7*178.2*.67= | $835.76 |
| | Holly Kasun's travel | In person trial prep week of 7/8/24, 98 miles rt @ .67 | $65.66 |
| | Holly Kasun's travel | In person legal meeting w/ Reisch LLP, 8/23 182.8 mi/rt at .67/mi | $122.48 |
| | Holly Kasun's travel | Pretrial hearing Keystone>Denver rt 160.2 mi @.67 Per GSA / IRS | $107.33 |
| | Holly Kasun travel / parking | Denver 7/15/22-7/18/22 | $35.99 |
| | Productivity Software | Microsoft Office Suite : I used this exclusively for document prep. defending this case given I was not employed from July 15,2022-present. - 5/23. 5/24 Paypal Inst Xfer 240523 Microsoft Holly Kasun 198.00 | $198.00 |
| | Productivity Software | Adobe/ Acrobat Reader: I used this exclusively for document prep defending this case given I was not employed from July 15, 2022-present. $52.64/mo | $1,263.36 |
| | Productivity & Records Retention Software | Basecamp. Records retention and legal defense organization. $119.00/mo - 24 months | $2,856.00 |
| | Productivity Software | Chat GPT: I used this exclusively for defending this case given I was not employed from July 15,2022-present. $20.00/mo for 7 mos. | $140.00 |
| | Productivity Software | Proton Suite: document storage, communications, document exchange, collaboration tools. I used this exclusively for defending this case given I was not employed from July 15, 2022-present. 4/30 Paypal Inst Xfer 240430 Proton Holly Kasun 74.99, 04/13 Protonmail Geneva Che S383104195505595 Card 2957 | $149.98 |
| | Pub Records | enquiries on 6/24, 6/27 | $25.90 |
| | Pacer Fees | 5/7 Purchase authorized on 05/06 WWW.Pacer.Gov 800-676-6856 TX S464128071624034 Card 2108 | $258.50 |
| | FRE Rules booklet | 3/4 Purchase authorized on 02/29 Amzn Mktp US*Rz9Gf Amzn.Com/Bill WA S304061235171241 Card 2108 | $18.98 |
| | Office Supplies | 3/29 Purchase authorized on 03/27 Target 0001 Superior CO S384088061809807 Card 2108 | $38.53 |
| | Office Supplies | 3/7 Purchase authorized on 03/06 Target 0001 Superior CO S304066714695154 Card 2108 | $13.52 |
| | FRE Guidebook | Audible*R65C72Cq0 Amzn.Com/Bill NJ S464067080950219 Card 2108 | $16.28 |
| | Trial Prep Handbook | 2/12 Purchase authorized on 02/10 Amazon.Com*Rb18K9D SeattleWA S304041357286359 Card 2108 | $42.30 |
| | Office Supplies | 2/12 Purchase authorized on 02/09 Amazon Ret* 113-30 WWW.Amazon.CO WA S384040783178980 Card 2108 | $10.79 |

| | | |
|---|---|---|
| Pro Se Counsel | Payment authorized on 01/06 Courtroom5 Httpscourtroo NC S384007187500840 Card 2108 | $15.00 |
| Pub Records | 1/29 Paypal Inst Xfer 240128 Holly Kasun | $56.99 |
| Office Supplies | 12/4 Purchase authorized on 12/04 Wal-Mart Wal-Mart Sup Frisco CO P000000885553858 Card 2108 | $20.73 |
| Records Retention | 8/18 Paypal Inst Xfer 230818 Wordpress Holly Kasun | $72.00 |
| Court transcript | Holly Kasun - Court Order | $113.00 |
| Printing | Trial Preparation: exhibits / depositions / pleadings / public records / 5750 pages @ .15 | $862.50 |

TOTAL: $8,022

Trial Preparation: exhibits / depositions / pleadings / public records / 5750 pages @ .15  Apr