# EXHIBIT 4

| Date | Invoice Number | Fees Subtotal | Costs / Expenses Subtotal | Total Amount |
|---|---|---|---|---|
| Apr-22 | 13561 | 17,623.50 | | 17,623.50 |
| May-22 | 13710 | 8,257.50 | | 8,257.50 |
| Jun-22 | 13941 | 20,010.00 | | 20,010.00 |
| Jul-22 | 14170 | 3,747.50 | | 3,747.50 |
| Aug-22 | 14173 | 13,845.00 | | 13,845.00 |
| Sep-22 | 14354 | $1,772.50 | $1,130.00 | $2,902.50 |
| Oct-22 | 14454 | $13,607.13 | $1,717.16 | $15,324.29 |
| Nov-22 | 14554 | $7,175.00 | $673.15 | $7,848.15 |
| Dec-22 | 14706 | $51,419.00 | | $51,419.00 |
| Jan-23 | 14858 | $34,382.00 | $3,836.95 | $38,218.95 |
| Feb-23 | 14942 | $27,792.00 | $275.92 | $28,067.92 |
| Mar-23 | 14995 | $6,559.00 | $5,535.22 | $12,094.22 |
| Apr-23 | 15145 | $60.00 | | $60.00 |
| May-23 | 15245 | $4,801.00 | | $4,801.00 |
| Jun-23 | 15440 | $27,760.00 | | $27,760.00 |
| Jul-23 | 15618 | $607.50 | | $607.50 |
| Aug-23 | 15767 | $2,912.50 | | $2,912.50 |
| Sep-23 | 16028 | $5,549.00 | | $5,549.00 |
| Oct-23 | 16235 | $856.00 | | $856.00 |
| Nov-23 | 16455 | $1,726.00 | $81.00 | $1,807.00 |
| Dec-23 | 16582 | $6,235.50 | | $6,235.50 |
| | Totals | $256,697.63 | $13,249.40 | 269,947.03 |
| 1/3 of Reisch's Fees & costs during Holly's representation | | $85,565.88 | $4,416.47 | |