**EXHIBIT 5**

|         | Days              | Description of Work | Hours | Rate Per Hour | Total |
|---------|-------------------|---------------------|-------|---------------|-------|
| Week 1  | 12/28/23-12/31/23 | Researching writing motions, writing motion for extension, researching CODC site guide to pro se litigation. Conferring with co-defense | 15 | 200 | 3000 |
| Week 2  | 1/1/24-1/7/24     | ECF registration, learning Pacer, conferring with court admin, writing & submtting ECF 102, researching CODC site guide to pro se litigation; local rules, Judge's rules, research, writing and entering ECF 104, research & replying to ECF 105, conferring with co-defense. | 55 | 200 | 11000 |
| Week 3  | 1/8 -1/14         | reading & responding (R&R)to docs 106-108. Researching how to write motions, caselaw research, pro se litigation research, R&R to ECF 99, Researching motions in limine, R&R ECF 109-111, Researching, writing & submiting ECF 112. R&R to ECF 113-114, Researching, writing & submitting ECF 115. Conferring with co-defense and consultants. Preparing & writing settlement communications, conferring with opposing counsel. | 70 | 200 | 14000 |
| Week 4  | 1/15 - 1/21       | R&R to ECF 116 - 122, hearing prep, researching court processes, procedures; researching & refining witness & exhibit lists, researching caselaw, FREs and FRCPs. Conferring with co-defense parties. | 74 | 200 | 14800 |
| Week 5  | 1/22 - 1/28       | researching writing & submitting ECF 124, hearing prep, hearing post analysis, legal consultation, caselaw research. FRE & FRCP research. | 67 | 200 | 13400 |
| Week 6  | 1/29 -2/4         | Trial preparation research, caselaw research, proof analysis research & writing, seeking legal counsel. Writing and submitting open records requests. Reviewing evidence records. Preparing & writing settlement communications, conferring with opposing counsel. | 70 | 200 | 14000 |
| Week 7  | 2/5- 2/11         | Legal strategy research, caselaw research, reviewing docket pleadings, studying depositions. Writing and submitting open records requests. Conferring with co-defense parties. Reviewing evidence records. | 55 | 200 | 11000 |
| Week 8  | 2/12-2/18         | Studying/reviewing depositions, researching caselaw, researching FREs and FRCPs. Witness investigation, reviewing docket pleadings. Conferring with co-defense parties. Seeking counsel. Reviewing evidence records. | 60 | 200 | 12000 |
| Week 9  | 2/19 -2/25        | Pursuing pro se litigation assistance w/ non profit orgs, seeking legal counsel, reading trial transcripts for VRA cases. Reviewing judgements/rulings on VRA cases. Conferring with co-defense parties. | 57 | 200 | 11400 |
| Week 10 | 2/26 - 3/3        | Research, writing & submitting ECF 128, Reviewing FREs, FRCPs, ABA code of conduct. Conferring with opposing counsel. Conferring with co-defense parties. Investigating, writing & submitting open records requests. | 77 | 200 | 15400 |
| Week 11 | 3/4-3/10          | Researching elements of the VRA & KKK Act, researching how to prepare for trial, exhibit preparation / printing, conferring with consultants, researching standby legal assistance at trial, researching FREs and FRCPs. | 45 | 200 | 9000 |
| Week 12 | 3/11-3/17         | Reading, researching & responding (RR&R) to ECF 129 -130, researching how to direct and cross-examine witnesses at trial. Researching how to testify at trial. Researching trial procedures, rules and objections. | 60 | 200 | 12000 |
| Week 13 | 3/18-3/24         | RR&R to ECF 131, Researching trial procedures, rules and objections. Researching caselaw, FREs and FRCPs. | 65 | 200 | 13000 |
| Week 14 | 3/25-3/31         | RR&R and writing ECF 133, Researching caselaw, FREs and FRCPs. Printing exhibits & docs / trial prep. | 67 | 200 | 13400 |
| Week 15 | 4/1- 4/7          | RR&R ECF 134, researching and verifying expert witness report and citations, conferring with co defense, reviewing docket pleadings, studying trial strategy practices. In-person legal consult. | 72 | 200 | 14400 |
| Week 16 | 4/8-4/14          | RR&R ECF 137, reviewing legal journals, reviewing VRA legal expert opinions & position papers. Caselaw review, reviewing FREs, Trial objections, and FRCPs. Reviewing depositions. | 70 | 200 | 14000 |

| Week | Dates | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| Week 17 | 4/15-4/21 | RR&R ECF 138, timeline research, evidence review, printing trial documents, analyzing legal and trial strategies. Learning trial objections. | 72 | 200 | 14400 |
| Week 18 | 4/22-4/28 | Seeking counsel, caselaw research, proof analysis, reading trial handbook & trial articles. Witness preparation / direct & cross examination questions and techniques. | 67 | 200 | 13400 |
| Week 19 | 4/29-5/5 | Writing and submitting open records requests, reviewing evidence records, data analysis, investigating voting records, reviewing news articles and caselaw review. | 65 | 200 | 13000 |
| Week 20 | 5/6-5/12 | researching VRA and KKK rulings, researching history of VRA & KKK Act, reviewing caselaw, studying depositions, conferring with co-defense. | 68 | 200 | 13600 |
| Week 21 | 5/13-5/19 | Reviewing caselaw & rulings, reviewing docket pleadings, reviewing & analyzing evidence record, reviewing previous motions in Limine & witness lists, studying statutes & rules. Legal consult. | 45 | 200 | 9000 |
| Week 22 | 5/20-5/26 | Reading and analyzing trial transcripts, preparing for witnesses at trial direct and cross, reviewing legal elements of VRA & KKK Act, proof analysis, data analysis. | 40 | 200 | 8000 |
| Week 23 | 5/27-6/2 | RR&R ECF 140-141, RR&R writing and submitting ECF 142, reviewing research methodology, quant and qual analysis, studying soc sci standards for research and methodology, researching caselaw. Trial prep, printing exhibits. | 67 | 200 | 13400 |
| Week 24 | 6/3 - 6/9 | RR&R ECF 146-149, RR&R writing and submitting ECF 147, engaging with potential counsel, researching caselaw, news articles, analyzing MIL strategy and tactics, FREs and FRCPs. Trial prep, printing exhibits. Conferring with co-defense& legal consult. | 82 | 200 | 16400 |
| Week 25 | 6/10-6/16 | Onboarding legal counsel. Records exchange, briefing legal counsel, analyzing and summarizing timelines, key evidence, writing back-briefs and summaries of evidence and proceedings, investigating & sourcing witness contact info. Writing and filing CORA requests. | 80 | 200 | 16000 |
| Week 26 | 6/17-6/23 | Onboarding legal counsel. Records exchange, briefing legal counsel, analyzing and summarizing timelines, key evidence, writing back-briefs and summaries of evidence and proceedings, research/investigation. | 84 | 200 | 16800 |
| | | Total Hours | 1649 | | 329800 |
| | | | | Total Fees | $329,800.00 |

# Holly Kasun

M: 720-340-6421 • holly.kasun@gmail.com • https://www.linkedin.com/in/hollykasun/

## Summary

25+ years marketing, communications, business and tech startup experience. Thrives in fast-paced, multitasking environments from agencies to client-side, startup to Fortune 500. Leading and integrating with teams (including remote) using creative problem-solving, flexibility, enthusiasm, and emotional intelligence. Areas of expertise include: Branding, PR, marketing communications, brand concepting and production (visual and written), social media, ecommerce, and consumer marketing.

## Professional Experience

**Freelance Marketing Consultant. Dillon, CO. July 2018-Present**
Contract Marketing Consulting.
**Highlights:**
• CMO Fusion Foundation (Global, open-source financial blockchain organization). Establishing, building, managing and evangelizing the Fusion brand including: architecture, tone, voice, and visual identity. Establishing and executing PR strategy and rollout plans. Fielding and scaling marketing team. Creating and executing 360 integrated paid, owned, and earned media communications program designed to address B2C, B2B, and developer audiences.
• SRAX: Creating and executing 360 integrated paid, owned, and earned B2C media communications program for the SRAX customer data collecting app.

**Flybrix Co-Founder, COO/CMO: San Francisco, CA. September 2014-May 2018**
Consumer software and electronics company. Responsibilities included: Developing and driving overall marketing strategy: Branding, PR, partnerships, social media, retail communications, sales and partner marketing. Building, leading and scaling marketing team through high growth business phase. Setting marketing goals and managing KPIs.
**Highlights:**
• Established and developed the values-based Flybrix brand including the: architecture, voice, messaging, tone, and look of including creative directing all visual and written communications.
Developing and leading the public relations budget, strategy, planning, and execution.
• Acted as the public face of the company. Press briefing examples: NBC, Fox Business, CNN, ABC, Tech Crunch, and Time. Brand awareness resulted in measurable ROI exceeding industry benchmarks by 3x.
• Built and executed the GTM strategy including retail and ecommerce; yielding a 30x return on the marketing investment.
• Created retail partnership programs, supporting sales and marketing materials for multiple retail channel partners.
• Awarded "Women to Watch Award" Women in Drones / UAS 2016 *Best in Business* category.

**Freelance Marketing Strategy Director. San Francisco, CA. September 2012-September 2014**
Clients: Ubisoft, Motorola, Starbucks, Universal Studios, Holt Renfrew (Canadian Luxury Retailer, Selfridges Group), NASDAQ. Contract senior strategy positions of varying lengths for client and agency work.
**Higlights:**
• Developed product messaging, positioning and integrated launch plans for Ubisoft global, Starbucks, and Motorola global.
• Created brand messaging strategy and integrated seasonal campaign messaging for Universal Studios.
• Concepted branding communications programs using quant and qual consumer research that informed planning, messaging, positioning, e-commerce strategy and roll-out plans for Holt Renfrew, NASDAQ and NTT.

**Razorfish, Strategy Director. San Francisco, CA. April 2011-September 2012**
Global digital advertising agency (Publicis Network). Clients: Activision, Intel, Microsoft, Nokia, Yahoo, Nike, Vail Resorts (Epic digital experience), and Toys-R-Us. Responsibilities Included: Introducing, systematizing and pitching the creative

# Holly Kasun

M: 720-340-6421 • holly.kasun@gmail.com • https://www.linkedin.com/in/hollykasun/

planning discipline within the SF branch, to existing and new clients. Integrating and evangelizing Planning with creative, business, and business development leadership and teams.

Highlights:
- Developed overall integrated communications strategies down to tactical plans for a range of clients.  (con't)
- Instituted and employed an array of quant and qual research methods surfacing consumer and business insights used to elevate creative work.
- Scaled planning team to four FTEs within ten months, generating 15% departmental profit increase in the first year.
- Developed the company-wide positioning, framework, and developing business cases for pitching social media business to enterprise clients.
- Won new business: Nike Women's social media account plus creative content development. Nokia, and Activision digital AOR contracts.

**180 / Riot, Head of Accounts. Amsterdam, NL. November 2008-December 2009**
Global Digital Creative Advertising Agency (Publicis Network). Clients: adidas global sport performance categories; football, basketball, running, tennis, Stella McCartney, outdoor, men's and women's training.
Responsibilities included: leading the agency vision and strategy servicing adidas global brand sport category business and creative units. Integrating internal and client creative and production teams.

Highlights:
- Co-built and co-managed cross-functional 50 FTEs: production, creative, strategy, and account management.
- Managed and coordinated internal and client budgets.
- Coordinated the strategy workflow across agency teams.
- Grew the adidas global digital account by four new sport category business units.

**72andSunny, Brand Director. El Segundo, CA. September 2007-July 2008**
Global Creative Branding Agency. Clients: Nike, Discovery Channel, Quiksilver, Callaway Golf, CW Cable Network, Gossip Girl and Beverly Hills 90210.  Responsibilities included: building and managing client relationships, budgets, brand and creative teams.  Planning strategic communication brand architectures, messaging linking creative work to business results.

Highlights:
- Led digital strategy for new business pitches and existing clients.
- Earned Campaign of the Year with Nike+.
- Gossip Girl "OMFG Campaign" yielded highest ratings ever on the CW Network.
- Callaway "Good Ball" Tour I Series launch resulted in the market's fastest growing ball.  Unit sales increased 26%.
- Quicksilver Women's:  Developed the first global brand launch campaign including creative content development.

**Nike, Digital Commerce Marketing Manager. Hilversum, Netherlands. August 2005-August 2007**
Promoted from Niketown.com US division to EMEA nikestore.com. Responsibilities included: building and leading the EMEA digital marketing team.  Defining and executing the digital marketing strategy and planning EMEA Nikestore.com. Acting as the marketing lead for tech requirements during the store build-out.

Highlights:
- Established and led the execution of the integrated launch marketing program including: email, social media, online video, search both paid, SEO, and affiliate marketing. Directed initiatives drove over 65% of online traffic generating 75% of site revenue.
- Planned and managed the marketing budget.  Two-year Nikestore.com revenue goals hit in fourteen months.
- Selected, signed, and managed three agencies to produce marketing/campaign work.

## Education

# Holly Kasun

M: 720-340-6421 • holly.kasun@gmail.com • https://www.linkedin.com/in/hollykasun/

Harvard University, Boston MA. Post grad study of Research Methodology and Innovation.
University of Wisconsin, Madison. M.A. Advertising, School of Journalism and Business.
University of Wisconsin, Madison. B.A. Political Science.

Holly Kasun
Pro se Defendant
Rationale for seeking fees as a pro se defendant
Duration: 12/28/2023 - 6/20/2024


**PAST EDUCATION & EXPERIENCE**
M.A. Journalism & Business from University of Wisconsin, Madison
25+ Years international experience in marketing, advertising, business, marketing communications & tech.
Clients include: Nike, adidias, Quicksilver, Intel, Nokia, Starbucks, Ebay, Motorola…
Currently: 2x tech startup co-founder.
Employment level: C Suite. Titles include COO, CMO and CEO

**SALARY LEVEL:**
$350,000/ yr.plus benefits, bonuses and equity.


Kasun brought her educational and professional background to the task of defending herself in the NAACP, League of Women Voters and Mi Familia Vota v. USEIP, Shawn Smith, Holly Kasun, and Ashley Epp lawsuit. Kasun took these proceedings seriously and made it her full-time job to defend this case while she had legal representation and while she didn't. By applying her prior experience and skills, she took a professional approach to learning everything she could about this case, the law, rules, and trial procedures to competently defend herself to the best of her ability.

Once Kasun found counsel on the eve of trial, she worked hand-in-glove with her legal team and her co-defendants to prepare for trial.


**PRO SE HOURLY FEE RATIONALE:**

1. Based on Kasun's salary level, her hourly rate is well over $350/hr for work requiring the equivalent to the skillset needed for legal representation.
2. 2023 average paralegal bill rate in the U.S. is $267.00
	Source: Wolters Kluwer's 2023 legal rate study.
3. 2023 average 1st year associate bill rate in the U.S. is $617.00/hr.
	Source: Brightflag 2023 Rate Report.

4. Given Kasun was learning the legal system, processes, rules, procedures and norms "on the fly" to defend herself, it took her longer than a trained legal professional to accomplish the same tasks, which explains the number of hours required to defend herself.

5. Kasun accounted for her lack of expertise in her hourly rate of $200.00 to execute the tasks of a paralegal and a first-year legal associate as she was defending herself.