# EXHIBIT 6

Case No. 1:22-cv-00581-CNS-NRN   Document 195-9   filed 08/01/24   USDC Colorado   pg 1 of 3

# Michael J. Wynne

Michael Wynne practices white collar criminal defense, including election law, environmental enforcement, public corruption, embezzlement, sanctions and export restrictions, asset forfeiture, and money laundering. He has extensive experience handling health care fraud, Stark Law, and Anti-Kickback allegations as well as insurance, mortgage, and bank fraud.

Michael has been involved with internal investigations in practically every industry and, with his law partners, represents parties in complex commercial civil litigation. Michael has represented individuals, former political figures, and companies in many parts of the world and has repeatedly achieved extraordinary results.

**Experience**

- Managed a large team and served as lead counsel for the former finance minister of the Mexican State of Coahuila in multiple state and federal criminal and civil international money laundering and asset forfeiture investigations and cases.

- Represented a major chemical company, a major life insurance company, and a biotechnology company in federal proceedings, enabling all of them to avoid criminal charges.

- Represented a former officer of the U.S. Department of Homeland Security, Office of Inspector General in a federal public corruption prosecution.

- Representing large healthcare systems in federal investigations.

- Represented a party in connection with a computer hacking investigation involving Major League Baseball.

- Representing an international businessman charged with election fraud in a pending federal criminal case is San Diego, California.

- Representing international businessmen in multiple federal commercial matters, including the successful settlement of a federal case involving La Cavalia, part of Cirque Du Soleil.

- Representing individuals involved in alleged home health care fraud and corporate practice of medicine disputes.

**Education**

- Harvard Law School, J.D., 1992

- Bucknell University, B.A., magna cum laude, Phi Beta Kappa, with departmental honors, 1989

**Associations and Honors**

- Elected Director, Board of Directors for the State Bar of Texas

- Member, State Bar of Texas

- Chair, Criminal Law and Procedure Section of the Houston Bar Association

- Vice Chair, ABA Health Care Section of the Houston Bar Association

- Texas Super Lawyers® by Thomson Reuters (White Collar Crimes Attorney) 2021 – 2024

2