**EXHIBIT 7**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

 Plaintiffs,

v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

 Defendants.

_____

**AFFIDAVIT OF CAMERON POWELL**
_____

 I, Cameron Powell, being of legal age and having personal knowledge regarding the matters described below, state under oath as follows:

1. I represent Defendant Holly Kasun as co-counsel in the above-captioned matter. My relevant qualifications and experience are described below:

   a. I graduated from Harvard Law School in 1992. I then worked as a judicial clerk for Sherman G. Finesilver in the U.S. District of Colorado, as a trial lawyer for the U.S. Department of Justice Honor Program, as a litigator for the law firm of Foley & Lardner, and as General Counsel for several technology companies before joining Gregor Wynne Arney PLLC in July 2022. Over the years, I also founded several technology companies.

b. I have handled Voting Rights Act cases for 11 clients in the last two years. All 11 clients have prevailed. My rate for these cases has been $650 per hour.

c. I am a member of the Colorado and Washington DC bars. I am admitted to practice in Colorado state courts, the U.S. District Courts for the District of Colorado, the Southern District of Texas, the Northern District of Georgia, the Fifth Circuit, and others.

d. I was asked to represent Defendant Holly Kasun about three weeks before trial, and very quickly got up to speed on the case. At trial, I delivered the Opening Statement and cross-examined the Deputy Secretary of State, Beth Hendrix, and Yvette Roberts.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.**

Cameron Powell, #459020