UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF COLORADO, and MI FAMILIA VOTA <br><br> Plaintiffs, <br><br> -v- <br><br> SHAWN SMITH, ASHLEY EPP, and HOLLY KASUN <br><br> Defendants. | Civil Action No. 1:22-cv-00581-CNS-NRN |

## DEFENDANT SHAWN SMITH'S BILL OF COSTS

COMES NOW defendant, Shawn Smith, by and through undersigned counsel and hereby submits his Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and the Court's Final Judgment [ECF No. 185].

### CERTIFICATE OF CONFERRAL

Counsel for defendant Smith conferred with Plaintiffs' counsel regarding the costs sought herein. Plaintiffs' counsel does not oppose these costs.

# BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| Colorado Montana Wyoming State Area Conference of NAACP, League of Women Voters of Colorado, Mi Familia Vota | DOCKET NO. |
| v.<br>Shawn Smith, Holly Kasun, Ashley Epp | CASE NO.<br>1:22-cv-00581-CNS-NRN |

Judgment having been entered in the above-titled action on July 18, 2024 (date) against Plaintiffs, Colorado Montana Wyoming State Area Conference of NAACP, League of Women Voters of Colorado, and Mi Familia Vota (party), the Clerk is requested to tax the following as Costs:

| *Is this cost disputed?* | | |
|---|---|---|
| | Fees of the Clerk | $ |
| | Fees for summons and complaint | $ |
| | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| | Fees and disbursements for printing | $ |
| | Fees for witnesses (itemized on next page) | $ |
| | Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| | Docket fees under 28 U.S.C. § 1923 | $ |
| No | Costs incident to taking of depositions: Attached as Exhibit A | $ 12,379.02 |
| | Costs as reflected on mandate of Court of Appeals | $ |
| No | Other costs (itemized): Carlson Investigative Services- Attached as Exhibit A | $ 305.92 |
| | TOTAL | $ 12,684.94 |

*Please review and comply with D.C.COLO.LCivR 54.1 as indicated in* Notice *on following page.*

## DECLARATION

I do hereby declare, under penalty of perjury, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof has been served on non-prevailing parties in the following manner: CM/ECF.

Signature of Attorney for Prevailing Party: *[signature: Jessica J. Hays]*   Name of Claiming Party: Shawn Smith

Name of Attorney: Jessica L. Hays                                                        Date : August 1, 2024

| PARTY'S REQUEST FOR HEARING | --- *For Clerk's Office use only* --- |
|---|---|
| Following conferral on ___ (date), several costs remain in dispute. The parties therefore request that a hearing be scheduled to address these costs. The following dates, occurring at least **28** days from today, are mutually agreeable to both parties.<br><br>*Available hearing days are **Tuesdays, Wednesdays,** and **Fridays** between the hours of **8:30 – 9:30 am.***<br><br>Option #1<br><br>Option #2<br><br>Option #3 | Costs are hereby taxed in the following amount and are to be considered part of the judgment.<br><br>**Costs taxed: $**_____<br><br>By:<br>   Deputy Clerk<br>   On behalf of Jeffrey P. Colwell, Clerk of Court<br><br>Date: |