# EXHIBIT A

to Shawn Smith's Bill of Costs

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Jessica Hays | | |
|---|---|---|
| The Reisch Law Firm LLC | **Invoice #:** | **6003983** |
| 1490 W. 121st Avenue | **Invoice Date:** | **8/29/2022** |
| Suite 202 | **Balance Due:** | **$1,130.00** |
| Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5367980  |  Job Date: 8/15/2022  |  Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Jessica Hays |
| Scheduling Atty: | Dion Farganis | Lathrop GPM LLP |

| Witness: Shawn Smith | Quantity | Amount |
|---|---|---|
| Certified Transcript | 320.00 | $992.00 |
| Exhibits | 50.00 | $17.50 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Delivery & Handling | 1.00 | $28.00 |
| | **Quantity** | **Amount** |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 |

| Notes: | **Invoice Total:** | **$1,130.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,130.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **6003983** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **8/29/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,130.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jessica Hays | | |
|---|---|---|---|
| | The Reisch Law Firm LLC | **Invoice #:** | **6007416** |
| | 1490 W. 121st Avenue | **Invoice Date:** | **8/30/2022** |
| | Suite 202 | **Balance Due:** | **$834.17** |
| | Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5368087  |  Job Date: 8/16/2022  |  Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Jessica Hays |
| Scheduling Atty: | Amy Erickson | Lathrop GPM LLP |

| **Witness: Holly Kasun** | **Amount** |
|---|---|
| Transcript Services | $710.90 |
| Exhibits | $58.30 |
| Delivery & Handling | $28.00 |

| Notes: | **Invoice Total:** | **$797.20** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$36.97** |
| | **Balance Due:** | **$834.17** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 113 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #: 6007416** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date: 8/30/2022** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Balance Due: $834.17** |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | Jessica Hays | **Invoice #:** | **6021010** |
| | The Reisch Law Firm LLC | **Invoice Date:** | **9/7/2022** |
| | 1490 W. 121st Avenue | **Balance Due:** | **$878.90** |
| | Suite 202 | | |
| | Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5368113   |   Job Date: 8/23/2022   |   Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Jessica Hays |
| Scheduling Atty: | Casey Breese | Lathrop GPM LLP |

| Witness: Ashley Epp | Amount |
|---|---|
| Transcript Services | $788.40 |
| Exhibits | $17.50 |
| Veritext Exhibit Package (ACE) | $45.00 |
| Delivery and Handling | $28.00 |

| Notes: | | **Invoice Total:** | **$878.90** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$878.90** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **6021010** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **9/7/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$878.90** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

204625

## Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Jessica Hays<br>The Reisch Law Firm LLC<br>1490 W. 121st Avenue<br>Suite 202<br>Denver, CO, 80234 | **Invoice #:** **6117629**<br>**Invoice Date:** **10/21/2022**<br>**Balance Due:** **$673.15** |

| **Case: NAACP, Et Al. v. USEIP, Et Al. (1:22cv00581CNSNRN)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5496255  |  Job Date: 10/5/2022  |  Delivery: Normal

| | |
|---|---|
| Location: | Denver, CO |
| Billing Atty: | Jessica Hays |
| Scheduling Atty: | Dion Farganis | Lathrop GPM LLP |

| **Witness: Jeffrey Young** | **Amount** |
|---|---|
| Transcript Services | $605.15 |
| Exhibits | $43.00 |
| Hosting & Delivery of Encrypted Files | $25.00 |

| Notes: | **Invoice Total:** | **$673.15** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$673.15** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6117629**
**Invoice Date: 10/21/2022**
**Balance Due: $673.15**

Pay by Credit Card: www.veritext.com

204625

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jessica Hays | | |
|---|---|---|---|
| | The Reisch Law Firm LLC | **Invoice #:** | **6199281** |
| | 1490 W. 121st Avenue | **Invoice Date:** | **11/28/2022** |
| | Suite 202 | **Balance Due:** | **$1,794.70** |
| | Denver, CO, 80234 | | |

| Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB) | Proceeding Type: Depositions |
|---|---|

Job #: 5590255   |   Job Date: 11/21/2022   |   Delivery: Daily

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Jessica Hays |
| Scheduling Atty: | Jessica Hays | The Reisch Law Firm LLC |

| Witness: Salvador Hernandez | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 77.00 | $358.05 |
| Transcript Services - Priority Request | 77.00 | $358.05 |
| Exhibits | 46.00 | $16.10 |
| Rough Draft | 56.00 | $112.00 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Attendance (Half Day) | 1.00 | $175.00 |
| Delivery & Handling | 1.00 | $28.00 |
| | Quantity | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6199281**
**Invoice Date: 11/28/2022**
**Balance Due: $1,794.70**

Pay by Credit Card: www.veritext.com

204625

**Stevens-Koenig Reporting - A Veritext Company**

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Invoice Total:** | | **$1,794.70** |
| **Payment:** | | **$0.00** |
| **Credit:** | | **$0.00** |
| **Interest:** | | **$0.00** |
| **Balance Due:** | | **$1,794.70** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6199281**
**Invoice Date: 11/28/2022**
**Balance Due: $1,794.70**

Pay by Credit Card: www.veritext.com

204625

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | R. Scott Reisch | | |
|---|---|---|---|
| | The Reisch Law Firm LLC | **Invoice #:** | **6199305** |
| | 1490 W. 121st Avenue | **Invoice Date:** | **11/28/2022** |
| | Suite 202 | **Balance Due:** | **$2,906.35** |
| | Denver, CO, 80234 | | |

| Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB) | Proceeding Type: Depositions |
|---|---|

Job #: 5590487  |  Job Date: 11/22/2022  |  Delivery: Daily

| Location: | Denver, CO |
|---|---|
| Billing Atty: | R. Scott Reisch |
| Scheduling Atty: | Jessica Hays | The Reisch Law Firm LLC |

| Witness: Portia Prescott | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 179.00 | $832.35 |
| Transcript Services - Priority Request | 179.00 | $832.35 |
| Exhibits | 49.00 | $17.15 |
| Rough Draft | 137.00 | $274.00 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Attendance (Half Day) | 1.00 | $175.00 |
| Delivery & Handling | 1.00 | $28.00 |
| | Quantity | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 |

Notes:

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #: 6199305**
**Invoice Date: 11/28/2022**
**Balance Due: $2,906.35**

204625

**Stevens-Koenig Reporting - A Veritext Company**

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| | Invoice Total: | $2,906.35 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,906.35 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6199305**
**Invoice Date: 11/28/2022**
**Balance Due: $2,906.35**

Pay by Credit Card: www.veritext.com

204625

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | R. Scott Reisch | | |
|---|---|---|---|
| | The Reisch Law Firm LLC | **Invoice #:** | **6199307** |
| | 1490 W. 121st Avenue | **Invoice Date:** | **11/28/2022** |
| | Suite 202 | **Balance Due:** | **$2,901.25** |
| | Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5590504　|　Job Date: 11/23/2022　|　Delivery: Daily

| Location: | Denver, CO |
|---|---|
| Billing Atty: | R. Scott Reisch |
| Scheduling Atty: | Jessica Hays | The Reisch Law Firm LLC |

| Witness: Beth Hendrix Nieland | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 178.00 | $827.70 |
| Transcript Services - Priority Request | 178.00 | $827.70 |
| Exhibits | 61.00 | $21.35 |
| Rough Draft | 137.00 | $274.00 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Witness Read and Sign Services | 1.00 | $35.00 |
| Attendance (Half Day) | 1.00 | $175.00 |
| Delivery & Handling | 1.00 | $28.00 |
| | Quantity | Amount |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Exhibit Share | 1.00 | $325.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 |

Notes:

---

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 6199307** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date: 11/28/2022** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due: $2,901.25** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

204625

## Stevens-Koenig Reporting - A Veritext Company

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| | | Invoice Total: | $2,901.25 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,901.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6199307**
**Invoice Date: 11/28/2022**
**Balance Due: $2,901.25**

Pay by Credit Card: www.veritext.com

204625

# Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Jessica Hays | **Invoice #:** | **6235503** |
| The Reisch Law Firm LLC | **Invoice Date:** | **12/16/2022** |
| 1490 W. 121st Avenue | **Balance Due:** | **$915.50** |
| Suite 202 | | |
| Denver, CO, 80234 | | |

| | |
|---|---|
| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |

Job #: 5596463    |    Job Date: 11/29/2022    |    Delivery: Expedited

| | |
|---|---|
| Location: | Denver, CO |
| Billing Atty: | Jessica Hays |
| Scheduling Atty: | Dion Farganis | Lathrop GPM LLP |

| Witness: Holly Kasun , 30(b)(6) | Amount |
|---|---|
| Transcript Services | $523.25 |
| Transcript Services - Priority Request | $333.25 |
| Exhibits | $34.00 |
| Hosting & Delivery of Encrypted Files | $25.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$915.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$915.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6235503**
**Invoice Date: 12/16/2022**
**Balance Due: $915.50**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - Western Region

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Cassandra Long | | |
|---|---|---|---|
| | The Reisch Law Firm LLC | **Invoice #:** | **7574415** |
| | 1490 W. 121st Avenue | **Invoice Date:** | **7/19/2024** |
| | Suite 202 | **Balance Due:** | **$115.00** |
| | Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5590504   |   Job Date: 11/23/2022   |   Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Cassandra Long |
| Scheduling Atty: | Jessica Hays | The Reisch Law Firm LLC |

| **Witness: Beth Hendrix Nieland** | **Amount** |
|---|---|
| Delivery and Handling | $115.00 |

| Notes: | **Invoice Total:** | **$115.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$115.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 7574415**

**Invoice Date: 7/19/2024**

**Balance Due: $115.00**

Pay by Credit Card: www.veritext.com

204625

## Veritext, LLC - Western Region

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Cassandra Long | | |
|---|---|---|---|
| | The Reisch Law Firm LLC | **Invoice #:** | **7574410** |
| | 1490 W. 121st Avenue | **Invoice Date:** | **7/19/2024** |
| | Suite 202 | **Balance Due:** | **$115.00** |
| | Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5590487    |    Job Date: 11/22/2022    |    Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Cassandra Long |
| Scheduling Atty: | Jessica Hays \| The Reisch Law Firm LLC |

| **Witness: Portia Prescott** | **Amount** |
|---|---|
| Delivery and Handling | $115.00 |

| Notes: | | **Invoice Total:** | **$115.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$115.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  7574410**

**Invoice Date:  7/19/2024**

**Balance Due:  $115.00**

Pay by Credit Card: www.veritext.com

204625

## Veritext, LLC - Western Region

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Cassandra Long | | |
|---|---|---|
| The Reisch Law Firm LLC | **Invoice #:** | **7574395** |
| 1490 W. 121st Avenue | **Invoice Date:** | **7/19/2024** |
| Suite 202 | **Balance Due:** | **$115.00** |
| Denver, CO, 80234 | | |

| **Case: Colorado Montana Wyoming State Area Conference Of The NAACP, Et Al. v. United States Election Integrity Plan, Et Al. (1:22cv00581PAB)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5590255   |   Job Date: 11/21/2022  |  Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Cassandra Long |
| Scheduling Atty: | Jessica Hays | The Reisch Law Firm LLC |

| **Witness: Salvador Hernandez** | **Amount** |
|---|---|
| Delivery and Handling | $115.00 |

| Notes: | **Invoice Total:** | **$115.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$115.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  7574395** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  7/19/2024** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:  $115.00** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

204625

Carlson Investigation Services,
LLC
PO Box 710
Brighton, CO 80601
ph: 303-619-4673

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/2/2022 | 4238 |

| BILL TO |
|---------|
| The Reisch Law Firm
1490 West 121st Ave., Suite 202
Denver, CO 80234
Attn:  Jessica |

| DUE DATE | CASE NAME |
|----------|-----------|
| 9/16/2022 | Deposition |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 9/1/22--phone with Jeff; email atty | 0.3 | 100.00 | 30.00 |

Thanks Jessica.  Good luck

| | |
|---|---|
| Total | 30.00 |
| Balance Due | 30.00 |

Carlson Investigation Services,
LLC
PO Box 710
Brighton, CO 80601
ph: 303-619-4673

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/30/2022 | 4341 |

| BILL TO |
|---------|
| The Reisch Law Firm, LLC<br>12021 Pennsylvania Street<br>Suite 204<br>Denver, CO 80241 |

| DUE DATE | CASE NAME |
|----------|-----------|
| 1/13/2023 | USEIP |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 11/14/22--meet w/atty | 1.5 | 100.00 | 150.00 |
| Travel to/from | 36 | 0.62 | 22.32 |
| 11/21/22--email atty | 0.1 | 100.00 | 10.00 |
| 11/29/22--find/email clerks | 0.3 | 100.00 | 30.00 |
| 12/1/22--email atty | 0.1 | 100.00 | 10.00 |
| 12/19/22--email atty | 0.1 | 100.00 | 10.00 |
| 12/27/22--email from atty; info on Roberts | 0.4 | 100.00 | 40.00 |
| internet person, phone, asset search | 2 | 1.80 | 3.60 |

Thanks you Jessica

| Total | 275.92 |
|-------|--------|
| Balance Due | 275.92 |