# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota, )))))   Plaintiffs, ) ) v. ) ) United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun, )))))   Defendants. ) | Civil Action No. 1:22-cv-00581-CNS-NRN |

## PLAINTIFFS' RESPONSE TO DEFENDANT HOLLY KASUN'S BILL OF COSTS (ECF NO. 195)

Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota ("Plaintiffs") submit this Response to Defendant Holly Kasun's Bill of Costs filed on August 1, 2024 (ECF No. 195). Plaintiffs will submit a separate response to Defendant Holly Kasun's Motion for Attorneys' Fees and Expenses (also included in ECF No. 195) on or before August 22, 2024.

## RESPONSE TO BILL OF COSTS

Defendant Kasun, by and through her counsel, emailed Plaintiffs' counsel at 3:24pm on August 1, 2024 requesting Plaintiffs' position as to Defendant Kasun's Bill of Costs. Shortly thereafter, Defendant Kasun's counsel followed up by telephone requesting Plaintiffs' position. At 4:12pm—approximately 45 minutes after the initial inquiry was sent via email—Plaintiffs' counsel responded stating that they were unable to return the call and requested supporting documentation for the claimed costs. No such documentation was provided, and the Bill of Costs was filed. Having now had an opportunity to review the supporting documentation filed in support of Defendant Kasun's Bill of Costs, Plaintiffs do not oppose the Bill of Costs.

## CONCLUSION

For the foregoing reasons, Plaintiffs do not oppose Defendant Holly Kasun's Bill of Costs, as reflected in Exhibit 1 (ECF No. 195-3).

Dated:  August 13, 2024                     LATHROP GPM LLP

By */s/ Amy Erickson*
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Kristin Stock
Kristin.Stock@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy E. Erickson (#54710)
Amy.erickson@lathropgpm.com

2

1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Amira Marcella Mattar
amira@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
48 N. Pleasant St.
Amherst, MA 01002
Telephone: (617) 249-3015

*Attorneys for Plaintiffs Colorado Montana
Wyoming State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2024, I caused a copy of the foregoing **Plaintiffs' Response to Defendant Holly Kasun's Bill of Costs** to be filed with the Clerk of Court for the District of Colorado using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By */s/ Amy Erickson*
Attorneys for Plaintiffs

64237446v2