# EXHIBIT A

(Exhibit A has been redacted to remove personal information of Colorado residents other than Yvette Roberts that is found on this document)

Registered_Voters_List_Part1.txt - Notepad

File   Edit   Format   View   Help

| VOTER_ID | COUNTY_CODE | COUNTY | LAST_NAME | FIRST_NAME | MIDDLE_NAME | NAME_SUFFIX | VOTER_NAME | STATUS_CODE | PRECINCT_NAME | ADDRESS_LIBRARY_ID | HOUSE_NUM | HOUSE_SUFFIX | PRE_DIR | STREET_NAME | STREE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 644583 | 39 | Mesa | ROBERTS YVETTE | "ROBERTS, YVETTE" | A | 3075539052 | 601681418 | 493 | 31 | RD | 493 31 RD | GRAND JUNCTION CO | 81504 |