# EXHIBIT A

(Exhibit A has been redacted to remove personal information of Colorado residents other than Yvette Roberts that is found on this document)

```
VOTER_ID      COUNTY_CODE      COUNTY   LAST_NAME      FIRST_NAME      MIDDLE_NAME      NAME_SUFFIX      VOTER_NAME      STATUS_CODE      PRECINCT_NAME      ADDRESS_LIBRARY_ID      HOUSE_NUM      HOUSE_SUFFIX      PRE_DIR STREET_NAME      STREE
```

| 644583 | 39 | Mesa | ROBERTS YVETTE | "ROBERTS, YVETTE" | A | 3075539052 | 601681418 | 493 | 31 | RD | 493 31 RD | GRAND JUNCTION | CO | 81504 |