# E{.smallcaps}XHIBIT A

(Exhibit A has been redacted to remove personal information of Colorado residents other than Yvette Roberts that is found on this document)

```
VOTER_ID        COUNTY_CODE        COUNTY    LAST_NAME        FIRST_NAME        MIDDLE_NAME        NAME_SUFFIX        VOTER_NAME        STATUS_CODE        PRECINCT_NAME        ADDRESS_LIBRARY_ID        HOUSE_NUM        HOUSE_SUFFIX        PRE_DIR STREET_NAME        STREE
```

| 644583 | 39 | Mesa | ROBERTS YVETTE | "ROBERTS, YVETTE" | A | 3075539052 | 601681418 | 493 | 31 | RD | 493 31 RD | GRAND JUNCTION | CO | 81504 |