# E<span style="font-variant:small-caps">xhibit</span> A

(Exhibit A has been redacted to remove personal information of Colorado residents other than Yvette Roberts that is found on this document)

Registered_Voters_List_Part1.txt - Notepad

File  Edit  Format  View  Help

VOTER_ID   COUNTY_CODE   COUNTY   LAST_NAME   FIRST_NAME   MIDDLE_NAME   NAME_SUFFIX   VOTER_NAME   STATUS_CODE   PRECINCT_NAME   ADDRESS_LIBRARY_ID   HOUSE_NUM   HOUSE_SUFFIX   PRE_DIR   STREET_NAME   STREE

```
644583  39  Mesa  ROBERTS YVETTE  "ROBERTS, YVETTE"  A  3075539052  601681418  493  31  RD  493 31 RD  GRAND JUNCTION  CO  81504
```