**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

| PART I – Case Information and Contact Information |
|---|

Case Name: Colorado Montana Wyoming State Area Conference of the NAACP v. Smith   District Court Case Number: 22-cv-00581
District Court: Colorado   Circuit Court Appeal Number: 24-1328
Name of Attorney/Pro Se Party Completing this Form: Bryan L. Sells
Name of Law Firm/Office: The Law Office of Bryan L. Sells LLC
Address: PO Box 5493 Atlanta GA 3110
Phone: 404-480-4212   Email: bryan@bryansellslaw.com
Attorney For: all appellants

| PART II – Complete one section below to indicate whether you are ordering transcripts. |
|---|

[✔] **I am not ordering a transcript because (check one):**
- [ ] a transcript is not necessary for this appeal;
- [✔] the necessary transcript is already on file in the district court; or
- [ ] the necessary transcript was ordered previously in appeal number _____.

[ ] **I hereby order the following transcript(s) from** _____Name of Court Reporter_____ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each reporter** from whom transcripts are ordered. **Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day or Daily) |
|---|---|---|---|
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |
|  |  |  | Select One |

| PART III – Choose the manner of payment for the transcript(s) ordered. |
|---|

[ ] This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

[ ] This case **IS proceeding under the Criminal Justice Act, and (check one):**
- [ ] I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
- [ ] I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

| Part IV – Attorney's/Ordering Party's Certificate of Compliance |
|---|

I, Bryan L. Sells, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: /s/ Bryan L. Sells   Date: 08/28/2024

| PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made) |
|---|

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: _____   Date: _____