# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 1:22-cv-00581-CNS-NRN )<br>) |
| v. | )<br>) |
| United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to D.C. Colo. Local Attorney Rule 5(b), Kristin Stock of Lathrop GPM LLP hereby moves the Court for permission to withdraw as counsel of record for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. Undersigned counsel is leaving the Lathrop GPM LLP firm. Plaintiffs will continue to be represented by Jean Paul Bradshaw, Casey Breese, Brian A. Dillon and Amy Erickson of Lathrop GPM LLP and Courtney Hostetler, John Bonifaz, and Ben Clements, of Free Speech for People. A copy of this motion will be served on Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. Accordingly, good cause exists for the granting of this Motion to Withdraw as Counsel of Record.

65125168v1

Dated:  December 11, 2024

LATHROP GPM LLP

By /s/Kristin Stock
Casey Breese (#51448)
Casey.breese@lathropgpm.com
Jean Paul Bradshaw
Jeanpaul.bradshaw@lathropgpm.com
Kristin Stock
Kristin.Stock@lathropgpm.com
Brian A. Dillon
Brian.dillon@lathropgpm.com
Amy E. Erickson (#54710)
Amy.erickson@lathropgpm.com
1515 Wynkoop Street, Suite 600
Denver, CO 80202
Telephone: (720) 931-3200

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Amira Marcella Mattar
amira@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
48 N. Pleasant St.
Amherst, MA 01002
Telephone: (617) 249-3015

*Attorneys for Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2024, I caused a copy of the foregoing **Motion to Withdraw as Counsel of Record** to be filed with the Clerk of Court for the District of Colorado using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By */s/Kristin Stock*

65125168v1